Clerk's Use Only

Initial for fee pd.:

Type name, addr   phone number of applicant here
Elizabeth Ginsburg
Air Line Pilots Ass'n, Int'l
1625 Massachusetts Avenue, NW
Washington, DC  20036
202-797-4081

ORIGINAL
FILED

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

SKYWEST PILOTS ALPA
ORGANIZING COMMITTEE, et al.,

Plaintiff(s),

v.

SKYWEST AIRLINES, INC.,

Defendant(s).

C 07     CASE NO.     2688

JL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Elizabeth Ginsburg ▪ , an active member in

good standing of the bar of  the District of Columbia ▪ , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiffs ▪ in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest
    court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
    become familiar with the Local Rules and the Alternative Dispute Resolution
    programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who
    maintains an office within the State of California has been designated as co-
    counsel in the above-entitled action.  The name, address and telephone number of
    that attorney is:

    Linda Lye, Esq., Altshuler Berzon LLP, 177 Post Street, Suite 300,
    San Francisco, CA  94108; Telephone:  (415) 421-7151

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 18, 2007

Elizabeth Ginsburg