STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

ELIZABETH GINSBURG
(Application for Admission *Pro Hac Vice* Pending)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:  (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE NO. C07 2688 <br><br> DECLARATION OF DILETTA MARTIRANO IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

DECL. OF DILETTA MARTIRANO ISO TRO & PRELIM. INJUNCTION, Case No. _____

DECLARATION OF DILETTA MARTIRANO

1. My name is Diletta Martirano. I reside in Del Mar, California. I am a first officer with Sky West Airlines based in San Diego. I have been a Sky West pilot since November 20, 2002. I am also a member of the Sky West Airlines ALPA Organizing Committee, the purpose of which is to secure enough support for representation by the Air Line Pilots Association (ALPA) among Sky West pilots to bring about a Railway Labor Act representation election conducted by the National Mediation Board. I have participated in this Committee since August of 2006.

2. There is an organization called the Sky West Airlines Pilot Association (SAPA) which represents us in discussions with management concerning rates of pay, rules, and working conditions. The Sky West pilots never chose this organization to represent them in an NMB conducted election, nor has the organization ever presented Sky West management with a showing of majority support. Nevertheless, in my orientation class the entire class was addressed by a SAPA representative who discussed the representation that was provided by SAPA and also urged us not to support outside unions such as ALPA.

3. In between July and September of the summer of 2006 SAPA representatives met with Sky West management concerning rates of pay, rules, and working conditions and reached an agreement which was eventually presented to the Sky West pilots for a vote in October of 2006. During the course of these discussions

1

SAPA representatives were allowed to discuss the Company's offer, take suggestions for a possible counter offer, and describe the terms of the eventual agreement in crew lounges and on Company property. SAPA leaflets and informational material was distributed in crew lounges in San Diego and Carlsbad and left there without being removed or otherwise interfered with by Company officials or designees. In addition, the Company has reserved a bulletin board in San Diego for the Sky West Inflight Association and has provided bulletin boards for pilots to post personal literature relating to matters such as "crash pads", cars or motorbikes for sale, or charitable organizations.

4. During the same time, the Company has refused to allow ALPA supporters such as myself to post material soliciting support for ALPA on any bulletin board on Company property or to leave such material in crew lounges to be read by pilots. Any such material either posted or left out in the lounges has been swiftly removed by Sky West representatives.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5-5-2007
Date

Diletta Martirano