STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Application for Admission *Pro Hac Vice* Pending)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE NO. C 07 2688 <br><br> **DECLARATION OF MARC JOHNSON IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

DECL. OF MARC JOHNSON ISO TRO & PRELIM. INJUNCTION, Case No. _____

**Declaration of Marc Johnson**

1. My name is Marc Johnson. I have been an airline pilot employed by SkyWest Airlines since February, 2005. I currently serve as an RJ captain based in Chicago, Illinois.

2. I have been and remain an open and active member of the SkyWest Pilots ALPA Organizing Committee [the "OC"], which was formed to encourage the pilots of SkyWest to elect the Air Line Pilots Association, Int'l ("ALPA") as their collective bargaining representative. The pilots of SkyWest are not represented by a labor union for collective bargaining purposes.

3. On March 22, 2007, Capt. Roy Glassey, Chief Pilot in Chicago, noticed that someone had put up fliers in the crew lounge advertising an ALPA informational session to be held later that day. Capt. Glassey pulled me into his office and asked me if I knew who had been putting the fliers up. I informed him that I had done it myself. Capt. Glassey stated that all postings in the crew room, even on the public message

boards open to all solicitations, had to be approved by the company. I asked him who was in charge of giving such approvals and he stated that he was. He indicated to me that he would not approve ALPA fliers for posting in the crew room at Chicago.

4. Capt. Glassey went on to say that posting fliers makes people feel strong-armed about joining the union and that it was his job to maintain the status quo. He said that allowing me to put up fliers would make that job more difficult.

5. Capt. Glassey concluded the conversation by asking me how the campaign was going. I have not seen Capt. Glassey confront any pilots about non-ALPA related items posted on the general message board or otherwise attempt to determine which pilots have put up non-ALPA related messages without his approval.

6. As a result of my conversations with Capt. Glassey I have not attempted to post ALPA-related fliers again on the general bulletin board.

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

_____5-17-07_____                            _____/s/ Marc Johnson_____
Date                                            Marc Johnson