SAPA BYLAWS:

1. NAME:
SkyWest Airlines Pilot Association (hereinafter to be referred to as ?SAPA?).

2. LOGO:
Gold colored, split flag overlaying a gold, winged earth with the SAPA abbreviation on the flag.

3. PURPOSE:
A representative body to act on the behalf of the pilot group of SkyWest Airlines. SAPA shall represent the pilot group when dealing with SkyWest Airlines Management on issues that affect the lifestyle, workplace environment, compensation, and general policy of the pilot group. SAPA shall form committees to deal with specific issues, such as hotels, discipline, schedules, safety, compensation, block times, and communications, as well as any other issues that may arise in the future.

4. RECOGNITION BY MANAGEMENT:
SAPA is acknowledged by the Management of SkyWest Airlines as the true and only representative body of the SkyWest Airlines pilot group. SAPA cannot be dissolved unless voted upon by the pilot group or as stated in these Bylaws.

5. SAPA INFRASTRUCTURE:
SAPA shall consist of the following three distinct levels:
A.   General Membership, which shall consist of the pilot group meeting the requirements set forth in paragraph 6.
B.   Regional Representatives elected from the General Membership and termed the SAPA Representative Board.
C.   Executive Board Members selected by nomination from the eligible members of the SAPA Representative Board and elected by a majority vote from the SAPA Representative Board.
Subsection A comprises the General Membership. Subsection B and C comprises the SAPA Representative Board.

6. MEMBERSHIP REQUIREMENTS:
SAPA membership is comprised of all currently employed line pilots who are on the SkyWest pilot seniority list. Not included are those pilots considered to be in a full time management position. Membership shall be considered automatic upon his/her initial checkride and there shall be no probationary time period in which a pilot is not considered a member of SAPA.

7. SAPA REGIONAL REPRESENTATIVE REQUIREMENTS:

In order to be considered for a position as a SAPA Regional Representative, a member must:

A. Meet the requirements set forth in paragraph 6;
B. Be elected by a majority vote within his/her region by fellow pilots who also meet the requirements set forth in paragraph 6; and
C. Be willing to fairly represent the pilots in his/her region in the course of his/her elected duties.

8. EXECUTIVE BOARD:

The Executive Board shall consist of the following positions:
A. President;
B. Vice President; and
C. Secretary.

President: The President shall be the chief executive and administrative head of SAPA and shall ultimately be responsible for the preservation of the organization and its policies. It shall be the responsibility of the President to delegate the managerial duties and to supervise the course of action of the Regional Representatives and the Executive Board Members. The President shall be required to consult with the Vice President, Secretary, and the remainder of the SAPA Representative Board Members on policies affecting the pilot group.

Vice President: The Vice President shall function under the direction of the President in carrying out the policies of the Executive Board and perform other such duties as delegated by the President. In the event that the office of President should become vacant, the Vice President shall become acting President, and shall assume the responsibilities of the President.

Secretary: The Secretary shall function under the direction of the President in carrying out the policies of the Executive Board. The Secretary shall maintain current membership records, and shall, upon request, provide accurate records for the purpose of roll call voting. The Secretary shall conduct SAPA voting and election procedures and shall announce the results. The Secretary is responsible for keeping minutes of all meetings. The Secretary shall attend to SAPA correspondence including inquiries from members and the public concerning matters of general policy. The Secretary shall arrange for and give notice of meetings of the SAPA Representative Board. The Secretary shall record and publish membership of committees of the President and the Executive Board. The Secretary shall exhibit SAPA records to any officer or member in good standing within a reasonable period of time, upon request. The Secretary shall perform such other functions assigned by the President or Executive Board. The Secretary shall perform such duties mentioned elsewhere in these Bylaws. In the event the office of Vice President should become vacant, the Secretary shall become acting Vice President and shall assume the responsibilities of the Vice President.

The term of office for an Executive Board Member shall not exceed two (2) years without reconsideration and reappointment by the SAPA Representative Board.

9.  REPRESENTATIVE BOARD:

The Representative Board shall be comprised of the following committees, and can be amended to add or delegate committees by a decision of the Executive Board.

