1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  CLAIRE P. PRESTEL (#235649)
   cprestel@altshulerberzon.com
4  Altshuler Berzon LLP
   177 Post Street, Suite 300
5  San Francisco, CA 94108
   Telephone: (415) 421-7151
6  Facsimile:  (415) 362-8064

7  ELIZABETH GINSBURG
   (Application for Admission *Pro Hac Vice* Pending)
8  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
9  535 Herndon Parkway
   Herndon, VA 20172-1169
10 Telephone: (703) 481-2424
   Facsimile:  (703) 481-2478
11
   Attorneys for Plaintiffs
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 SKYWEST PILOTS ALPA ORGANIZING      CASE NO. C 07 2688
   COMMITTEE, et al.,
16                                     DECLARATION OF
          Plaintiffs,                  FRANK BOWLIN IN SUPPORT OF
17                                     TEMPORARY RESTRAINING ORDER
     vs.                               AND PRELIMINARY INJUNCTION
18
   SKYWEST AIRLINES, INC.,
19
          Defendant.
20

DECL. OF FRANK BOWLIN ISO TRO & PRELIM. INJUNCTION, Case No. _____

## Declaration of Frank Bowlin

1.     My name is Frank Bowlin. I have been employed by SkyWest Airlines since September, 2002. I am a resident of Aptos, California. I currently serve as a regional jet captain for SkyWest based in Denver. In the course of my flying duties, I pass through several different airports in a typical month, including San Francisco International Airport.

2.     I am currently an open and public member of the SkyWest Pilots ALPA Organizing Committee [the "OC"]. The OC was formed to campaign among the SkyWest pilots for a representation election and selection of the Air Line Pilots Association, International ["ALPA"] as the exclusive collective bargaining representative for the SkyWest pilot group. The SkyWest pilots are currently unrepresented.

3.     I attended training at SkyWest's training facility in Salt Lake City in December of 2006. At that time, I had not yet joined the OC. As part of the standard training program, Capt. Dave Faddis, the SkyWest manager in charge of training, gave a talk to the pilot group about being the best pilots we could be. He did not discuss ALPA during his presentation.

4.     After the session with Capt. Faddis adjourned, I retired to the hallway outside of the classroom. In the hallway, I saw and overheard Capt. Faddis aggressively addressing one of the instructor pilots. Capt. Faddis was telling the instructor that he saw some pilots wearing ALPA lanyards and that he did not want to see those kinds of things around the training facility. Those wearing ALPA lanyards before the meeting with Capt. Faddis removed them shortly after.

5.     I decided to join the OC toward the end of my training period. Due to the incident I witnessed with Capt. Faddis, I have felt prevented from outward displays of my affiliation with ALPA. I do not wear an ALPA lanyard or ALPA pin for fear of a similar confrontation with Capt. Faddis or other management official.

I swear under penalty of perjury that the statements included herein are complete and accurate to the best of my ability and recollection.

17 May 2007
Date

_____
Frank Bowlin