1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  CLAIRE P. PRESTEL (#235649)
   cprestel@altshulerberzon.com
4  Altshuler Berzon LLP
   177 Post Street, Suite 300
5  San Francisco, CA  94108
   Telephone:  (415) 421-7151
6  Facsimile:   (415) 362-8064

7  ELIZABETH GINSBURG
   (Application for Admission *Pro Hac Vice* Pending)
8  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
9  535 Herndon Parkway
   Herndon, VA 20172-1169
10 Telephone:  (703) 481-2424
   Facsimile:   (703) 481-2478

11
   **E-filing**
12

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15 SKYWEST PILOTS ALPA ORGANIZING        **C 07    2688**
   COMMITTEE, *et al.*,                  CASE NO.
16
              Plaintiffs,                **DECLARATION OF
17                                       ANDY BHARATH IN SUPPORT OF
          vs.                            TEMPORARY RESTRAINING ORDER
18                                       AND PRELIMINARY INJUNCTION**
   SKYWEST AIRLINES, INC.,
19
              Defendant.
20

21

22

23

24

25

26

27

28

## Declaration of Andy Bharath

1.    My name is Andy Bharath.  I reside in Newport Beach,
California.  I have been an airline pilot employed by
SkyWest Airlines since July, 1998.  I currently serve as an
RJ captain based in Denver, Colorado.  In the course of my
flying duties, I pass through several different airports in
a typical month, including San Francisco International
Airport.

2.    I have been and remain an open and active member of
the SkyWest Pilots ALPA Organizing Committee [the "OC"],
which was formed to encourage the pilots of SkyWest to
elect ALPA as their collective bargaining representative.
The pilots of SkyWest are not represented by a labor union
for collective bargaining purposes.

3.    My first conflict with management was over my wearing
of an ALPA lanyard.  ALPA, the Air Line Pilots Association,
Intl., provided the OC with dark-colored lanyards with the
phrase "Air Line Pilots Association, Int'l." stamped on
them with white ink.  When the campaign began, ALPA handed
out lanyards to OC members and other pilot supporters who

wanted to show support for ALPA and the OC.  The lanyards
also served as a way to identify like-minded pilots.

4.    In August or September of 2006, Capt. Tony Fizer,
regional Assistant Chief Pilot for the bases including Salt
Lake City, approached me and asked why I was wearing an
ALPA lanyard.  Capt. Fizer then informed me that I could
not wear an ALPA lanyard.  I asked why not and he told me
that I was not represented by ALPA and that company policy
states that pilots cannot wear lanyards that have any logo
or decoration other than the name "SkyWest".  I pointed out
to him what we both already knew: many pilots wear lanyards
with non-SkyWest logos.  He requested that I drop the
issue, and gave me a plain, black lanyard to wear instead.
A few days later, Capt. Fizer again spotted me wearing the
ALPA lanyard and again requested that I remove it.  I told
him that by asking only me to remove my logo lanyard he was
discriminating against me as a union supporter and he again
requested that I follow his order to remove the lanyard and
drop the issue.  I removed the lanyard, and since that time
I have worn my ALPA logo lanyard only when dressed in
civilian clothes.

5.    Following these two conversations with Capt. Fizer, I
contacted Todd Emerson, SkyWest General Counsel for
Operations, who I knew from a previous experience when I
was asked to be a possible witness in litigation against
SkyWest.  In the course of the organizing campaign he had
invited me to contact him if I felt that I was being
treated improperly in any way.  I informed Mr. Emerson of
Capt. Fizer's actions and of my objection to the company
targeting pilots who wore ALPA lanyards.  Nevertheless,
non-SkyWest logo lanyards remain a common sight around
SkyWest crew rooms and facilities, and yet ALPA supporters
are still regularly confronted when they wear ALPA
lanyards.

