STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Application for Admission *Pro Hac Vice* Pending)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE NO. C 07 2688 <br><br> DECLARATION OF NOTICE TO OPPOSITION AND IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BY LINDA LYE |

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for the plaintiffs in this case.

2. On May 21, 2005 at approximately 2:15 pm Pacific Daylight Time, I spoke with Patricia Stambelos, Assistant General Counsel for Defendant SkyWest Airlines, Inc. ("SkyWest") by telephone. I informed her that Plaintiffs would be filing the next day in the United States District Court for the Northern District of California a Complaint For Injunctive

1  And Declaratory Relief against SkyWest challenging SkyWest's interference with Plaintiffs'
2  rights under the Railway Labor Act, and that we would also be seeking at the same time a
3  Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should
4  Not Issue. I told Ms. Stambelos that I would send her by email a copy of all papers as soon as
5  they were filed. I also informed Ms. Stambelos that I would contact her as soon as the Court set
6  a time for a hearing on the Temporary Restraining Order.

7  　　　　3.　　On May 21, 2005, immediately after my telephone conversation with Ms.
8  Stambelos, I faxed and emailed Ms. Stambelos a letter confirming the conversation we had just
9  had. A true and correct copy of that letter, along with the fax confirmation page and cover email,
10 is attached to this declaration as Exhibit 1.

11 　　　　4.　　I have attached as Exhibit 2 a true and correct copy of a photograph of an "ALPA
12 lanyard" distributed by Plaintiff SkyWest Pilots ALPA Organizing Committee in the course of
13 its organizing campaign as a means for pilots employed by Defendant SkyWest outwardly to
14 express their support for the organizing campaign and to identify like-minded pilots.

15 　　　　I declare under penalty of perjury that the foregoing is true and correct. Executed on
16 May 21, 2005, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Linda Lye

DECLARATION OF NOTICE TO OPPOSITION BY LINDA LYE, Case No.

2