**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

May 21, 2007

*Via facsimile and electronic mail*

Ms. Patricia Stambelos
Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Fax: (435) 634 3505
patricia.stambelos@skywest.com

Dear Ms. Stambelos,

    I write to confirm our telephone conversation of today's date. This firm represents Plaintiffs SkyWest Pilots ALPA Organizing Committee, Steve Dow, Frank Bowlin, Andy Bharath, Marc Johnson, Tracy Shrier, Diletta Martirano, Charles "Phil" Alford, David Boehm, Riad Mansur, and the Air Line Pilots Association, International. As I informed you on the telephone, Plaintiffs will be filing tomorrow in the United States District Court for the Northern District of California a Complaint For Injunctive And Declaratory Relief against SkyWest Airlines, Inc. ("SkyWest"), challenging SkyWest's interference with Plaintiffs' rights under Railway Labor Act. 45 U.S.C. §152, Third and Fourth. As I further indicated to you on the telephone, Plaintiffs will also be seeking at the same time a Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue. As I stated on the telephone, I will send you by email a copy of all papers as soon as they are filed. I will contact you as soon as the Court sets a time for a hearing on the Temporary Restraining Order.

Very truly yours,

Linda Lye

cc: Mr. Todd Emerson, General Counsel, SkyWest Airlines, Inc.

## Linda Lye

**From:** Linda Lye
**Sent:** Monday, May 21, 2007 2:22 PM
**To:** 'patricia.stambelos@skywest.com'
**Cc:** 'temerson@skywest.com'
**Subject:** SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.

Dear Ms. Stambelos,
Please see attached letter confirming our telephone conversation of today's date.
Best,
Linda Lye



stambelos.5-21-07.
pdf (42 KB)

Linda Lye
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
tel: (415) 421-7151
fax: (415) 362-8064

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
DOROTHEA K. LANGSAM
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

# FACSIMILE COVER SHEET

**TO:** Todd Emerson
Patricia Stambelos

**FAX #:** 435 634-3505

**DATE:** May 21, 2007

**PAGES:** _2_ (including cover page)

**FROM:** Linda Lye

**RE:** SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.
Notice of filing of complaint for declaratory and injunctive relief and application for temporary restraining order and order to show cause why a preliminary injunction should not issue

**MESSAGE:**

Please see attached.

IF YOU ENCOUNTER PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 421-7151.

**CONFIDENTIALITY NOTE**

The information contained in this facsimile transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the agent or employee responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at (415) 421-7151, and return the original facsimile to us at the above address by mail. Thank you.

```
***********************
***   TX REPORT    ***
***********************
```

TRANSMISSION OK

TX/RX NO                4690
CONNECTION TEL          14356343505p0085016#
CONNECTION ID           PEOPLE
ST. TIME                05/21 14:20
USAGE T                 00'25
PGS. SENT               2
RESULT                  OK

---

**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
DOROTHEA K. LANGSAM
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

# FACSIMILE COVER SHEET

**TO:** Todd Emerson
Patricia Stambelos

**FAX #:** 435 634-3505

**DATE:** May 21, 2007

**PAGES:** _2_ (including cover page)

**FROM:** Linda Lye

**RE:** SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.
Notice of filing of complaint for declaratory and injunctive relief and application for temporary restraining order and order to show cause why a preliminary injunction should not issue

**MESSAGE:**

Please see attached.