**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                  General Court Number
Clerk                                                                                     415.522.2000

**May 22, 2007**

**CASE NUMBER:  CV 07-02688 JL**
**CASE TITLE:  SKYWEST PILOTS ALPA-v-SKYWEST AIRLINES INC**

<u>REASSIGNMENT ORDER</u>

      GOOD CAUSE APPEARING THEREFOR,

      IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

      Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


      ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/22/07

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                  Entered in Computer 5/22/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA