UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED MAY 22 AM 11:03

| | |
|---|---|
| SKYWEST PILOTS ALPA<br><br>    Plaintiff(s),<br><br>v.<br><br>SKYWEST AIRLINES INC<br><br>    Defendant(s).<br>_____ / | No. 07-02688 JL<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

**E-filing**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**   (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for , at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: May 22, 2007

Richard W. Wieking, Clerk
United States District Court

_Wings Hom_
By: Wings Hom, Deputy Clerk

reassig1.DCT                                                              1