STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Application for Admission *Pro Hac Vice* Pending)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE NO.: C 07 – 2688 CRB<br><br>**SUPPLEMENTAL DECLARATION OF NOTICE TO OPPOSITION RE: RESTRAINING ORDER AND PRELIMINARY INJUNCTION BY LINDA LYE** |

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for the plaintiffs in this case.

2. On May 22, 2007, at approximately 11:02 am Pacific Daylight Time, I emailed a copy to Patricia Stambelos, Assistant General Counsel for Defendant SkyWest Airlines, Inc. ("SkyWest"), and Todd Emerson, General Counsel for Defendant SkyWest, a copy of the Complaint and Ex Parte Motion for a Temporary Restraining Order and Order To Show Cause

Why A Preliminary Injunction Should Not Issue, as well as all supporting documents, filed by Plaintiffs in this action this morning in the above-referenced matter. Specifically, I emailed to Ms. Stambelos and Mr. Emerson the following documents:

(1) Civil Case Cover Sheet
(2) Summons
(3) Complaint
(4) Certificate of Interested Parties
(5) Application to Appear Pro Hac Vice
(6) Order Granting Appearance Pro Hac Vice
(7) Ex Parte Motion for TRO and OSC
(8) Proposed TRO
(9) Memorandum in support of TRO/PI
(10) Declaration of Notice to Opposition by Linda Lye
(11) Declaration of Charles "Phil" Alford
(12) Declaration of Andy Bharath
(13) Declaration of David Boehm
(14) Declaration of Frank Bowlin
(15) Declaration of Steve Dow
(16) Declaration of Marc Johnson
(17) Declaration of Jeffrey MacDonald
(18) Declaration of Riad Mansur
(19) Declaration of Diletta Martirano
(20) Declaration of Tracy Shrier

I also attached to the email a copy of the court's Electronic Case Filing Information. A true and correct copy of the cover email I sent to Ms. Stambelos and Mr. Emerson is attached as Exhibit 1 to this declaration.

3. On May 22, 2007, at approximately 11:05 am Pacific Daylight Time, I left a voicemail for Ms. Stambelos indicating that I had emailed her a copy of the documents filed by Plaintiffs in the above-referenced matter.

4. On May 22, 2007, at approximately 11:05 am Pacific Daylight Time, I spoke with Todd Emerson, General Counsel for Defendant SkyWest Airlines, Inc. ("SkyWest") by telephone. I informed him that Plaintiffs had filed this morning in the United States District Court for the Northern District of California a Complaint For Injunctive And Declaratory Relief against SkyWest challenging SkyWest's interference with Plaintiffs' rights under the Railway Labor Act, and that we had also sought at the same time a Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue. I also informed him that

1  I had emailed him the documents Plaintiffs had filed this morning. He checked his email and
2  stated to me that he had received the email, Exhibit 1 to my declaration, and attached documents.
3     5.   On May 22, 2007, at approximately 11:17 am Pacific Daylight Time, I emailed
4  Mr. Emerson and Ms. Stambelos a copy of two documents issued by this Court in this matter,
5  viz., Document No. 17, "Order Reassigning Case," and Document No. 18, "Clerk's Notice of
6  Impending Reassignment to U.S. District Judge," as well as a copy of Judge Breyer's Standing
7  Order. A true and correct copy of the cover email I sent to Mr. Emerson and Ms. Stambelos is
8  attached as Exhibit 2 to this declaration.
9     6.   My office also provided this morning a copy of the summons and all the
10 documents filed by Plaintiffs in this action, including the Complaint, Ex Parte Motion for a
11 Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should
12 Not Issue, and the Memorandum In Support of Motion For Temporary Restraining Order and
13 Preliminary Injunction, to a process server in Los Angeles, for service today on CT Corporation,
14 Defendant SkyWest's agent for service of process.
15    I declare under penalty of perjury that the foregoing is true and correct. Executed on
16 May 22, 2007, in San Francisco, California.

_____
Linda Lye

3
SUPPLEMENTAL DECLARATION OF NOTICE TO OPPOSITION BY LINDA LYE, Case No. C-07-2688 CRB