# Linda Lye

| | |
|---|---|
| From: | Linda Lye |
| Sent: | Tuesday, May 22, 2007 11:02 AM |
| To: | 'patricia.stambelos@skywest.com' |
| Cc: | 'temerson@skywest.com' |
| Subject: | RE: SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc. |

Dear Ms. Stambelos,

Attached please find the documents that we filed in the United States District Court for the Northern District of California this morning:

List of Documents

1. Civil Case Cover Sheet (w/$350 check for filing fee)
2. Summons
3. Complaint
4. Certificate of of Interested Parties
5. Application to Appear *Pro Hac Vice* (w/$210.00 check for fee)
6. Order Granting Appearance *Pro Hac Vice*
7. Ex Parte Motion for TRO and OSC
8. Proposed TRO
9. Memorandum in support of TRO/PI
10. Declaration of Notice to Opposition by Linda Lye
11. Declaration of Charles "Phil" Alford
12. Declaration of Andy Bharath
13. Declaration of David Boehm
14. Declaration of Frank Bowlin
15. Declaration of Steve Dow
16. Declaration of Marc Johnson
17. Declaration of Jeffrey MacDonald
18. Declaration of Riad Mansur
19. Declaration of Diletta Martirano
20. Declaration of Tracy Shrier.

    

Summons.pdf (56 KB) | Appl re Pro Hac Vice.pdf (54 K... | Bharath Decl.pdf (232 KB) | Boehm Decl.pdf (122 KB) | Bowlin Decl.pdf (87 KB)



Certification of Interested En... | Civil Cover Sheet.pdf (129 KB).. | Complaint.pdf (547 KB) | Dow Decl Ex A.pdf (353 KB) | Dow Decl.pdf (236 KB) | ECF Info.pdf (111 KB) | Ex Parte Motion for TRO OSC.pd...

     

Johnson Decl.pdf (93 KB) | Lye Decl Ex 1.pdf (133 KB) | Lye Decl Ex 2.pdf (447 KB) | Lye Decl re Notice to Oppositi... | MacDonald Decl.pdf (258 KB) | Mansur Decl.pdf (125 KB) | Martirano Decl.pdf (106 KB)

   

Memo ISO TRO and PI.pdf (2 MB)... | Proposed Order re Pro Hac Vice... | Proposed TRO.pdf (123 KB) | Shrier Decl.pdf (198 KB) | Alford Decl.pdf (133 KB)

Also attached is electronic case filing information from the court.

1

I will call and email you as soon as I learn the time of any hearing on the TRO.
Regards,
Linda Lye

| | |
|---|---|
| **From:** | Linda Lye |
| **Sent:** | Monday, May 21, 2007 2:22 PM |
| **To:** | 'patricia.stambelos@skywest.com' |
| **Cc:** | 'temerson@skywest.com' |
| **Subject:** | SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc. |

Dear Ms. Stambelos,
Please see attached letter confirming our telephone conversation of today's date.
Best,
Linda Lye
<< File: stambelos.5-21-07.pdf >>
Linda Lye
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
tel: (415) 421-7151
fax: (415) 362-8064

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.