# UNITED STATES DISTRICT COURT

## Northern District of California

SKYWEST PILOTS ALPA
ORGANIZING COMMITTEE, et al.,

**CASE NO.**

Plaintiff(s),

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

v.

SKYWEST AIRLINES, INC.,

Defendant(s).
_____/

Elizabeth Ginsburg, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Air Line Pilots Association, 535 Herndon Parkway, Herndon, VA 20172-1169;
Telephone: (703) 481-2424

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 22, 2007



_____
District Judge