STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Application for Admission *Pro Hac Vice* Pending)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE NO. C07-2688 CRB<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On May 22, 2007, I served the following document(s):

1. Summons
2. Complaint for Injunctive and Declaratory Relief
3. Certification of Interested Entities or Persons
4. Application to Appear *Pro Hac Vice*
5. Order Application for Admissions of Attorney *Pro Hac Vice*
6. Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction
7. [Proposed] Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction

8. Memorandum in Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction
9. Declaration of Notice to Opposition by Linda Lye
10. Declaration of Charles "Phil" Alford in Support of Temporary Restraining Order and Preliminary Injunction
11. Declaration of Andy Bharath in Support of Temporary Restraining Order and Preliminary Injunction
12. Declaration of David Boehm in Support of Temporary Restraining Order and Preliminary Injunction
13. Declaration of Frank Bowlin in Support of Temporary Restraining Order and Preliminary Injunction
14. Declaration of Steve Dow in Support of Temporary Restraining Order and Preliminary Injunction
15. Declaration of Marc Johnson in Support of Temporary Restraining Order and Preliminary Injunction
16. Declaration of Jeffrey MacDonald in Support of Temporary Restraining Order and Preliminary Injunction
17. Declaration of Riad Mansur in Support of Temporary Restraining Order and Preliminary Injunction
18. Declaration of Diletta Martirano in Support of Temporary Restraining Order and Preliminary Injunction
19. Declaration of Tracy Shrier in Support of Temporary Restraining Order and Preliminary Injunction
20. Reasignment Order
21. Standing Order for the Honorable Charles R. Breyer
22. Notice of Impending Reassignment to a US District Court Judge
23. US District Court, Northern California, ECF Registration Information Handout
24. Supplemental Declaration of Notice to Opposition re: Temporary Restraining Order and Preliminary Injunction by Linda Lye
25. Order Application for Admissions of Attorney *Pro Hac Vice* (entered 5/22/07)
26. Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (entered 5/22/07)

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By Federal Express</u>: I am readily familiar with the practice of Altshuler Berzon LLP for the collection of overnight courier deliveries. I delivered each envelope to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account to be delivered to the office of the addressee on the next business day. The package was deposited at the Kearny Street location.

    Doug Hall
    Ford & Harrison LLP
    1300 19th Street, NW, Suite 700
    Washington, DC 20036
    dhall@fordharrison.com
    202-719-2065
    202-719-2077 (fax)
    (Attorney for SkyWest Airlines, Inc.)

1  Todd Emerson, General Counsel for Operations
   Ms. Patricia Stambelos
2  Associate General Counsel
   SkyWest Airlines, Inc.
3  444 South River Road
   St. George, Utah 84790
4  (435) 634-3530
   Fax: (435) 634 3505
5  temerson@skywest.com
   patricia.stambelos@skywest.com
6  (Attorneys for SkyWest Airlines, Inc.)

7

   I declare under penalty of perjury under the laws of the State of California that the
8  foregoing is true and correct. Executed this May 22, 2007, at San Francisco, California.

9
                                    _____
                                          Jean Perley
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service, Case No. C07-2688 CRB                                              3