John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Douglas H. Riegelhuth (SBN 166686)
Email: driegelhuth@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:    415 543 8700
Facsimile:    415 391 8269

DOUGLAS W. HALL (*Pro Hac Vice Application Pending*)
Email: dhall@fordharrison.com
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202.719.2065
Facsimile:    202.719.2077

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | No.: 3:07-CV-02688-CRB<br><br>**[PROPOSED] ORDER SHORTENING TIME TO HEAR MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**<br><br>Honorable Charles R. Breyer |

After consideration of the papers in support of SkyWest Airlines, Inc. ("SkyWest)'s Request To Shorten Time To Hear Motion To Dissolve Temporary Restraining Order,

IT IS HEREBY ORDERED that SkyWest's Request To Shorten Time is GRANTED.

In the event the Court does not dissolve the Temporary Restraining Order based solely on the papers in support of Skywest's Motion To Dissolve, the hearing on SkyWest's Motion To Dissolve Temporary Restraining Order will be <u>Wednesday, May 23, 2007 at 3 p.m. or as soon thereafter as it may be heard</u>.  The Court will give notice if a hearing is required.  Counsel for Skywest may appear telephonically for the hearing.

This Order does not affect the schedule set forth in the Court's May 22, 2007 Order To Show Cause Re: Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: May 23, 2007.

                                          _____
                                          Hon. Charles R. Breyer
                                          United States District Court Judge