John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Douglas H. Riegelhuth (SBN 166686)
Email: driegelhuth@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:    415 543 8700
Facsimile:    415 391 8269

DOUGLAS W. HALL (*Pro Hac Vice Application Pending*)
Email: dhall@fordharrison.com
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202.719.2065
Facsimile:    202.719.2077

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | No.: 3:07-CV-02688-CRB <br><br> **[PROPOSED] ORDER DISSOLVING TEMPORARY RESTRAINING ORDER** <br><br> Honorable Charles R. Breyer |

After consideration of the papers in support of SkyWest Airlines, Inc. ("SkyWest")'s Motion To Dissolve Temporary Restraining Order,

IT IS HEREBY ORDERED that SkyWest's Motion To Dissolve Temporary Restraining Order is GRANTED.

**IT IS SO ORDERED.**

DATED: May 23, 2007.

_____
Hon. Charles R. Breyer
United States District Court Judg

[PROPOSED] ORDER DISSOLVING TEMPORARY RESTRAINING ORDER