STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER DENYING TO DEFENDANT'S REQUEST TO SHORTEN TIME** |

After considering the papers in support of and in opposition to Defendant SkyWest Airlines, Inc.'s ("SkyWest's") request to shorten time,

IT IS HEREBY ORDERED that SkyWest's Request to Shorten Time to Hear Motion to Dissolve Temporary Restraining Order is DENIED. The Court will hear argument regarding the matters raised by SkyWest's Motion to Dissolve at the hearing already scheduled for Wednesday, May 30, 2007, at 3:00 p.m.

Date: _____    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING TO DEFENDANT'S REQUEST TO SHORTEN TIME, CASE No. C-07-2688 CRB　　1