STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF LINDA LYE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER** |

DECL. OF LYE ISO OPPOSITION TO DEF'S MOTION TO DISSOLVE TRO, CASE No. C-07-2688 CRB

1  I, Linda Lye, declare as follows:

2  1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

3  2. Attached hereto as Exhibit A is a true and correct copy of an email I received today from Todd Emerson, General Counsel to defendant SkyWest Airlines, Inc. ("SkyWest").

3. Attached hereto as Exhibit B is a letter I sent today to Mr. Emerson in response to his email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2007 at San Francisco, California.

_____
LINDA LYE

DECL. OF LYE ISO OPPOSITION TO DEF'S MOTION TO DISSOLVE TRO, CASE No. C-07-2688 CRB        1