## Linda Lye

**From:** Todd Emerson [temerson@skywest.com]
**Sent:** Wednesday, May 23, 2007 3:04 PM
**To:** Linda Lye; DHALL@FORDHARRISON.COM; Patricia Stambelos
**Subject:** RE: SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.

May 23, 2007

Linda Lye
Altshuler Berson
177 Post Street, Suite 300
San Francisco, CA 94108

Dear Ms. Lye,

    I am writing to respond to your May 22 letter wherein you made certain inquiries in relation to implementing the TRO that was issued yesterday.

    Your first request was to allow SkyWest ALPA Organizing reps to be placed on the agenda for the Tuesday, May 29, pilot training class for the duration of one hour. However, SAPA is not scheduled to present at this time. Several weeks ago SAPA was scheduled to present at the June 1 class, where the chief pilot, benefits administrator and other administrative departments will also be presenting. Stopping training on May 29 would interfere with our operations and is something that SAPA would not be entitled to cause in order to promote itself. The June 1 class falls outside of the TRO's parameters.

    Second, you requested that Plaintiffs be given access to SkyWest's internal electronic messaging system to communicate with the pilot group. The SkyWest ALPA Organizing Committee members already have access to skywestonline and MyMessages, wherein they can send messages to any pilot at SkyWest. Pursuant to the TRO, we will not discipline your clients or revoke their online privileges for reasonably using these company-owned services to promote ALPA.

    Third, SAPA has had no dedicated bulletin boards at any SkyWest crew lounge in the past year.

                                             Sincerely,

                                             Todd Emerson
                                             General Counsel

**From:** Linda Lye [mailto:llye@altshulerberzon.com]
**Sent:** Tue 5/22/2007 9:43 PM
**To:** DHALL@FORDHARRISON.COM; Todd Emerson; Patricia Stambelos
**Subject:** SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.

<<Hall.Emerson.Stambelos.5-22-07.pdf>> Please see attached.

Linda Lye
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
tel: (415) 421-7151
fax: (415) 362-8064

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.