**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

May 23, 2007

*Via facsimile and electronic mail*

Todd Emerson
General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Fax: (435) 634 3505
temerson@skywest.com

Dear Mr. Emerson,

Thank you for your letter sent earlier today.

SkyWest is in violation of the Court's temporary restraining order, currently in effect, in the following respects:

(1) SkyWest has thus far refused to permit representatives of the ALPA Organizing Committee to speak to the May 29 pilot training class. The Court's Order requires SkyWest to grant Plaintiffs access "to the same channels of communication provided to SAPA at any point during the last year," including by providing access to pilot classes. *See* Order at 2. Nothing in the Court's Order limits this instruction to classes where SAPA also happens to be appearing, and your letter admits that a May 29 training is scheduled. Nor were SAPA's presentations to pilot classes within the last year done back-to-back with ALPA presentations.

Please confirm immediately that SkyWest will comply with the Court's Order by permitting Plaintiffs or their representatives to present during the May 29 training class.

(2) SAPA has been given dedicated bulletin boards within the last year. SkyWest has not yet provided ALPA with dedicated bulletin boards in any of the locations where SAPA has had a dedicated bulletin board. Although your letter states that SAPA has not had any dedicated bulletin boards in "SkyWest crew lounge[s]" in the past year, nothing in the Court's Order limits

Todd Emerson
May 23, 2007
Page 2

its scope to crew lounges – either with respect to the its anti-discrimination prohibition or the requirement that SkyWest provide access to the same channels of communication used by SAPA during the past year. *See* Order at 2 (prohibiting discrimination and requiring access and then providing an expressly non-exclusive – "including but not limited to" – list of examples).

Please confirm that SkyWest will comply with the Court's Order by immediately providing Plaintiffs and their representatives with dedicated bulletin boards in each and every location where SAPA has had a dedicated bulletin board at any point within the last year.

We are also discussing with our client whether the email access you have provided enables Plaintiffs to send messages to the entire pilot group with one keystroke using an easily accessible and manipulable list. We will let you know if any problems arise.

We regard your letter today as an attempt to evade both the spirit and the letter of the Court's Order, and we hope that we are able to resolve these compliance problems without the need for Court enforcement. We look forward to hearing from you further.

Very truly yours,

Linda Lye

cc:   Patricia Stambelos, Associate General Counsel, SkyWest Airlines
      patricia.stambelos@skywest.com (via facsimile and e-mail)

      Doug Hall, Ford & Harrison LLP
      dhall@fordharrison.com (via facsimile and e-mail)