1  John P. Bovich (SBN 150688)
   Email: jbovich@reedsmith.com
2  Douglas H. Riegelhuth (SBN 166686)
   Email: driegelhuth@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936
   Telephone:    415 543 8700
7  Facsimile:    415 391 8269

8  Douglas W. Hall (*Pro Hac Vice* Application Pending)
   Email: dhall@fordharrison.com
9  Ford & Harrison LLP
   1300 Nineteenth Street, N.W., Suite 700
10 Washington, DC 20036
   Telephone:    202.719.2065
11 Facsimile:    202.719.2077

12 Attorneys for Defendant
   SKYWEST AIRLINES, INC.

13
UNITED STATES DISTRICT COURT

14
NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., | No.: 3:07-CV-02688-CRB |
| 17                    Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| 18  vs. | Honorable Charles R. Breyer |
| 19  SKYWEST AIRLINES, INC., | |
| 20                    Defendant. | |

The above-captioned matter came before the Court upon Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue.

Having considered the evidence and legal arguments, Plaintiffs' Motion for a Temporary Restraining Order is GRANTED.

IT IS HEREBY ORDERED that Defendant, its officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with Defendant, are hereby temporarily restrained and enjoined, pending a ruling by this Court on whether a preliminary injunction should issue, and ordered as follows:

1) To cease and desist from interfering in any way with the outward expression of support for ALPA by the members of the SkyWest Pilots ALPA Organizing Committee to be identified by Plaintiffs with like-minded pilots through, *inter alia*, the wearing of non-offensive and non-intrusive ALPA insignia on lanyards or pins, while in uniform or off duty.

2) To cease and desist from interfering with the members of the SkyWest Pilots ALPA Organizing Committee to be identified by Plaintiffs in their distribution of ALPA-related materials in non-work areas such as bulletin boards and crew lounges.

3) To provide the members of the SkyWest Pilots ALPA Organizing Committee to be identified by Plaintiffs with access to general bulletin boards in crew lounges, pilot mailboxes, and SkyWest's email system for purposes of communicating with fellow pilots regarding ALPA and the ALPA organizing campaign.

IT IS HEREBY ORDERED that the Temporary Restraining Order previously granted by the Court on May 22, 2007 is hereby dissolved and vacated.

IT IS FURTHER ORDERED that this Temporary Restraining Order is issued on the condition that Plaintiffs first file an undertaking with adequate security in an amount sufficient to recompense those enjoined for any loss, expense or damage caused by the improvident or erroneous issue of this order, including all reasonable costs and expense of defense (including a reasonable attorney's fee) against the order or against the granting of any injunctive relief sought in this

proceeding and subsequently denied by the Court, such undertaking to be established in the amount of $_____.

   IT IS FURTHER ORDERED that SkyWest's opposition to Plaintiffs' request for a preliminary injunction shall be filed and served by Defendants not later than 12 noon (Pacific) on May 29, 2007. Plaintiffs' reply papers shall be filed and served not later than 12 noon (Pacific) on May 30, 2007. A hearing on Plaintiff's request for a preliminary injunction will be held on Thursday, May 31, 2007, beginning at 9 a.m., at which time this Temporary Restraining Order shall expire.

   IT IS SO ORDERED.

Date: _____

                          _____
                          U.S. District Court Judge