REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  John P. Bovich (SBN 150688)
   Email: jbovich@reedsmith.com
2  Douglas H. Riegelhuth (SBN 166686)
   Email: driegelhuth@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936
   Telephone:   415 543 8700
7  Facsimile:   415 391 8269

8  DOUGLAS W. HALL (*Pro Hac Vice Application Pending*)
   Email: dhall@fordharrison.com
9  Ford & Harrison LLP
   1300 Nineteenth Street, N.W., Suite 700
10 Washington, DC 20036
   Telephone:   202.719.2065
11 Facsimile:   202.719.2077

12 Attorneys for Defendant
   SKYWEST AIRLINES, INC.
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

| 16 | SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., | No.: 3:07-CV-02688-CRB |
|---|---|---|
| 17 | Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DOUGLAS W. HALL PRO HAC VICE |
| 18 | vs. | |
| 19 | SKYWEST AIRLINES, INC., | |
| 20 | Defendant. | |

No.: 3:07-CV-02688-CRB                                                    DOCSSFO-12479557.1-JBOVICH

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
DOUGLAS W. HALL PRO HAC VICE

1  Douglas W. Hall, an active member in good standing of the bar of the District of Columbia,
2  whose business address and telephone number is Ford & Harrison, LLP, 1300 Nineteenth Street,
3  N.W., Suite 700, Washington, D.C. 20036, (202) 719-2065, having applied in the above-entitled
4  action for admission to practice in the Northern District of California on a pro hac vice basis,
5  representing Skywest Airlines, Inc.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance pro hac
9  vice. Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, Electronic Case Filing.

13 DATED: May 24, 2007.

_____
The Honorable Charles R. Breyer

No.: 3:07-CV-02688-CRB   — 1 —   DOCSSFO-12479557.1-JBOVICH
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
DOUGLAS W. HALL PRO HAC VICE