# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

SKYWEST PILOTS ALPA ORGANIZING COMMITTEE,
STEVE DOW, FRANK BOWLIN, ANDY BHARATH,
MARC JOHNSON, TRACY SHRIER, DILETTA
MARTIRANO, CHARLES "PHIL" ALFORD,
DAVID BOEHM, RIAD MANSUR, and
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

v.

SKYWEST AIRLINES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07    2688    JL**

TO: (Name and address of defendant)

SkyWest Airlines, Inc.
c/o C T Corporation System (Agent for Service of Process)
818 West Seventh St
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LINDA LYE (#215584),
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_[signature]_

(BY) DEPUTY CLERK

DATE: MAY 2 2 2007

Linda Lye, 215584
ALTSHULER BERZON, LLP
177 Post St. Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SkyWest Pilots ALPA Organizing Committee<br>Plaintiff(s)<br>v.<br>SkyWest Airlines, Inc.<br>Defendant(s) | CASE NUMBER:<br>C072688<br><br>**PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons  [X] complaint  [ ] alias summons  [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify):* – see attached list –

2. **Person served:**                                                         **BY FAX**
   a. [X] Defendant *(name)*: SkyWest Airlines, Inc.
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Margaret Wilson – Person authorized to accept service of process
   c. [X] Address where papers were served: 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. I served the person named in Item 2:
   a. [X] **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] **Papers were served on** *(date):* 5/22/2007   at *(time):* 14:25

   b. [ ] **By Substituted service.** By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] **Papers were served on** *(date):* _____ at *(time):* _____
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] **papers were mailed** on *(date):* _____
      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---
PROOF OF SERVICE – SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                              PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Mario Lopez
   One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   415-491-0606

   a. Fee for service: $ 14.95
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

BY FAX

Date: 5/23/2007

_____
(Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                              PAGE 2

Attached List

Certificate of Interested Parties,

Application to Appear Pro Hac Vice,

Proposed Order Granting Appearance Pro Hac Vice,

Ex Parte Motion for TRO & OSC re Preliminary Injunction,

Proposed TRO and OSC re Preliminary Injunction,

Memorandum in Support of TRO and Preliminary Injunction,

Declaration of Notice to Opposition by Linda Lye,

Lye Decl. Exhibit 1,

Lye Decl Ex 2,

Declaration of Charles "Phil" Alford,

Declaration of Andy Bharath,

Declaration of David Boehn,

Declaration of Frank Bowlin,

Declaration of Steve Dow,

Dow Decl Ex A,

Declaration of Marc Johnson,

Declaration of Jeffrey MacDonald,

Declaration of Riad Mansur,

Declaration of Diletta Martirano,

Declaration of Tracy Shrier,

USDC ND Cal ECF Information Handout,

Reassignment Order,

Clerk's Notice re Reassignment,

Standing Order of Charles R. Breyer

BY FAX