**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 24, 2007**

**C-07-02688** CRB

**SKYWEST PILOTS ALPA** v. **SKYWEST AIRLINES INC**

| Attorneys: | Linda Ley, Stephen Berzon | Douglas Reigelhuth |
|---|---|---|
| | Claire Prestel, Elizabeth Ginsburg | Douglas Hall, Patricia Stambelos |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Powell**

**PROCEEDINGS:**                                                                                     **RULING:**

1. Motion to Dissolve TRO

2.

3.

**ORDERED AFTER HEARING:**

The Court grants motion to dissolve TRO and issues an Amended TRO. The initial TRO to remain in event until the close of business (5/24/07). The Court permits 5 pilots as witnesses and instructs plaintiff to advise Sky Pilot of the identify of the pilots by close of business 5/25/07. Court allows further briefing with opposition due by noon on 5/29 and reply by noon on 5/30/2007.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO May 31, 2007 @ 9:00 a.m. for Preliminary Injunction

Discovery Cut-Off ____                                  Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                    Deft to Name Experts by ____
P/T Conference Date ____   Trial Date ____   Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ____