Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC  20036
Telephone:   202-719-2065
Facsimile:   202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE** <br><br> Date: TBD <br> Time: TBD <br> Ctrm: 8, 19th Floor <br><br> Judge: Hon. Charles R. Breyer <br><br> Action Filed: May 22, 2007 |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE
CASE NO. C 07-2688 CRB

SF:173284.1

1  Having considered Defendant SkyWest Airlines, Inc.'s Motion To Transfer Venue, the
2  Declaration of Todd Emerson In Support of Motion to Transfer Venue, Plaintiffs' opposition to the
3  motion, and finding good cause therefore, Defendant's Motion to Transfer Venue is GRANTED.
4  Accordingly, the case shall be transferred to the District of Utah. The hearing on Plaintiffs' motion
5  for a preliminary injunction is vacated.

Dated: _____          _____
                                        Hon. Charles R. Breyer
                                        U.S. District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE
CASE NO. C 07-2688 CRB
SF:173284.1