1  Douglas W. Hall (Admitted *Pro Hac Vice*)
   FORD & HARRISON LLP
2  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
3  Telephone:    202-719-2065
   Facsimile:    202-719-2077
4  Email: dhall@fordharrison.com

5  Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA 94111-5894
7  Telephone:    415-591-1000
   Facsimile:    415-591-1400
8  Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO CHANGE TIME**<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 8, 19th Floor<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

---

Having considered Defendant SkyWest Airlines, Inc.'s Motion To Change Time, the Declaration of Robert Spagat In Support of Motion to Change Time, and finding good cause therefore, Defendant's Motion to Change Time is GRANTED.

IT IS HEREBY ORDERED as follows:

**DEFENDANT'S MOTION TO TRANSFER VENUE:**

1. Plaintiffs' Opposition to Defendant's Motion to Transfer Venue shall be due Thursday, May 31, 2007, by 5:00 p.m.
2. Defendant's Reply in support of the Motion to Transfer Venue shall be due Friday, June 1, by 12:00 p.m.
3. Defendant's Motion to Transfer Venue shall be heard on Monday, June 4, at 9:00 a.m.

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION:**

1. The previously scheduled hearing date of May 31, 2007, is **VACATED.**
2. Defendant's Opposition Plaintiff's Motion for a Preliminary Injunction shall be due on June 4, 2007.
3. Plaintiffs' Reply Plaintiff's Motion for a Preliminary Injunction shall be due on June 6, 2007.
4. Plaintiff's Motion for a Preliminary Injunction shall be heard on Thursday, June 7, 2007, at 9:00 a.m.
5. The Temporary Restraining Order currently in effect shall remain in effect until the earlier of (a) the close of the preliminary injunction hearing, or (b) June 8, 2007, at 11:59 p.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Charles R. Breyer
U.S. District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC'S MOTION TO CHANGE TIME
CASE NO. C 07-2688 CRB

SF:173297.1