STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>       Plaintiffs,<br><br>    vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>       Defendant. | CASE No. C-07-2688 CRB<br><br>**NOTICE OF PLAINTIFFS' INTENT TO FILE OPPOSITION TO MOTION TO CHANGE TIME RE: DEFENDANT'S MOTION TO TRANSFER VENUE AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

   Between 7:18 p.m. and 7:41 p.m. on Sunday, May 27, 2007, in the middle of a three-day holiday weekend, Defendant SkyWest Airlines, Inc. ("SkyWest") filed a motion to completely change the carefully agreed to preliminary injunction hearing schedule and to shorten time on a new motion to transfer venue.

   Under the applicable Local Rules, Plaintiffs have until Thursday to file an opposition to SkyWest's motion to change time.  *See* Local Rule 6–3.  But given the urgency of the matters raised, Plaintiffs' counsel will consult with their clients as quickly as possible and file their opposition to the motion to change time by no later than 11:00 a.m. PST, Tuesday, May 29, 2007.  The changed

NOTICE OF PLTFS' INTENT TO FILE OPP. TO MOT. TO CHANGE TIME RE: DEFT'S MOT. TO TRANSFER VENUE AND PLTFS' MOT. FOR PRELIM. INJUNCTION, CASE No. C-07-2688 CRB      1

preliminary injunction schedule proposed by SkyWest creates irreconcilable conflicts for Plaintiffs' counsel, and Plaintiffs respectfully request that the Court consider their opposition before ruling on SkyWest's motion to change time.

Dated: May 28, 2007               Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:  \s\Claire P. Prestel
     Claire P. Prestel

Attorneys for Plaintiffs

NOTICE OF PLTFS' INTENT TO FILE OPP. TO MOT. TO CHANGE TIME RE: DEFT'S MOT. TO TRANSFER VENUE AND PLTFS' MOT. FOR PRELIM. INJUNCTION, CASE No. C-07-2688 CRB          2