STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO CHANGE TIME RE: DEFENDANT'S MOTION TO TRANSFER VENUE AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

After considering the papers in support of and in opposition to Defendant's Motion to Change Time Re: Defendant's Motion to Transfer Venue and Plaintiffs' Motion for Preliminary Injunction,

IT IS HEREBY ORDERED that Defendant's Motion to Change Time Re: Defendant's Motion to Transfer Venue and Plaintiffs' Motion for Preliminary Injunction is DENIED.  The Court will hear argument regarding Plaintiffs' Motion for Preliminary Injunction at the date and time already set, Thursday, May 31, 2007 at 9:00 a.m.  The matters raised by SkyWest's Motion to Transfer Venue shall be briefed and heard by the Court according to the standard motions schedule set forth in the rules.

IT IS SO ORDERED.

Date: _____    _____
                                  Hon. Charles R. Breyer
                                  United States District Judge