

**May 2007**

SkyWest provides service as United Express in partnership with United Airlines along the West Coast a Denver and Chicago hubs. At Salt Lake City, SkyWest operates as Delta Connection under a marketing ag Air Lines. SkyWest flies as Midwest Connect out of Milwaukee and Kansas City in a partnership with SkyWest is the world's largest independently owned regional airline.

View the PRINTER FRIENDLY VERSION. (If you have problems viewing the Printer Friendly Version, you may the latest Acrobat® Reader® software.)

### SKYWEST AIRLINES FACT SHEET

| | | |
|---|---|---|
| **Hubs** | Chicago O'Hare, Los Angeles, San Francisco, Portland, Denver, Salt Lake City, Milwaukee and Kansas City. | |
| **Crew Domiciles** | Chicago, Colorado Springs, Denver, Fresno, Los Angeles, Monterey, Palm Springs, Portland, Sacramento, Salt Lake City, San Diego, San Francisco, San Luis Obispo, Santa Barbara, Tucson and Milwaukee. | |
| **Maintenance bases includes line stations** | Chicago, Colorado Springs, Denver, Fresno, Los Angeles, Palm Springs, Salt Lake City, San Diego, San Francisco, Tucson, Milwaukee and Kansas City. | |
| **Cities (States) Currently Served** | **Total:** 141 (39 states & 4 Canadian Provinces) **United:** 115 **Delta:** 87 **Midwest:** 7 **Shared:** 65 | |
| **Stations Operated** | **SkyWest:** 80 | |
| **Employees** | Total: 10,799 (9,321 FTE's) | |
| **Average number of daily scheduled departures** | **United:** 1,206 **Delta:** 500 **Midwest:** 32 **Total:** 1,738 | |
| | **LAX:** 142 **SFO:** 114 **PDX:** 23 **DEN:** 144 **ORD:** 160 **SLC:** 218 **MKE:** 11 **MCI:** 5 | |
| **Passengers Carried in 2006** | 19.5 million passengers | |
| **Total revenue passenger miles flown in 2006** | 9.5 billion revenue passenger miles* *A Revenue Passenger Mile is equal to one fare paying passenger flown one mile. | |
| **Total aircraft in operating fleet** | 270 (All numbers include deliveries and retirements this calendar month) | |
| **Average age of fleet:** | **CRJ:** 3.8 years. **Brasilia:** 10.1 years. **Combined:** 5.2 years. | |
| **Embraer aircraft:** | (60) Embraer 120 turboprops (12 DLC, 48 UAX) | |
| **Bombardier aircraft:** | (128) CRJ200 aircraft (56 DLC, 67 UAX, 5 Midwest) (65) CRJ700 aircraft (13 DLC, 52 UAX) (17) CRJ900 aircraft (17 DLC) | |

**MEDIA**
- PRESS
- FACT S
- ROUTE
- AIRCR/
- IN SER\
- EXECU'
- HISTOR
- SKYWE
- IMAGE
- SKYWE
- AFFILI/
- COMMU
- FAQs



# current fact sheet

**May 2007**

*SkyWest provides service as United Express in partnership with United Airlines along the West Coast and out of United's Denver and Chicago hubs. At Salt Lake City, SkyWest operates as Delta Connection under a marketing agreement with Delta Air Lines. SkyWest flies as Midwest Connect out of Milwaukee and Kansas City in a partnership with Midwest Airlines. SkyWest is the world's largest independently owned regional airline.*

| | |
|---|---|
| **Hubs** | Chicago O'Hare, Los Angeles, San Francisco, Portland, Denver, Salt Lake City, Milwaukee and Kansas City. |
| **Crew domiciles** | Chicago, Colorado Springs, Denver, Fresno, Los Angeles, Monterey, Palm Springs, Portland, Sacramento, Salt Lake City, San Diego, San Francisco, San Luis Obispo, Santa Barbara, Tucson and Milwaukee. |
| **Maintenance bases (includes line stations)** | Chicago, Colorado Springs, Denver, Fresno, Los Angeles, Palm Springs, Salt Lake City, San Diego, San Francisco, Tucson, Milwaukee and Kansas City. |
| **Cities currently served** | Total: 141 (39 states & 4 Canadian Provinces)  United: 115  Delta: 87  **Midwest: 7  Shared: 65** |
| **Stations operated** | SkyWest: 80 |
| **Employees** | 10,799 total<br>9,321 FTE's |
| **Average number of daily scheduled departures** | United: 1,206  Delta: 500  Midwest: 32  Total: 1,738<br><br>LAX: 142  SFO: 114  PDX: 23  DEN: 144  ORD: 160  SLC: 218  MKE: 11  MCI: 5 |
| **Passengers Carried in 2006** | 19.5 million passengers |
| **Total revenue passenger miles flown in 2006** | 9.5 billion revenue passenger miles*<br><br>*A Revenue Passenger Mile is equal to one fare paying passenger flown one mile. |
| **Total aircraft in operating fleet** | 270 (All numbers include deliveries and retirements this calendar month) |
| **Average age of fleet:** | CRJ = 3.8 years     Brasilia = 10.1 years     Combined = 5.2 years |
| **Embraer aircraft:** | (60) Embraer 120 turboprops (12 DLC, 48 UAX) |
| **Bombardier aircraft:** | (128) CRJ200 aircraft (56 DLC, 67 UAX, 5 Midwest)<br>(65) CRJ700 aircraft (13 DLC, 52 UAX)<br>(17) CRJ900 aircraft (17 DLC) |




SkyWest, Inc., headquartered in St. George, Utah, is the holding company for thirty-five-year-old SkyWest Airlines. SkyWest Airlines was founded in 1972 by Ralph Atkin to meet the needs of businessmen traveling between Salt Lake City and St. George, Utah. During the first year of operations, 256 passengers utilized the services of the fledgling airline.

In 1985 SkyWest Airlines signed a marketing agreement with Western Airlines to fly for them as Western Express out of their hub in Salt Lake City. In 1987, Delta Air Lines acquired Western. SkyWest then began a partnership with Delta as one of their Connection carriers and today continues that partnership with more than 500 daily flights, operating primarily out of Delta's hub in Salt Lake City.

On October 1, 1997, SkyWest began its partnership with United Airlines. SkyWest is now the primary United Express carrier along the West Coast, providing more than 1,200 daily departures and serving United hubs at Los Angeles, Portland, San Francisco, Chicago O'Hare and Denver.

SkyWest began a partnership with Midwest Airlines on April 1, 2007. SkyWest flies as Midwest Connect to a variety of cities from hubs in Milwaukee and Kansas City using 50-seat Canadair Regional Jet 200 aircraft.

In addition to its current partners, SkyWest previously had code-share agreements with Continental Airlines from 1995 to 1997 out of Los Angeles International Airport and from 2003 to 2005 out of Houston Intercontinental Airport.

SkyWest Airlines currently employs more than 10,000 aviation industry professionals across 140 cities in 39 states and five Canadian provinces. Operating more than 1,700 flights per day for United Express, Delta Connection and Midwest Connect, SkyWest proudly flies the Embraer EMB 120, the Bombardier CRJ200, CRJ700, and the CRJ900. SkyWest Airlines was named the number one on-time mainland airline by the Department of Transportation 2005, 2004 and 2003, years in which they carried more than 40 million passengers combined.

- GENER
- HISTOR
- OUR MI
- SAFETY
- AIRCR
- EXECU
- BOARD
- SKYWE
- SKYWE
- AFFILI
- FAQs

Home | Route Map | Careers | Press Releases | Contact

