Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **DEFENDANT SKYWEST AIRLINES, INC.'S NOTICE OF SUBSTITUTION OF ATTORNEYS** <br><br> Action Filed: May 22, 2007 |

PLEASE TAKE NOTICE that Defendant SKYWEST AIRLINES, INC. ("SkyWest") hereby substitutes Winston & Strawn LLP in place of Reed Smith LLP as its local counsel of record in the above-captioned action. Winston & Strawn LLP shall substitute for Reed Smith LLP as designated local counsel for all purposes, including oversight of attorneys from Ford & Harrison, LLP, who have been admitted *pro hac vice* to represent SkyWest in this action. The contact information for new counsel is as follows:

> Robert Spagat (SBN: 157388)
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111-5894
> Telephone: 415-591-1000
> Facsimile: 415-591-1400
> Email: rspagat@winston.com

1

Dated: May 25, 2007                                  WINSTON & STRAWN LLP

                                                     By: /s/ Robert Spagat
                                                         Robert Spagat
                                                         Attorneys for Defendant
                                                         SKYWEST AIRLINES, INC.

### CONSENT TO SUBSTITUTION

Reed Smith LLP hereby consents to this substitution.

Dated: May 25, 2007                                  By: /s/
                                                         John P. Bovich
                                                         Reed Smith LLP

### CONSENT TO SUBSTITUTION

Ford & Harrison LLP hereby consents to this substitution.

Dated: May 25, 2007                                  By: /s/
                                                         Douglas W. Hall
                                                         Ford & Harrison LLP

### CONSENT TO SUBSTITUTION

SkyWest Airlines, Inc. hereby consents to this substitution.

Dated: May 25, 2007                                  By: /s/
                                                         Patricia Stambelos
                                                         Assistant General Counsel
                                                         SkyWest Airlines, Inc.

**IT IS SO ORDERED:**

Dated: May 29, 2007                                  Hon. Charles R. Breyer
                                                     U.S. District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*