Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202.719.2065
Facsimile:    202.719.2077
Email:  dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a)**<br><br>Date:       TBD<br>Time:      TBD<br>Place:     Courtroom 8, 19th Floor<br>Action Filed:  May 22, 2007<br><br>Preliminary Injunction Hearing: May 31, 2007 |

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a) - CASE NO. C 07-2688 CRB

Having considered Defendant SkyWest Airlines, Inc.'s Ex Parte Motion To Exceed The Page Limitations Set Forth In Local Rule 7-3(a) and finding good cause therefore, Defendant's Ex Parte Motion To Exceed The Page Limitations Set Forth In Local Rule 7-3(a) is GRANTED. The Opposition to Motion for Preliminary Injunction is hereby accepted for filing.

Dated: _____

                                              Hon. Charles R. Breyer
                                              U.S. District Judge

SF:173352.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a) - CASE NO. C 07-2688 CRB