Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202-719-2065
Facsimile:    202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>SKYWEST AIRLINES, INC., <br><br>Defendant. | Case No. C-07-2688 CRB <br><br>**DECLARATION OF TODD EMERSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br>Judge: Hon. Charles R. Breyer <br><br>Action Filed: May 22, 2007 |

1. I reside in St. George, Utah. I am employed by SkyWest Airlines, Inc., in the position of General Counsel – Operations. I base this declaration on my personal knowledge and information maintained by SkyWest in the ordinary course of business. If called upon to testify to the facts contained in this declaration, I could and would do so competently.

2. SkyWest is a regional air carrier headquartered in St. George, Utah. It operates as Delta Connection, United Express and Midwest Connect and serves 140 cities, in 39 states, and 3 Canadian provinces. SkyWest employs approximately 10,000 employees, including 2,651 pilots.

3. Since the late 1980s, SkyWest has worked with employee committees or associations who represent the interests of the various departments within the company. One of these, the SkyWest Airline Pilots Association ("SAPA"), represents the interests of our pilots, and has done so for over 10 years.

4. Years ago, SAPA and SkyWest management negotiated the Crewmember Policy Manual ("CPM"), which sets forth the pay scales and policies and working conditions of the pilots. SkyWest has agreed, in writing, that it would not make changes to the CPM without SAPA's approval. Since then, SAPA and SkyWest have negotiated various changes to the CPM. SAPA and SkyWest also have negotiated regarding pilot compensation from time to time. Pilot compensation proposals must be ratified by the SkyWest pilot group as a whole.

5. The Air Line Pilots Association, International ("ALPA") has long targeted SkyWest's pilots for unionization, running at least two unsuccessful campaigns in the past. The SkyWest Pilots ALPA Organizing Committee informed us in mid-2006 about the current ALPA organizing drive.

6. SkyWest has not instituted any "campaign" of any sort in response to the current ALPA organizing effort. We have not sent out any communications or information to the pilots addressing the issue in any way, nor have we held any meetings with pilots to discuss the ALPA drive or the company's views on it. SkyWest's relationship with SAPA has not changed in any way

2

DECLARATION OF TODD EMERSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB

since the ALPA campaign began, nor has SkyWest advertised SAPA to the pilots as an alternative to ALPA.

7. In the fall of 2006, I received a call from pilot Andy Bharath, who complained that the uniform policy was being selectively enforced, and that the Company was only prohibiting ALPA lanyards. I responded that non-standard lanyards of all types are prohibited by our uniform policy, but that I would look into his concerns. I did so, and confirmed that the policy was being applied to all non-standard lanyards. I then had a follow-up call with Mr. Bharath to discuss this and other matters. Mr. Bharath had two additional pilots and an ALPA attorney participate in the call as well. They stated that they were still seeing noncomforming lanyards being worn in the system, which to them seemed like selective enforcement. I informed them that with more than 2500 pilots and less than 20 chief and assistant chief pilots, it is extremely difficult to know about and enforce all lanyard violations. I then asked them that if they saw anyone wearing a nonconforming lanyards, or a chief pilot engaged in selective enforcement, to please report it to me and I would take care of it. I never received any follow up complaints from them, or anyone else for that matter, regarding alleged discriminatory enforcement regarding lanyards.

8. SkyWest employees are free to discuss unions and union issues. In fact, the company's intranet site contains forums that have several union threads that have been up and running for two years, without the company removing them. One thread is entitled "We Should Start A Union" which was posted by an employee in December 2005. According to the counter on the page, the thread has been viewed 11,709 times with 208 replies posted by other employees, one as recently as May 24. Employees are free to post whatever they want about unions, pro or con. The only time a posting would be removed by the company is if it was profane or involved a personal attack on another employee - not for viewpoint.

3
DECLARATION OF TODD EMERSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION CASE NO. C 07-2688 CRB

9. Employees also are free to discuss union issues in crew lounges and other non-work areas during non-work time. SkyWest does not, and has not attempted to, prohibit, ban or limit such conversations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and this declaration was executed this 29th day of May, 2007, in St. George, Utah.

*Todd Emerson*