Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | No.: 3:07-CV-02688-CRB <br><br> **DECLARATION OF ROY GLASSEY IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Honorable Charles R. Breyer |

1

DECLARATION OF ROY GLASSEY IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY
INJUNCTION - CASE NO. C 07-2688 CRB

1. My name is Roy Glassey. I reside in Kildeer, Illinois. I am employed by SkyWest in the position of Chief Pilot for Chicago, a position I have held since February 2006. I base this declaration on my personal knowledge and information maintained by SkyWest in the ordinary course of business.

2. SkyWest has a policy regarding posting non-company materials on bulletin boards in crew lounges. The policy states that no materials, other than those issued by SkyWest, may be posted on these bulletin boards without first obtaining Company approval. Ultimate authority must come from upper level management.

3. Based on this policy, I have removed materials that were posted without obtaining prior management approval. That would include ALPA postings, but also other items such as newspaper articles, cartoons, business solicitations, etc. At no time have I discriminated only against ALPA postings. Likewise, I have told pilots who have asked me about posting things on the bulletin board that they needed to get upper level management approval. This, too, has not been limited to ALPA fliers, but also requests to post materials relating to such things as a children's charity and the "Race for the Cure."

4. SkyWest has a detailed policy regarding personal appearance, grooming, and uniform standards. Among many other things, it prohibits the wearing of identification badge lanyards that have logos on them other than the SkyWest logo. I require pilots who are wearing non-compliant lanyards to remove them, and give them plain, black lanyards to replace their nonconforming ones. I have enforced the lanyard policy uniformly, not just for ALPA lanyards, and have asked several other pilots to remove other types of lanyards that do not conform to the company's uniform policy. Some of these lanyards have displayed companies such as Verizon and United Air Lines, or sports teams, such as the Chicago Bears.

2
DECLARATION OF ROY GLASSEY IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  is true and correct to the best of my knowledge and belief.

3  _5/28/07_                    _[signature]_
4  Date                          Roy Glassey

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3
DECLARATION OF ROY GLASSEY IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE CASE
NO. C 07-2688 CRB