1  Douglas W. Hall (Admitted *Pro Hac Vice*)
   FORD & HARRISON LLP
2  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
3  Telephone: 202-719-2065
   Facsimile: 202-719-2077
4  Email: dhall@fordharrison.com

5  Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA 94111-5894
7  Telephone: 415-591-1000
   Facsimile: 415-591-1400
8  Email: rspagat@winston.com

9

10 Attorneys for Defendant
   SKYWEST AIRLINES, INC.

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | No.: 3:07-CV-02688-CRB <br><br> **DECLARATION OF KLENN BROOKS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Honorable Charles R. Breyer |

1

DECLARATION OF KLENN BROOKS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB

1.  My name is Klenn Brooks. I reside in Dammeron Valley, Utah. I am currently employed by SkyWest in the position of Director of Flight Operations and Chief Pilot. My position involves overseeing the entire Chief Pilot group, as well as supervising the administration of Company policy. I have been employed at SkyWest as a pilot and/or in pilot management for the past 33 years. I base this declaration on my personal knowledge and information maintained by SkyWest in the ordinary course of business.

2.  The SkyWest Airlines Pilots Association ("SAPA") represents the interests of SkyWest pilots in dealing with management. It was pilots, not management, who initiated and created SAPA.

3.  SAPA and SkyWest negotiate regarding pilot compensation, and regarding the policies and work rules applicable to the pilots, which are contained in the Crewmember Policy Manual or "CPM". I have been involved in several negotiations regarding changes to pilot compensation or aspects of the CPM. Following negotiations between SAPA and SkyWest, pilots vote on any changes involving wages, and have the ability to reject any wage tentative agreement presented to them. For example, last year the pilots rejected a pay proposal negotiated by SAPA and SkyWest, which required both parties to return to the table to adjust the agreement's terms.

4.  An additional part of SAPA's job includes bringing policy interpretation complaints to the Company, which then determines whether a misinterpretation or misapplication has occurred.

5.  SkyWest currently has a Personal Appearance, Grooming and Uniforms policy, which is attached as Exhibit A. The policy states, in part, that pilots may only wear gold, silver, plain dark navy or plain black lanyards and that "SkyWest Airlines" is the only logo that may appear on the lanyard. In addition to regulating lanyards, this policy also addresses such topics as personal hygiene, hair, hands/fingernails, jewelry and accessories, footwear, and holiday wear, among many

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2
DECLARATION OF KLENN BROOKS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB

other topics. The policy's purpose is to achieve a consistent, professional appearance within the pilot group with respect to the image they present to the public as SkyWest employees.

6. This policy's requirements with respect to lanyards have not been applied just to ALPA lanyards, as Plaintiffs claim. I have personally reminded Flight Operations management personnel that pilots who were observed wearing any non-standard lanyard - including those bearing the logos of sports teams, colleges, aircraft manufacturers, and the like - were to be instructed to remove them in favor of a standard SkyWest lanyard.

7. SkyWest also has a policy governing postings on Company bulletin boards, which is attached as Exhibit B. The policy states that only Company information may be posted without prior approval, and that management reserves the right to remove postings as necessary. These boards' purpose is to display Company documents that pilots should read. These include trip trades, Company directives, and other similar materials. In the larger hubs, the Company uses these boards to post documents related to its Aviation Safety Action Program. These materials include important updates, altitude derivatives, and other materials related to pilot safety.

8. SAPA has been permitted by SkyWest to use the Company e-mail system, pilot mailboxes, and bulletin boards to communicate with pilots in connection with its work on behalf of the pilots (for example, to communicate with respect to negotiations with SkyWest). A SAPA representative has also been permitted to address new-hire pilots during initial training orientation on the subject of SAPA and the work it performs on behalf of the pilots. None of this access has been for the purpose of campaigning and I have never received a complaint that SAPA was using its access for campaigning purposes.

9. The SkyWest pilots have been the subject of a few organizing campaigns in the past. During none of those drives has SkyWest permitted SAPA to use its special access to Company

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3
DECLARATION OF KLENN BROOKS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB
SF:173281.1

1  property for the purpose of campaigning nor has SkyWest permitted anyone else the same type of
2  access SAPA enjoys in its work representing the pilots for solicitation or campaigning purposes.

4  I declare under penalty of perjury under the laws of the United States of America that the foregoing
5  is true and correct to the best of my knowledge and belief.

28 May 2007  /s/ Klenn Brooks
Date                Klenn Brooks

---

4
DECLARATION OF KLENN BROOKS IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB

SF:173281.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894