# EXHIBIT A



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 1 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

**FOR FLIGHT ATTENDANT POLICY, CLICK HERE TO VIEW SP407.**

Paragraph                        Page
1. SkyWest Airlines Professional Appearance and Grooming Standards ............ 1
2. The Company Look ............................................................................................. 1
3. Personal Hygiene and Appearance ................................................................... 2
4. Hair - Female and Male Pilot ............................................................................. 2
5. Hair - Female and Male Flight Attendant ......................................................... 3
6. Complexion ......................................................................................................... 4
7. Hands / Fingernails ............................................................................................ 5
8. Jewelry and Accessories ................................................................................... 5
9. Eye Glasses - Flight Attendants ....................................................................... 7
10. Hosiery ................................................................................................................ 7
11. Umbrella .............................................................................................................. 8
12. Luggage ............................................................................................................... 8
13. Crewmember Undergarment Requirements .................................................... 9
14. Footwear .............................................................................................................. 9
15. Winter Wear ....................................................................................................... 10
16. Belts ................................................................................................................... 10
17. Uniforms - Flight Attendants ........................................................................... 11
18. Uniforms - Pilots ............................................................................................... 16
19. Holiday Wear ..................................................................................................... 17
20. Company Issued Uniform Items ...................................................................... 18
21. Uniform Lost and Found Procedures ............................................................. 18
22. Non-Revenue Travel Attire Requirements ..................................................... 18
23. Deadheading Crewmembers ........................................................................... 18
24. Crewmember Identification Badge ................................................................. 19

1. **SkyWest Airlines Professional Appearance and Grooming Standards**

    A. It shall be the responsibility of each Company crewmember to maintain a neat professional appearance at all times while on duty. This uniform policy is to be followed anytime you are in uniform, which includes on the aircraft, in the terminal and in view of passengers. Both passengers and professional crewmembers realize that the passenger's choice of an airline is greatly influenced by the crewmember's level of professionalism and appearance. It is part of your complete job responsibility as a professional crewmember to maintain the appearance standards outlined in this policy. Crewmembers that fall below the basic appearance standards or violate the uniform policy will be removed from their schedule until they meet the basic following requirements and/or face disciplinary action as outlined in Standard Practice 324.

2. **The Company Look**

    A. Professionalism is required at all times. Your complete look will be a positive reflection of yourself and the Company. Therefore, it is the goal of the InFlight/Flight Operations Department to have each crewmember clothed in a company issued standard uniform (emergency substitute uniform items by Chief Pilot/Chief Flight Attendant permission only) as a way of projecting to the



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 2 of 19<br>Revision: 08<br>Date: 15 OCT 04 |

public a professional appearance and attitude. You will appear well groomed and business-like while in uniform. Your personal conduct and appearance, both on and off duty, shall be such as to maintain or improve the image of the Company.

B. Crewmembers while on duty and in passenger view, must wear the Company issued uniform and maintain a neat professional, polished personal appearance. M&H Uniform is the only authorized uniform supplier for pilots and Cintas is the only authorized uniform supplier for flight attendants. The personal appearance and uniform appearance standards outlined in this section are to be adhered to at all times.

C. It is the responsibility of the Flight Attendant to maintain weight in proportion to height and represent a physically fit image. Weight must be of such proportion to height that a professional appearance is maintained and physical ability to perform all job required functions is not hindered. The Flight Attendant must have the ability to, while facing forward, walk and fit comfortably down the aircraft aisle, fit quickly through the over-wing window exit and to fit into the jump-seat harness without modification and closure without a seatbelt extension.

D. To assist you in the Company look, your Chief Flight Attendant/Chief Pilot is available for consultation in all areas of appearance.

3. **Personal Hygiene and Appearance**

    A. Special attention and detail is to be given to personal appearance and cleanliness. Crewmembers shall always bathe/shower daily and use deodorants and/or anti-perspirant. Body odor, bad breath, or soiled, wrinkled, torn, unkempt clothing, scuffed, unpolished, worn shoes or broken, torn or worn luggage are not acceptable.

4. **Hair - Female and Male Pilot**

    A. Female Pilot's hair must be styled in an overall professional look that reflects current business styles and appropriate with the uniform and hat (if worn) ensemble. Hair must be natural looking, clean, neat and in good condition. Long hair that falls below the middle of the back must be secured back or pulled up. Hair accessories must compliment the overall look. Acceptable colors for female Pilot hair fasteners are black, gold, tortoise or pearl.

    B. Male Pilot's hair must be styled in an overall professional look that reflects current business styles and appropriate with the uniform and hat (if worn) ensemble. Male Pilot's hair must be cut in order to not cover the ear or extend longer than the top of the shirt collar. Bangs are not to extend lower than the top of the eyebrow.

    C. Mustaches and/or sideburns are to be kept neat and well trimmed. Mustaches may not be longer than the top of the upper lip or extend past the corner of the mouth. Sideburns are not to be extreme in style or length and may not extend below the bottom of the ear lobe. Beards and goatees are not permitted.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 3 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

    D. Female Pilots may wear synthetic or human hair attachments if the hair appears natural and is the same color and meets the respective guidelines as defined.

