# EXHIBIT B

| | | Page: | 1 of 2 |
|---|---|---|---|
| **SkyWest** | USE OF COMPANY FACILITIES | Revision: | REISSUE |
| | STANDARD PRACTICE 156 | Date: | 16OCT06 |

**Paragraph**                                                                                   **Page**

1. Purpose ........................................................................................................... 1
2. Definitions ....................................................................................................... 1
3. Use of Company Facilities ............................................................................. 1
4. Corporate Building Use .................................................................................. 1
5. Distribution or Solicitation by Non-Employees ............................................. 2
6. Distribution or Solicitation by SkyWest Employees ..................................... 2

## 1. Purpose

A. This document defines approved uses of Company facilities and provides guidelines for distribution of goods and literature not related to SkyWest business on SkyWest property.

## 2. Definitions

A. Company facilities are defined as all properties, buildings and worksites owned or leased by SkyWest Airlines.

## 3. Use of Company Facilities

A. The Company may authorize a limited number of fund drives by employees on behalf of charitable organizations or employee-related fund raising. Employees are encouraged to volunteer to assist in these drives, but their participation is entirely voluntary. Fundraisers to help fellow employees in need may be authorized on a limited basis and must not interfere with job responsibilities.

## 4. Corporate Building Use

A. Limited use of SkyWest Airlines Corporate building for civic events such as registered voting is acceptable provided there is capacity to accommodate the building use. Arrangements must be made several weeks in advance and approved by the People Department.

B. Outside use of the building will be limited to the hours of business and must be pre-approved by the People Department. Activities directly related to employees will be permitted provided the areas are left neat and clean. Individuals not employed by the Company are prohibited from offering to sell merchandise or services, or engaging in any other solicitation, distribution or similar activities on Company premises.

C. After hours use of SkyWest corporate offices is generally restricted to holiday events. All after hours use of the building must be approved by the Vice President of the People Department in advance. Use of the building after hours requires compliance with the following:

1) All cleaning and moving of furniture is the responsibility of those who have reserved the building.

2) Non-employee visitors are restricted to the area where the event is being held.

|  | USE OF COMPANY FACILITIES<br>STANDARD PRACTICE 156 | Page: 2 of 2<br>Revision: REISSUE<br>Date: 16OCT06 |
|---|---|---|

### 5. Distribution or Solicitation by Non-Employees

A. Individuals not employed by SkyWest Airlines may not distribute materials of any nature or solicit employees on Company premises at any time for any purpose. This policy does not apply to outside vendors or suppliers who do business with the Company and whose solicitation or distribution benefits the Company's business or charitable organizations approved by the Company.

### 6. Distribution or Solicitation by SkyWest Employees

A. SkyWestOnline.com provides a specific location for employee use in posting classified ads for the sale of personal items and supersedes the use of Company bulletin boards. All postings should be of a personal nature and should not represent outside business interests of the employee.

B. Company maintained bulletin boards, employee lockers and employee mailboxes are used to communicate Company information and to post notices required by law. Only persons designated by management may post or remove material from these bulletin boards. Personal postings must be authorized by local management. Management reserves the right to remove postings as necessary.

C. Distribution of goods or materials and/or solicitation by employees is prohibited during the working time of either employee. "Working time" means the time during which an employee is required to be performing work duties. Working time does not include the time before or after the work day or during breaks or meal periods.

D. Distribution of literature or goods of any type is restricted to cafeterias, lunch/break/crew rooms, restrooms, and parking lots. Employees may distribute literature or products during their scheduled days and shifts but only during non-work time, such as immediately before or after scheduled shift/trip or during a break or meal period.

E. Any distribution by employees must not interfere with operations, reduce employee efficiency, annoy passengers or other employees, result in a disruption of working employees, present a safety hazard, pose a threat to security, or cause a confrontational atmosphere. Distributing literature or any other material in a way that causes litter on SkyWest property is prohibited. All solicitation and distribution must comply with all local, state and federal laws.

F. Failure to comply with this policy will result in disciplinary action up to and including termination.