1  Douglas W. Hall (Admitted *Pro Hac Vice*)
   FORD & HARRISON LLP
2  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
3  Telephone:    202-719-2065
   Facsimile:    202-719-2077
4  Email:  dhall@fordharrison.com

5  Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA 94111-5894
7  Telephone:    415-591-1000
   Facsimile:    415-591-1400
8  Email: rspagat@winston.com

9
   Attorneys for Defendant
10  SKYWEST AIRLINES, INC.

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14
   SKYWEST PILOTS ALPA ORGANIZING          No.: 3:07-CV-02688-CRB
15  COMMITTEE, et al.,
                                           **DECLARATION OF**
16                Plaintiffs,              **JEFFREY T. RICKMAN IN SUPPORT OF**
                                           **OPPOSITION TO MOTION FOR**
17        vs.                              **PRELIMINARY INJUNCTION**

18  SKYWEST AIRLINES, INC.,                Honorable Charles R. Breyer

19                Defendant.

20

21

22

23

24

25

26

27

28
                                    1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1.     My name is Jeffrey T. Rickman, and I am an Associate at Ford & Harrison, LLP.

2.     On May 25, 2007, I reviewed the website of SkyWest ALPA Organizing Committee, www.skywestalpa.org.

3.     Attached at Exhibit A are true and accurate copies of documents of materials printed from that website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and this declaration was executed this 27th day of May, 2007, in Atlanta, Georgia.

Jeffrey T. Rickman

2

DECLARATION OF JEFFREY T. RICKMAN IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. C 07-2688 CRB