# Exhibit A
# (Part 1)

SkyWestALPA



**SkyW**

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.



## Thank You!

April 25, 2006

The SkyWest Pilots ALPA Organizing Committee would like to thank all the pilots who attended the information meetings in Salt Lake City in April. We appreciate you taking the time out of your busy schedules to get informed!



We had over 100 pilots from many domiciles attend the five sessions over the three day period.

The next information meetings will be held in Chicago in May. Exact dates, times, and locations will be forthcoming very soon.

As a reminder -



- Make sure you've submitted your contact information at http://skywest.alpa.org. ALPA will hold all information strictly confidential.
- Organizing committee members are listed on the back of this letter for your reference. If you or other pilots have questions or concerns, please encourage them to contact one of us!
- Give fellow pilots copies of this letter and all other information we have sent out! If you are able to help on the organizing committee, please contact one of us or our ALPA liaison, Ron Rindfleisch.

Thank you again for your support!

Login or Register

Employee Number:

Password:

Remember Me ☐

Forgot Password?

Register Now!

Note: Registration is not required to access most areas of the SkyWest ALPA website; however, registration will enhance your visit.



**User Calendar**

| | | May 2007 | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 1: |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 2( |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |

<<



SkyWestALPA

Sincerely,

SkyWest Pilots ALPA Organizing Committee
http://skywestalpa.org

## SkyWest Pilots ALPA Organizing Committee Members

Click on a Committee Member's name to send them an email

| | | | |
|---|---|---|---|
| Alford, Phil | SLC CRJ Captain | Judge, Katie | DEN EMB Captain |
| Ali, Arshad | SMF CRJ First Officer | Koehler, Scott | ORD CRJ First Officer |
| Amin, Omar | PSP EMB Captain | Kanuch, Steve | DEN CRJ Captain |
| Bharath, Andy | SLC CRJ Captain | Konis, Jeremy | TUS CRJ First Officer |
| Boehm, David | PSP CRJ First Officer | Liddiard, Jeri Lyn | SLC CRJ Captain |
| Bredder, Brett | COS CRJ Captain | Lisak, Todd | ORD CRJ First Officer |
| Carley, Jon | DEN CRJ Captain | Madden, Warren | FAT EMB Captain |
| Clapp, Rick | ORD CRJ Captain | Mansur, Riad | ORD CRJ First Officer |
| Cooper, Kyle | FAT EMB Captain | McKelvey, Kris | FAT EMB Captain |
| Copeland, Erik | ORD CRJ Captain | Michalek, Jeremy | SLC CRJ First Officer |
| Cunningham, Shaun | ORD CRJ Captain | Miller, Adam | ORD CRJ First Officer |
| de Freitas, Larry | SLC CRJ First Officer | Miller, Darris | DEN CRJ Captain |
| Dow, Steve | COS CRJ Captain | Mitchell, Scott | ORD CRJ |
| Eyring, Chris | SLC CRJ | | |

http://www.skywestalpa.org/archives/letters/alpa.20060425.php

## Organizing Committee Grows by 48 Percent in October, November

The SkyWest Pilots ALPA Organizing Committee welcomes the new members who went through training recently. We thank all of you for taking time out of your busy lives to volunteer in this important effort to gain union representation and a collective bargaining agreement for SkyWest pilots.

We are just getting started and there is a lot of work ahead. If you share the goals of the SkyWest Organizing Committee, now is the time to get involved. Now is the time to reach out to your fellow pilots and build the unity of purpose that is necessary to prevail in this important effort.

We are now offering organizing training via AT&T Web meetings. This makes it easy for potential committee members to participate in the training from the comfort of their home or at a layover hotel. If you would like to participate in our organizing effort, please contact a member of the Organizing Committee by visiting the website, www.skywestalpa.org.

## All-Pilot Teleconference Set for January 17, 2007

Our second all-pilot teleconference held on November 30, 2006, was another success. SkyWest pilots from nearly all of our bases participated in an hour-and-a-half-long forum that focused on ALPA's team approach to collective bargaining.

Panelists included Capt. James Ackerman, Mesa MEC chairman, Capt. Dave Webb, FedEx MEC chairman, and Capt. Dave Nieuwenhuis, ASA MEC chairman. They talked about how their pilot groups prepared or are preparing for their contract negotiations using the many ALPA resources available to them. All the panelists stressed the importance of pilot input—that achieving a group's contract goals starts and ends with the rank-and-file pilot.

The next all-pilot teleconference will be held on January 17, 2007. The guest speaker will be ALPA's new president, Capt. John Prater. He will talk about his commitment to unifying all U.S. airline pilots under the ALPA umbrella, ALPA's support for the SkyWest pilots' organizing drive, and his experience in helping Continental's independent pilots' union to merge with ALPA. To participate, please call the toll-free hotline **(888) SKY-ALPA (759-2572), press 3, and then enter participant code 123456.**

The format will be the same as the first teleconference: Our guest panelists will be joined by members of the SkyWest Pilots ALPA Organizing Committee and ALPA staff who will respond to your full range of questions.

Please join your SkyWest colleagues on Wednesday, January 17, 2007, at 7:00 p.m. MTN. We believe you'll find it both an enjoyable and informative experience.

http://skywestalpa.org

3

## ALPA National Officers Respond to SkyWest Pilots' Questions in Third All-Pilot Teleconference

Our third all-pilot teleconference held on January 17, 2007, was another success. Many SkyWest pilots participated in an hour-and-a-half-long forum during which ALPA national officers took a wide range of questions from participants.

Speakers included newly elected ALPA President Capt. John Prater and ALPA First Vice President Capt. Paul Rice. They talked about ALPA's support for the SkyWest pilots' organizing drive and ALPA's commitment to unifying all airline pilots under the ALPA umbrella. Capt. Prater related his experience in helping Continental's independent pilots' union to merge with ALPA and how ALPA representation has benefited Continental pilots.

The topic of the next teleconference (date in February TBA) will be ALPA's work as the leading safety advocate in the aviation industry. Details about the teleconference will be posted on www.skywestalpa.org.

