# Exhibit A
# (Part 2)

# SkyWest ALPA Pilot Ho
# 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Commitee Event Calendar

## November 2006

| November | | 2006 | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 SkyWest Pilots ALPA Training Department Dinner | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 Pilot Teleconference 888-SKY-ALPA Extension 3 | 1 | 2 |

Organizing Committee

5/26/2007

23

| Date/Time | Details |
|---|---|
| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver Internation Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Thursday - June 21, 2007 | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4. |

24

10:00 AM - 4:00 PM

Several SkyWest committee members and ALPA representatives will be on hand to answer questions.

Food will be provided.

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

5/26/2007

25



## SkyWest ALPA Pilot Ho
### 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Committee Event Calendar

### December 2006

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| 3 | 4 | 5 New Hire/Training cl | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 All Pilot Information: | 13 | 14 All Pilot Information: | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

December | 2006

Page 1 of 3

SkyWestALPA

http://www.skywestalpa.org/calendar.php?mo=12&yr=2006

5/26/2007

26

SkyWestALPA

| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
|----|---|---|---|---|---|---|

**Wednesday - May 30, 2007**
**10:00 AM - 4:00 PM**

Pilot Information Meeting - Chicago O'Hare
Pilot Information Meeting at Chicago O'Hare Airport.

Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.

Several SkyWest committee members and ALPA representatives will be on hand to answer questions.

Food will be provided.

**Wednesday - May 30, 2007**
**11:00 AM - 5:00 PM**

Pilot Information Meeting - Denver International Airport (DEN)
Pilot Information Meeting in Denver International Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)

Several SkyWest committee members and ALPA representatives will be on hand to answer questions.

Food will be provided.

**Tuesday - June 5, 2007**
**10:00 AM - 4:00 PM**

Pilot Information Meeting - Chicago O'Hare (ORD)
Pilot Information Meeting at Chicago O'Hare Airport.

Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.

Several SkyWest committee members and ALPA representatives will be on hand to answer questions.

Food will be provided.

**Wednesday - June 20, 2007**
**10:00 AM - 4:00 PM**

Pilot Information Meeting - Chicago O'Hare (ORD)
Pilot Information Meeting at Chicago O'Hare Airport.

Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.

Several SkyWest committee members and ALPA representatives will be on hand to answer questions.

27

SkyWestALPA

Food will be provided.

| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>**Location:** The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
|---|---|

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

http://www.skywestalpa.org/calendar.php?mo=12&yr=2006

5/26/2007



SkyWestALPA



## SkyWest ALPA Pilot Ho
888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Commitee Event Calendar

### January 2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 31 | 1 | 2<br>Salt Lake City - All P | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17<br>Pilot Teleconference<br>888-SKY-ALPA<br>Extension 3 | 18 | 19 | 20 |
| 21 | 22 | 23<br>Salt Lake City - All P | 24 | 25<br>Fresno Pilot Informa | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |

January  2007

Organizing
Committee

http://www.skywestalpa.org/calendar.php?mo=1&yr=2007

5/26/2007

29

SkyWestALPA



| | |
|---|---|
| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver Internation Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Saturday - June 2, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Sunday - June 3, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer |

http://www.skywestalpa.org/calendar.php?mo=1&yr=2007

5/26/2007

SkyWestALPA.

questions.

Food will be provided.

| | |
|---|---|
| Monday - June 18, 2007<br>9:00 AM - 4:00 PM | Pilot Information Meeting - SLC Airport (Jazz Room)<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 19, 2007<br>9:00 AM - 4:00 PM | Pilot Information Meeting - SLC Airport (Jazz Room)<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | Pilot Information Meeting - Chicago O'Hare (ORD)<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | Pilot Information Meeting - Chicago O'Hare (ORD)<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

5/26/2007

31

SkyWestALPA

# SkyWest ALPA Pilot Hc
## 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Committee Event Calendar



### February 2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 Salt Lake City - All P | 14 | 15 Fresno Pilot Informa | 16 | 17 |
| 18 | 19 | 20 Pilot Wide Teleconfe | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 Pilot Information Me Pilot Information Me | 28 | 1 | 2 | 3 |

