1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYWEST PILOTS ALPA, et al.,

        Plaintiffs,

  v.

SKYWEST AIRLINES, INC.,

        Defendant.

————————————————————/

No. C 07-02688 CRB

**ORDER**

      Defendant's Motion to Change Time is hereby GRANTED.  The briefing and hearing schedule for the two pending motions is hereby revised as follows:

      As to Defendant's Motion to Transfer Venue: (1) Plaintiffs shall file their opposition not later than Thursday, May 31, 2007, at 5:00 p.m., (2) Defendant shall file its reply not later than Monday, June 4, 2007, at 12:00 p.m., and (3) the hearing on this motion shall take place on Tuesday, June 5, 2007, at 3:00 p.m.

      As to Plaintiffs' Motion for a Preliminary Injunction: (1) Defendant shall file its opposition not later than Friday, June 1, 2007, at 5:00 p.m., (2) Plaintiffs shall file their reply not later than Friday, June 8, 2007, at 5:00 p.m., and (3) the hearing on this motion shall begin on Tuesday, June 12, 2007, at 9:30 a.m.

//

//

United States District Court
For the Northern District of California

1    The amended temporary restraining order (Docket No. 42) shall remain in effect until

2    after the conclusion of the hearing on Plaintiffs' motion for a preliminary injunction.  No

3    further changes will be made to the briefing or hearing schedules, absent a stipulated

4    agreement by the parties.

5        **IT IS SO ORDERED.**

6

7

8    Dated:  May 29, 2007                         _____
                                                  CHARLES  R. BREYER
9                                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28