STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>  Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT** |

The Court today filed an amended scheduling order changing the date of the hearing on Plaintiffs' motion for a preliminary injunction from Tuesday, June 12, 2007 to Monday, June 11, 2007.  The new date of the preliminary injunction creates an irreconcilable conflict with the schedule of lead counsel for Plaintiffs, Mr. Stephen Berzon.  As previously set forth in the papers filed by Plaintiffs in opposition to Defendant's Motion To Change Time, and as further described in the attached declaration, Mr. Berzon has a long-planned vacation with his wife.  The airline reservations and hotel for that trip are not refundable, and Mr. Berzon will not return home from Hana on the Island of Maui until late in the evening on Monday, June 11, 2007.  Dec. of Stephen

Berzon In Support of Plaintiffs' Motion to Change Time re: Preliminary Injunction Hearing at ¶5. It is critical that Mr. Berzon, as lead counsel for Plaintiffs, be in San Francisco to present oral argument, examine Plaintiffs' witnesses, and cross-examine Defendant's witnesses. His attendance at the preliminary injunction hearing is essential, and the scheduling of the preliminary injunction hearing on a date when Mr. Berzon cannot attend would cause extreme prejudice to Plaintiffs. Plaintiffs' therefore respectfully request that the Court issue an amended scheduling order re-calendaring the preliminary injunction for June 12, 2007, consistent with the scheduling order issued in the case yesterday, or setting the hearing for the week of July 2, 2008.

Dated: May 30, 2007       Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:   \s\Stephen P. Berzon
            Stephen P. Berzon

Attorneys for Plaintiffs