STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF STEPHEN BERZON IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT** |

DECL. OF STEPHEN BERZON ISO PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT, CASE No. C-07-2688 CRB

I, Stephen P. Berzon, declare as follows:

1. I am a member of the bar of this Court and lead counsel for plaintiffs in this case.

2. The Court today issued an amended scheduling order changing the date of the hearing on Plaintiffs' motion for a preliminary injunction from Tuesday, June 12, 2007 to Monday, June 11, 2007 at 9:30 am. This new date creates an irreconcilable conflict with my schedule.

3. As previously indicated in the declaration of my colleague Linda Lye, submitted to the Court yesterday, May 29, 2007, in support of Plaintiffs' opposition to Defendant's motion to change time, I am unavailable from June 6, 2007 through June 11, 2007 due to a long-planned trip to Hawaii with my wife. I thus cannot be in San Francisco for a hearing on June 11, 2007 at 9:30 am.

4. I will be in Honolulu, Hawaii on June 6 and 7, 2007. On Friday afternoon, June 8, 2007, my wife and I travel to Hana on the Island of Maui. My airline reservation and the hotel in Hana are not refundable.

5. I do not arrive back at San Francisco International Airport until 8:12 pm on the night of Monday, June 11, 2007, and I will not get home until approximately ten o'clock. The hotel in Hana is several hours away from the Maui airport along a road that is very difficult to travel, and I am returning on the earliest feasible flight that day.

6. For these reasons, I was ready to participate in the hearing as lead counsel of May 31, 2007, and we requested the first week in July as an alternative to that date if necessary. I can participate in a hearing on June 12, 2007, the date that the Court set yesterday (although that date will be difficult, given that I only return home quite late the night before). But, respectfully, I cannot participate in a hearing on June 11, 2007.

7. As lead counsel for Plaintiffs in this case, it is critical that I be able to participate in the preliminary injunction hearing. I plan on presenting oral argument, examining many of Plaintiffs' witnesses, and taking the lead in cross-examining Defendant's witnesses. In preparation for the preliminary injunction hearing, I am currently engaged in witness preparation and have already devoted substantial time and effort to preparing for the hearing. The scheduling of the preliminary injunction hearing on a date when I cannot attend would cause extreme prejudice to

DECL. OF STEPHEN BERZON ISO PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT, CASE No. C-07-2688 CRB   1

1  Plaintiffs.

2      I declare under penalty of perjury that the foregoing is true and correct. Executed on May
3  30, 2007 at San Francisco, California.

_____
STEPHEN P. BERZON

DECL. OF STEPHEN BERZON ISO PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY
INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT, CASE No. C-07-2688 CRB    2