1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  CLAIRE P. PRESTEL (#235649)
   cprestel@altshulerberzon.com
4  Altshuler Berzon LLP
   177 Post Street, Suite 300
5  San Francisco, CA  94108
   Telephone:  (415) 421-7151
6  Facsimile:   (415) 362-8064

7  ELIZABETH GINSBURG
   (Admitted to Practice *Pro Hac Vice*)
8  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
9  535 Herndon Parkway
   Herndon, VA 20172-1169
10 Telephone:  (703) 481-2424
   Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT** |

Upon consideration of Plaintiffs' Motion to Change Time re: Preliminary Injunction Hearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Change Time is GRANTED.  The hearing on Plaintiffs' Motion for Preliminary Injunction hearing is scheduled for Tuesday, June 12, 2007 at 9:30 a.m.  The other dates in this case remain unaffected.

IT IS SO ORDERED.

Date:  _____        _____
                                              Hon. Charles R. Breyer
                                              United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY
INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT, CASE No. C-07-2688 CRB    1