**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11

SKYWEST PILOTS ALPA ORGANIZING
COMMITTEE, et al.,

12

          Plaintiffs,

13

   v.

14

SKYWEST AIRLINES, INC.,

15

          Defendant.

16

                                        /

No. C 07-02688 CRB

**ORDER RE: SCHEDULING**

17
18

     The Court has received Plaintiffs' motion to change time. Regrettably, the Court

19

cannot accommodate Plaintiffs' scheduling requests. Accordingly, Plaintiffs' motion to

20

change time is hereby DENIED.

21

     Several months ago, this Court scheduled trial proceedings to begin the week of June

22

11, 2007, in the case of United States v. Reyes, No. 06-0556 (N.D. Cal. filed June 20, 2006),

23

which involves the first federal criminal prosecution of stock options backdating. Jury

24

selection in that case will take place on Tuesday June 12, 2007, and Wednesday, June 13,

25

2007, and will involve approximately ninety prospective jurors. As jurors have been

26

summoned, these proceedings cannot be rescheduled. Although the Court previously

27

attempted to accommodate Plaintiffs' scheduling preferences, it regrets that it is unable to do

28

so due to previously scheduled proceedings in the Reyes matter.

**United States District Court**
For the Northern District of California

1     It would be possible for the Court to conduct a hearing as to Plaintiffs' motion for a

2  preliminary injunction on Thursday, June 7, 2007, at 9:30 a.m., or alternatively on Thursday,

3  June 14, 2007, at 9:30 a.m.  The Court's view was that these dates imposed a greater burden

4  on Plaintiffs due to their various scheduling constraints than the date set by the Court in its

5  amended order.[1]  If the parties can agree to hear the motion on either of these two alternative

6  dates, the Court will be pleased to sign a stipulated order moving the hearing.  Otherwise, the

7  hearing will remain scheduled for June 11, 2007, at 9:30 a.m.

8       **IT IS SO ORDERED.**

9

10

11  Dated:  May 30, 2007              CHARLES  R. BREYER
                                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     [1] See Pls.' Opp to Def.'s Mot. to Change Time, Docket No. 51, at 8 & n.6 (identifying a
     conflict as to Stephen Berzon between June 6 and June 11; a conflict as to Linda Lye between
     June 4 and June 6; and a conflict as to Elizabeth Ginsburg between June 4-7, 14-27, and 28-29).

G:\CRBALL\2007\2688\order3.wpd              2