STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF STEPHEN BERZON IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING TO JUNE 7, 2007** |

DECL. OF STEPHEN BERZON ISO PLAINTIFFS' MOTION TO CHANGE TIME TO JUNE 7, 2007 RE:
PRELIMINARY INJUNCTION HEARING, CASE No. C-07-2688 CRB

I, Stephen P. Berzon, declare as follows:

1. I am a member of the bar of this Court and lead counsel for plaintiffs in this case.

2. The Court yesterday issued an Order stating that it would be available to conduct the preliminary injunction on June 7, 2007 (or June 14, 2007), and that it would sign a stipulated order moving the hearing to that date.

3. On May 26, 2007, Defendant proposed to Plaintiffs' counsel that Defendant's Motion to Transfer Venue be heard on June 4, 2007 and that Plaintiffs' Motion for a Preliminary Injunction be heard on June 6, 2007, a mere two days apart. Attached as Exhibit 1 to this declaration is a true and correct copy of the email sent by Defendant's counsel to Plaintiffs' counsel making this scheduling proposal.

4. On May 29, 2007, Defendant filed a Motion to Change Time proposing that the transfer motion be set for June 4, 2007 and the preliminary injunction hearing be set for June 7, 2007, three days apart. Def's Mot. to Change Time (Doc. No. 48).

5. As I previously informed the Court, I was scheduled to be in Honolulu, HI on June 6 and 7, 2007, and in Hana on the island of Maui on June 8-11, 2007 on a long-planned, non-refundable trip.

6. I can cancel the earlier, Honolulu portion of the trip and appear at the hearing on June 7, 2007. I cannot, however, cancel the latter, Hana portion of the trip, as that has been scheduled for approximately nine months in connection with the celebration of my 40th wedding anniversary.

7. The June 14, 2007 date offered by the Court conflicts with Plaintiffs' schedule because Ms. Ginsburg has an Alaskan cruise scheduled with her children, and one of Plaintiffs' key witnesses is out of the country on that date.

8. Yesterday evening, my colleague Linda Lye left a voicemail message for Robert Spagat, counsel for Defendant asking if Defendant would stipulate to the June 7, 2007 hearing date.

9. I then sent an email to Mr. Spagat asking Defendant to stipulate to the June 7, 2007 hearing date, as June 7, 2007 was the date initially proposed by Defendant in its own motion to change time. This morning, Defendant responded via email and denied Plaintiff's request to stipulate to the June 7, 2007 hearing date. A true and correct copy of our email correspondence is

1 | attached as Exhibit 2 to this declaration.

2 |     10.    As lead counsel for Plaintiffs in this case, it is critical that I be able to participate in the preliminary injunction hearing. I plan on presenting oral argument, examining many of Plaintiffs' witnesses, and taking the lead in cross-examining Defendant's witnesses. In preparation for the preliminary injunction hearing, I am currently engaged in witness preparation and have already devoted substantial time and effort to preparing for the hearing. The scheduling of the preliminary injunction hearing on a date when I cannot attend would cause prejudice to Plaintiffs.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2007 at San Francisco, California.

_____
STEPHEN P. BERZON

DECL. OF STEPHEN BERZON ISO PLAINTIFFS' MOTION TO CHANGE TIME TO JUNE 7, 2007 RE: PRELIMINARY INJUNCTION HEARING, CASE No. C-07-2688 CRB     2