## Stephen P. Berzon

**From:** Spagat, Robert [RSpagat@winston.com]
**Sent:** Thursday, May 31, 2007 9:22 AM
**To:** Stephen P. Berzon; dhall@fordharrison.com
**Cc:** Claire Prestel; Ginsburg, Elizabeth, Legal; Linda Lye; Tannis, Thelma
**Subject:** RE: scheduling in SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines

Dear Mr. Berzon:

We cannot agree to hold the hearing on Plaintiffs' motion for a preliminary injunction to June 7. SkyWest needs to space out the hearings on the motion to transfer and the motion for a preliminary injunction to avoid the need to bring witnesses to San Francisco if the motion to transfer is granted. As we have stated in the past, taking active Captains off-schedule is disruptive to SkyWest's operations, and potentially to its passengers. For the record, we proposed June 6 for the PI hearing, not June 7. We do regret inconvenience that the court's scheduling order has caused you.

*Robert Spagat*
Partner
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1405
Fax: (415) 591-1400
rspagat@winston.com

---

**From:** Stephen P. Berzon [mailto:sberzon@altshulerberzon.com]
**Sent:** Wednesday, May 30, 2007 6:16 PM
**To:** dhall@fordharrison.com; Spagat, Robert
**Cc:** Claire Prestel; Ginsburg, Elizabeth, Legal; Linda Lye
**Subject:** scheduling in SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines

Dear Counsel,

Our office tried to reach Mr. Spagat but we were only able to leave a voicemail message. Defendant's motion to change time initially proposed June 7, 2007 for the preliminary injunction hearing. The court has now offered June 7, 2007, as an alternative available hearing date to June 11, 2007, with which I have an irreconcilable scheduling conflict. I am able to cancel the beginning, but not the latter portion, of my trip. We therefore request that you stipulate to holding the preliminary injunction hearing on June 7, 2007, consistent with the proposed schedule in your motion to change time. If so, we will prepare the stipulation. I would appreciate your letting me know this evening if at all possible.

5/31/2007

Thank you in advance for your courtesy and cooperation.

Sincerely,

Stephen Berzon

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*****************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

5/31/2007