STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:    (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, | ) ) ) | CASE No. C-07-2688 CRB |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER RESETTING HEARING ON PRELIMINARY INJUNCTION** |
| vs. | ) ) | |
| SKYWEST AIRLINES, INC., | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction shall be heard on Thursday, June 7, 2007 at 9:30 a.m.

Date:   _____          _____
                                                                    Hon. Charles R. Breyer
                                                                    United States District Judge