Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO CHANGE TIME RE: PRELIMINARY INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT; AND REQUEST FOR OPPORTUNITY TO BE HEARD** <br><br> Judge: Hon. Charles R. Breyer <br><br> Action Filed: May 22, 2007 |

1   Defendant SkyWest ("SkyWest") just received Plaintiffs' request to change the date of the
2   hearing on Plaintiffs' motion for a preliminary injunction to June 7, 2007.  SkyWest opposes this
3   request, not for the reasons attributed to it by Plaintiffs, but for numerous operational and other
4   reasons.  SkyWest requests that the Court allow SkyWest an opportunity to be heard before the
5   Court rules to present its reasons for wanting to retain the June 11, 2007 hearing date.  In light of the
6   intensity of the filings and other matters that must be addressed on an urgent basis, SkyWest asks
7   that it be given until 10:00 a.m. tomorrow, June 1, to respond.

Dated:  May 31, 2007                         WINSTON & STRAWN LLP


                                             By:   /s/ Robert Spagat
                                                   Robert Spagat
                                                   Attorneys for Defendant
                                                   SKYWEST AIRLINES, INC.

DEFENDANT'S NONOPPOSITION TO PLAINTIFFS MOTION TO CHANGE TIME RE: PRELIMINARY
INJUNCTION HEARING DUE TO IRRECONCILABLE SCHEDULING CONFLICT, CASE NO.  C 07-2688 CRB
SF:173677.1