Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202.719.2065
Facsimile:   202.719.2077
Email:  dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email:  rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> [PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a) <br><br> Date:     TBD <br> Time:    TBD <br> Place:   Courtroom 8, 19th Floor <br> Action Filed:  May 22, 2007 <br><br> Preliminary Injunction Hearing: May 31, 2007 |

Having considered Defendant SkyWest Airlines, Inc.'s Ex Parte Motion To Exceed The Page Limitations Set Forth In Local Rule 7-3(a) and finding good cause therefore, Defendant's Ex Parte Motion To Exceed The Page Limitations Set Forth In Local Rule 7-3(a) is GRANTED. The Opposition to Motion for Preliminary Injunction is hereby accepted for filing.

Dated: May 31, 2007



Hon. Charles R. Breyer
U.S. District Judge

SF:173352.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a) - CASE NO. C 07-2688 CRB