# WhitePages.com



Print Screen | Back

**Search Information**
Displaying 1-1 of 1 result matching "S Kanuch, Belgrade, MT"

1 of 1  **KANUCH, STEVE & AMY**
750 Mockingbird Dr
Belgrade, MT 59714-8107
(406) 388-1329



Stamp out identity theft 3 ways. EQUIFAX

Copyright © 1996-2007 WhitePages.com. All rights reserved.
Privacy Policy , Legal Notice and Terms under which this service is provided to you.


