**The Voice of the Professional Air Line Pilot**

Home    News Media Center    President's Corner    Future Pilots    Credit Union    Links    Search    Members Only

 Our Mission

 Pilot Groups

 Officers' Bios

 Vision Statement & Strategic Goals

 Code of Ethics

 Who We Are Main
Return to 'Who We Are' Home

**Pilot Groups**

Air Canada Jazz | Air Midwest | Air Transat | Air Wisconsin | Alaska | Aloha | Aloha Island Air | America West | American Eagle | ASTAR Air Cargo | ATA Airlines, Inc. | Atlantic Southeast | Atlas Air Cargo | Bearskin | Calm Air | Canjet | Champion Air | Comair | Continental | Delta | ExpressJet | FedEx | Freedom Airlines | Gemini Air Cargo | Hawaiian | Kelowna Flightcraft, Ltd. | Kitty Hawk Air Cargo | Mesa Airlines | Mesaba | Midwest Airlines | Northwest | Piedmont | Pinnacle | Polar Air Cargo | PSA | Ryan | Skyway | Spirit | Sun Country | Trans States Airlines | United | US Airways

**Air Canada Jazz**

**Number of Crewmembers:** 1,347

**Operations:** Jazz serves more than 76 destinations in Canada and the U.S. with a fleet of 94 jet and turboprop aircraft. Jazz operates 641 flights daily and carries approximately 5.5 million passengers each year.

**Hub Cities:** Operational bases across Canada in Vancouver, B.C.; Calgary, Alberta; Toronto, Ontario; London, Ontario; Montreal, Quebec; and Quebec City.

**Corporate Headquarters:** Halifax, Nova Scotia

Return to top

**Air Transat**

**Number of Crewmembers:** 275

**Operations:** 90 destinations in 25 countries; specializes in charter flights from several Canadian and European cities to vacation destinations, mainly in the southern U.S. during the winter months and in Europe and Canada during the summer. Air Transat links Canada's major cities year round.

**Corporate Headquarters:** Mirabel, Quebec

**Alliances:** Air Transat is a wholly owned subsidiary of Transat A.T. Inc., an integrated company specializing in organizing, marketing and distributing vacation travel and packages.

Return to top

**Air Wisconsin**

**Number of Crewmembers:** 817

**Joined ALPA:** 1982

**Operations:** AWAC schedules more than 450 departures per day to 56 cities in 25 states and two Canadian provinces.

**Hub Cities:** AWAC brings passengers from their hometowns, both large and small, to United's hubs in Chicago, Ill.; Denver, Colo.; and Washington, D.C. (Dulles).

**Corporate Headquarters:** Appleton, Wisc.

Return to top

**Alaska**

**Number of Crewmembers:** 1,500

**Joined ALPA:** 1947

**Operations:** 482 flights daily to 58 destinations in the United States, Canada and Mexico

**Bases:** Anchorage, Ala.; Los Angeles, Calif.; Seattle, Wash.

**Corporate Headquarters:** Seattle, Wash.

**Alliances:** American Airlines; American Eagle; Big Sky Airlines; Continental Airlines; Era Aviation; Hawaiian Air; KLM Royal Dutch Airlines; LanChile Airlines; Northwest Airlines; PenAir; Qanta

Return to top

**Aloha**

**Number of Crewmembers:** 344

**Joined ALPA:** 1946

**Operations:** Aloha Airlines provides frequent service connecting the five major airports in the state of Hawaii. Aloha offers approximately 120 daily flights operated solely between the islands of Oahu, Maui, Kauai and Hawaii. Aloha also provides cargo service between the islands. Aloha's transpacific service includes routes to California; Las Vegas, Nev.; Phoenix, Ariz.; and Vancouver, B.C. Aloha's Central Pacific routes connect Hawaii to Johnston Atolls and Kwajalein and Majoro in the Marshall Islands. A weekly charter serves Christmas Island in the Republic of Kiribati.

**Bases:** Honolulu, Hawaii

**Hub Cities:** Honolulu, Hawaii

**Corporate Headquarters:** Honolulu, Hawaii

**Alliances:** Aloha Airlines is the principal subsidiary of Aloha Airgroup, Inc., a privately held Hawaii-based aviation services corporation.

