STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>    Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF PHIL ALFORD IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date: June 5, 2007<br>Time: 3:00 pm<br>Place: Courtroom 8, 19th Floor |

## Declaration of Phil Alford

1. My name is Charles "Phil" Alford. I make this declaration based on my own personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

2. I am a SkyWest RJ captain and a plaintiff in this action, and I have been asked to be a witness during the evidentiary hearing on plaintiffs' motion for a preliminary injunction. I reside in Rexburg, Idaho.

3. During a period in 2006, I refrained from wearing an ALPA lanyard because I was concerned I would be disciplined for wearing it. I refrained from wearing the lanyard even though I would have liked to wear it to show support for the SkyWest Pilots Organizing Committee's ("OC's") organizing campaign. I refrained from wearing the lanyard

//
//
//
//
//
//

whenever I was on duty, including when I flew through Monterey.

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

| | |
|---|---|
| _5/30/07_ | _[signature] Phil Alford_ |
| Date | Phil Alford |