STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF ANDY BHARATH IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date: June 5, 2007<br>Time: 3:00 pm<br>Place: Courtroom 8, 19th Floor |

DECL. OF ANDY BHARATH IN OPP. TO MOTION TO TRANSFER VENUE, Case No. C-07-2688 CRB

I, Andy Bharath, declare as follows:

1. I am a plaintiff in this action and have been asked to be a witness during the evidentiary hearing on plaintiffs' motion for a preliminary injunction. This declaration is based on my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. I have been employed as an airline pilot at SkyWest Airlines, Inc. ("SkyWest") since July 1998. I reside in Newport Beach, California. I currently serve as an RJ captain.

3. In the course of my flying duties, I pass through several different airports in a typical month, including San Francisco International Airport.

4. I previously submitted a declaration in this case in support of Plaintiffs' Motion for a Preliminary Injunction. In that declaration, I explained that the SkyWest Pilots ALPA Organizing Committee ("SkyWest Pilots OC"), whose mission is to organize the pilots employed by SkyWest to elect the Air Line Pilots Association, International ("ALPA") as the exclusive bargaining representative of our pilot group under the Railway Labor Act, distributed lanyards with the ALPA logo, for the purpose of encouraging pilots to talk about and support the campaign to elect ALPA as their collective bargaining representative. I am an active and open member of the SkyWest Pilots OC.

5. As I also explained in my declaration, I have had conflicts with management over wearing an ALPA lanyard. As a result of these interactions, I stopped wearing my ALPA lanyard while in uniform, even though I wanted to wear the ALPA lanyard to express my support for the organizing campaign. I refrained from wearing an ALPA lanyard whenever I was on duty, including when I flew through San Francisco International Airport.

6. I only recently started wearing my ALPA lanyard again when the Court in this case issued the temporary restraining order.

7. In October 2006, I placed some ALPA interest cards in the crew room at the Los Angeles Airport, LAX. By the time I returned from my round trip flight, the cards had been put into the trash. This happened within only a few hours.

8. Attached hereto as Exhibit A is a true and correct copy of a photograph I took this morning, May 30, 2007. The photograph shows the area in the SFO crew room where pilots often

DECLARATION OF ANDY BHARATH IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE, CASE No. C-07-2688 CRB                                                                                                                                 1

1  post non-operational material. I waited at least two hours after taking this photograph and
2  confirmed that the same postings remained in place.
3      I declare under penalty of perjury that the foregoing is true and correct. Executed on May
4  30, 2007 at San Francisco, California.

                                        ANDY BHARATH

DECLARATION OF ANDY BHARATH IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE, CASE No. C-07-2688 CRB

2