

* Book left on A/c #720 on 5-24-07. Please come up to Marianne Fifth SLC. It's a library book—she wise I wouldn't care.

Thank You!

FACE UP!!

FATTY
Crashpad
928-713-3260

ROOM AVAIL!
ATTN: COMMUTER PILOT