STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> **DECLARATION OF STEVE DOW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** <br><br> Date: June 5, 2007 <br> Time: 3:00 pm <br> Place: Courtroom 8, 19th Floor |

**Declaration of Steve Dow**

1. My name is Steve Dow. I make this declaration based on my own personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

2. I am a SkyWest captain and a plaintiff in this action, and I have been asked to be a witness during the evidentiary hearing on plaintiffs' motion for a preliminary injunction. I reside in Monument, Colorado and I am domiciled in Colorado Springs, Colorado for SkyWest purposes.

3. In the course of my flying duties, I pass through several different airports in a typical month, including San Francisco International Airport ("SFO"). As I explained in my previous declaration filed in support of plaintiffs' motion for a preliminary injunction, I was told that I would "get in trouble" for wearing my ALPA lanyard. After I was told that, I stopped wearing my ALPA lanyard because I was concerned I would be disciplined for wearing it. I stopped wearing the lanyard even though I wanted to wear it to express my support for the organizing campaign. I refrained from wearing an ALPA lanyard whenever I was on

duty, including when I flew threw SFO. I only recently started wearing my ALPA lanyard again when the Court issued a temporary restraining order in this case.

4. It is as easy for me to fly to San Francisco as to Salt Lake City. In fact, there are more flights available daily from Denver and Colorado Springs to San Francisco than from Denver and Colorado Springs to Salt Lake City.

5. SkyWest has many options available to it to fill in slots if a pilot becomes unable to work an assigned shift. At any given time, SkyWest keeps pilots on "reserve," which means that they must be available as replacement staff for flights on very short notice. Further, some SkyWest pilots are generally kept on "ready reserve," which means that they are actually sitting in airport crew lounges, ready to staff flights immediately if necessary. Finally, SkyWest has the option of calling pilots who are on their days off

//
//
//
//
//
//

and having them come in to work on a voluntary basis. This practice is known as "junior manning."

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

May 30, 2007
Date

Steve Dow