STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF CHRIS LOWDER IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date: June 5, 2007<br>Time: 3:00 pm<br>Place: Courtroom 8, 19th Floor |

DECL. OF CHRIS LOWDER IN OPP. TO MOTION TO TRANSFER VENUE, Case No. C-07-2688 CRB

## Declaration of Chris Lowder

1. My name is Chris Lowder. I reside in Anaheim, California, and I currently serve as a captain for SkyWest. I was domiciled in Palm Springs, California for SkyWest purposes from approximately February 2006 to approximately March 2007. I make this declaration based on my own personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

2. I am a supporter of the SkyWest Pilots ALPA Organizing Committee [the "OC"], which was formed to encourage the pilots of SkyWest to elect ALPA as their collective bargaining representative. The pilots of SkyWest are not represented by a labor union for collective bargaining purposes.

3. On at least one occasion I remember noticing ALPA-related material that was posted in a crew room and then promptly taken down. This happened in the Palm Springs airport crew room. The ALPA-related material was posted in an area of the crew room where other non-SkyWest material was posted. When I returned to the crew room again, within

approximately one week, the ALPA-related material had already been taken down.

4.   I routinely fly into and out of California airports for SkyWest, including, among others, Monterey, SFO, and Palm Springs.  I would like to wear an ALPA lanyard when I fly for SkyWest but have not done so because I have been concerned that I will be disciplined for wearing it.  I have refrained from wearing an ALPA lanyard at all times while on duty, including when flying through San Francisco.

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

_5/30/2007_  
Date

_[signature]_  
Chris Lowder