STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF CLINTON WEICHERS IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date: June 5, 2007<br>Time: 3:00 pm<br>Place: Courtroom 8, 19th Floor |

## Declaration of Clinton Weichers

1.  My name is Clinton Weichers. I reside in Monterey, California and currently serve as a captain for SkyWest. I am domiciled in Monterey for SkyWest purposes. I routinely fly into and out of California airports for SkyWest, including, among others, SFO, Monterey, and Fresno. I make this declaration based on my own personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

2.  I have been and remain an open and active member of the SkyWest Pilots ALPA Organizing Committee [the "OC"], which was formed to encourage the pilots of SkyWest to elect ALPA as their collective bargaining representative. The pilots of SkyWest are not represented by a labor union for collective bargaining purposes.

3.  I have repeatedly seen materials posted by the SkyWest Airlines Pilot Association ("SAPA") in the crew lounge at the San Francisco airport, SFO. Most recently I saw a SAPA posting there on Sunday, May 27, 2007, related to SAPA's purported "bargaining" with management. I have also seen SAPA materials posted in crew lounges in other airports in

California. In some cases SAPA materials are posted on general interest bulletin boards. In other cases a posting area is expressly marked "SAPA" for SAPA's specific use.

4. I have repeatedly tried to post ALPA-related materials in the crew lounge at SFO where other non-work related materials are posted. The ALPA-related materials I post almost always "disappear" by the time I next visit the SFO crew lounge. This happens very quickly – in some cases during the course of only one night and, in at least one case, after only two hours. The ALPA-related materials I post "disappear" even though other materials, including non-work related materials, remain.

5. I have also posted ALPA-related materials in crew lounges in other California airports and have noticed that they, too, "disappear."

6. On one occasion, I tried to deliver some ALPA-related materials to another interested pilot by placing them in his mailbox at SFO (known as a V-file). I learned later that the intended recipient never received the materials I left for him.

7. In October 2006, I was in the airport in Fresno, California when the Chief Pilot there instructed me to remove my ALPA lanyard. I was off duty but in uniform at the time. I complied with the Chief Pilot's instruction. After that, I stopped wearing my ALPA lanyard because I was concerned I would be disciplined for wearing it. I refrained from wearing my ALPA lanyard whenever I was on duty, including when I flew through San Francisco International Airport. I continued to carry the lanyard with me and would have liked to wear it. I only started wearing my ALPA lanyard again after the Court issued the temporary restraining order in this case.

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

5-28-2007
Date

_____
Clinton Weichers

3