STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO PROVIDE WITNESS LIST** |

By necessity, the preliminary injunction trial in this matter has been set on an expedited schedule and will require a great amount of work by the parties in short order.  Further, it is in all parties' interest, as well as the Court's, that the testimony be completed in one day.  It is therefore self-evident that the parties should cooperate in exchanging information that will help make the process as orderly and efficient as possible.

At the very least, the parties need to exchange witness lists so that they can prepare efficiently for and thus expedite cross-examination at trial.  But although Plaintiffs provided Defendant with their complete witness list and subject of testimony on May 25, 2007, SkyWest has

1  refused to reciprocate. Plaintiffs therefore respectfully request that the Court order SkyWest to
2  provide Plaintiffs with a witness list, including a description of the subject of each witness'
3  testimony. Due to the expedited nature of the proceeding, Plaintiffs further respectfully request that
4  SkyWest be given one business day to do so.

5       By way of background, on May 24, 2007, the Court ordered Plaintiffs to designate five pilot
6  witnesses for whom it needed SkyWest's cooperation in releasing them from duty. *See* Declaration
7  of Linda Lye in Support of Plaintiffs' Motion to Require SkyWest to Provide Witness List, Ex. 1.
8  On May 25, 2007, Plaintiffs complied. *Id.*, Ex. 2. But Plaintiffs voluntarily went beyond the
9  Court's order, and identified all of their witnesses, as well as the subject matter of the testimony of
10 all witnesses. *Id.* Plaintiffs requested that SkyWest reciprocate both in their letter and in follow up
11 e-mail correspondence. *Id.*, Exs. 2, 3. SkyWest has not responded. *Id.*, ¶5.

12      Having taken steps voluntarily to assist the parties in preparing for the preliminary injunction
13 trial, Plaintiffs are faced with a Defendant that apparently believes seeking every conceivable
14 tactical advantage is better than assisting in an orderly, efficient process. Accordingly, Plaintiffs
15 respectfully request that the Court order SkyWest to provide Plaintiffs with a witness list and the
16 subject matter of each witness' testimony by 10 am on Monday, June 4.

17 Dated: June 1, 2007          Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:  \s\Stephen P. Berzon
      Stephen P. Berzon

Attorneys for Plaintiffs

PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO PROVIDE WITNESS LIST, CASE No. C-07-2688 CRB    2