1   STEPHEN P. BERZON (#46540)
    sberzon@altshulerberzon.com
2   LINDA LYE (#215584)
    llye@altshulerberzon.com
3   CLAIRE P. PRESTEL (#235649)
    cprestel@altshulerberzon.com
4   Altshuler Berzon LLP
    177 Post Street, Suite 300
5   San Francisco, CA  94108
    Telephone:  (415) 421-7151
6   Facsimile:    (415) 362-8064

7   ELIZABETH GINSBURG
    (Admitted to Practice *Pro Hac Vice*)
8   elizabeth.ginsburg@alpa.org
    Air Line Pilots Association, International
9   535 Herndon Parkway
    Herndon, VA 20172-1169
10  Telephone:  (703) 481-2424
    Facsimile:   (703) 481-2478

11
    Attorneys for Plaintiffs
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15
    SKYWEST PILOTS ALPA ORGANIZING          )    CASE No. C-07-2688 CRB
16  COMMITTEE, *et al.*,                     )
                                            )    **[PROPOSED] ORDER GRANTING**
17           Plaintiffs,                     )    **PLAINTIFFS' MOTION TO**
                                            )    **REQUIRE SKYWEST TO PROVIDE**
18      vs.                                  )    **WITNESS LIST**
                                            )
19  SKYWEST AIRLINES, INC.,                  )
                                            )
20           Defendant.                      )
    _____      )
21

22           For good cause, IT IS HEREBY ORDERED that Defendant SkyWest shall provide

23  Plaintiffs' counsel with a witness list and the subject of each witness' testimony no later than

24  Monday, June 4, 2007 at 10 am.

25

26  Date: _____      _____
                                                Hon. Charles R. Breyer
27                                              United States District Judge

28

─────────────────────────────────────────────────────────────────
ORDER GRANTING PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO PROVIDE WITNESS LIST,
CASE No. C-07-2688 CRB                                                        1