STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO PROVIDE WITNESS LIST** |

DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO PROVIDE WITNESS LIST, CASE No. C-07-2688 CRB

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Civil Minutes dated May 24, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a letter I sent to counsel for SkyWest on May 25, 2007.

4. Attached as Exhibit 3 is a true and correct copy of an e-mail I sent to counsel for SkyWest on May 29, 2007.

5. I have not received a response to my requests that SkyWest provide a witness list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2007 at San Francisco, California.

_____
LINDA LYE