## Linda Lye

| | |
|---|---|
| From: | Linda Lye |
| Sent: | Tuesday, May 29, 2007 5:38 PM |
| To: | Linda Lye; 'Todd Emerson'; 'Patricia Stambelos'; 'DHALL@FORDHARRISON.COM'; 'Spagat, Robert' |
| Cc: | Claire Prestel; Stephen P. Berzon; 'Ginsburg, Elizabeth, Legal' |
| Subject: | RE: SkyWest Pilots ALPA Organizing Committee v. SkyWest |

Dear Counsel,

      In light of the new schedule in this matter, we do not need to receive your witness list today but request that you provide it to us by the close of business Thursday, May 31, 2007. If you do not intend to provide us with a list, please advise us as soon as possible, so that we may bring this matter to Judge Breyer's attention. Thank you for your cooperation.

Regards,
Linda Lye

| | |
|---|---|
| From: | Linda Lye |
| Sent: | Tuesday, May 29, 2007 12:16 PM |
| To: | 'Todd Emerson'; 'Patricia Stambelos'; 'DHALL@FORDHARRISON.COM'; 'Spagat, Robert' |
| Cc: | Claire Prestel; Stephen P. Berzon; 'Ginsburg, Elizabeth, Legal' |
| Subject: | RE: SkyWest Pilots ALPA Organizing Committee v. SkyWest |

Dear Counsel,
      In my letter of May 25, 2007, Plaintiffs provided their witness list and the subject of each witness' testimony. We have yet to receive a copy of yours. If we do not receive a copy of yours by 1 pm, we will bring this matter to Judge Breyer's attention. We hope that will not be necessary.

Regards,
Linda Lye

| | |
|---|---|
| From: | Linda Lye |
| Sent: | Friday, May 25, 2007 4:45 PM |
| To: | 'Todd Emerson'; 'Patricia Stambelos'; 'DHALL@FORDHARRISON.COM'; Spagat, Robert |
| Subject: | SkyWest Pilots ALPA Organizing Committee v. SkyWest |

<< File: Opp Counsel 5-25-07 ll.pdf >> Please see attached.

Linda Lye
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
tel: (415) 421-7151
fax: (415) 362-8064

   This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

1