STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' MOTION TO CHANGE TIME RE: CONTEMPT** |

　　　　SkyWest has violated the Court's May 24, 2007 Amended Temporary Restraining Order by failing to allow two Plaintiff-pilots covered by that order to make a presentation on behalf of Plaintiff SkyWest Pilots ALPA Organizing Committee at a June 1, 2007 training session for newly-hired pilots. SkyWest has taken the position that it will continue to refuse to comply with this provision of the Amended TRO even though SAPA had access to such training sessions in the past year. Plaintiffs have therefore filed an Application for Order to Show Cause Re: Contempt.

　　　　Plaintiffs request that the Court immediately issue an order to show cause and set a hearing for the morning of June 4, 2007, at 9:00 a.m., or as soon thereafter as the Court can hear the matter.

The Amended TRO will expire shortly. SkyWest is purposefully defying an important provision of the Amended TRO and will succeed in such defiance unless the Court acts promptly to preserve its authority. TROs are by their nature short-lived. If a party is permitted to violate a TRO without consequences, then the TRO is meaningless. The only way to prevent SkyWest from getting away with defying the Court is to force compliance with the Amended TRO immediately.

In addition, because this case involves a union organizing campaign, time is of the essence. While Defendant violates the Court's TRO, Plaintiffs' rights to organize are delayed and, therefore, the likelihood decreases that Plaintiffs will ever be able to obtain the union representation they seek. Moreover, the provision of the TRO at issue is limited to one sentence, and the issue is not complex.

Accordingly, Plaintiffs respectfully request that the Court issue an order to show cause and schedule a hearing as soon as possible.

Dated: June 1, 2007           Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:  \s\Stephen P. Berzon
        Stephen P. Berzon

Attorneys for Plaintiffs