STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>         Plaintiffs,<br><br>   vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>         Defendant. | CASE No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME AND ISSUING ORDER TO SHOW CAUSE RE: CONTEMPT** |

IT IS HEREBY ORDERED that Plaintiffs' Motion to Change Time Re: Contempt is GRANTED.  A TRO is currently in effect, but only for a limited time.  Were the Court to delay issuing an order to show cause by weeks or even days, compliance with the TRO would be rendered a nullity.  In this situation, the Court must act to issue an order to show cause immediately.  SkyWest will have an opportunity to demonstrate why it should not be held in contempt before the Court issues any findings on this matter.  Accordingly, the Court will rule on Plaintiffs' Application for Order to Show Cause Re: Contempt at this time.

1   Plaintiffs' Application for Order To Show Cause Re: Contempt presents an adequate factual basis for concluding that Defendant SkyWest Airlines, Inc., has violated this Court's May 24, 2007 Amended Temporary Restraining Order as set forth below.

Defendant SkyWest Airlines, Inc., is ordered to show cause why it should not be cited for contempt of Court on account of the violation of paragraph 3 of this Court's May 24, 2007 Amended Temporary Restraining Order, in the following particular:

For refusing to provide pilots who are employed by SkyWest, are members of Plaintiff SkyWest Pilots ALPA Organizing Committee, and whose names appear on Appendix A to the Amended Temporary Restraining Order, with access to make presentations at training sessions for newly-hired pilots even though SAPA had access to such training sessions in the past year.

This matter is set for a hearing and Defendant SkyWest Airlines, Inc., is ordered to appear before this Court on June __, 2007, at ____, to show cause why Defendant should not be found in contempt of Court and should not be ordered to pay $250,000 for each day after being held in contempt until SkyWest immediately permits pilots named on Appendix A to make presentations to newly-hired pilots and to pay Plaintiffs' attorneys' fees, expenses, and costs, or such other remedy as the Court deems appropriate. The Court will permit Defendant to file a brief on whether it should be held in contempt anytime before the hearing.

SO ORDERED.

Date:  _____        _____
                                              Hon. Charles R. Breyer
                                              United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME & ISSUING OSC RE: CONTEMPT,
CASE No. C-07-2688 CRB                                                       2