STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF PHIL ALFORD IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** |

DECL. OF PHIL ALFORD ISO APPLICATION FOR OSC RE: CONTEMPT, CASE No. C-07-2688 CRB

# Declaration of Phil Alford

1. My name is Charles "Phil" Alford. I make this declaration based on my own personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

2. I am a SkyWest RJ captain and a member of the SkyWestPilots ALPA Organizing Committee.

3. Trainings are being conducted at the SkyWest training center in Salt Lake City, UT, this week for newly hired pilots. On June 1, 2007, I went with Captain Steve Dow, who is also a member of the OC, to the SkyWest training center to make a presentation to the newly hired pilots about the OC.

4. Shortly after Captain Dow and I arrived at the training center, we met with Captain Shane Losee, who is the manager of training. Captain Dow told Captain Losee that we came to address the newly hired pilots.

5. Captain Losee stated that we were not on the agenda and he was not authorized to let us address the new hire class. As a result, Captain Dow and I were unable to make a presentation about the OC to the newly-hired pilots.

Under penalty of perjury, I affirm that the information herein is complete and accurate to the best of my ability and recollection.

6/1/2007
Date

Phil Alford