STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF LINDA LYE IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT AND MOTION TO CHANGE TIME RE: CONTEMPT** |

DECL. OF LINDA LYE ISO APPLICATION FOR OSC AND MOTION TO CHANGE TIME RE: CONTEMPT, CASE No. C-07-2688 CRB

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Steve Dow in Support of Temporary Restraining Order and Preliminary Injunction, filed May 22, 2007 (Docket No. 12).

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Diletta Martirano in Support of Temporary Restraining Order and Preliminary Injunction, filed May 22, 2007 (Docket No. 8).

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Andy Bharath in Support of Temporary Restraining Order and Preliminary Injunction, filed May 22, 2007 (Docket No. 14).

5. Attached hereto as Exhibit D is a true and correct copy of a letter I sent by e-mail, facsimile and United States mail to Doug Hall, counsel for defendant SkyWest Airlines, Inc. ("SkyWest"), and Todd Emerson, General Counsel to defendant SkyWest, on May 22, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of an e-mail to me, Doug Hall, and Patricia Stambelos from Todd Emerson on May 23, 2007.

7. Attached hereto as Exhibit F is a true and correct copy of a letter I by facsimile and e-mail sent to Todd Emerson, with copies to Doug Hall and Patricia Stambelos, on May 23, 2007. I did not receive a response to point 1 of my letter and Plaintiffs were not permitted to make a presentation at the May 29, 2007 class.

8. Attached hereto as Exhibit G is a true and correct copy of a letter I sent by facsimile and e-mail to Todd Emerson, Patricia Stambelos, Doug Hall, and Robert Spagat on May 30, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of a letter sent by facsimile and e-mail to me from Robert Spagat on May 31, 2007.

10. Plaintiffs request that the Court change time for the order to show cause re: contempt because otherwise, given the short time the Amended TRO will be in effect, Defendant will have succeeded in evading the Court's order.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1,
2  2007, at San Francisco, California.

_____
LINDA LYE