**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

May 30, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re: *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*,
U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

We write in regard to implementation of the TRO with respect to the training session for the newly-hired pilot class that began on Monday of this week and use of the SkyWest online system.

First, in my letter of May 22, 2007, we requested that SkyWest comply with the TRO by placing Plaintiff Skywest Pilots ALPA Organizing Committee ("SkyWest Pilots OC") on the training session agenda for Tuesday, May 29, 2007. In Mr. Emerson's email to me of May 23, 2007, he stated that SAPA was scheduled to present on June 1, 2007, but that you would not comply with our request because June 1 was outside the TRO's parameters.

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
May 30, 2007
Page 2

      Now that the TRO will be in effect on, and indeed well past, June 1, we request that you place SkyWest Pilots OC on the training session agenda from 1 pm to 2pm on June 1, 2007. Plaintiff SkyWest Pilots OC will send two of its members, who are SkyWest pilots and identified in Appendix A of the TRO, to make a presentation to the training session at that time. Your compliance with this request is necessary to bring SkyWest into compliance with paragraph 3 of the TRO, which requires SkyWest "to provide the pilots employed by SkyWest, who are members of Plaintiff SkyWest Pilots ALPA Organizing Committee and whose names appear on the attached Appendix A, with access to the same channels of communication provided to SAPA at any point during the last year, including but not limited to . . . newly-hired pilot classes."

      Second, we also request that you provide the following members of the OC, all of whom are identified on Appendix A of the TRO, with the same privileges to send group emails through the SkyWest online system as SkyWest currently provides to SAPA leadership:

                    Phil Alford
                    Andy Bharath
                    David Boehm
                    Frank Bowlin
                    Steve Dow
                    Laura Goudge
                    Russ Jacobie
                    Marc Johnson
                    Steve Kanuch
                    Riad Mansur
                    Diletta Martirano
                    Tracy Shrier

In Mr. Emerson's May 23, 2007 email, he stated that pilots already may send messages through SkyWest online. SkyWest, however, provides members of SAPA with the ability to send group emails that it does not provide to the pilot group at large. The TRO therefore requires SkyWest to provide all of the individuals listed on Appendix A with the same ability to send group emails that it currently provides SAPA. We emphasize that we are only requesting at this time the "group email" capability for the 12 individuals listed above, even though SkyWest has an obligation under the TRO to provide that capability to all 53 pilots identified in Appendix A. We will consider SkyWest in compliance with the TRO on this particular issue if the group email capability is provided by 9 am PDT on Thursday, May 31, 2007.

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
May 30, 2007
Page 3

      Please confirm that you will comply with these requests, to which the Plaintiffs are entitled under the TRO, by the close of business today.

                        Sincerely,

                        Linda Lye