Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a)** <br><br> Judge: Hon. Charles R. Breyer <br><br> Action Filed: May 22, 2007 |

1

DEFENDANT SKYWEST AIRLINES, INC.'S EX PARTE MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a), CASE NO. C 07-2688 CRB

SF:173755.1

TO THE HONORABLE CHARLES R. BREYER:

Pursuant to Local Rule 7-11, Defendant SkyWest Airlines, Inc. "SkyWest" seeks an order authorizing it to file an opposition in excess of the 25-page limit set forth by Local Rule 7-3(a). Because this Motion deals solely with an administrative request, SkyWest respectfully submits that it is appropriate for consideration on an ex parte basis. The Court already granted previous SkyWest's motion to file an oversized brief in opposition to Plaintiffs' motion for a preliminary injunction. SkyWest is filing this request out of an abundance of caution because it now seeks to file an amended brief that is in excess of the 25 page limit.

### RELIEF REQUESTED

With this motion, SkyWest seeks entry of an order permitting it to file an amended opposition that exceeds the twenty-five page limit established by Local Rule 7-3(a).

### BACKGROUND

Plaintiff SkyWest Pilots ALPA Organizing Committee ("SkyWest Pilots OC") and the Airline Pilots Association ("ALPA") have been attempting to organize Defendant SkyWest Airlines, Inc. ("SkyWest") for the past year. Declaration of Jeffrey MacDonald in support of Temporary Restraining Order and Preliminary Injunction, ¶ 4. On May 22, 2007, SkyWest Pilots OC – along with various individual plaintiffs – filed this suit alleging that SkyWest unlawfully supports the SkyWest Airline Pilots Association ("SAPA"), and that SkyWest interferes with their expressive activity by discriminating against Plaintiffs on the basis of their support for ALPA. (Complaint, ¶¶ 42-50.) That same day, Plaintiffs came to the Court *ex parte* with their Motion for a Temporary Restraining Order, which the Court granted without the benefit of briefing from SkyWest. Following a hearing on SkyWest's Motion to Dissolve, this Court set a vigorous briefing schedule requiring SkyWest to oppose Plaintiffs' Preliminary Injunction Motion, which raises a host of threshold issues in addition to complex issues of labor law.

### ARGUMENT

Local Rule 7-3(a) provides that motions shall not exceed twenty-five pages of text. This page limit, however, can be enlarged at the Court's discretion. *See* Local Rule 7-11 (expressly

2

DEFENDANT SKYWEST AIRLINES, INC.'S EX PARTE MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a), CASE NO. C 07-2688 CRB

SF:173755.1

referencing "motions to exceed otherwise applicable page limitations"). SkyWest respectfully requests that it be excused from Local Rule 7-3(a)'s page limitation, for the following reasons. First, simply to brief the threshold issues ignored by Plaintiffs requires a substantial number of the 25-page allotment not usually necessary as issues of standing and jurisdiction would be briefed separately. Further, given that Plaintiffs were able to express their initial position to the Court *ex parte* without SkyWest having an opportunity to respond, in the interests of fairness, Local Rule 7-3(a)'s page limitation should be excused.

## CONCLUSION

Given that SkyWest is at a disadvantage because of the surprise nature of the Temporary Restraining Order and the myriad issues Plaintiffs have not briefed but inform the outcome of the Preliminary Injunction Motion, SkyWest respectfully requests that the Court enter an order granting the relief requested herein, and such other and further relief as is just and proper.

Dated: June 1, 2007                                   WINSTON & STRAWN LLP


                                                      By:   /s/ Robert Spagat
                                                            Robert Spagat
                                                            Attorneys for Defendant
                                                            SKYWEST AIRLINES, INC.