Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202.719.2065
Facsimile:   202.719.2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a)<br><br>Place:   Courtroom 8, 19th Floor<br>Action Filed:  May 22, 2007<br><br>Preliminary Injunction Hearing: June 7, 2007 |

Having considered Defendant SkyWest Airlines, Inc.'s Ex Parte Motion To Exceed The Page Limitations Set Forth In Local Rule 7-3(a) and finding good cause therefore, Defendant's Ex Parte Motion To Exceed The Page Limitations Set Forth In Local Rule 7-3(a) is GRANTED.

Dated: _____

_____
Hon. Charles R. Breyer
U.S. District Judge

SF:173761.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(a) - CASE NO. C 07-2688 CRB