STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:  (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' REPLY TO DEFENDANT'S INITIAL OPPOSITION TO PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**<br><br>Date: June 7, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom 8, 19th Floor |

　　　　The compelling urgency regarding Plaintiffs' Application For an Order to Show Cause Regarding Contempt is Defendant's calculated defiance of this Court's Amended Temporary Restraining Order.

　　　　Defendant contends that Plaintiffs failed to put it on notice that Plaintiffs would move for contempt. That is incorrect. As set forth in Plaintiffs' moving papers, Plaintiffs had repeated correspondence with Defendant regarding its failure to comply with the Amended TRO with respect to providing members of Plaintiff SkyWest Pilots ALPA Organizing Committee access to the training center – the subject of Plaintiffs' application for an OSC on contempt. In this

correspondence, Plaintiffs specifically stated that they would seek contempt if Defendant continued to defy the Amended TRO on this issue. Attached to the Supplemental Declaration of Linda Lye, Exhibit I, filed herewith, is a letter sent from Plaintiffs' counsel to Defendant's counsel yesterday, May 31, 2007, inadvertently omitted from Plaintiffs' moving papers, that expressly placed Defendant on notice that Plaintiffs would move for contempt if Defendant did not permit Captains Steve Dow and Phil Alford to make a presentation to the newly hired pilot training session on June 1, 2007.

Defendant accuses Plaintiffs of bombarding it with a "constant barrage of letters." The letters Plaintiffs were required to send were prompted by Defendant's willful refusal to comply with the Amended TRO in several important respects. Plaintiffs were also required to send letters when Defendant refused to provide a witness list, or release pilots for witness preparation prior to the preliminary injunction hearing as the Court provided.

Moreover, Defendant has just filed a new oversized opposition brief to Plaintiffs' preliminary injunction motion. Defendant had filed earlier this week (on May 29, 2007) an oversized opposition brief with many supporting declarations. As we informed Defendant's counsel, See Lye Supp. Decl., Exh. J, the Court issued an amended order to make clear that no additional opposition to Plaintiffs' preliminary injunction motion may be filed, and, accordingly, the Court shortened the time for Plaintiffs' to file their reply brief, which Plaintiffs are currently preparing. *See id.*, Exh. K (Court's Amended Scheduling Order of May 29, 2007, Doc No. 66, deleting opportunity for Defendant to file opposition by June 1, 2007, stating that Defendant's opposition had already been filed, and shortening time for Plaintiffs' reply from Friday, June 8 to June 6, 2007).

Plaintiffs respectfully request that the Court issue an immediate order to show cause re: contempt, set the hearing at the earliest possible time, and, after a hearing, find SkyWest in contempt.

Dated: June 1, 2007         Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by: \s\Stephen P. Berzon
        Stephen P. Berzon

Attorneys for Plaintiffs

PLAINTIFFS' REPLY TO DEFENDANT'S INITIAL OPPOSITION TO PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT, CASE No. C-07-2688 CRB

3