STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> **SUPPLEMENTAL DECLARATION OF LINDA LYE IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT AND MOTION TO CHANGE TIME RE: CONTEMPT** |
|---|---|

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached hereto as Exhibit I is a true and correct copy of a letter I sent by facsimile and e-mail to Todd Emerson, Patricia Stambelos, Doug Hall, and Robert Spagat on May 31, 2007.

3. Attached hereto as Exhibit J is a true and correct copy of an email sent by my colleague, Claire Prestel to Defendant's counsel on June 1, 2007.

1  4. Attached hereto as Exhibit K is the Amended Scheduling Order issued by this Court
2  on May 29, 2007.

3  I declare under penalty of perjury that the foregoing is true and correct. Executed on June 1,
4  2007, at San Francisco, California.

_____
LINDA LYE