## ALTSHULER BERZON LLP

### ATTORNEYS AT LAW

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

STUART C. NAIFEH
FELLOW

May 31, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re:     *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*,
          U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

    We write *again* in regard to implementation of the TRO with respect to the training session for the newly-hired pilot class that began this past Monday, May 28, 2007. We have learned that SkyWest has not yet placed Plaintiff Skywest Pilots ALPA Organizing Committee ("OC") on the training session agenda for June 1, 2007.

    Earlier today, Plaintiff Steve Dow spoke to Shane Lossee about timing and equipment in connection with the OC's apperance at the training session tomorrow, June 1. Captain Lossee advised Captain Dow that the OC is not on the agenda. Captain Lossee stated that David Faddis, Director of Training, had instructed Captain Lossee that he was not authorized to let the OC make a presentation at the training session, and that any such request to do so should be directed to Mr. Emerson.

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
May 31, 2007
Page 2


On behalf of Captain Dow and the other Plaintiffs in this case, we have repeatedly contacted you about the OC's presentation to the training session. Captain Dow and Captain Phil Alford will be at the training session tomorrow, June 1, 2007 at 1 pm. Captain Dow has already advised Captain Lossee that the OC is available to make a presentation anytime, starting between 11 am and 2 pm. If 1 pm presents an impossible conflict, please contact us this afternoon, and we would be happy to discuss scheduling issues within this 11 am to 2 pm window. Otherwise, Captains Dow and Alford will be prepared to make their presentation at 1 pm.

As you are well aware, should SkyWest fail to allow the OC to make a presentation tomorrow, it will be in violation of the TRO and we will move for contempt.


Sincerely,

Linda Lye


cc:    Elizabeth Ginsburg
       Stephen P. Berzon
       Claire P. Prestel