**Linda Lye**

| | |
|---|---|
| **From:** | Claire Prestel |
| **Sent:** | Friday, June 01, 2007 4:35 PM |
| **To:** | 'rspagat@winston.com'; 'dhall@fordharrison.com' |
| **Cc:** | 'temerson@skywest.com'; Stephen P. Berzon; Linda Lye |
| **Subject:** | SkyWest - briefing schedule |

Dear Mr. Spagat,

SkyWest's initial opposition to Plaintiffs' application for order to show cause re: contempt contains a misstatement with respect to the briefing schedule. The Court amended its scheduling order on May 30, 2007 to make clear that no additional opposition to Plaintiffs' motion for preliminary injunction may be filed (and, accordingly, shortened the time for Plaintiffs to file their reply). *See* Doc. No. 66 (amending scheduling order to delete opportunity for SkyWest to file opposition by Friday, June 1; stating that Defendant's opposition had already been filed; shortening time for Plaintiffs' reply). Defendant has already filed a lengthy opposition with numerous supporting declarations.

The Court's order is clear: SkyWest's opposition has already been filed, and SkyWest has no right to file additional opposition papers.

Claire Prestel


ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
www.altshulerberzon.com

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

6/1/2007