IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA, et al., | No. C 07-02688 CRB |
| Plaintiffs, | **AMENDED SCHEDULING ORDER** |
| v. | |
| SKYWEST AIRLINES, INC., | |
| Defendant. | |

The Court hereby amends the briefing and hearing schedule set forth in its previous order as follows. As to Defendant's Motion to Transfer Venue, the briefing and hearing schedule shall remain the same. As to Plaintiffs' Motion for a Preliminary Injunction, Defendant has already filed its opposition. The Court hereby ORDERS Plaintiffs to file their reply not later than **Wednesday, June 6, 2007, at 5:00 p.m.** The hearing on this motion shall take place on **Monday, June 11, 2007, at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: May 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2688\order2.wpd