Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202.719.2065
Facsimile:   202.719.2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>Place:   Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer<br><br>Action Filed: May 22, 2007<br><br>Motion to Transfer Hearing: June 5, 2007<br>Preliminary Injunction Hearing: June 7, 2007 |

Having considered Plaintiffs' Application for Order to Show Cause Re: Contempt and Defendant SkyWest Airlines, Inc.'s Opposition thereto and finding good cause therefore, Plaintiffs' Application for Order to Show Cause Re: Contempt is DENIED.

Dated: _____

_____
Hon. Charles R. Breyer
U.S. District Judge

SF:173882.1

[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT, CASE NO. C 07-2688 CRB

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894