# EXHIBIT E

## ALTSHULER BERZON LLP
### ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

June 1, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re: *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*, U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

I write in response to your letter of June 1, 2007 regarding the release of Captain Phil Alford. Captain Alford must be released from *all* flight duty on June 6, 2007 so he can prepare for the hearing. It is unacceptable to keep Captain Alford on duty for his first flight for that day, which, as you acknowledge, does not have him arrive in Salt Lake until 3:49 pm. The earliest flight to San Francisco after that time does not arrive at San Francisco until after the close of business, at 7:28 pm. That would not provide Captain Alford with sufficient time to prepare for the hearing the next morning. Releasing Captain Alford for all of flights on June 6, 2007 is consistent with SkyWest's commitment to Judge Breyer to release pilots so they can prepare for the preliminary injunction hearing (5/24/07 Transcript at p. 48).

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
June 3, 2007
Page 2

      We emphasize that June 6, 2007 is the *only* day for which Captain Alford needs to be or has been released in connection with this case. SkyWest has not previously released Captain Alford from any duty in connection with this case, because he was not scheduled for duty on the afternoon of May 30 or May 31, 2007, the original date of the preliminary injunction hearing. In addition, your June 1, 2007 letter states that Captain Alford has been released from all duties on June 7, however, he was not previously scheduled for any duty that day.

      Please confirm by noon PDT on June 4, 2007 that Captain Alford will be released from all flight or reserve duty on June 6, 2007. Thank you for your cooperation.

Sincerely,

Linda Lye

cc:    Elizabeth Ginsburg
       Stephen P. Berzon
       Claire P. Prestel