# EXHIBIT G

Forum: SkyWest Pilot Forum
Subject: ALPA sues Skywest
Posted By: Scott Brochhausen

Message: QUOTE: ----- Originally posted by Andy Bharath:
Our members and supporters were threatened with disciplinary actions for wearing ALPA logo lanyards. We continue to see many pilots wearing logo lanyards and uniform pieces inconsistent with company policy today. These pilots are not reprimanded. ----- You are angry that pilots are being asked to comply with our uniform policy?

QUOTE: ----- We've put up flyers that contain information about open house events and meeting dates... These flyers are ripped off the many bulletin boards throughout our system. ----- Hint: it's not SkyWest management removing these. I don't condone it, just stating a fact. It will continue with or without your lawsuit. (Or is ALPA going to start suing crewmembers who remove their propaganda?)

QUOTE: ----- Certain SAPA reps visit new hires in training and propagate inaccurate information about ALPA ----- I've had numerous new hire first officers comment to me that ALPA representatives have coerced them into signing cards while they attempted to get to their rooms in the Candlewood. And that the only way to stop the ALPA reps from hounding them constantly was to give in and sign a card.

Random thoughts:

 - Telling pilots that signing a card is simply a "request for more information" is entirely disgraceful.

 - This lawsuit pretty much ends Skywest ALPA's promise to "promote a positive atmosphere and a constructive labor relations environment."

 - Ten Things Every Pilot Should Know About Scope
(http://www.rjdefense.com/2003/10_Things_About_Scope.pdf)

 - Over 300 ASA and Comair pilots have filed a lawsuit against ALPA. Why?
QUOTE: ----- When ALPA supports and otherwise permits the use of funds

1

for the efforts of the Delta pilots to unilaterally impose a wide array
of restrictions on the type, number, and operation of ASA's aircraft,
the union creates an irreconcilable conflict of interest and violates
its obligations to the ASA pilots. Particularly egregious is ALPA's
contention that the Delta pilot leadership is free to impose any
restrictions it wishes on the ASA pilots, up to and including terms that
could force the downsizing of ASA and the unwarranted furlough of its
pilots. ----- Read about this ongoing lawsuit here.
(http://www.rjdefense.com/legal_info.htm)

 - I have contacted ALPA three times in an attempt to get off their
mailing list, and have been unsuccessful.  If they can't honor that
simple request, how can I trust them to represent me in contract
negotiations?

 - Why the desperation?  Is there a single SkyWest pilot that does NOT
know where to find ALPA info?

 - Because of SAPA's "terrible" quality of life negotiation skills, I
only have 24 of the next 35 days off.  I just don't have the time to
post here.

 - Monster truck jams ARE cool...

Sororily,
Scott
RJ Defense Coalition (http://www.rjdefense.com)

View Topic @:
http://www.crewforums.com/forums/ubb/ultimatebb.php?ubb=get_topic;f=1;t=
003045;p=#000033

2