Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**DECLARATION OF MICHEL HUBER IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO SKYWEST AIRLINES, INC.'S MOTION TO TRANSFER**<br><br>Date: June 5, 2007<br>Time: 3:00 p.m.<br>Ctrm: 8, 19th Floor<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

1

DECLARATION OF MICHAEL HUBER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER
CASE NO. C 07-2688 CRB

I, Michael Huber, declare as follows:

1. I reside in Fresno, California. I am employed by SkyWest Airlines, Inc. ("SkyWest"), in the position of Chief Pilot, Fresno. I am domiciled for purposes of my employment with SkyWest in Fresno, California. I base this declaration on my personal knowledge. If called upon to testify to the facts contained in this declaration, I could and would do so competently.

2. My responsibilities as Chief Pilot, Fresno, include overseeing the small reserve base that SkyWest has in San Francisco, California.

3. I am the only representative of SkyWest management who regularly visits San Francisco airport. I visit the San Francisco Airport once a week, on Fridays. I spend less than four hours there per visit on average.

4. I have never seen a posting written by, or advocating for, the Airline Pilots Association ("ALPA") anywhere in the San Francisco Airport.

5. I have never removed any posting written by, or advocating for, ALPA from any bulletin board, crew lounge, employee mailbox, or any other location in the San Francisco airport.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and this declaration was executed this 4th day of June, 2007, in Fresno, California.

_____
Michael Huber