STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:    (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:    (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>     Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>     Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD** |

In violation of this Court's order at the May 24, 2007 hearing, Defendant has refused to release Captain Phil Alford, a plaintiff and witness at the June 7, 2007 preliminary injunction hearing in this matter, so that he can prepare for the hearing on June 6, 2007.  Plaintiffs seek relief from this Court only as a matter of last resort and request that Captain Alford be released from all of his flight duties on June 6, 2007, the day before the hearing.

At the May 24, 2007 hearing on Defendant's motion to dissolve the TRO, the Court requested that Defendant "make all necessary accommodations to release these pilots so that they can prepare for the hearing."  Decl. of Linda Lye ISO Motion to Release Plaintiff Phil Alford, Exh.

1. Defendant's counsel replied, " I will make it happen." *Id*. The Court indicated that Plaintiffs could request the release of up to *five* pilots. *Id.*

On May 25, 2007, Plaintiffs identified the witnesses it intended to call at the preliminary injunction hearing. Lye Decl. at ¶3 & Exh. 2. On May 31, 2007, this Court re-set the preliminary injunction hearing for June 7, 2007. *Id.*, Exh. 3.

The next day, June 1, 2007, Plaintiffs identified three pilots who were scheduled for duty on June 6 and/or 7, 2007 and requested that they be released. *Id.* ¶ 5 & Exh. 4. This is two less than the five pilots to which it was authorized to have released. One of those three pilots was Captain Phil Alford, a plaintiff in this action, who is currently scheduled to fly on June 6, 2007. Captain Alford is not scheduled to fly on June 7, 2007, and so Plaintiffs' request was that SkyWest release Captain Alford for only a single day in connection with this case. SkyWest has not previously released Captain Alford from any duty in connection with this case. *Id.* ¶6.

Defendant responded that it would not release Captain Alford from his flight duties until 3:49 pm in Salt Lake City, UT on June 6, 2007. *Id.*, ¶7 & Exh. 5. On June 3 and 4, 2007, Plaintiffs requested that Defendant release Captain Alford from all of his flight duties on June 6, 2007 because the earliest flight that Captain Alford could take after 3:49 pm from Salt Lake would have him arrive at San Francisco International Airport at 7:28 pm, well after the close of business, the evening before the hearing. *Id.,* ¶¶ 9, 11 & Exhs. 6 & 8. On June 4, 2007, Defendant refused to release Captain Alford from his June 6, 2007 duties. *Id.* at ¶¶10-12 & Exh. 7.

Defendant contends that it does not have to release Captain Alford earlier on June 6, 2007 because he was in San Francisco on his own time last week. *Id.*, Exh. 7. Plaintiffs need to meet with Captain Alford on June 6, 2007 to prepare for the hearing the next day. Both parties will be presenting numerous witnesses at the one-day preliminary injunction hearing. Plaintiffs' counsel need to meet with Captain Alford the day before the hearing for witness preparation to ensure the efficient preparation of testimony at the hearing.

If Captain Alford is not released until late in the afternoon the day before the hearing, as SkyWest currently proposes, he will not be able to arrive in downtown San Francisco until late the evening before the preliminary injunction hearing. Plaintiffs therefore respectfully request that the

PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD, CASE No. C-07-2688 CRB         2

1 Court order SkyWest to release Captain Alford from all duties on June 6, 2007 for witness
2 preparation, as the Court's May 24, 2007 order requires.
3 Dated: June 4, 2007                Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:  \s\Stephen P. Berzon
        Stephen P. Berzon

Attorneys for Plaintiffs