STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD** |

DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD , CASE No. C-07-2688 CRB

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of proceedings before this Court on May 24, 2007.

3. On May 25, 2007, Plaintiffs identified the witnesses they intended to call at the preliminary injunction hearing. Attached as Exhibit 2 is a true and correct copy of a letter I sent to counsel for SkyWest on May 25, 2007 identifying those witnesses.

4. On May 31, 2007, the Court re-set the hearing on Plaintiffs' motion for a preliminary injunction for June 7, 2007. Attached as Exhibit 3 is a true and correct copy of the Court's May 31, 2007 order re-setting the hearing.

5. The next day, on June 1, 2007, Plaintiffs identified three pilots who were scheduled for duty on June 6 and/or 7, 2007 and requested that they be released. A true and correct copy of the letter Plaintiffs sent to SkyWest in this regard is attached as Exhibit 4.

6. One of the three pilots identified by Plaintiffs in their June 1, 2007 letter is Captain Phil Alford. Captain Alford is currently scheduled to fly on June 6, 2007, but is not scheduled to fly on June 7, 2007. SkyWest has not previously released Captain Alford from any duty in connection with this case. Plaintiffs' request was therefore that SkyWest release Captain Alford for only a single day (June 6, 2007) in connection with this case.

7. On June 1, 2007 Defendant responded that it would not release Captain Alford from his flight duties until 3:49 pm in Salt Lake City, UT on June 6, 2007. A true and correct copy of Defendant's letter in this regard is attached as Exhibit 5.

8. On June 3, 2007, I check travel websites and learned that the earliest flight from Salt Lake City to San Francisco that departs after 3:49 pm on June 6, 2007 does not arrive at San Francisco International Airport until 7:28 pm.

9. On June 3, 2007, Plaintiff wrote to SkyWest and requested that Captain Alford be released from all of his duties on June 6, 2007 because if he is not released until 3:49 pm, he will not be able to arrive in San Francisco until the evening before the preliminary injunction hearing. A true and correct copy of Plaintiffs' letter in this regard is attached as Exhibit 6.

DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD , CASE No. C-07-2688 CRB                                                                              1

10. On June 4, 2007, Defendant responded that it would not release Captain Alford any earlier in the day on June 6, 2007. A true and correct copy of Defendant's letter in this regard is attached as Exhibit 7.

11. On June 4, 2007, Plaintiffs once again requested that SkyWest release Captain Alford from all his duties on June 6, 2007 so that he can prepare for the June 7 hearing the next day. Plaintiffs requested confirmation from Defendant that it would release Captain Alford by noon today. A true and correct copy of Plaintiffs' letter in this regard is attached as Exhibit 8.

12. As of noon today, June 4, 2007, Plaintiffs have not received a response.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2007 at San Francisco, California.

_____
LINDA LYE