070524.txt

Pages  1 - 50

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER

SKYWEST PILOTS ALPA ORGANIZING   )
COMMITTEE, et al.,               )
                                 )
         Plaintiffs,             )
                                 )
  vs.                            ) NO. C 07-2688 CRB
                                 )
SKYWEST AIRLINES, INC.,          )
                                 ) San Francisco, California
         Defendant.              ) Thursday
                                 ) May 24, 2007
                                 ) 8:38 a.m.

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:        Altshuler Berzon, LLP
                       177 Post Street, Suite 300
                       San Francisco, California  94108
                  BY:  Stephen P. Berzon, Esquire
                       Linda Lye, Attorney at Law
                       Claire P. Prestel, Attorney at Law

                       Air Line Pilots Association, Int'l
                       1625 Massachusetts Avenue, N.W.
                       Washington, DC 20036
                  BY:  Elizabeth Ginsburg, Managing Attorney

(Appearances continued on next page)

Reported By:   Katherine A. Powell, CSR #5812, RPR, CRR
               Official Reporter - U.S. District Court

Appearances continued:

                                                        2

1  For Defendant:       Reed Smith, LLP
                        Two Embarcadero Center, Suite 2000
2                       San Francisco, California  94111
                   BY:  Douglas Riegelhuth, Esquire
3
                        Ford & Harrison LLP
4                       Suite 700
                        1300 Nineteenth Street, N.W.

Page 1

```
                           070524.txt
                      Washington, DC 20036
 5                    (Appearing by telephone)
 6               BY:  Douglas W. Hall, Esquire

 7
                      SkyWest Airlines
 8                    444 South River Road
                      St. George, Utah  84790
 9                    (Appearing by telephone)
                 BY:  Patricia T. Stambelos, General Counsel
10                    Todd Emerson, General Counsel
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                              3

 1                    P R O C E E D I N G S
 2   MAY 24, 2007                                     8:38 A.M.
 3           THE CLERK:  Calling case C 07-2688, SkyWest Pilots
 4   ALPA Organizing versus SkyWest Airlines.
 5           Appearances, Counsel.
 6           MR. BERZON:  Yes, Stephen Berzon with Linda Lye and
 7   Claire Prestel and Elizabeth Ginsburg for plaintiffs, Your
 8   Honor.
 9           THE COURT:  Good morning.
10           MR. RIEGELHUTH:  Yes, good morning, Your Honor.
                              Page 2
```

070524.txt

21        THE COURT: You wouldn't have a problem with that,
22 would you, SkyWest?
23        MS. STAMBELOS: Certainly, we wouldn't have a
24 problem. But, yes, that's nine pilots. And that's significant
25 if we have to find nine pilots to replace those nine pilots.

46

1 We will make our best effort.
2        MR. BERZON: Best effort.
3        THE COURT: Here is what I would suggest. I don't
4 know. Do we need nine pilots to testify? Why can't five
5 suffice? You're not going to convince me of a particular
6 proposition because nine people rather than five people say the
7 same thing.
8        MR. BERZON: I mean, there are 2700 pilots. I don't
9 know -- I can't make that judgment yet. If we don't need nine,
10 we won't do it.
11        THE COURT: No, it's not going to work that way.
12 Here's the way it's going to work, because I have a vested
13 interest in this.
14        I will permit you to call five pilots, all right.
15 Please advise SkyWest by the close of business Friday -- you
16 can do that, can't you?
17        MR. BERZON: Yes.
18        THE COURT: -- close of business Friday the identity
19 of the pilots you want.
20        And, please, SkyWest, make all necessary
21 accommodations to release these pilots so that they can prepare
22 for the hearing. Okay.
23        MR. BERZON: Thank you, Your Honor.
24        THE COURT: Is that okay with SkyWest?
25        MS. STAMBELOS: I will make it happen.

47