STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:  (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> [~~PROPOSED~~] ORDER RESETTING HEARING ON PRELIMINARY INJUNCTION |

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction shall be heard on Thursday, June 7, 2007 at 9:30 a.m.

Date: __May 31, 2007__

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER RESETTING HEARING ON PRELIMINARY INJUNCTION, CASE No. C-07-2688 CRB    1