**ALTSHULER BERZON LLP**

ATTORNEYS AT LAW

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108

(415) 421-7151

FAX (415) 362-8064

www.altshulerberzon.com

STUART C. NAIFEH
FELLOW

June 1, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re:    *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*,
        U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

We write in regard to the release of pilots who will be testifying at the June 7, 2007 hearing. In my letter of May 25, 2007, we previously identified the witnesses whom Plaintiffs will call. We need to have our witnesses available on June 6 and 7, 2007 so that they can prepare for *and* attend the hearing. Only three of our pilot witnesses are scheduled during this period, and we expect your cooperation in making them available.

In your letter of May 30, 2007, you expressed the view that SkyWest has no obligation to release pilots for hearing preparation. SkyWest already committed on the record in open court to releasing witnesses for preparation, and not solely hearing attendance. At the May 24, 2007 hearing, Judge Breyer stated: "And please, SkyWest, make all necessary accommodations to

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
June 1, 2007
Page 2

release these pilots *so that they can prepare for the hearing*." Ms. Stambelos responded: "I will make it happen." May 24, 2007 Hearing Transcript at 47 (emphasis added).

We need the following individuals released:

1)    Tracy Shrier is scheduled for simulator training on June 6 and 7, 2007. He needs to be released and promptly re-scheduled for simulator training so that he does not become non-current. Any failure by SkyWest to re-schedule Captain Shrier promptly for simulator training, resulting in his becoming non-current, would amount to retaliation against Captain Shrier for bringing and participating in this litigation.

      SkyWest has not previously released Captain Shrier from any duty in connection with this matter. As you acknowledged in your letter of May 30, 2007, SkyWest scheduled him for May 31, 2007. That letter also stated that you "agreed" not to schedule him for May 30, 2007, but he was not previously scheduled for any duty on May 30, 2007. As a result, we expect that SkyWest will release Captain Shrier on June 6, 2007 so that he can prepare and on June 7, 2007 so that he can attend the hearing.

2)    Steve Kanuch is scheduled for flight duty on June 7, 2007. He needs to be released from duty so that he can testify.

3)    Phil Alford is scheduled to fly on June 6, 2007. He is not scheduled to fly on Thursday, June 7. He needs to be released from his June 6, 2007 duty.

      Our remaining witnesses are not scheduled for duty on June 6 or 7, 2007. We expect of course that any of our witnesses who are not currently scheduled to work will not suddenly be assigned to duty during this period by SkyWest. For example, any junior manning should remain purely voluntary so that pilots are not penalized in any way should they decline to come in.

Sincerely,

Linda Lye

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
June 1, 2007
Page 3


cc:    Elizabeth Ginsburg
       Stephen P. Berzon
       Claire P. Prestel