

<u>VIA FACSIMILE (415) 362-8064 AND ELECTRONIC MAIL</u>

June 1, 2007

Linda Lye
Altshuler Berzon
177 Post Street, Suite 300
San Francisco, CA 94108

Dear Ms. Lye,

In advance of your requests and in anticipation of the June 7 hearing, SkyWest has taken the following actions:

1. Tracy Shrier has been released for June 6 and 7. He will be scheduled for the next available class.

2. Steven Kanuch has been released of all duties on June 7.

3. Phil Alford has been released from all duties on June 7. His June 6 schedule has him starting his day in Minneapolis. His first flight has him arriving in Salt Lake City at 3:49pm. We have released him from the next two flights he was supposed to operate so that he can continue on to San Francisco. This will give him ample time and flight choices to arrive in advance of the hearing the following day. As you know, Mr. Alford was in San Francisco this week and had the opportunity to prepare with you on Wednesday and Thursday.

Your warnings that SkyWest should not retaliate against Captain Shrier by delaying his training and should not compel the witnesses to work when they are scheduled to testify are unneeded. We see no reason to unnecessarily lower the discourse between counsel.

Sincerely,

Todd Emerson
General Counsel

*444 South River Road*

*St. George, Utah 84790*

*435.634.3000*

*www.skywest.com*