

<u>VIA FACSIMILE (415) 362-8064 AND ELECTRONIC MAIL</u>

June 4, 2007

Linda Lye
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Dear Ms. Lye,

Is it your contention that you have not met with Phil Alford since the TRO hearing on May 24?

This demand that we release Captain Alford is yet another instance of abuse of process. Phil Alford, who neither lives nor is domiciled in San Francisco, was in San Francisco <u>last Thursday</u> presumably to meet with counsel. We know this because he was standing by for the flight back to Salt Lake City on the evening of the 31st and then operated the flight himself when the scheduled Captain became ill. This underlines the importance of having every pilot and reserve available as crew illnesses happen every day.

As I review his schedule, I note that Phil Alford has been off work since 10:30 a.m. on May 23, and has had full days off on the 24th, 25th, 26th, 30th, 31st and June 1 and June 2. Your client has had *eight free days* to prepare with you since the time you obtained the TRO *thirteen days ago*. Even so, we are removing him from most of his schedule on June 6 so that he can be in San Francisco well in advance of the hearing on June 7.

Your demands are unreasonable and demonstrate a pattern of using the process of litigation as a disruptive weapon against SkyWest operations. We will not release Phil Alford from any additional flights on June 5th or June 6th and risk further disruption to our system.

Sincerely,

Todd Emerson
General Counsel

*444 South River Road*
*St. George, Utah 84790*
*435.634.3000*
*www.skywest.com*