FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

STUART C. NAIFEH
FELLOW

June 4, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re: *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*, U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

We are disappointed that you have been unwilling to cooperate with us and comply with the Court's order in releasing Captain Alford from all of his flight duty on June 6, 2007. As previously set forth in my letter of June 3 (inadvertently dated on the first page June 1), you are not releasing Captain Alford until much too late in the afternoon the day before the hearing. The earliest Captain Alford could arrive at San Francisco International Airport is 7:28 pm, well after the close of business. As you know, the Court required and SkyWest committed on the record, in open court, to releasing pilots so that they can prepare for the hearing. (5/24/07 Tr. at 47.) "Releasing" Captain Alford so that he can only arrive in San Francisco late the evening before the hearing is not compliance with the Court's order.

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
June 4, 2007
Page 2

The bottom line is that we need to meet with Captain Alford during business hours on June 6, 2007 in order to ensure an orderly, efficient hearing with numerous witnesses on both sides the next day. And the Court's order gives us the right to do so.

Since Captain Alford is not working on June 7, and because SkyWest did not release Captain Alford from any duty in connection with the original preliminary injunction hearing date, June 6 is the *only* day for which SkyWest will be releasing Captain Alford in connection with this case.

We trust that you will comply with the Court's order as we would prefer not to trouble the Court with this matter. But we will have no choice but to do so, if SkyWest does not release Captain Alford so we can adequately prepare. Please confirm by noon PDT today that you will be releasing Captain Alford.

Sincerely,

Linda Lye

cc:   Elizabeth Ginsburg
      Stephen P. Berzon
      Claire P. Prestel