1  Douglas W. Hall (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
2  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
3  Telephone:    202.719.2065
   Facsimile:    202.719.2077
4  Email: dhall@fordharrison.com

5  Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA 94111-5894
7  Telephone:    415-591-1000
   Facsimile:    415-591-1400
8  Email: rspagat@winston.com

9  Attorneys for Defendant
   SKYWEST AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**DEFENDANT SKYWEST'S INITIAL OPPOSITION TO PLAINTIFFS' MOTION TO REQUIRE IT TO RELEASE PLAINTIFF PHIL ALFORD**<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 8, 19th Floor<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

1DEFENDANT SKYWEST'S INITIAL OPPOSITION TO PLAINTIFFS' MOTION TO REQUIRE IT TO RELEASE PLAINTIFF PHIL ALFORD, CASE NO. C 07-2688 CRB

SF:173933.1

Since this action was filed on May 22, 2007, Phil Alford – the subject of Plaintiffs' newest motion – has been off eight of the thirteen intervening days. Plaintiffs do not dispute that during that time, Mr. Alford – who is domiciled and lives in Salt Lake City – was in San Francisco last week. *See* Motion to Require SkyWest to Release Plaintiff Phil Alford at 2. Plaintiffs intentionally fail to disclosed to the Court whether they have spent any time preparing Mr. Alford while he was here because they undoubtedly did so. Indeed Plaintiffs' lawyers advised SkyWest not to schedule him during this period. Alford thus already has met with counsel and has been prepared. Nonetheless, Plaintiffs are unwilling to accept SkyWest's compromise to provide him later in the day than they would like, so that its operations are not disrupted. SkyWest is unscheduling every other witness that Plaintiffs have requested.

Plaintiffs' interpretation of the May 24, 2007 hearing is wrong. The Court did not issue an order requiring SkyWest to clear the flight schedules of all Plaintiffs' witnesses so that each witness has time to spend a day traveling to the Northern District of California, a day preparing with Plaintiffs' counsel in the Northern District of California and a day to attend the preliminary injunction hearing (as well as a day to travel home). The Court certainly did not order that SkyWest unschedule pilots who already met with plaintiffs' attorney to prepare so that they could prepare again. To the extent there is any ambiguity in the hearing transcript, as set forth in the Declaration of Jay Oyler in Support of Defendant's Reply to Plaintiffs' Opposition to SkyWest Airlines, Inc.'s Motion to Transfer (doc 108), re-assigning scheduled trips is especially burdensome and, therefore, the hearing transcript should be interpreted to require Plaintiffs' witnesses to prepare with counsel on their own time.

This frivolous motion is Plaintiffs' fifth "emergency" motion in the last four court days. It is an abuse of process for Plaintiffs to continue filing such motions. At no point in this litigation have

///
///
///
///

1 DEFENDANT SKYWEST'S INITIAL OPPOSITION TO PLAINTIFFS' MOTION TO REQUIRE IT TO RELEASE PLAINTIFF PHIL ALFORD, CASE NO. C 07-2688 CRB

SF:173933.1

Plaintiffs ever compromised on any issue, no matter how small. Not once. Their abusive litigation tactics should be stopped. Now. SkyWest respectfully requests that the Court deny Plaintiffs' latest "emergency" motion.

Dated: June 4, 2007                                    WINSTON & STRAWN LLP

By: _____
    Robert Spagat

Attorneys for Defendant
SKYWEST AIRLINES, INC.

2
DEFENDANT SKYWEST'S INITIAL OPPOSITION TO PLAINTIFFS' MOTION TO REQUIRE IT TO RELEASE PLAINTIFF PHIL ALFORD, CASE NO. C 07-2688 CRB

SF:173933.1