STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>    Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD** |

    Defendant's refusal to release Captain Phil Alford until approximately one hour before the close of business the day before the preliminary injunction hearing in this matter is unreasonable and inconsistent with its representation to the Court on May 24, 2007 that it would "make all necessary accommodations to release these pilots so that they can prepare for the hearing." Decl. of Linda Lye ISO Plaintiffs Motion to Require SkyWest To Release Phil Alford, Exh. 1.

    During the period that Captain Alford was previously in San Francisco last week, on his own time, Plaintiffs' counsel did not have sufficient time to complete his preparation for the preliminary injunction hearing. For that reason, Plaintiffs made arrangements to see Captain Alford on June 6

1  and made its request to the Company to release him for that one day.

2  Defendant implies in its Opposition that Plaintiffs are requesting the release of pilots for four days. Def's Opp. (Doc. No. 112) at 1:12-15). Plaintiffs have requested that Captain Alford be released for a *single* day. (Captain Alford is not scheduled to work on the day of the hearing and has not previously been released in connection with this case.) Even if no travel were involved, Defendant's "willingness" to release Captain Alford only at 3:49 pm on June 6, the day before the hearing, would be unreasonable.

Even more troubling, Defendant accuses Plaintiffs of engaging in abusive litigation tactics, in its opposition brief and in a letter that was never sent to Plaintiffs' counsel. *See* Decl. of Robert Spagat ISO Deft's Initial Opp. to Require It to Release Plaintiff Phil Alford (Doc. No. 113) Exh. A. All of Plaintiffs's motions have pertained either to Defendant's non-compliance with the TRO or to the June 7, 2007 preliminary injunction hearing. All of these motions have been both necessary and reasonable, and in several cases were simply requests to comply with a court order. It has been Defendant's intransigence that has forced Plaintiffs to seek relief from this Court.

For the foregoing reasons and those set forth in Plaintiffs' opening brief, Plaintiffs' Motion To Require SkyWest To Release Plaintiff Phil Alford should be granted.

Dated: June 4, 2007         Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by: \s\Stephen P. Berzon
    Stephen P. Berzon

Attorneys for Plaintiffs