1  Douglas W. Hall (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
2  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
3  Telephone:   202.719.2065
   Facsimile:   202.719.2077
4  Email: dhall@fordharrison.com

5  Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA 94111-5894
7  Telephone:   415-591-1000
   Facsimile:   415-591-1400
8  Email: rspagat@winston.com

9  Attorneys for Defendant
   SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD** <br><br> Place:   Courtroom 8, 19th Floor <br> Action Filed: May 22, 2007 |

Having considered Plaintiffs' Motion To Require SkyWest to Release Plaintiff Phil Alford, Defendant SkyWest's Initial Opposition to that motion as well as the Declaration of Jay Oyler in Support of Defendant's Reply to Plaintiffs' Opposition to SkyWest Airline, Inc.'s Motion to Transfer and finding good cause therefore, Plaintiffs' Motion To Require SkyWest to Release Plaintiff Phil Alford is DENIED.

Dated: _____

Hon. Charles R. Breyer
U.S. District Judge

SF:173935.1

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO
REQUIRE SKYWEST TO RELEASE PLAINTIFF PHIL ALFORD - CASE NO.  C 07-2688 CRB