A. Pay and Compensation
B. Hotel Accommodations
C. Safety
D. Communications
E. Scheduling
F. Reserve
G. Benefits
H. Grievance/Policy Manual
I. Jumpseat
J. Special Projects
K. Legal

Committee chairpersons are selected by nomination from the eligible members of the SAPA Representative Board. These nominations are then confirmed by a majority vote of the SAPA Representative Board.

Any Disciplinary Review Board Hearing discussing disciplinary action taken against any SAPA member by Management shall have a Regional Board Member sitting on that disciplinary board in order to represent SAPA. The President shall choose the Board Member who will sit on the Disciplinary Review Board during such hearing.

10. **REGIONAL REPRESENTATIVES**

A.  SAPA membership will consist of four (4) distinct regions:

Region 1 (PDX, SMF, FAT)
Region 2 (SLC, DEN)
Region 3 (SAN, SBA, SBP, MRY)
Region 4 (PSP, TUS, IAH)

Newly established domiciles will be placed into the appropriate region by a majority vote of the Representative Board, as soon as practical.

B.  Each region shall be responsible for electing its respective Regional Representatives. The Executive Board shall coordinate the elections when needed. Any nominee must meet the requirements set forth in paragraph 6 concerning membership.

C.  The normal term of office for a Regional Representative shall be for five (5) years, unless that representative is forced to resign based on regional imbalance.

D.  Any domicile without a Regional Representative based in that domicile will have a SAPA designated domicile contact for the purposes of information dissemination. This contact will be a member of SAPA as per paragraph 6, however, is not considered part of the Representative Board.

E.   Each region will have a Regional Representative for approximately each seventy-five (75) pilots in that region. The SAPA Representative Board will include three (3) Executive Board Members. A particular region may be represented by as few as one (1) Regional Representative per one-hundred (100) pilots, or as many as one (1) Regional Representative per fifty (50) pilots, to accommodate Regional Representative transfers.

If a Regional Representative?s transfer causes a further imbalance in a particular region than as stated above, the transferring Regional Representative must resign the position at the end of the calendar year, and an election will be held to fill the vacancy in the underrepresented region.

F.   The total number and distribution of Regional Representatives for each year will be established based upon the total number and domiciles of pilots on the January Pilot Seniority List of that year.

11.   FILLING OF VACANCIES:
A.   Executive Board: Current SAPA Representative Board Members in good standing will fill an Executive Board position by a majority vote of the SAPA Representative Board. If for any reason an Executive Board position is vacant, the Representative Board may hold an election to fill that vacancy at its discretion.
B.   Regional Representatives: Eligible members of the SAPA General Membership will fill a Regional Representative position. Upon being notified of an upcoming election, candidates in the region will post their intent to fill the vacant position.
1.   If no more than one (1) eligible SAPA member posts intent for a position, and no written objections are received by the Executive Board by the election deadline, then that candidate shall fill the position.
2.   If more than one eligible SAPA member posts intent for a single position, or if objections to a single candidate?s post are received as per paragraph 11.B.1., then a majority election shall be conducted in accordance with these Bylaws.

11.   FILLING OF VACANCIES:
A.   Executive Board: Current SAPA Representative Board Members in good standing will fill an Executive Board position by a majority vote of the SAPA Representative Board. If for any reason an Executive Board position is vacant, the Representative Board may hold an election to fill that vacancy at its discretion.
B.   Regional Representatives: Eligible members of the SAPA General Membership will fill a Regional Representative position. Upon being notified of an upcoming election, candidates in the region will post their intent to fill the vacant position.
1.   If no more than one (1) eligible SAPA member posts intent for a position, and no written objections are received by the Executive Board by the election deadline, then that candidate shall fill the position.
2.   If more than one eligible SAPA member posts intent for a single position, or if objections to a single candidate?s post are received as per paragraph 11.B.1., then a

majority election shall be conducted in accordance with these Bylaws.

12. DEFINITION OF MAJORITY VOTE:

For voting procedures and/or those elections sponsored by SAPA, where a majority vote should determine the outcome, a majority vote shall be defined as fifty percent (50%) plus one vote of the eligible votes cast.