6.    In late 2006, I contacted Capt. Roy Glassey, Chief
Pilot in Chicago, to complain that ALPA fliers -- alone
among the many kinds of fliers and notices posted -- had
been removed from the crew room message boards at O'Hare
International Airport.  Crew rooms, also known as crew
lounges, are areas where pilots may relax, eat, and take
breaks between flights.  Pilots post many different fliers
and notices on crew room message boards, including many
fliers and notices that are not work related -- for
example, I have seen notices for services and sales and

3

solicitations for charitable organizations. Pilots are also
permitted to leave general interest materials, such as
newspapers, on tables or elsewhere in crew lounges.

7.   In response to my inquiry, Capt. Glassey stated that in
order to post something on a message board in a crew lounge
one must first obtain company consent.   I sought
clarification from Capt. Glassey about exactly what the
policies are for management approval of posted literature
and he said he would have to ask upper management.   He
never replied to my question.   ALPA postings continue to be
removed.

8.   In late February or early March 2007, I asked Capt.
Jeff Curry, Chief Pilot in Denver, about what privileges
the OC has to post fliers and other information in the crew
area at Denver International Airport.   Capt. Curry stated
that putting materials out in the crew lounge was
solicitation and therefore violated company policies
against solicitation on company property.   Capt. Curry said
he had personally removed ALPA fliers put up by the OC in
the Denver crew room.   When I asked him what the policy was

that allowed him to pull down ALPA fliers and leave all others up, he said that he would ask his superiors.

9.   The SkyWest Airlines Pilots Association ["SAPA"], an organization of pilots developed and completely financed by the company which supposedly speaks on behalf of the pilots, regularly posts and distributes materials in the crew room and these materials are not removed.

10.   In addition, roughly three months ago I spoke with Capt. Jim Black about SAPA's practice of addressing new hire classes.  Capt. Black is a Vice-President of SAPA and is not a management pilot.  I spoke with him because I learned that Capt. Black was deliberately spreading misinformation about ALPA to the new hire class. I called him to clarify the misstatements and to seek the right to talk to the new hires.  Capt. Black responded that "Brad would never go for that", referring to Brad Holt, SkyWest Vice-President of Flight Operations, and told me that I could attend the meeting but not speak or address the pilots.

11.   On March 15 the OC sent a letter to Brad Holt asking that the company give the OC the rights to which it is

entitled by the law; namely to communicate with the pilot
group without interference from the company, in the same
way that SAPA is allowed to communicate with the pilot
group.  We did not receive a reply, and on April 12, 2007 I
called Brad Holt to request a meeting to discuss the
letter.   My message requesting that he call back was later
returned by Todd Emerson.

12.  Mr. Emerson and I spoke for about 30 minutes.  Mr.
Emerson acknowledged that Mr. Holt had received the letter
in question and informed me that Mr. Holt's response was a
"polite no" on all counts.  I asked about a number of
issues outlined in the letter and Mr. Emerson again
responded that the answer was a "polite no".

13.  Mr. Emerson went on to inform me that SkyWest
management recognizes SAPA as the official representative
of the pilot group.  He also expressed the view that a lot
of people do not want to see a union here.  He did not
specify to whom he was referring in the last statement.
Mr. Emerson also stated that, as the management did not
want a union on the property, they are not obligated to
cooperate with ALPA, members of the OC or supporters. Mr.
Emerson also informed me that the "open door" policy he has

previously described to me is still available as to any issues that might arise – except for discussion of ALPA organizing-related issues.

14.    SAPA also is allowed to use pilot email addresses to communicate electronically with the pilot group, but the OC has not been allowed to use these addresses or to communicate through company email.

15.    SkyWest's practice of removing any ALPA-related material from its bulletin boards and crew rooms and its refusal to allow the OC to use company email has made it extremely difficult to reach the entire pilot group. Unlike SAPA, which has free access to these lines of communication, the OC has been unable to present its views to the pilots who are affected by this organizing drive.

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

05/17/07
Date

Andy Bharath