    E. Unauthorized hairstyles for both male and female Pilots include but are not limited to the following styles: Extreme volume, length that falls below the natural waistline, frizzed or crimped looks, asymmetric, geometric and other severe cuts, spiked or disheveled looks, oily, wet, slicked-down styles, pigtail braids and/or pigtails, loosely secured styles, dreadlocks, cornrows, excessive tendrils or tendrils below the jaw line, shaved or partially shaved looks with the exception of neckline cuts, unnatural hair colors or color combinations, including extreme chunks of unnatural color contrast. Bangs are not to cover the eye(s) at anytime.

5. **Hair - Female and Male Flight Attendant**

    A. Hair must be styled in an overall professional look that reflects current business styles and appropriate with the uniform ensemble. Hair must be natural looking, clean, neat and in good condition. The following guidelines are to be adhered to at all times while in uniform.

        1) **Short hair** is defined as chin length or shorter. If hair falls across the face when head is tilted forward, both sides and bangs must be secured back with approved hair accessories.

        2) **Medium hair** is defined as hair that falls between the bottom of the chin line and the bottom of the shoulder blade. If hair falls across the face when head is tilted forward, both sides and bangs must be secured back with approved hair accessories.

        3) **Long Hair** is defined as hair that falls below the bottom of the shoulder blade. If your hair falls below the bottom of your shoulder blade it must be completely secured back in a bun, pony tail or braid at the center of the head or the nap of the neck. Hair can not hang below the natural waist line.

    B. Synthetic or human hair attachments may be worn if the hair appears natural and is the same color and meets the respective guidelines as defined.

    C. Unauthorized hairstyles include but are not limited to the following styles: Extreme volume, length that falls below the natural waistline, frizzed or crimped looks, asymmetric, geometric and other severe cuts, spiked or disheveled looks, oily, wet, slicked-down styles, pigtail braids and/or pigtails, loosely secured styles, dreadlocks, cornrows, excessive tendrils or tendrils below the jaw line, shaved or partially shaved looks with the exception of neckline cuts, unnatural hair colors or color combinations, including extreme chunks of unnatural color contrast, extreme two tone coloring (i.e., blonde hair on the top and black hair underneath) any version or extreme color combination. Hair roots must be maintained to compliment the overall hair color. Bangs are not to cover the eye(s) at anytime.

    D. Acceptable hair fasteners are unadorned plastic clips, barrettes, grosgrain hair ribbons, and hair bands in acceptable colors.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 4 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

      1) Acceptable colors of hair fasteners are gold, silver, natural pearl, tortoise, and dark navy or solid black.

      2) Unadorned plastic clips and barrettes must not be more than three (3) inches in length.

      3) Headbands in solid black, dark navy or tortoise are acceptable.

  E. Male Flight Attendant's hair must be cut in order to not cover the ear or extend longer than the top of the shirt collar. Bangs are not to extend lower than the top of the eyebrow.

  F. Mustaches, sideburns, goatees or partial goatees and beards are to be kept neat and well trimmed. Mustaches may not be longer than the corner of the mouth or extend past the top of the upper lip. Uniform appearance in less than a fully-grown mustache, beard, goatee or partial goatee and/or less than clean-shaven is unacceptable. Sideburns must be neat and trimmed and must not extend below the bottom of the ear lobe. If in the opinion of your Chief the facial hair does not meet appearance standards, you will be asked to trim it or remove it.

  G. Beards and goatees and partial goatees are permitted for male Flight Attendants only. The beard goatee and or partial goatee must be neatly trimmed close to the face. If the beard or goatee is not neatly trimmed the Flight attendant will be asked to shave prior to flying their next scheduled pairing.

**6. Complexion**

  A. Each Flight Attendant will maintain his or her complexion in a healthy, clean, smooth and clear condition. Should the complexion problem detract from the general appearance of the Flight Attendant, he or she will be removed from their flight assignment(s) until the problem is corrected.

      1) Cosmetics compliance is required while in uniform at all times.

            a) Cosmetics will be applied to obtain a natural look and compliment the individual's skin tone and the Company uniform.

            b) Female Flight Attendants are required to use and female Pilots may use cosmetics as necessary for a pleasing appearance; however extremes of style or unusually heavy makeup are not permitted.

            c) All eye makeup will be applied sparingly in subtle shades to provide an attractive business look for the female crewmember.

            d) Black and/or brown tinted mascara, lipstick and/or tinted lip-gloss are required for female Flight Attendants.

            e) Male crewmembers are not allowed to wear makeup while in uniform.

      2) Crewmembers may not have tattoos and body art visible while in uniform. Any crewmember with a tattoo(s) on arms and/or legs or any visible body part must wear long sleeved shirts/blouses and pants to completely cover all tattoos. Band-Aids are not acceptable for covering a tattoo or body art.