*...emember: being part of ...on is not confrontation— ...vocacy. You're advo- ...g for your members and ...ights. . . . [That means ...nanagement has] to look ...u and your representa- ...and your negotiating ...nittee across the table as ...s. You are helping them ...a profit. You just want to ...sure that your families ...ome fair portion of their ...ue and their profits."*

*—Capt. John Prater, ALPA President, from his remarks during the SkyWest ALPA all-pilot teleconference, January 17, 2007*

## Contract Study Committee *(continued)*

suits. At that time, the committee will also begin collecting information and background research that is the basis for our first contract negotiations, which will follow the NMB representation election.

Several SkyWest pilots have already volunteered for this important committee, but we would like a few more to keep the individual work load manageable. If you are interested in volunteering for this committee, now is the time to get involved. Committee volunteers will go through a one-day negotiations training program to learn and develop the skills and expertise that will be vital to our success as we go forward.

If you would like to volunteer for this committee and attend the negotiations training, please leave a message for the Organizing Committee on the toll-free hotline, **1-888-SKY-ALPA (759-2572)**.

1-888-SKY-ALPA

4

# SkyWest ALPA UPDATE

Provided By: SkyWest Pilots ALPA Organizing Committee

JULY 2006

ISSUE # 3

## Inside This Issue

1   Organizing Committee
    Activity Summary

1   United Code-Share Meeting

2   Spotlight on: Grievance
    Procedures

4   In the Middle of the Night,
    Who Ya Gonna Call?

7   Organizing Committee
    Listing

---

*Are you a new SkyWest pilot?*
**Want to find out what the
Organizing Committee is?**

*Contact your local
organizing committee
member!*

*Committee members are
listed on the back of this
newsletter.*

---

The organizing committee
would like to thank ALPA for
mailing this newsletter!

As our campaign for
representation continues,
look for more educational
materials from ALPA and the
committee.

---

## Organizing Committee Activity Summary

The Organizing Committee held meetings for pilots in Denver on July 12 and 13. The meetings were a success!

By the time you receive this mailing, the Wilson Center will have completed polling of the SkyWest pilot group. The Organizing Committee would like to thank all pilots who participated in the polling process.

Stay tuned for additional activities coming soon from your ALPA Organizing Committee!

## United Code-Share Meeting Update

The Organizing Committee would like to thank Marc Johnson (CRJ First Officer, ORD) for attending the most recent United Code-Share Meeting and submitting this article.

The United Airlines ALPA Master Executive Council (MEC) recently held its quarterly pilot meeting with its major code-share partners. The United MEC holds these meetings to serve as a platform for communication with Express carriers and code-share partners such as Aloha Airlines. The SkyWest pilots ALPA Organizing Committee was also invited to attend.

Several issues were discussed at the meeting, ranging from day-to-day operations, cost-saving measures, growth of the United Express fleet, as well as viewpoints of the state of the industry from the regional level. These meetings are important to SkyWest pilots because they allow regional pilots to give their input to other regional pilots and mainline pilots, in a forum setting that allows everyone a voice.

These meetings have several positive effects. They allow a forum for regional pilots to discuss issues with other pilots at both the regional and mainline levels. In turn, the United MEC can bring regional pilot issues to their management that may not have been communicated. As a unified group, we can formulate better communications with fellow pilots and management, to make our working conditions bet-

*continued on page 3*

http://skywestalpa.org

5



June 2006
ISSUE # 2

## Inside This Issue

1    Informational Meeting Update

1    ALPA Dues – How much does
     all this cost?

2    Spotlight on: ALPA's Merger
     Policy

3    Organizing Committee Listing

3    Upcoming Events

---

*Are you a new SkyWest pilot?*

*Want to find out what the
Organizing Committee is?*

**Contact your local organizing
committee member!**

*Committee members are listed
on page 3 of this newsletter.*

---

*The Organizing Committee
would like to thank ALPA for
mailing this newsletter!*

*As our campaign for
representation continues, look
for more educational materials
from ALPA and the committee.*

---

## Informational Meeting Update

The Organizing Committee held meetings for pilots in Chicago O'Hare on May 10 and 11. The meetings were a success!

The next informational meetings will be held in Denver on July 12 and 13. The complete schedule and locations are below. All SkyWest pilots are invited to attend. As always, refreshments will be served!

- **Denver International Airport, Concourse B (West Side)
  Mildred Harris Room, 2nd Level
  Adjacent to the Red Carpet Club
  July 12  Noon – 6:00 pm.
  July 13  9:00 am – 1:00 pm**

*Note: If additional meetings are scheduled before our next newsletter, they will be announced via an e-mail flyer and postings around the system.*

## ALPA Dues – How much does all this cost?

Several pilots have asked how much ALPA will cost as their collective bargaining unit. The regular ALPA active member dues rate is 1.95% of your earnings. Money contributed to a retirement plan (our 401(k) plan at SkyWest) and any per-diem (taxable or non-taxable) is *not* subject to membership dues. All pilots who are regular, active members of ALPA pay the same dues regardless of who they work for or what position they hold.

Here is an example of an ALPA dues calculation from a sample SkyWest paycheck:

| | |
|---|---|
| Gross Earnings | $1,500.00 |
| 401(k) Contribution (5%) | $75.00 |
| Subtotal | $1,425.00 |
| **ALPA Dues (1.95%)** | **$27.79** |

Additional information on how membership dues are allocated is available on our website, http://skywestalpa.org. Select "Important Documents" and click on "ALPA Dues Information" to read more about it.

http://skywestalpa.org

6

# SkyWest ALPA UPDATE

## Provided By: SkyWest Pilots ALPA Organizing Committee

May 2006

ISSUE # 1

## Welcome to *UPDATE!*

Welcome to the first issue of *UPDATE*—the newsletter designed to keep you informed about the latest news and events with the SkyWest ALPA Pilots Organizing Committee.