February | 2007

http://www.skywestalpa.org/calendar.php?mo=2&yr=2007

5/26/2007

32

SkyWestALPA



Click Here to
Register Now!

| | |
|---|---|
| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver Internation Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Saturday - June 2, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Sunday - June 3, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer |

5/26/2007

33

SkyWestALPA

| | |
|---|---|
| | questions. |
| | Food will be provided. |
| Monday - June 18, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 19, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |

Copyright 2007, SkyWestALPA Organizing Committee. All rights reserved.

5/26/2007

34



SkyWestALPA

# SkyWest ALPA Pilot He
## 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Commitee Event Calendar

## March 2007

March 2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 25 | 26 | 27 | 28 | 1 | 2 | 3 |
| 4 | 5 Pilot Information Me | 6 Salt Lake City - All P | 7 Pilot Information Me | 8 Pilot Information Me | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 Pilot Information Me |
| 18 | 19 | 20 New Hire / Training | 21 | 22 | 23 | 24 |
| 25 | 26 Pilot Information Me | 27 Pilot Information Me New Hire / Training | 28 | 29 | 30 | 31 |

http://www.skywestalpa.org/calendar.php?mo=3&yr=2007

5/26/2007

35

SkyWestALPA



Click Here to
Register now!

| | |
|---|---|
| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver International Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31).<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Saturday - June 2, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Sunday - June 3, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer |

http://www.skywestalpa.org/calendar.php?mo=3&yr=2007

5/26/2007

36

SkyWestALPA

| | questions. |
|---|---|
| | Food will be provided. |
| Monday - June 18, 2007<br>9:00 AM - 4:00 PM | Pilot Information Meeting - SLC Airport (Jazz Room)<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 19, 2007<br>9:00 AM - 4:00 PM | Pilot Information Meeting - SLC Airport (Jazz Room)<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | Pilot Information Meeting - Chicago O'Hare (ORD)<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | Pilot Information Meeting - Chicago O'Hare (ORD)<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

37

SkyWestALPA

# SkyWest ALPA Pilot Ho
## 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Commitee Event Calendar

## April 2007

April    2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 | 2 Pilot Information Me | 3 New Hire / Training | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 New Hire / Training | 11 Pilot Information Me | 12 Pilot Information Me | 13 Pilot Information Me | 14 |
| 15 | 16 Pilot Information Me | 17 New Hire / Training | 18 Pilot Information Me | 19 | 20 | 21 |
| 22 | 23 Pilot Information Me | 24 Pilot Information Me New Hire / Training | 25 Pilot Information Me | 26 Pilot Information Me | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |

Organizing Committee

http://www.skywestalpa.org/calendar.php?mo=4&yr=2007

38

SkyWestALPA



Click Here to Register now!

| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver International Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Saturday - June 2, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Sunday - June 3, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer |

39

SkyWestALPA

| | questions.<br><br>Food will be provided. |
|---|---|
| Monday - June 18, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 19, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

5/26/2007

http://www.skywestalpa.org/calendar.php?mo=4&yr=2007

40



SkyWestALPA

# SkyWest ALPA Pilot Ho
## 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Commitee Event Calendar

## May 2007

May | 2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 Pilot Information Me | 7 Pilot Information Me New Hire / Training | 8 Pilot Information Me | 9 Pilot Information Me | 10 Pilot Information Me | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 Pilot Information Me |
| 20 Pilot Information Me | 21 Pilot Information Me New Hire / Training | 22 | 23 Pilot Information Me Pilot Information Me | 24 Pilot Information Me Pilot Information Me | 25 | 26 |
| 27 | 28 | 29 | 30 Pilot Information Me Pilot Information Me | 31 Pilot Information Me Pilot Information Me | 1 | 2 |

Organizing Committee

http://www.skywestalpa.org/calendar.php?mo=5&yr=2007

5/26/2007

41

SkyWestALPA

Click Here to
Register now!

| | |
|---|---|
| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver International Airport in the picnic areas near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Saturday - June 2, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Sunday - June 3, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer |

42

SkyWestALPA

| | |
|---|---|
| | questions. |
| | Food will be provided. |
| Monday - June 18, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 19, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

43

SkyWestALPA

# SkyWest ALPA Pilot Ho
## 888-SKY-ALPA

Skywest pilots have been without representation for 34 years, 11 months, and 14 days.