Return to top

**Aloha Island Air**

**Number of crewmembers:** 70

**Joined ALPA:** 1987

**Operations:** Island Air provides 54 daily flights to seven communities and resort destinations: Honolulu, Hawaii; Hooleahua, Molokai; Lanai City, Lanai; Kahului and Kapalua, Maui; and Hilo and Kona, Hawaii. Island Air is Hawaii's largest commuter carrier.

**Bases:** Honolulu, Hawaii

**Hub City:** Honolulu, Hawaii

**Corporate Headquarters:** Honolulu, Hawaii

**Alliances:** In 1987, Princeville Airways was purchased by Aloha Airgroup, the parent company of Aloha Airlines and renamed Aloha Island Air, Inc. In 1992, the company applied to register as "Island Air" as its distinctive trade name.

Return to top

## America West

**Number of Crewmembers:** 1,800

**Joined ALPA:** 1993

**Operations:** America West offers service to 95 destinations throughout the United States, Mexico, Canada and Costa Rica.

**Bases:** Phoenix, Ariz.

**Hub Cities:** Phoenix, Ariz. and Las Vegas, Nev.

**Corporate Headquarters:** Tempe, Ariz.

**Alliances:** America West Express is operated by Mesa Air Group, Big Sky Airlines, British Airways, EVA Airways, Hawaiian Airlines, Northwest Airlines, and Virgin Atlantic

Return to top

## American Eagle

**Number of Crewmembers:** More than 2,500

**Joined ALPA:** 1995

**Operations:** More than 1,600 daily flights to more than 140 cities throughout the United States, Canada, the Bahamas, the Caribbean and Mexico

**Bases:** Boston, Mass.; Chicago, Ill.; Dallas/Ft. Worth, Texas; Los Angeles, Calif.; Miami, Fla.; New York, N.Y.; and San Juan, Puerto Rico

**Hub Cities:** New York, N.Y. (JFK and LaGuardia); Raleigh/Durham, N.C.; Boston, Mass.; Miami, Fla.; San Juan, P.R.; Dallas/Ft. Worth, Texas; Los Angeles, Calif.; and Chicago, Ill. (O'Hare)

**Corporate Headquarters:** Ft. Worth, Texas

**Alliances:** Wholly-owned subsidiary of American Airlines

Return to top

## ASTAR Air Cargo

**Number of Crewmembers:** 500

**Operations:** ASTAR Air Cargo serves as an integral part of the DHL network, which links more than 120,000 destinations in 228 countries and territories

**Hub Cities:** Cincinnati, Ohio

**Gateways:** San Francisco, Calif., Los Angeles, Calif.; Miami, Fla.; New York, NY

**Corporate Headquarters:** Miami, Fla.

**Alliances:** DHL Worldwide Express and the U.S. Air Force

Return to top

**ATA Airlines, Inc.**

**Number of Crewmembers:** Approximately 650, more than 300 on furlough

**Joined ALPA:** 1995

**Operations:** Nation's largest carrier of military charters

**Pilot Bases:** Chicago, Ill. (Midway); Indianapolis, Ind.; Oakland, Calif.; Los Angeles, Calif. (LAX)

**Hub Cities:** Chicago, Ill.; Phoenix, Ariz.; Oakland, Calif.; Los Angeles, Calif.

**Corporate Headquarters:** Indianapolis, Ind.

**Alliances:** Codeshare with Southwest Airlines

Return to top

**Atlantic Southeast**

**Number of Crewmembers:** 1,584

**Joined ALPA:** 1987

**Operations:** More than 800 daily flights serving 106 airports in 30 U.S. states, Canada, Mexico and the Bahamas

**Hub Cities:** Atlanta, Ga. and Dallas/Ft. Worth, Texas

**Corporate Headquarters:** Atlanta, Ga.

**Alliances:** Wholly owned subsidiary of Delta Airlines

Return to top

**Atlas Air Cargo**

**Number of Crewmembers:** 629

**Joined ALPA:** 1999

**Operations:** A worldwide cargo carrier that operates a fleet of 747 freighter airplanes under contract to the world's major international airlines.