13. ISSUES THAT REQUIRE VOTING AND DEFINING OF QUORUM:
A. Quorum: A quorum shall consist of two-thirds (2/3) of the SAPA Representative Board, in active status, including at least two (2) of the three Executive Board Members present and is necessary to hold a vote.
1. The Secretary shall maintain a record of those Regional Representatives on active status and those on inactive status. The definition of ?inactive status? is a Regional Representative that is assigned to training or is off for medical leave or personal problems that would cause he/she to miss a one month period or more of meetings.
2. A vacant Regional Representative position would not be considered in the determination of a quorum.
B. General: Any change, deletion or addition to the Policy Manual shall be first brought to the floor as an agenda issue during a meeting of the SAPA Representative Board. The following sequence of events will then take place:
1. A debate will ensue on the merits of the proposed issue. A vote on the proposed issue shall then be conducted by the SAPA Representative Board to determine whether or not the proposed issue is valid.
a. The proposed issue will be considered dead if the SAPA Representative Board has a two-thirds (2/3) vote in favor of turning the issue down.
b. If a two-thirds (2/3) vote in favor of turning the issue down is not realized, the issue will be accepted and then designated to its appropriate committee for research and writing of a draft proposal.
2. Upon acceptance of the proposed issue, and after the appropriate committee researches the issue, another vote will take place within the SAPA Representative Board, again needing a two-thirds (2/3) vote in the affirmative in favor of keeping the issue in-house.
a. If a two-thirds (2/3) vote in the affirmative is not realized, the issue will then go out to the SAPA General Membership for vote and approval or disapproval. However, on specific issues that have amendable dates such as hourly pay rates, the entire SAPA General Membership shall vote on the issue prior to acceptance of the issue with a new amendable date. A majority vote (as defined in paragraph 12 of these Bylaws) of all eligible members shall pass the issue.
b. If a two-thirds (2/3) vote in the affirmative is realized, the issue will be kept in-house. After further research and debate, a final vote will take place needing a two-thirds (2/3) vote in the affirmative to accept the issue as proposed policy pending Management approval. If the issue was voted to go out to the SAPA General Membership, then a majority vote (as defined in paragraph 12 of these Bylaws) will stand.
C. Recall of Officers: Recall of any Executive Board Member or Regional Representative shall be accomplished under the following guidelines:

1. In order to initiate a recall of any Executive Board Member, the Executive Board must receive a petition containing the signatures of no less than thirty percent (30%) of the eligible SAPA General Membership. In the case of the recall of a Regional Representative, the Executive Board must receive a petition with no less than thirty percent (30%) of the eligible SAPA General Membership in the respective region.

2. Upon verification of the signatures, the Executive Board shall initiate the election for recall.

3. In the case of the recall of an Executive Board Member, the recall shall occur with a two-thirds (2/3) vote in favor of the recall by the eligible SAPA General Membership.

4. In the case of the recall of a Regional Representative, the vote shall be restricted to the eligible SAPA General Membership in the respective region, and then shall take effect upon a two-thirds (2/3) vote in favor of the recall by the eligible SAPA General Membership in that region.

14. MEETINGS:

A. There shall be a meeting of the SAPA Representative Board once per quarter and more frequently if necessary, as determined by the Executive Board.

B. A meeting is defined as occurring if fifty (50) percent plus one (1) of all active Regional Representatives is present. Included in this group should be at least two (2) members of the Executive Board.

15. AMENDING THE BYLAWS:

These Bylaws may be amended as needed in order to provide for the proper functioning of the association. Changes to these Bylaws may only be approved with a two-thirds (2/3) vote in the affirmative held among the eligible Representative Board as per paragraph 13.

16. DISSOLUTION:

The duration of SAPA shall be indefinite, or until it is dissolved in accordance with these Bylaws. In the event that there is need for dissolution of this association, dissolution shall be conducted under the following guidelines.

A. The Executive Board shall promptly conduct a vote if a dissolution is initiated by a petition containing the signatures of no less than thirty percent (30%) of the eligible SAPA General Membership.

B. In the event of a third party collective bargaining agreement voted in to represent the pilots, SAPA will be considered dissolved.

C. The dissolution shall be effective upon a two-thirds (2/3) vote in the affirmative of the eligible SAPA General Membership.