PERSONAL APPEARANCE,
GROOMING AND UNIFORMS
STANDARD PRACTICE 307

Page: 5 of 19
Revision: 08
Date: 15 OCT 04

7. **Hands / Fingernails**

   A. Hands should always be immaculately clean and nails well manicured. This is not only for appearance sake but also for health reasons.

      1) Maximum lengths in nails for female crewmembers: Nails may not exceed one-quarter (¼) inch from the top of the fingertip.

      2) Nail polish is not required for female crewmembers. If nails are polished, the same color must be worn on each nail and may not be chipped or worn. Two tome colors, hand painted or airbrushed designs, decals, jewels designs and/or unprofessional colors are unacceptable.

      3) Male crewmembers may not wear nail polish clear or colored.

      4) Male crewmembers nail length is not to exceed past the top of the fingertip.

8. **Jewelry and Accessories**

   A. Jewelry worn should compliment the style of the uniform and be of conservative business style. Individual pieces or the combination of jewelry should not be large or excessive in style as to detract from the uniform look or create a cluttered appearance.

      1) Jewelry Type:

         a) A wristwatch or pocket watch is required (optional for Pilots); business type only. For Flight Attendants, the watchband may be gold, silver, two-toned gold and silver, and/or black or dark navy in color.

         b) Diamonds are acceptable in Company authorized pins, earrings, on pendants, bracelets, watches and rings.

         c) Genuine birthstones are acceptable (except turquoise) in rings, bracelets, necklaces and earrings.

         d) Flight Attendants are allowed to wear a maximum of three (3) Company authorized pins which include your current Company issued flight wings. The highest level of award pin, marketing/promotional pins, SIA pin, approved holiday pins and/or years of service pins are acceptable. Political, religious or unauthorized pins are not allowed. Pins of any type must not exceed the diameter of a fifty-cent piece. American flag pins are acceptable if they fit in the diameter of a fifty-cent piece.

         e) Flight Attendant (current) wings are required and must be worn on the left side of the outermost garment while in flight, excluding overcoats. If wings are damaged due to personal neglect, the Flight Attendant will be financially responsible to repair or replace them.

         f) Pilot (current) wings are required on the uniform jacket and must be worn on the left side of the jacket. Pilot shirt (current) wings and name tags are required on the uniform shirt with the wings worn centered one-half (½) inch over the left breast pocket and the name tag centered one-quarter (¼) inch below the top of the pocket.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 6 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

g) Jewelry made of shells, beads, seeds, wood or turquoise is unacceptable. Bolo style ties are unacceptable.

h) Brooches are acceptable and must compliment the uniform. Brooches may not be larger than a fifty-cent piece.

i) Female Flight Attendant necklaces may be worn in or outside the blouse and are restricted as follows:

  (1) A maximum of three (3) charms is acceptable on the necklace. Charm size is not to exceed ¾ inches in diameter.

  (2) Cultured pearl and simulated pearl necklaces white or beige in color are acceptable. Pearl diameter is not to exceed ¾ inches.

  (3) Chokers and/or scarves tied or altered to look like a choker are prohibited.

  (4) A maximum of two (2) necklaces may be worn.

  (5) Female Flight Attendants necklace chain may not exceed three-quarters (¾) of an inch in diameter.

  (6) Necklaces may be gold, silver, two-toned gold and silver, or simulated gold or silver. Leather and/or cord are not acceptable

  (7) Necklace chains must not exceed the length of twenty-four (24) inches.

j) Male Flight Attendant may wear one (1) necklace. The necklace may not be longer than twenty-four (24) inches and may be gold or silver only. Leather and/or cord are not acceptable Gold, silver or pearl collar pins and tie tacks are acceptable for male Flight Attendants. Male Flight Attendants may wear a chain/fob on the vest.

k) Female Flight Attendants may wear a total of three (3) bracelets which must be conservative in style and not wider than one inch. Charm bracelets may be worn with three (3) or less charms, gold or silver in color. Charms may not exceed ¾ inch in diameter.

l) Male Flight Attendants may wear two (2) bracelets (no charms).

m) Ankle bracelets are not acceptable.

n) Female crewmembers are allowed two (2) earrings in each ear and must be worn on the ear lobe. The second earring must be on the lower part of the ear lobe. Tribal plug style earrings are not permitted.

  (1) Earrings may not dangle more than one-half (½) inch below the ear lobe.

  (2) Earrings must be no larger than the circumference of a quarter.

  (3) Earrings may be gold, silver, diamond, pearl or genuine birthstone.

  (4) Earrings must be a matched pair(s).

o) Male crewmembers may not wear earrings while on duty or in uniform.


    p) Jacket clips are not allowed.

    q) Body piercing may not be on any visible part of your body such as tongue, nose, eyebrows and lips, etc. Band-Aids are not acceptable for covering a piercing nor is a clear plug acceptable.

    r) A total of two (2) rings may be worn on each hand for both male and female crewmembers. Rings may be gold or silver in color. Genuine or synthetic stones are acceptable. All other materials are unacceptable.