The Organizing Committee wants to keep all pilots informed during each step of the union organizing process. This newsletter will be just one of the ways you can stay up-to-date.

## Informational Meeting Recap

The Organizing Committee held meetings for pilots in Salt Lake City on April 19, 20, and 21. Over 100 SkyWest pilots from various domiciles around the country attended these meetings. We would like to say "THANK YOU" to all the pilots who attended. Please pass the word!

The next informational meetings will be held at Chicago (ORD) O'Hare Airport on May 11 and 12 at the City of Chicago's Department of Aviation Conference Room located between the E and F gates in Terminal Two on the Mezzanine Level. Meeting times are below:

- May 11  10:30 a.m., 1:00 p.m., and 3:30 p.m.
- May 12  10:00 a.m. and 12 noon

All pilots are invited to the informational meetings.  Refreshments will be served! There will also be a social gathering at the O'Hare Marriott from 6:30 p.m. to 9:30 p.m.

## Grand Opening!—http://skywestalpa.org

The Organizing Committee would like to announce the grand opening of our new website—http://skywestalpa.org!

This website will be used to communicate the latest information to all pilots and serve as a tool for you to ask direct questions to the Organizing Committee or ALPA staff members.

Check out the **"ASK THE ORGANIZING COMMITTEE"** feature, **Important Documents**, and read responses to questions already submitted to the Organizing Committee.

We will be constantly adding useful tools to this website for all pilots. Check back often for updates!

http://skywestalpa.org

Inside This Issue

1   Welcome

1   Informational Meeting Recap

2   Spotlight on: ALPA's
    Aeromedical Office

3   Organizing Committee Listing

3   Upcoming Events

*Sign up to receive the latest information –
http://skywestalpa.org*

7

# SkyWest ALPA UPDATE

Provided By: SkyWest Pilots ALPA Organizing Committee

SEPTEMBER 2006

ISSUE #4

## Inside This Issue

**1** The Next Step Toward ALPA Representation and an Enforceable Union Contract

**2** Goals of the SkyWest Organizing Committee

**3** What Is an Authorization Card?

**3** Teleconferences—Topics and Schedule

**4** ALPA Dedicates 9/11 Memorial

**5** SkyWest Pilots ALPA Organizing Committee



ou a new SkyWest pilot?

to find out what the nizing Committee is?

act your local nizing Committee ber!

mittee members are on page 5 of this letter.



rganizing Committee d like to thank ALPA ailing this newsletter!

r campaign for sentation continues, or more educational rials from ALPA and ommittee.

## The Next Step Toward ALPA Representation and an Enforceable Union Contract

Soon the SkyWest Organizing Committee will take the next step to gain an enforceable union contract and ALPA representation for the pilots at SkyWest Airlines. On September 29, 2006, we will begin the distribution of union election authorization cards.

The authorization cards will be mailed to all pilots on our current address list. Additionally, pilots can print the card from our website—http://skywestalpa.org—or request one from any of the SkyWest Organizing Committee members listed at the back of this newsletter.

The article below entitled "What Is an Authorization Card?" describes the role and significance of the authorization card and what it is used for under the Railway Labor Act election procedures.

For the past two months we have been planning for this next step. A significant number of SkyWest pilots have participated in seven one-day training/planning meetings in Salt Lake City, Denver, Fresno, Los Angeles, and Chicago, with more scheduled. We met many of the ALPA staff who are assisting the Organizing Committee as well as ALPA leaders from ASA, ExpressJet, Mesa, and American Eagle. At the last meeting, ALPA President Capt. Duane Woerth joined us to discuss the challenges we face at SkyWest and to brief us on ALPA's strategic plan going forward.

In addition to the training and planning for our upcoming SkyWest organizing effort, these meetings gave us the opportunity to discuss our goals for the future of SkyWest pilots. That is, what kind of a union do we want? ALPA is a decentralized organization, and each local ALPA council sets its own goals and strategies and develops its own unique character. We thought it would be valuable to share those discussions with all the SkyWest pilots so we compiled them into the document called "Goals of the SkyWest Organizing Committee" (see page 2). We hope that it provides a clearer vision of what we want to accomplish through these organizing efforts.

We know some of you are uncertain about whether to support our efforts. Going forward we will provide information through direct mail, e-mail, small group meetings at layover hotels, and Organizing Committee member visits to crew rooms.

*continued on page 2*

*. . . the Organizing Committee will host a series of interactive teleconferences on key subjects.*

### The Next Step *(continued)*

Additionally, the Organizing Committee will host a series of interactive teleconferences on key subjects. Each program will begin with a brief (15–20 minutes) presentation on the subject of the call, followed by a question-and-answer period for the SkyWest pilots participating in the call. We urge everyone to take part in these teleconferences. The schedule of topics and approximate dates for the first four teleconferences is listed on page 3. Check our website for specific times and dates.

We are confident that if you keep an open mind and evaluate the information provided, you will join with us in our effort to achieve ALPA representation and an enforceable union contract.



## Goals of the SkyWest Organizing Committee

1)  Skywest pilots will promote safety in our practices, policies, and in our contract, and will join efforts with management to have SkyWest Airlines maintain the finest safety record in the airline industry.

2)  Our relationship with management will provide clear statements and understandings of the contractual rights and responsibilities of both parties. We will promote a positive atmosphere and a constructive labor-relations environment that respects different points of view and recognizes the importance of a healthy and growing company. We will seek to resolve any disputes or differences in a fair and timely manner.

3)  Compensation, work rules, benefits, and job security will recognize the substantial contribution that pilots make to the company's success and will make employment at SkyWest a realistic and rewarding choice for our careers.

4)  Pilot leadership will seek input and involvement from members; our practices will be open, inclusive, and democratic; and we will recruit and train future leaders to carry forward these values. We will represent our members professionally and effectively.