Organizing Commitee Event Calendar

**June 2007**

| | June | 2007 | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 Pilot Information Me |
| 3 Pilot Information Me | 4 Pilot Information Me | 5 Pilot Information Me | 6 Pilot Information Me | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 Pilot Information Me | 19 Pilot Information Me | 20 Pilot Information Me | 21 Pilot Information Me | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

ASK
Organizing
Committee

http://www.skywestalpa.org/calendar.php?mo=6&yr=2007

5/26/2007

44

SkyWestALPA



**Click Here to Register now!**

| | |
|---|---|
| Wednesday - May 30, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Wednesday - May 30, 2007<br>11:00 AM - 5:00 PM | **Pilot Information Meeting - Denver International Airport (DEN)**<br>Pilot Information Meeting in Denver Internation Airport in the picnic area near the SkyWest crew lounge on the lower level. (Alternate location will be the Mildred Harris Room above gate B-31)<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer questions.<br><br>Food will be provided. |
| Saturday - June 2, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Sunday - June 3, 2007<br>9:00 AM - 4:00 PM | **Pilot Information Meeting - SLC Airport (Jazz Room)**<br>In the Jazz room, adjacent to the Delta Airlines crown room.<br><br>Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns.<br><br>Refreshments will be served<br><br>We encourage all SkyWest pilots to stop by. |
| Tuesday - June 5, 2007<br>10:00 AM - 4:00 PM | **Pilot Information Meeting - Chicago O'Hare (ORD)**<br>Pilot Information Meeting at Chicago O'Hare Airport.<br><br>Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4.<br><br>Several SkyWest committee members and ALPA representatives will be on hand to answer |

45

SkyWestALPA

| | questions. |
| --- | --- |
| | Food will be provided. |
| Monday - June 18, 2007<br>9:00 AM - 4:00 PM | Pilot Information Meeting - SLC Airport (Jazz Room)<br>In the Jazz room, adjacent to the Delta Airlines crown room. |
| | Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns. |
| | Refreshments will be served |
| | We encourage all SkyWest pilots to stop by. |
| Tuesday - June 19, 2007<br>9:00 AM - 4:00 PM | Pilot Information Meeting - SLC Airport (Jazz Room)<br>In the Jazz room, adjacent to the Delta Airlines crown room. |
| | Members of the Organizing committee as well as ALPA representatives will be on hand to address your questions or concerns. |
| | Refreshments will be served |
| | We encourage all SkyWest pilots to stop by. |
| Wednesday - June 20, 2007<br>10:00 AM - 4:00 PM | Pilot Information Meeting - Chicago O'Hare (ORD)<br>Pilot Information Meeting at Chicago O'Hare Airport. |
| | Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4. |
| | Several SkyWest committee members and ALPA representatives will be on hand to answer questions. |
| | Food will be provided. |
| Thursday - June 21, 2007<br>10:00 AM - 4:00 PM | Pilot Information Meeting - Chicago O'Hare (ORD)<br>Pilot Information Meeting at Chicago O'Hare Airport. |
| | Location: The Northwest Airlines Meeting room in the adjoining hallway between gates E-4 and F-4. |
| | Several SkyWest committee members and ALPA representatives will be on hand to answer questions. |
| | Food will be provided. |

Copyright 2007, SkyWest ALPA Organizing Committee. All rights reserved.

http://www.skywestalpa.org/calendar.php?mo=6&yr=2007

5/26/2007

46