**Corporate Headquarters:** Purchase, N.Y.

**Alliances:** Atlas contracts to provide aircraft, crew, maintenance and insurance for a number of major airlines, including Alitalia, Lan Chile, Korean and Emirates

Return to top

**Bearskin**

**Number of Crewmembers:** 58

**Operations:** Offers nearly 200 scheduled departures daily to 37 destinations

**Hub Cities:** Sioux Lookout and Thunder Bay, Ontario

**Corporate Headquarters:** Sioux Lookout, Ontario

**Equipment:** 7 Fairchild Metroliners; 6 Beechcraft 99; 4 Beechcraft King Air A100; 4 Pilatus PC-12 aircraft

Return to top

### Calm Air

**Operations:** Calm Air serves 18 communities throughout Manitoba and the Nunavut region located in central Canada; charter and cargo service

**Corporate Headquarters:** Manitoba

Return to top

### Canjet

**Number of Pilots:** 50

**Operations:** Provides subcontracting services to vacation charter airlines

**Fleet:** 6 B-737-500s

**Bases:** Halifax, N.S.

**Headquarters:** Halifax

Return to top

### Champion Air

**Number of Crewmembers:** 153

**Joined ALPA:** 1998

**Operations:** Champion Air is a full service charter operator based in Minneapolis/St. Paul, Minn. and is the largest dedicated provider of charter airlift in the airline industry.

**Hub Cities:** Minneapolis/St. Paul, Minn.; Dallas/Ft. Worth, Texas; and Detroit, Mich.

**Corporate Headquarters:** Minneapolis/St. Paul, Minn.

Return to top

### Comair

**Number of Crewmembers:** 1,800

**Joined ALPA:** 1981

**Operations:** Comair serves 79 cities in the United States, Canada and the Bahamas

**Bases:** Cincinnati, Ohio, Orlando, Fla.

**Hub Cities:** Cincinnati, Ohio; Atlanta, Ga.; Dallas/Ft. Worth, Texas

**Corporate Headquarters:** Cincinnati, Ohio

**Alliances:** Comair is wholly owned by Delta Airlines and is part of the Delta Connection

Return to top

**Continental**

**Number of Crewmembers:** 4,100

**Joined ALPA:** 2001

**Operations:** Continental Airlines is the world's sixth-largest airline with more than 2,900 daily departures throughout the Americas, Europe and Asia. Continental serves 149 domestic and 119 international destinations, more than any other airline in the world, and nearly 200 additional points are served via code share partner airlines. With 42,000 employees, the airline carries approximately 51 million passengers per year.

**Hub Cities:** Cleveland, Ohio; Houston, Texas; Newark, N.J.; Tamuning, Guam

**Corporate Headquarters:** Houston, Texas

**Alliances:** A member of the SkyTeam alliance, Continental also has additional alliances with more than 17 other air and rail carriers.

Return to top

**Delta**

**Number of Crewmembers:** 6,500

**Joined ALPA:** 1940

**Operations:** Over 1,500 flights daily to 447 destinations in 96 countries. Daily flights including partners is approximately 6,700

**Bases:** Atlanta, Ga.; Los Angeles, Calif.; Salt Lake City, Utah; Cincinnati, Ohio; New York, N.Y.

**Hub Cities:** Atlanta, Ga.; Salt Lake City, Utah; Cincinnati, Ohio

**Corporate Headquarters:** Atlanta, Ga.

**Alliances:** A member of the SkyTeam Alliance and additional alliances with other air carriers

Return to top

**ExpressJet**

**Number of Crewmembers:** 2,600

**Joined ALPA:** 2001

**Operations:** ExpressJet pilots safely transport more than 50,000 passengers to more than 130 destinations daily on a growing fleet of state-of-the-art Embraer jets. These destinations range from St. Johns, Newfoundland to Acapulco, Mexico, and include the Caribbean. ExpressJet Airlines is the sole provider of small jet service for Continental Airlines in that company's Newark, N.J., Cleveland, Ohio, and Houston, Texas, hubs, and is the largest small jet operator in the world.