  2) Scarf and Tie:

    a) The Flight Attendant scarf is to be worn around the neck only. The pocket scarf may be worn both in the upper left pocket of the blazer and/or behind the Flight Attendant wings (female) only. Male Flight Attendants may wear the pocket scarf in the upper left pocket of the uniform blazer or vest only. Patterns of both the scarf and pocket scarf must match. Patterns of both the male ties and pocket scarf must match. Flight Attendants working United Express flights must wear the United issued scarf (female Flight Attendant) and/or tie (male Flight Attendant) at all times while on duty.

    b) Pilot ties may be solid black in color or company issued pattern only. Holiday associated ties may be worn accordingly to the holiday guidelines stated in this policy (see Holiday Wear). Ties are required for both male and female Pilots.

## 9. Eye Glasses - Flight Attendants

  A. Eyeglasses should compliment your individual skin tone and uniform. The design should be plain with thin plastic or metal frames. Rimless frames are acceptable. Frame colors must be black, navy, gold, silver or tortoise. No extreme colors are allowed. Eyeglass chains may be black, gold or silver.

  B. Sunglasses are not to be worn when on the aircraft while on duty working a flight. Sunglasses are not to be worn on the top of the head while on the aircraft. Sunglasses may be worn when deadheading.

  C. Unnatural contacts eye colors may not be worn.

## 10. Hosiery

  A. Female Flight Attendants:

    1) Thermal, fishnet and/or seamed hosiery will not be allowed. Torn, snagged or hosiery with runs will not be tolerated and must be replaced as soon as possible. Tops of trouser socks must be high enough that the tops do not show at any time.

    2) Female Flight Attendant hosiery or trouser socks must be worn with the uniform pants. Acceptable hosiery colors are sheer natural, suntan, black, black opaque or dark navy opaque. Acceptable trouser sock colors are sheer black, black opaque, dark navy or dark navy opaque. Patterned trouser socks are acceptable in solid black or dark navy. Hosiery or socks are not to look worn or discolored. Female Flight Attendants must wear



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 8 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

hosiery with the uniform dress, skirt or skort. Acceptable colors are sheer natural, suntan, and taupe, dark navy or black. Thigh high hosiery is not acceptable. Legs must be neatly shaved with no hair growth visible. Patterned hosiery is not acceptable.

    B. Male Flight Attendants:

        1) Male Flight Attendants must wear trouser socks with the uniform pants. The acceptable color is solid black or solid navy. Patterned socks are acceptable in solid black or solid navy. Socks are not to look worn or discolored.

    C. Pilots Male and Female:

        1) Male Pilots must wear solid black dress socks with the uniform. Female Pilots must wear solid black hosiery or solid black trouser socks with the uniform. Socks are not to look worn or discolored.

**11. Umbrella**

    A. Crewmembers may carry a folding umbrella in a plain style and black in color.

**12. Luggage**

    A. A Company approved tote-bag; purse or briefcase may be carried as luggage and must be black in color. Luggage must be limited to two (2) pieces (excluding purse and/or lunch bag). Backpacks must be solid black and professional in style. Lunch bag carriers are acceptable preferably black in color. Each piece of luggage must have an identification tag on the outside of the bag stating: SkyWest Airlines, the crewmember's name and employee number. It is also recommended to place ID inside of the bag.

    B. Any item carried must not be broken, torn or detract from the professional image.

    C. (Pilots) Aviation style flight cases only. Female Pilots may carry a black purse or black backpack in addition to the flight bag and roller bag. Backpacks/cases must be black in color. Unusual designs, broken or torn or cases that distract from the professional image will not be acceptable.

    D. If a crewmember's luggage is lost or misplaced while on duty, the crewmember is to contact the appropriate station to initiate a search. If not found in a reasonable time, the crewmember should obtain essential items to continue the shift, sending in an expense report for reimbursement. Non-essential items such as workout clothes, hairdryers, etc. will not be reimbursed.

        1) Crewmembers are to report lost or stolen luggage along with a detailed description to the Customer Service Baggage Manager at extension 3434, so a report may be filed as soon as possible.

        2) Necessity needed items to replace the items in the lost luggage may be an expense covered by the company. V.P. approval is needed once a detailed expense report has been completed.

PBS VERSION - 08 JUL 05



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 9 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

3) Baggage that has not been located after thirty days will be reported to the V.P. of InFlight Operations or V.P of Flight Operations.

E. An IOR report must be filled out and a description given on all damaged luggage to your Chief. The Company will decide upon the replacement value. Damaged luggage that is replaced by the Company must be returned to the Company.

13. **Crewmember Undergarment Requirements**

   A. Female Crewmember

   1) A bra must be worn under the uniform. Approved colors are white, nude or skin color.

   2) A camisole may be worn under the shirt or blouse and must be white, nude or skin color. Undergarments must be worn professionally with all pieces of the Female Crewmember uniform.

   B. Male Crewmember

   1) Male undershirts may be worn by male Flight Attendants only.

   2) Undershirts must be white in color and not torn frayed or discolored.