5)  Our pilot group will participate actively in our Association and seek opportunities to work constructively for the good of our profession and for a stronger Association.

http://skywestalpa.org

G

## Calling All "SkyWest" Pilots

*Air Line Pilots Associa-
International will spare
ffort to aggressively
for the rights and
ds of airline pilots. We
work together—across
gments and corporate
ds—to restore our
d profession. We are
mitted to the principle
our profession is best
d by unifying all pilots
n our union and orga-
g all pilots within our
ssion."*

—From the
Vision Statement
Approved by the ALPA
Executive Council,
January 2007

In a 24-hour period, more than 20 ALPA pilots, representing express, major, and cargo airlines, contacted approximately 1,200 SkyWest pilots as part of a new outreach program.

Through this initiative, ALPA members spent time listening to the concerns expressed by SkyWest pilots, answering their questions about ALPA and the organizing drive, and relating their own experiences about how ALPA has benefited their pilot groups.



*Capts. Val Jester (American Eagle) and Will Faruzzi (Atlantic Southeast) gave the express pilot's perspective.*

This outreach kicked off with a briefing from ALPA's national officers and staff and members of the Organizing Committee regarding the Association's organizing efforts, the SkyWest campaign, and some of the major issues facing SkyWest pilots today.

In his remarks to the pilot volunteers, ALPA's new president, Capt. John Prater, said, "ALPA wants to help SkyWest pilots secure a stable and prosperous job, now and in the future. That's true for the high percentage of SkyWest pilots who will go on to work at ALPA carriers, and for the SkyWest pilots who will be at SkyWest for their careers."



*ALPA Executive Vice-Presidents Capts. John Sluys (Alaska) and Chris Lynch (Continental) as well as Capt. Stuart Morrison (Astar), talking to SkyWest pilots.*

## SkyWest Contract Study Committee Begins Work

The Contract Study Committee will soon begin its contract negotiations preparation work once the Wilson Center telephone canvass has been completed. Using the results of this canvass of a select sampling of SkyWest pilots, the committee will develop and make available a Web-based survey for all SkyWest pilots to identify pilot workplace concerns and priorities that need to be addressed in our first contract negotiations.

The committee will then prepare a report for the SkyWest pilots that summarizes the Web survey re-

continued on page 4

*10*



FEBRUARY 2007

ISSUE #6

**Inside This Issue**

3  Calling All "SkyWest" Pilots

3  SkyWest Contract Study
   Committee Begins Work

4  ALPA National Officers
   Respond to SkyWest Pilots'
   Questions in Third All-Pilot
   Teleconference

5  The SkyWest Pilots ALPA
   Organizing Committee

6  Contract Issues Canvass
   and Web Survey



ou a new SkyWest pilot?

to find out what the
nizing Committee is?

act your local
nizing Committee
ber (go to
skywestalpa.org).

rganizing Committee
d like to thank ALPA
ailing this newsletter.

r campaign for
sentation continues,
or more educational
rials from ALPA and
ommittee.

# Union Representation Part 1: A Pilot's Bill of Rights

It's 3:00 p.m. on Wednesday afternoon, and you just got off the phone with the Chief Pilot's Office. They've instructed you to come to St. George on Friday morning at 10:00 a.m. to discuss an accusation against you. What's next? While few pilots think they will ever be the subject of an unjust accusation, it can and does happen to good pilots more frequently than we would like to believe.

One of the biggest differences between pilots who don't have union representation and pilots who are represented by ALPA is the type of support and due process rights that are available to you in the event you find yourself in the type of situation described above.

Although every ALPA pilot group contract is different, there are certain basic due process principles that you will find in virtually all ALPA-negotiated contracts. Think of them as a pilot's "Bill of Rights":

- The right to a clear statement or notice regarding what event or action management seeks to investigate;

- The right to a hearing to review the facts regarding any event that may be the basis for discipline or other adverse action, and an opportunity to present your side of the story before any action is taken;

- The right to independent union representation at all meetings or hearings;

- The right to appeal any decision by the Chief Pilot's Office to punish you or deprive you of a benefit or opportunity to a higher management authority;

- The right to a timely resolution of the dispute;

- The right to have a neutral third party hear and resolve the dispute if the matter cannot be amicably resolved.

The fact is that without union representation and the above "Bill of Rights," you will have to deal with investigations and potential disci-

*continued on page 2*

*11*

## Union Representation *(continued)*

pline on your own. And, you won't have access to independent representation or the benefit of a decision by a neutral party—if it comes to that. Sure, family members and some of your pilot colleagues will be in your corner and offer friendly advice and support, but, in the end, you will have to handle the situation with management by yourself.

With ALPA representation, you and your union representatives will work together to deal with investigations and threats of discipline. One of the most important purposes of the grievance and arbitration process in a collective bargaining agreement is that it provides an avenue and structure for the union to leverage the unity of the whole pilot group on behalf of one individual—a pretty important benefit!

Of course, because you are a good pilot with a solid work ethic, you may never be falsely accused or make a good faith mistake that management blows completely out of proportion. But, don't assume this will be so. It is basic common sense to protect your career and family by making sure that you have access to professional representation in the event your job and reputation are put at risk. That is only one of the many services that ALPA provides.

We fully recognize that many pilots will never avail themselves of the grievance and arbitration procedure and the protection it provides. But it's wise to make sure that, in the unlikely event that you are called into the Chief Pilot's Office to "discuss" an action, decision, or judgment you have made as a professional pilot, you can access the best possible due process protections available—the protections that can only come through union representation and a union contract.

All pilots invest years of their lives and thousands of dollars to pursue a career as a professional pilot. Your status as a qualified professional pilot is your major source of economic security and well-being. It's one of your most important assets, and it deserves to be protected. More than 60,000 ALPA pilots are protected under the ALPA pilots' Bill of Rights—it's time for SkyWest pilots to have that protection too!

We urge you to send your completed Authorization for Representation Election card to ALPA today! The faster the strong majority of pilots return their cards, the sooner we can move forward with the process for holding a representation election.

If you have not received an authorization card, please contact one of the Organizing Committee members, download one from our website at www.skywestalpa.org, or leave a message on our toll-free hotline—1-888-SKY-ALPA (759-2572).