**Hub Cities:** Houston, Texas, Cleveland, Ohio, and Newark, N.J.

**Corporate Headquarters:** Houston, Texas

Return to top

### FedEx

**Number of Crewmembers:** 4,400

**Joined ALPA:** June 2002

**Operations:** The world's largest express transportation company, serving more than 220 countries

**Bases:** Anchorage, Ala.; Los Angeles, Calif.; Memphis, Tenn.; and Subic Bay, Philippines

**Hub Cities:** Anchorage, Ala.; Fort Worth, Texas; Indianapolis, Ind.; Memphis, Tenn.; Miami, Fla.; Newark, N.J. and Oakland, Calif.; Toronto, Ont., Canada; Paris, France; Subic Bay, Philippines

**Corporate Headquarters:** Memphis, Tenn.

Return to top

### Gemini Air Cargo

**Number of Crewmembers:** 230

**Operations:** An ACMI operator worldwide, serving Asiana Airlines, FedEx, UPS, Emery Worldwide, DHL Worldwide Express, DAS Air Cargo, Air France, British Airways, Finnair, Lufthansa, Qantas, Challenge Air Cargo, Bax Global, the U.S. Postal Service and the Air Mobility Command.

**Corporate Headquarters:** Dulles, Va.

Return to top

### Hawaiian

**Number of Crewmembers:** 391

**Operations:** 135 flights daily, with scheduled inter-island service daily to Lihue, Kauai, Kahului and Hawaii. Scheduled nonstop service in the western U.S. between Honolulu, Hawaii and Los Angeles, Calif.; Sacramento, Calif.; Las Vegas, Nev.; Phoenix, Ariz.; Portland, Ore. and Seattle, Wash. Scheduled service to Sydney, Australia; Papeete, Tahiti; and Pago Pago, American Samoa.

**Bases:** Honolulu, Hawaii

**Hub City:** Honolulu, Hawaii

**Corporate Headquarters:** Honolulu, Hawaii

**Alliances:** Alaska Airlines; America West Airlines; American Airlines; American Eagle; Continental Airlines; Island Air; Northwest Airlines; Virgin Atlantic Airways

Return to top

### Kelowna Flightcraft, Ltd.

**Number of Crewmembers:** 130

**Operations:** Operates a Canada-wide cargo service for Purolator Couriers; engages in charter flight operations between Montreal and destinations in Florida and the Caribbean; and operates a joint venture service with Excel Airlines in the U.K.

**Bases:** Hamilton, Thunder Bay and Toronto, Ontario; Calgary, Alberta; Saskatoon, Saskatchewan; and Vancouver and Kelowna, British Columbia

**Corporate Headquarters:** Kelowna, British Columbia

Return to top

**Kitty Hawk Air Cargo**

**Number of Pilots:** 143

**Joined ALPA:** 2004

**Operations:** Kitty Hawk Aircargo is the only large-scale scheduled service solely dedicated to freight forwarders, both domestic and international, providing overnight air freight transportation to approximately 60 cities across North America, including: Alaska; Hawaii; Toronto, Canada; and San Juan, Puerto Rico.

**Hub Cities:** Cargo operations are centered in the carrier's hub in Fort Wayne, Ind.

**Bases:** Atlanta, Ga.; Boston, Mass., Charlotte, N.C.; Houston, Texas; Los Angeles, Calif.; Miami, Fla.; Minneapolis, Minn.; Newark, N.J.; Philadelphia, Pa.; Portland, Ore.; and San Francisco, Calif.

**Corporate Headquarters:** Dallas, Texas

Return to top

**Mesa Air Group**

**Number of crewmembers:** Nearly 1,700

**Joined ALPA:** 1987

**Operations:** MAG serves 182 cities, 41 states, Canada, Mexico, and the Bahamas

**Bases:** Kingman, Ariz.; Page, Ariz.; Phoenix, Ariz.; Jonesboro, Ark.; Little Rock, Ark.; Denver, Colo.; Grand Junction, Colo.; Washington, D.C. (Dulles); Athens, Ga.; Garden City, Kan.; Salina, Kan.; Hagerstown, Md.; Kansas City, Mo.; Ashville, N.C.; Charlotte, N.C.; Carlsbad, N.M.; Farmington, N.M.; Hobbs, N.M.; Massena, N.Y.; Du Bois, Pa.; Lancaster, Pa.; Pittsburgh, Pa.; Philadelphia, Pa.; Charleston, S.C.; Huron, S.D.; Nashville, Tenn.; Brownwood, Tex.; Parkersburg, W.V.; Clarksburg, W.V.