14. **Footwear**

   A. All footwear will be properly maintained and polished at all times. Worn, scuffed, torn water marked, or unpolished shoes are unacceptable.

   B. All footwear will be leather, synthetic leather or stretchable fabric with the entire foot fully enclosed. Suede, woven or patent leather is not permitted.

   C. Pilot acceptable shoe or boot color is black. Heel height is one (1) inch. Boots are acceptable if they are low enough so as not to cause a bulge in the pant leg. Crepe or waffle style soles, mules, sandals and western boots are unacceptable. Shoes must be conservative in appearance and not extreme in style.

   D. Female Flight Attendant acceptable shoe styles are plain pump, slip on loafer, clog, wedge style (2 inches sole maximum and 3 inches heel maximum) or tie oxford. Crepe soles, mules, sandals, slipper style, extreme chunky, thick platform, thick wedge, spiked heels, partially enclosed and too bulky waffle soles (thicker than three inches) or western boots are not permitted. Piping or trimming other than the shoes' color is unacceptable. Maximum heel height is three (3) inches, which is measured on the outside of the heel where the back of the shoe meets the heel. The shoe must have a sturdy heel to provide stability. Acceptable shoe color is black or dark navy only. Shoes must be conservative in appearance and not extreme in style. Shoes should not distract from the overall professional uniform look. Shoe hardware can be black, navy, gold or silver. Dress boots are not to be worn with the dress, skort, or skirt while on duty.

   E. Male Flight Attendant acceptable styles are slip-on loafer, clog, and wing tip or tie oxford. Plain pilot style black boots are acceptable. Western boots are not



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 10 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

permitted. Acceptable shoe color is black only. Shoes must be conservative in appearance and not extreme in style. Shoes should not distract from the overall professional uniform look.

15. **Winter Wear**

   A. All winter wear including coats, boots, gloves, scarves, etc., must be removed as soon as appropriate after the main cabin door is closed and preferably before the safety announcement. Winter items must all be the same color scheme (i.e., black coat, scarf, hat, gloves, or navy coat, scarf, hat, gloves). Winter months are November through March.

   1) Boots must be black in color, leather or vinyl in a plain, lace up or zip up conservative style. Patent leather, suede, western, hiking or biker boot styles are not acceptable. Winter boots may be worn by Flight Attendants with the uniform dress or skorts with the overcoat but must be exchanged for proper footwear when the Flight Attendant is on the aircraft. Pant legs may not be tucked into the boot at anytime.

   2) Crewmember's gloves must be black and may be knit, leather, suede or isotoner style.

   3) Winter scarves must be black or dark navy in color. Female Flight Attendants may use a clear or black rain scarf to cover their hair for boarding and deplaning. A winter scarf is not to be worn on the aircraft after passengers have boarded.

   4) Uniform hat covers for Pilots must be black or clear. Clear rain hats are acceptable for female Flight Attendants. All hats must be removed prior to boarding passengers unless the weather is severe. In such cases, hats must be removed after closure of the main cabin door.

   5) Flight Attendant coats must be solid black or solid dark navy in color. They must be nylon acetate, leather or wool fabric. Single or double breasted styles are acceptable. Coats must be professional in style. Any uniform piece may not hang below the bottom of the coat. Coats can not be worn onboard the aircraft after passengers have boarded and the main door has been closed. Piping or trim must be black or dark navy in color. Coats must be conservative in style. Excessive zippers or buttons are not acceptable. Studs, stones, Fringe, logo, or other designs are not acceptable; coats must be all black or all navy in color. Ski style coats or jackets are not acceptable

   6) Pilots may wear Company issued leather jackets or a black overcoat (trench coat style).

   7) For pilots, company issued sweater or sweater vests are to be worn only if a uniform hat is worn.

16. **Belts**

   A. A belt must be worn with any uniform piece that contains belt loops. The belt must pass through all the belt loops. Belts are not to be worn with uniform pieces without belts loops. Belts will meet the following criteria:



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 11 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

1) Female Flight Attendant belts must be black or dark navy and made of leather or synthetic leather. Belt width is a maximum of one (1) inch. Chain, western style, suede or patent leather belts are not permitted. Piping or trimming, studs or embroidery other than the belt color is unacceptable.

2) Pilot and male Flight Attendant belts must be black in color and made of leather or synthetic leather. Belt width is a maximum of one (1) inch. Chain, ribbon, western style, suede or patent leather belts are not permitted. Piping, trimming, studs or embroidery other than the belt color is unacceptable.