*of the most important*
*...ses of the grievance*
*...arbitration process in*
*...lective bargaining*
*...ement is that it*
*...des an avenue and*
*...ure for the union to*
*...age the unity of the*
*...e pilot group on*
*...lf of one individual—*
*...tty important benefit!*

1-888-SKY-ALPA

12

## ASA Pilots Informational Picket at SkyWest, Inc.



On October 13, 2006, more than 100 pilots, arranged in two marching orbits, demonstrated outside of SkyWest, Inc.'s, headquarters in St. George, Utah. ALPA's national officers, along with pilots from 11 other pilot groups, were on hand to support their ASA comrades.

Covering the informational picket were reporters from local newspapers and television stations as well as from the state's largest newspapers, the *Salt Lake Tribune* and the *Deseret Morning News.*

"This show of force sends a clear message to SkyWest, Inc.'s, management," said ALPA President Duane Woerth. "ASA pilots want to negotiate a fair deal, and they have the full support of this union behind them."

The show of force by the ASA pilots and so many ALPA pilots from other carriers had an impact on the stalled negotiations. Since then, the ASA pilots with ALPA's support have returned to the table and have been in mediated negotiations with management.

Negotiations have dragged on for more than four years. Meanwhile, Atlantic Southeast and SkyWest continue to post quarterly profits, offer shareholder dividends, and tout their success in the airline industry. SkyWest senior management has tried to pressure the ASA labor groups in negotiations over the transfer of flying and equipment to SkyWest.

*"Also, pilot activity—involvement in picke[t]*
*and other activities—has generated a g[reat]*
*amount of press and other attention that [has]*
*helped us move the process forwa[rd]"*

*—Capt. Dave Nieuwe[n]*
*Atlantic Southeast (ASA) MEC Chair[man]*
*from his remarks during the SkyWest [ALPA]*
*all-pilot teleconference, 11/3[...]*

http://skywestalpa.org

*13*

## Organizing Committee Grows by 48 Percent in October, November

The SkyWest Pilots ALPA Organizing Committee welcomes the new members who went through training recently. We thank all of you for taking time out of your busy lives to volunteer in this important effort to gain union representation and a collective bargaining agreement for SkyWest pilots.

We are just getting started and there is a lot of work ahead. If you share the goals of the SkyWest Organizing Committee, now is the time to get involved. Now is the time to reach out to your fellow pilots and build the unity of purpose that is necessary to prevail in this important effort.

We are now offering organizing training via AT&T Web meetings. This makes it easy for potential committee members to participate in the training from the comfort of their home or at a layover hotel. If you would like to participate in our organizing effort, please contact a member of the Organizing Committee by visiting the website, www.skywestalpa.org.

## All-Pilot Teleconference Set for January 17, 2007

Our second all-pilot teleconference held on November 30, 2006, was another success. SkyWest pilots from nearly all of our bases participated in an hour-and-a-half-long forum that focused on ALPA's team approach to collective bargaining.

Panelists included Capt. James Ackerman, Mesa MEC chairman, Capt. Dave Webb, FedEx MEC chairman, and Capt. Dave Nieuwenhuis, ASA MEC chairman. They talked about how their pilot groups prepared or are preparing for their contract negotiations using the many ALPA resources available to them. All the panelists stressed the importance of pilot input—that achieving a group's contract goals starts and ends with the rank-and-file pilot.

The next all-pilot teleconference will be held on January 17, 2007. The guest speaker will be ALPA's new president, Capt. John Prater. He will talk about his commitment to unifying all U.S. airline pilots under the ALPA umbrella, ALPA's support for the SkyWest pilots' organizing drive, and his experience in helping Continental's independent pilots' union to merge with ALPA. To participate, please call the toll-free hotline (888) SKY-ALPA (759-2572), press 3, and then enter participant code 123456.

The format will be the same as the first teleconference: Our guest panelists will be joined by members of the SkyWest Pilots ALPA Organizing Committee and ALPA staff who will respond to your full range of questions.

Please join your SkyWest colleagues on Wednesday, January 17, 2007, at 7:00 p.m. MTN. We believe you'll find it both an enjoyable and informative experience.



http://skywestalpa.org

*14*

## Moving from Cards to Ballots

### *The Next Step in the National Mediation Board's Election and Certification Process*

In *SkyWest ALPA Update* Issue #5, we outlined the role of the authorization for representation election card. These cards simply request ALPA to petition the National Mediation Board (NMB)—the federal agency that handles representation issues in the airline and railroad industries—to hold a representation election. Under NMB rules, the petitioner must present signed cards from at least 35 percent of the eligible voters in order to be granted an election. While we have already surpassed that statutory minimum, it is critical that a strong majority of SkyWest pilots sign and return cards. The more unified SkyWest pilots are in support of union representation, the better prepared we will be for the next phase: the secret ballot election.

> it is critical that
> ong majority of
> Vest pilots sign and
> n cards. The more
> ed SkyWest pilots
> n support of union
> esentation, the
> er prepared we
> pe for the next
> se: the secret
> ot election."

The election and certification phase usually occurs over a 90-day period. After receiving a petition for election, the NMB launches an investigation to verify that the required number of cards has been submitted. The NMB procedures require management to submit a list of all eligible voters, which the NMB defines as all non-supervisory members of the craft or class employed at the end of the payroll period immediately before submission of the petition. The NMB then checks this list against the cards that have been submitted. During this entire period, the NMB maintains the strict confidentiality of the cards, and management will never be told the exact number of cards that have been submitted or given the identities of the individuals who have submitted cards.

If the NMB determines to move forward with an election, it is conducted by secret ballot via phone, mail, or online, depending on the NMB's judgment regarding the most efficient, fair, and secure process at the individual carrier. Eligible voters then receive voting instructions, as well as a confidential voter identification number (VIN) and personal identification number (PIN) to cast their vote.