**Hub Cities:** Phoenix, Ariz.; Los Angeles, Calif.; San Francisco, Calif.; Denver, Colo.; Washington, D.C.; Chicago, Ill.; Las Vegas, Nev.; Charlotte, N.C.; Philadelphia, Pa.; Pittsburgh, Pa.

**Corporate Headquarters:** Phoenix, Ariz.

**Alliances:** US Airways, America West Airlines, United Airlines and Midwest Airlines. Delta service is expected to begin in October 2005.

Return to top

**Mesaba**

**Number of crewmembers:** 844

**Joined ALPA:** 1987

**Operations:** Mesaba Airlines operates as a Northwest Jet Airlink and Northwest Airlink partner for Northwest Airlines and provides service to more than 100 cities in the U.S. and

Canada. Celebrating its 60th year of continuous service in 2004, Mesaba Airlines is the oldest regional airline in the United States.

**Bases:** Minneapolis/St. Paul, Minn.; Detroit, Mich.; Memphis, Tenn.; Cincinnati, Ohio

**Hub Cities:** Minneapolis/St. Paul, Minn.; Detroit, Mich.; Memphis, Tenn.

**Corporate Headquarters:** Eagan, Minn.

**Alliances:** Code-share agreement with Northwest Airlines

Return to top

**Midwest Airlines**

**Number of Crewmembers:** 375

**Joined ALPA:** December 1997

**Operations:** Nonstop jet service to 23 major destinations throughout the United States, plus, through Skyway Airlines, point-to-point service between select markets

**Pilot Base:** Milwaukee, Wis.

**Hub Cities:** Milwaukee, Wis., with a smaller hub in Kansas City, Mo.

**Corporate Headquarters:** Milwaukee, Wis.

**Alliances:** Skyway Airlines, operating as Midwest Connect, is a wholly owned regional subsidiary of Midwest Airlines. Code share partners include Mesa/Air Midwest.

Return to top

**Northwest**

**Pilots:** 5,100 active pilots; 700 on furlough

**Joined ALPA:** 1932

**Operations:** Approximately 1,500 daily departures, serving more than 158 cities in 24 countries in North America, Asia, and Europe; and with code share partners, 750 destinations in 120 countries and six continents

**Pilot Bases:** Anchorage, Detroit, Memphis, Minneapolis/St. Paul, Seattle

**Hub Cities:** Amsterdam; Detroit, Mich.; Memphis, Tenn.; Minneapolis/St. Paul, Minn.; and Tokyo

**Company Headquarters:** Minneapolis/St. Paul, Minn.

**Alliances:** Northwest has a trans-Atlantic alliance with KLM Royal Dutch Airlines and domestic and international alliances with Continental and Delta.

Return to top

**Piedmont**

**Number of Crewmembers:** 500

**Joined ALPA:** 1952

**Operations:** Piedmont carries more than three million passengers a year to 49 destinations throughout the Eastern United States, Canada and the Bahamas.

**Bases:** Salisbury, Md.; Charlotte and New Bern, N.C.; Charlottesville, Newport News, Norfolk and Roanoke, Va.

**Hub Cities:** Charlotte, N.C.

**Corporate Headquarters:** Salisbury, Md.

**Alliances:** A wholly-owned subsidiary of US Airways Group, Inc. and one of nine airlines doing business as US Airways Express

Return to top

**Pinnacle**

**Pilots:** 1142

**Operations:** 1360 daily flights to U.S., Canadian and Bahamian destinations

**Pilot domiciles:** Detroit, Mich.; Memphis, Tenn.; Minneapolis-St. Paul, Minn.

**Corporate Headquarters:** Memphis, Tenn.

Return to top

**Polar Air Cargo**

**Number of Crewmembers:** 352

**Joined ALPA:** 1996

**Operations:** Polar is a wholly owned subsidiary of Atlas Air Worldwide Holdings, Polar Air Cargo is a global air carrier specializing in time-definite, cost-effective airport-to-airport scheduled air freight service.