3) The belt buckle should not be larger than the circumference of a silver dollar. Buckles may be gold, silver or black (dark navy for female Flight Attendants only). Slider loop may be black, gold, silver, two-tone or dark navy (female Flight Attendants only). Decorative belt ends are not acceptable

17. **Uniforms - Flight Attendants**

   A. General

   1) It is the goal of InFlight Operations to have each Flight Attendant clothed in a standard Company issued uniform as a way of projecting to the public a professional appearance and attitude. Proper fit of a uniform is described as neither too baggy (sleeves exceeding the wrist, pants hanging on the hips, or hemlines dragging on the floor), nor too tight (shirts separating or pulling around the chest and arm area, pant pleats or pockets pulling and separating, or hemlines at or above the middle of the shoe).

      a) Uniform items must be pressed and in good condition at all times. Uniforms that are frayed, torn, balled, faded or discolored must be replaced immediately.

      b) The Flight Attendant will be responsible to order their uniform to ensure a proper fit. Alterations are the responsibility of the Flight Attendant and must meet policy guidelines. If an alteration is made that does not meet the policy guidelines, the Flight Attendant will be responsible to replace the item.

      c) Optional uniform items are available for purchase to enhance the uniform look. These items are not required.

      d) Uniform items may only be worn by both male and female if stated as unisex pieces as noted on the uniform form. All other uniform pieces are to be worn as stated below.

   B. Shirts and Blouses

   1) Must be neatly pressed and tucked in at all times.

   2) Sleeves may not be rolled up. Sleeves, if left long - must be buttoned, cuffs cannot be rolled up.

   3) The top two (2) buttons on the female Flight Attendant shirt/blouse may be left unbuttoned.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 12 of 19<br>Revision: 08<br>Date: 15 OCT 04 |

4) The male uniform shirt may only have the top button undone Delta and Continental only. A United issued tie must be worn when flying United Express flights (the top button of the shirt must be buttoned).

5) All approved shirts and or blouses may be worn under the approved blazers for both male and female Flight Attendants.

6) All blouses and shirts may have short sleeves. Short sleeves may be no shorter than three (3) inches above the elbow.

7) Aviator shirt (male Flight Attendant only) must be worn with approved epaulette covers. The top button is to be left undone. The tie is an option with this shirt (Delta and Continental only. The tie must be worn on United Express flights).

8) Shirtsleeves must be pressed and creased.

9) Male and female short sleeve shirts may be professionally cuffed. Cuff width may not exceed three-quarters (¾) of an inch.

A. Pants

1) Pant legs may not be rolled up, slit or pegged. Pants are to be neatly hemmed (tape or staples are not acceptable).

2) Pants must be ironed with a crease in the front and back of the pant leg and front pleats laying flat. Pleats must lay flat and not pull. Pants must hang slightly loose to the form of the body. Pants that hug the form of the body or hang with a baggy look are not accepted. Pants must also fit at the waistline.

3) Bottom hemline must touch the top of the front of the shoe or top arch of the foot with no break. The back of the pant must not be shorter than one (1) inch from the bottom of the floor or longer than 1/3 inch from the floor.

4) Female pants may be tapered to no less than twelve (12) inches around the ankle.

5) Pants may be professionally cuffed with the cuff width not to exceed one (1) inch.

B. Skort, Dress and Skirt

1) Female Flight Attendants may hem the skort, dress and skirt length to no shorter than two (2) inches above the top of the kneecap.

2) Sleeves on the double breasted dress or jeweled neck dress may be left long or shortened no shorter than three (3) inches above the elbow.

3) Uniform shirts or sweaters are not to be worn under the dresses.

C. Vests

1) Vests must be buttoned at all times and may not be tucked in. The red vest may only be worn when flying Delta and Continental flights.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 13 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

2) The vest may be worn with the tailored blouse, three-quarter length sleeved blouse, navy-trim blouse, turtleneck, mock turtleneck, or cobalt blouse for females. The vest or pull over vest may be worn over the cord dress shirt, button down shirt, turtleneck or cobalt dress shirt, striped dress shirt for male Flight Attendants. Vest may not be worn alone.

D. Necktie, Scarves, and Pocket Scarf

1) When a tie is worn the top button must be buttoned.

2) Male Flight Attendants are to wear the United issued tie on all United Express flights.

3) Ties and pocket scarf must be the same print.

4) Scarf and pocket scarf must be the same print. The scarf may be worn around the neck only.

5) Female Flight Attendants must wear the United issued scarf on all United Express flights.

6) Female Flight Attendants are not allowed to wear the uniform tie.

7) The male Flight Attendant necktie is considered an optional uniform item on the Delta and Continental flights. The United issued tie is a required item on all United Express flights..

E. Unisex Cardigan, Polo Sweater, Crew Neck Cardigan, Crew Neck Sweater

1) The female crew neck cardigan and unisex cardigan may be worn over blouses, turtleneck, crew neck sweater and dresses.

2) The cardigan sweater and unisex cardigan may not be worn alone or over any other items not stated above.

3) Both cardigans may be buttoned or left open.

4) The crew neck cardigan may be tucked in or worn out.

5) The crew neck sweater may be worn alone and may be tucked in or worn out.

6) The crew neck sweater may be worn under both approved female blazers.

7) The crew neck sweater may not be worn with the vest, under or over any blouse, shirt or dress.

8) The male unisex cardigan may be worn over all dress shirts including the turtleneck, mock turtle neck and may be buttoned or left open.

9) The male polo sweater may be worn alone or with the blazer on Delta and Continental flights only.