It is critical that everyone votes! Under NMB rules, NOT VOTING EQUALS A VOTE FOR NO REPRESENTATION. That is to say, to certify ALPA as the bargaining representative for SkyWest pilots, a majority (50%+1) of *eligible voters* must vote in support of union representation. If you do not vote, it counts as a vote against representation and all of the other benefits representation entails. Your vote *does* count!

Remember: Sending in a signed Authorization for Representation Election card is vital. It's your indication that you want the right to choose. Send in your authorization card today!

http://skywestalpa.org

*/5*

## Contract Study Committee Extends Web-Based Survey
## Take this Opportunity to Have Your Voice Heard!

Following on the successful completion of the Wilson Center canvass of SkyWest pilot concerns and priorities, the Organizing Committee has appointed the first members of the Contract Study Committee. The Contract Study Committee includes a number of SkyWest pilots, chaired by Capt. Frank Bowlin (CRJ-DEN). The Contract Study Committee's mission is to collect information from SkyWest pilots about the priorities, issues, and concerns they want to be addressed in the negotiations for their first legally binding contract; to compare those issues with the solutions identified by other ALPA pilot groups; and to cultivate a strategy for the negotiations to be held after the representation election.

The initial task for the Contract Study Committee is to identify those contract issues of most importance to SkyWest pilots. Working from the results of the canvassing, the Contract Study Committee composed a wide-ranging survey for all SkyWest pilots to complete. The survey addresses all aspects of a SkyWest pilot's working conditions and will provide a detailed picture of the attitudes of SkyWest pilots as we move to the bargaining table.

After the survey results are tabulated, the Contract Study Committee will use the new information to guide them in their duties. Having identified what is most important to SkyWest pilots, the members of the Contract Study Committee will investigate how similar problems have been addressed in agreements made by other ALPA pilot groups and develop strategies to implement those proven solutions at SkyWest.

*The success of this plan depends on you!* To make the results as complete and informative as possible, we need all SkyWest pilots to participate. The more pilots who complete the survey, the more effective the Contract Study Committee can be in crafting solutions to the problems that most affect SkyWest pilots.

The survey deadline is **April 30, 2007**. It takes only about 15 minutes to complete. Simply follow the link on www.skywestalpa.org; the login ID is your SkyWest employee number, and the password is SkyWest. The individual responses you provide will be kept confidential, and only the general tabulated responses will be reviewed. And don't forget to check back in a future issue of the *SkyWest ALPA Update* newsletter for a summary of the results!

1-888-SKY-ALPA

*16*



OCTOBER 6, 2006

Dear Fellow SkyWest Pilot,

By now, we hope you have received an "Authorization for Representation Election" card from ALPA or from an Organizing Committee member. We encourage you to return the card promptly to ALPA in order to move forward with securing ALPA representation and achieving an enforceable agreement here at SkyWest.

From time to time during this campaign, SkyWest management will make statements and distribute material in an attempt to convince you that forming a union in partnership with ALPA is not a good decision. We strongly disagree with these statements and want all pilots to understand that these are anticipated and part of management's anti-union "playbook."

We've dedicated this special edition of SkyWest ALPA Update to the article titled "What Will Management Say About Pilot Unity?" Please review this article and become familiar with the "script" management might use over the coming weeks. Try to understand why the company is doing this and the reasons management's statements are incomplete and often misleading.

We hope this article helps you in making an informed decision to move forward with securing ALPA as our collective bargaining representative and achieving our first contract. Please let us know what other information would be helpful during this campaign.

Thank you again for your time and dedication to your career!

Fraternally,

**The SkyWest Pilots ALPA Organizing Committee**

| | | | |
|---|---|---|---|
| CA Phil Alford | CA Steve Dow | CA Steve Kanuch | CA Jeffrey Nostrom |
| FO Arshad Ali | CA Chris Eyring | FO Scott Koehler | CA James Orosco |
| CA Omar Amin | CA Ramon Gleser | FO Jeremy Konis | CA Mike Owelcki |
| CA Andy Bharath | FO Laura Goudge | CA Jeri Lyn Liddiard | CA Antonio Scamardella |
| FO David Boehm | CA Ridge Hammond | FO Todd Lisak | CA Jeff Sciaroni |
| CA Brett Bredder | CA Kurt Horst | FO Warren Madden | CA Curtis Sessions |
| CA Jon Carley | FO Dan Hurst | FO Riad Mansur | CA Tracy Shrier |
| CA Rick Clapp | CA Jason Ianiro | CA Kris McKelvey | CA Pete Veuger |
| CA Kyle Cooper | CA Russ Jacobie | FO Jeremy Michalek | CA Allen Walker |
| CA Eric Copeland | CA Jesse Jenks | FO Adam Miller | CA Clinton Weichers |
| CA Shaun Cunningham | FO Marc Johnson | CA Darris Miller | FO Tom Wimber |
| FO Larry de Freitas | CA Katie Judge | | |

## What Will Management Say About Pilot Unity?

It's not uncommon for airline managements to have a hard time at first accepting the fact that pilots want a more effective voice in our future and our company.

At other carriers where pilots have united as ALPA members, management tried hard to talk pilots out of taking steps to have a real voice and the legal right to negotiate a contract

But at **all** of those carriers, management eventually accepted the change and negotiated contract improvements that pilots decided were essential. And at all of those carriers, uniting in ALPA has given pilots a more effective way to work with management to improve the company _and_ ensure that pilots' concerns are taken into account in good times and bad.

## Managers Are Required to Follow a Script

Typically, management staff will be trained to follow a script that has been developed by professional "union avoidance" consultants. We will receive written communications from management that will also follow that script, which has been used at dozens of other airlines.

Knowing that certain themes are part of management's standard playbook, it's up to us as SkyWest pilots to get the facts and keep our eyes on our goal.

Generally, management scripts fall under six general themes:

1. Unions have no power, and you can achieve just as much with the current employee council.

2. You're wasting your money paying union dues.

3. Things will get worse when there is an outsider here.

4. Signing an Authorization for Representation Election card is legally dangerous.

5. Things aren't so bad, and if they are, give us a chance to fix it.

6. ALPA pilot groups have had problems at other carriers.

### MANAGEMENT THEME #1:

Unions have no power. SAPA can do just as well.