**Corporate Headquarters:** Purchase, N.Y.

Return to top

**PSA**

**Number of Crewmembers:** 359

**Operations:** Operates approximately 220 daily flights serving 30 cities in the U.S. and Canada and flies approximately seven million passengers a year

**Bases:** Current pilot domiciles include Akron and Dayton, Ohio; Pittsburgh, Pa. And Knoxville, Tenn.

**Corporate Headquarters:** Dayton International Airport in Vandalia, Ohio

**Alliances:** Flies under the name U.S. Airways Express for US Airways

Return to top

**Ryan**

**Number of Crewmembers:** 380

**Joined ALPA:** 1998

**Operations:** Charter, vacation tour and military destinations include: U.S., Hawaii, Mexico, Caribbean, Europe and the Middle East

**Pilot Bases:** Denver, Colo.

**Corporate Headquarters:** Wichita, Kan.

Return to top

**Skyway**

**Number of Crewmembers:** 275

**Joined ALPA:** 1995

**Operations:** Skyway Airlines operates as the Midwest Airlines Connection and serves 30 cities in the upper Midwestern U.S. and Toronto, Canada region, providing connections throughout the Midwest Express and Skyway systems, and point-to-point service between select markets.

**Bases:** Milwaukee, Wisc.

**Hub Cities:** Milwaukee, Wisc.

**Corporate Headquarters:** Milwaukee, Wisc., operated by Astral Aviation, a wholly owned subsidiary of Midwest Airlines

**Alliances:** Skyway is a member of the Midwest Airlines group

Return to top

**Spirit**

**Number of Crewmembers:** 356

**Joined ALPA:** 1996

**Operations:** 17 destinations with 120 daily flight departures

**Bases:** Ft. Lauderdale, Fla. and Detroit, Mich.

**Corporate Headquarters:** Miramar, Fla.

Return to top

**Sun Country**

**Number of Crewmembers:** 100

**Joined ALPA:** 1995

**Operations:** Scheduled/charter service from the Upper Midwest to the southern U.S. and Mexico

**Bases:** Minneapolis/St. Paul, Minn.

**Hub Cities:** Minneapolis/St. Paul, Minn.

**Corporate Headquarters:** Mendota Heights, Minn.

Return to top

**Trans States Airlines**

**Number of Crewmembers:** 652

**Operations:** More than 352 flights to more than 60 cities serving two million passengers annually

**Pilot Domiciles:** St. Louis, Mo. and Richmond, Va.

**Corporate Headquarters:** St. Louis, Mo.

**Alliances:** Regional feeder airline for American Airlines, United Airlines and US Airways

Return to top

**United**

**Number of Crewmembers:** 6,400

**Joined ALPA:** 1961

**Bases:** Chicago O'Hare, Ill.; Denver, Colo.; Seattle, Wash.; San Francisco, Calif.; Los Angeles, Calif.; New York, N.Y. (John F. Kennedy); Washington, D.C. (Dulles); Denver, Colo. (Training Center)

**Hub Cities:** Chicago, Ill.; Denver, Colo.; San Francisco, Calif.; Los Angeles, Calif.; Washington, D.C. (Dulles)

**Corporate Headquarters:** Elk Grove Village, Ill.

**Alliances:** As a member of the Star Alliance, United has U.S. domestic alliances and international alliances worldwide.

Return to top

**US Airways**

**Number of Crewmembers:** 3,228

**Joined ALPA:** 1951

**Operations:** The nation's seventh-largest airline, serving nearly 200 communities in the U.S., Canada, Europe, the Caribbean and Latin America; more than 1,250 daily departures

**Bases:** Boston, Mass.; Washington, D.C. (Reagan National); Pittsburgh, Pa.; Philadelphia, Pa.; Charlotte, N.C. (Douglas); New York, N.Y. (LaGuardia)

**Hub Cities:** Charlotte, N.C. (Douglas); Philadelphia, Pa.

**Corporate Headquarters:** Arlington, Va.

**Alliances:** As a member of the Star Alliance, US Airways has a domestic alliance with United Airlines and an international alliance with 14 airlines worldwide.

Return to top


Crewroom Login • Privacy & Terms • Contact Us • Downloads • Logon FAQs
Air Line Pilots Association, Int'l, 1625 Massachusetts Ave NW, Washington, DC 20036 (703) 689-2270

http://www.alpa.org/?tabid=183                                                                                      5/31/2007