10) The male polo sweater (long sleeve only) may be worn over all of the male uniform shirts on Delta and Continental flights only. The polo sweater (long sleeve only) may only be worn over a uniform shirt with the United issued tie on United flights

11) The male polo sweater is not to be worn with the cardigan sweater.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 14 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

12) The male polo sweater may be tucked in or worn out and the sleeves may be worn short (three inches above the elbow) or left long.

13) The two (2) bottom buttons must be buttoned on the male polo sweater. Undershirts may be worn under the polo sweater and cannot be visible.

14) The v-neck sweater may only be worn by male Flight Attendants. The sweater may not be worn alone. The sweater may be worn over all approved dress shirts and ties. On DL and CO Flights, a tie is optional. A UAX tie is required when flying United Express flights. The sweater must be worn untucked.

15) The v-neck sweater vest may be worn by male and female Flight Attendants according to the same guidelines stated for all vests above.

F. Apron

1) The apron (optional) is to be worn over the uniform only during the beverage and snack service. A limit of three (3) pins may be worn on the apron and must follow the uniform pin guidelines.

G. Blazer

1) The uniform blazer is an optional item. However, during winter months it is highly recommended. The blazer may be worn buttoned or open over all uniform pieces except the double breasted dress.

2) The female short double breasted jacket must be buttoned at all times.

3) Both Blazers may be worn over the jewel neck dress. They may not be worn with the double breasted coat dress.

H. Flight Attendant Uniform Items

1) Any accessory or item(s) such as luggage and/or overcoat that is not issued by the Company must be approved by the Chief / Assistant Chief Flight Attendant or Supervisor prior to wearing on line.

| Female Required Items | Male Required Items |
|---|---|
| Company issued wings | Company issued wings |
| Company issued pants | Company issued pants |
| Company issued blouse/shirt | Company issued shirt |
| Shoes | Shoes |
| Hosiery | Socks |
| Luggage | Luggage |
| Belt (if applicable) | Belt |
| United issued scarf (United Express flights only) | United issued tie (United Express flights only) |



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 15 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

| Female Optional Items | Male Optional Items |
|---|---|
| Company issued blazers<br>Company issued sweater set<br>Company issued vest<br>Overcoat<br>Company issued apron<br>Company issued skorts<br>Company issued scarf and pocket scarf (Delta and Continental only)<br>Company issued dresses<br>Company issued skirt<br>Turtleneck<br>Mock turtleneck<br>V-neck sweater vest | Company issued blazers<br>Company issued cardigan<br>Company issued tie (Delta and Continental only)<br>Company issued vest<br>Overcoat<br>Company issued apron<br>Company issued polo sweater<br>Turtle neck<br>Mock turtleneck<br>V-neck sweater<br>V-neck sweater vest |

I. Uniform Use

1) Your Company issued uniform must be worn for work assignments only and not for personal use. You may use your uniform coat and/or shoes on layovers.

2) Care of the Uniform

  a) All items of the uniform require dry cleaning, with the exception of the shirt and blouse. All others must be dry-cleaned. Dry cleaning expenses are the responsibility of each Crewmember.

  b) Professional pressing of uniform items is preferred. Should home pressing be necessary, be sure that you have the correct heat setting for the item that you are pressing. Use a damp cloth to protect the surface and prevent a shine on the pants, blazer, vest, skirt or skort.

  c) Shirts, sweaters and blouses may be laundered and tumbled dry on lowest temperature setting, removing when slightly damp and hanging on a plastic hanger until dry. Press on low setting using water or starch to ensure a polished professional pressed look.



| PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 16 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|

18. **Uniforms - Pilots**

   A. General

   1) It is the goal of Flight Operations to have each Pilot clothed in a standard Company issued uniform as a way of projecting to the public a professional appearance and attitude.

   B. Pilot Uniform Items

   | Male and Female Uniforms |
   |---|
   | Company issued name tags<br>Company issued shirt wings<br>Company issued jacket wings<br>Company issued jacket<br>Company issued trousers<br>Company issued white shirts<br>Company issued tie (black)<br>Company issued epaulets<br>Black socks<br>Black shoes or boots (no cowboy boots)<br>Black belts one (1) inch in width, buckle not to exceed 1 ½" X 1 ¾" (no design) |
   | **Optional Male and Female Uniforms** |
   | Company issued sweater (must wear hat in addition)<br>Company issued overcoat (must wear hat in addition)<br>Company issued hat<br>Company issued leather jacket<br>Company issued sweater or sweater vest (must wear hat in addition)<br>Black gloves (if necessary)<br>Optional company issued tie (patterned) |

   C. Complete uniform consists of the items listed above and shall be worn as follows:

   1) Uniform jacket should be worn year round. However, if excessive temperature causes discomfort, wearing the jacket is at the Pilot's discretion. When the uniform jacket is worn in public view, it must be buttoned.

   2) Pilot hat is an optional item.

   3) Shoes will be polished and properly maintained. Worn or unpolished shoes/boots are unacceptable.