**The Facts:**   By uniting and gaining the legal right to negotiate, ALPA pilot groups have won improvements when their airlines were profitable, and prevented unnecessary concessions when things were bad. By uniting and gaining ALPA representation, we will too.

**The Script:**   *"We don't have to agree to what you want in a contract."*
*"We will only agree to what's in the best interests of the airline anyway, so SAPA will work just as well."*

- Having a say in our pay, benefits, work rules, and future is good for us and for our airline.
- By law, management must bargain in good faith with an ALPA pilot group.
- When our carrier is healthy, collective bargaining ensures that we share in the prosperity we help create. If our carrier hits economic turbulence, we'll be in a better position to negotiate over how to make adjustments in the best way for pilots and the company.
- At FedEx, pilots are the only unionized employee group, and management followed the script against pilot unity for years. The FedEx pilots have achieved an excellent tentative agreement on a second contract. It provides significant improvements over their first contract, which had been negotiated by an independent union before the FedEx pilots joined ALPA.

**The Script:**   *"You will start from ground zero in negotiations and have to bargain back everything you have."*
*"There are no guarantees—you may gain or lose when negotiating."*

- Under the RLA, the company can change working conditions if there is no union, up to the point that the first contract is negotiated and in effect. However, it is illegal to make changes that are designed to punish or retaliate against pilots for joining a union.
- Once we have a union, we will have the right to negotiate over any changes in wages and working conditions. It is the only protection for what we have and the only way to improve on what management chooses to give us—or take away from us.
- We have no guarantees now. With a union, we are guaranteed a voice in decisions that affect our lives. That is much different than SAPA, which management can ignore as it has in the past.
- As a pilot group, we will decide what to negotiate and what to accept. Our unity, along with the backing, expertise, and experience of all of ALPA, will determine what we achieve in each contract.

**The Script:**   *"Management retains the right to run things the way it wants."*

- When we form a union, the law requires management to negotiate all changes in our pay, benefits, and working conditions. That gives us a lot of say about our work lives and our future. With a union contract,

http://skywestalpa.org

*18*

management can't change things that are spelled out in the collective bargaining agreement without negotiating and reaching agreement with us on the changes. If the company violates the contract, we have a legal process to enforce the contract and deal with the violation.

- Only through union representation can we achieve the legal right to bargain and a collectively bargained and enforceable contract.
- Until we organize, we are "at-will" employees, meaning we can be disciplined or fired at any time for any reason. If you think about it, each of us really is on permanent probation until we unite as an ALPA pilot group and negotiate a contract.

## MANAGEMENT THEME #2:
ALPA just wants your money, and you're wasting it paying dues.

**The Facts:**    More than 61,000 pilots pay the dues it takes to improve their pay, benefits, and security—and we have a chance to do the same.

**The Script:**    *"The dues will cancel out the raises you get."*
*"Dues will go up and you'll be hit with assessments that you have no control over."*

- Dues and the budget at each level of the association are set by the pilot members of ALPA—us. A long time ago, ALPA pilots decided that if they wanted to be paid and treated as respected professionals, they needed the resources it takes to obtain first-class representation and support.
- The increased pay and benefits we can negotiate in our union contract will more than pay for the dues. It has at other ALPA carriers.
- Our dues pay for:
  - contract negotiations and enforcement
  - economic and financial analysis
  - benefits analysis and member plan administration
  - strategic communications planning and support
  - political and legislative advocacy
  - consultations with aeromedical advisors on medical problems that might relate to your health, welfare, continued employment, disability, or FAA certification
  - legal representation in case of company disciplinary action, FAA enforcement action against your license, or enforcement action against your medical certificate
  - political and legislative advocacy on issues of importance to pilots
  - legal representation for arbitrations and other litigation
  - IT support
  - implementation of safety and security programs, and much more.

**The Script:**    *"Your dues go to pay big union salaries. Look for yourself in the government report."*

- First, government reports overstate salaries by including other non-salary items such as per diem and other expense reimbursements.
- Second, ALPA pilot leaders have chosen to attract and retain talented professionals. Paying market salaries is necessary to do that.

**The Script:**    *"Your dues money goes to political candidates the union supports."*

- By law, union dues money cannot be used to make contributions to the campaigns of federal political candidates. Instead, the law allows labor organizations (and corporations) to set up separate, segregated funds—Political Action Committees—to collect voluntary contributions that are then used to assist these candidates. ALPA-PAC is ALPA's Political Action Committee. ALPA-PAC collects voluntary contributions from U.S. ALPA members that are used to support pro-pilot candidates, without regard to political party. ALPA-PAC supports those candidates who will work to promote pilot issues and help advance the association's legislative agenda. A pilot steering committee decides how that money is spent.

19

**The Script:** *"You will have to pay dues to the union or be fired."*

- Most pilot groups choose to negotiate a requirement in their first contract that every pilot must become a member or pay a service charge equal to dues—because every pilot receives the same improvements from the contract regardless of whether they join. As a pilot group, we will decide whether to negotiate that in our first contract. Like all other provisions, management must agree, and it does not take place automatically.

## MANAGEMENT THEME #3:
Things will get worse when there is an "outsider" here.

**The Facts:** Gaining ALPA resources and the support of other pilot groups will give us a much more effective way to make things better at our company.

**The Script:** *"We will lose the flexibility we need to do business together and operate the airline."*

- Pilots have as much interest in an efficient operation as management does. We'll decide what flexibility to agree to in our contract—and what rights and guarantees we need to prevent arbitrary practices such as unnecessary and unexpected changes in our schedules.

**The Script:** *"Unions create an adversarial relationship."*
*"We won't be able to talk directly to each other."*

- To the contrary, as a united pilot group, we will have a far more effective way to work with management and solve problems in a mutually beneficial way. Our goals for that relationship are set out in writing and clear.
- We will run our own ALPA council and make our own decisions. We elect our own officers and select our own negotiating committee of fellow pilots, decide what to negotiate in the contract, and vote on what to accept. ALPA brings 75+ years of experience to its role of providing the staff, training, and resources to help us achieve our goals.