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 17 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

4) Epaulette black pilot sweater may be worn over the white shirt. Epaulettes, wings and name tag must be on the sweater while on the aircraft or in passenger view.

5) Belts will not be excessively wide or with a large metallic buckle. Belts must be black in color. Buckle may be black, gold or silver. Western style belts are not permitted.

6) Shirts will be clean, pressed and appropriately fitted. Undershirts must be white in color and worn underneath the shirt.

7) Epaulets will be worn while on duty in passenger view.

8) Non-uniform items will not be worn. This includes ornamental pins with the following exceptions:

   a) EMB-120 or CRJ tie tacks

   b) Company issued performance recognition pins.

19. **Holiday Wear**

   A. Crewmembers may wear conservative holiday wear/accessories for the following holidays and within the listed guidelines:

   1) Authorized Holidays

      a) Valentine's Day

      b) St. Patrick's Day

      c) Easter

      d) Fourth of July

      e) Halloween

      f) Thanksgiving Day

      g) Christmas Day

   2) Authorized holiday wear/accessories

      a) Pilots male and female - Tie

         1) Female - Earrings and/or pin. A holiday pin will replace one (1) of the three (3) Company authorized pins.

      b) Flight Attendants

         1) Male - Tie

         2) Female - Earrings and/or pin. A holiday pin will replace one (1) of the three (3) Company authorized pins.

   3) All holiday accessories must comply with the policy stated within this Standard Practice. In addition, accessories may not blink or be of a musical nature.

   4) Holiday wear/accessories may only be worn within the week, which the holiday falls, i.e., if the holiday is on a Wednesday, the wear/accessories



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 18 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

may be worn from the Sunday before to the Saturday after the holiday. Christmas wear/accessories may be worn beginning on December 1st and ending January 1st.

20. **Company Issued Uniform Items**

    A. Items issued through the Company are not to be altered to change the original design at any time. Upon termination, all uniform pieces purchased with "Company Allotment" must be returned.

    B. Uniforms should fit the body appropriately. Over-sized or tight fitting clothing is not acceptable.

    C. Non-Company item(s) may not be substituted except with prior approval by your Chief/Assistant Chief Pilot or Chief/Assistant Chief Flight Attendant.

    D. SkyWest Airlines provides a uniform allotment to each qualified crewmember. This allotment is to be used by the individual crewmember for his/her, own use. This allotment is not, transferable to another Crewmember's account nor should the crewmember purchase uniform pieces for someone other than your own personal need. Crewmembers can not sell pieces purchased from the uniform allotment for personal gain other than to replace with another uniform piece.

21. **Uniform Lost and Found Procedures**

    A. Anyone finding an item should turn the item into the Customer Service Department or the Flight Operations/InFlight Operations office (if applicable) at the city in which the item was found.

    B. If an item is lost, report the items lost to the city in which you believed it to be lost.

    C. If any required uniform item is lost, a new item must be purchased to replace that item within four (4) weeks at the expense of the crewmember.

    D. Writing your employee number on each uniform piece is helpful when identifying a lost or stolen item.

22. **Non-Revenue Travel Attire Requirements**

    A. Crewmembers who are traveling non-revenue status must follow the attire set forth by the respective code share carrier Crewmembers should consult the airline or the SkyWest online travel information for interline dress code policies and maintain a professional appearance at all times. Remember that you are a representative of SkyWest Airlines and good impressions are conducive to good interline relations for you and your fellow employees. Non-compliance of the dress codes policies may result in denied boarding or loss of pass privileges.

23. **Deadheading Crewmembers**

    A. Crewmembers that are deadheading to or from a Company assignment may wear his/her Company issued uniform or the required non-revenue travel attire.

PBS VERSION - 08 JUL 05



| | PERSONAL APPEARANCE, GROOMING AND UNIFORMS STANDARD PRACTICE 307 | Page: 19 of 19<br>Revision: 08<br>Date: 15 OCT 04 |
|---|---|---|

**24. Crewmember Identification Badge**

A. FAA regulations require that your identification badge be visible on the outermost garment above the waist when in a Security Identification Display Area (SIDA) area. This includes onboard the aircraft when the main cabin door is open.

    1) In the interest of personal security, the Company does not recommend that your identification badge be visible during flight. The FAA does not recommend wearing neck chains. These are recommendations only.

    2) If you choose to wear your identification badge during flight:

        a) Your Company identification badge and your corresponding airport badge may be visible.

        b) If neck chains are used with the identification badge, the chain must be gold, silver, plain dark navy or plain black with a width not to exceed one-eighth (1/8) of an inch. Designer neck chains are acceptable as long as they do not distract from the overall professional image of the uniform. Designer chains may be gold, silver, two tone gold, silver or black, and may not exceed 1 inch in height or ½ inch in width. Charms must meet the above color guidelines, and may not exceed ¾ inch in length and 1/3 inch in width. Charms must be airline oriented. Clip and pull I.D. holders are acceptable. Logo neck chains are not acceptable unless they say SkyWest Airlines.