## MANAGEMENT THEME #4:
Signing a card is legally dangerous.

**The Facts:** The law is designed to protect our right to unite and to negotiate.

**The Script:** *"You're signing away your rights."*
*"If enough people sign cards, the union can ask for voluntary recognition without an election."*

- Signing a card means you want the union to call for an election in which you vote and that you wish to be represented by ALPA. It does not commit you to anything else. There will still be a secret ballot election conducted by the National Mediation Board.

**The Script:** *"You can be fired or harassed for supporting the union."*

- The federal government, through the Railway Labor Act, protects our right to organize a union. Our unity throughout this process will help deter management from trying to single out anyone. If pilots' rights are violated, ALPA will take the necessary legal measures to make sure they are protected.

## MANAGEMENT THEME #5:
Things aren't so bad, and if they are, give us a chance to fix it.

**The Facts:** SkyWest pilots haven't received a raise in more than four years. And now we are flying the 70-seat and the new 90-seat aircraft at the 50-seat pay rate. Our current pay rate on 90-seat aircraft is one of the lowest in the industry. Without a certified bargaining representative the company has no obligation, and we have no legal recourse, to negotiate these and other issues.

**The Script:** *"We're one happy family."*
*"You can talk to management now if you have a problem—we've got an open door."*
*"You already have an employee council."*
*"We already have a policy handbook."*

http://skywestalpa.org



- We agree that we want this airline to be like family, but we don't want management to be the parents and pilots to be the kids. The employee council can only make suggestions that management can choose to ignore. Management can change or ignore policies whenever it wants. When we organize a union, the law requires that management negotiates all changes with us and gives us all an equal say.
- Under a union grievance procedure, disputes that cannot be resolved can be taken to arbitration, in which an independent person, not management or the union, makes a decision.

**The Script:**    *"Forming a union is too drastic. Unions aren't for professionals."*

- More than 61,000 ALPA pilots, as well as RNs, teachers, doctors, engineers, and many other professionals, have been unionized for years. They bargain to gain a say in their own future, to improve pay, benefits, and rules, and to have more effective control over the practice of their profession. Collective bargaining is a way for pilots to deal with day-to-day work issues as well as promote and improve our profession.
- Part of being a professional is having some control over your work environment and wanting to make improvements in how you practice your profession. We each have an opportunity and a responsibility to do that by uniting as an ALPA pilot group.

## MANAGEMENT THEME #6:
ALPA pilot groups have had problems at other carriers.

**The Facts:**    Uniting as a pilot group does not ensure that our company or the industry will be free of problems— only that we will have a better way to deal with issues as they come up.

**The Script:**    *You should look more carefully at ALPA, here is what happened at [X] carrier    ."*

- Forming an ALPA group does not ensure there won't be management mistakes or external events or policies that affect our industry. Uniting together and negotiating a contract does ensure that we will share in the prosperity in good times, and bargain over adjustments in bad times. At other ALPA carriers where hard decisions have been made, it was the pilots themselves who decided what to do—and the same will be true for us.
- Relationships between union-represented pilots and their managements don't have to be adversarial. There are many examples of ALPA pilot groups working with management to enhance their airlines' operations and profitability.

**The Script:**    *"ALPA favors big airlines. There is a conflict for them representing express pilots.*

- ALPA represents pilots at major airlines, express airlines, and cargo airlines in the United States and Canada. They include:

| | | |
|---|---|---|
| Air Canada Jazz | Champion | Midwest Airlines |
| Air Transat | Comair | Northwest |
| Air Wisconsin | Continental | Piedmont |
| Alaska | Delta | Pinnacle |
| Aloha | ExpressJet | Polar Air Cargo |
| America West | FedEx | PSA Airlines |
| American Eagle | Gemini | Ryan International |
| ASTAR Air Cargo | Hawaii Island Air | Skyway |
| ATA Airlines | Hawaiian | Spirit |
| Atlantic Southeast | Kelowna Flightcraft | Sun Country |
| Atlas Air Inc. | Kitty Hawk | Trans States |
| Bearskin | Mesa Air Group | United |
| Calm Air | Mesaba | US Airways |
| CanJet | | |

21

- The majority of pilots at express carriers in the United States are already represented by ALPA and have leveraged the association's collective bargaining power in their negotiations. And, ALPA pilots at the larger carriers understand that the only way to achieve and maintain high standards for pay, benefits, and working conditions throughout the industry is to support **all** pilot groups in their negotiations and other activities.

- ALPA's governance structure ensures all pilots have a voice in all decisions that are made. That's why pilots at express carriers sit on ALPA's Executive Council. ALPA also ensures that all pilots have equal access to all of the resources available through the Association. ALPA-represented pilots at express carriers have access to an $84 million defense fund that provides a powerful incentive for management at all carriers, large and small, to negotiate fairly. In the past two years, ALPA's governing bodies allocated $34,000,000 from this "Major Contingency Fund" to support pilots at ASA, Comair, ExpressJet, Mesaba, and others in contract negotiations or other campaigns that require more than their own resources during those time periods. And, key department directors and staff have been dedicated to work with those pilot groups.

These are some elements of the standard management script, and some of the facts we all should keep in mind during this organizing campaign. Let's keep our eyes on our goal and unite to improve SkyWest and our professional careers.



STRONG · FOCUSED · SAFE
**75** Years
OF PILOTS IN COMMAND

Visit www.skywestalpa.org or call the hotline at 1-888-Sky-ALPA (759-2572) for the latest updates from the SkyWest Pilots ALPA Organizing Committee.



**AIR LINE PILOTS ASSOCIATION, INT'L**

535 Herndon Parkway
P.O. Box 1169
Herndon, Virginia 20172-1169

First Class Mail
U.S. Postage
**PAID**
AIR LINE PILOTS
ASSOCIATION, INT'L

22