STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**CORRECTED DECLARATION OF CLAIRE PRESTEL IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br>**(Signature Line Corrected)** |

DECL. OF CLAIRE PRESTEL IN OPP. TO DEFT'S MOT. TO TRANSFER VENUE, CASE No. C-07-2688 CRB

I, Claire Prestel, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case. I make this declaration based on my own personal knowledge, except as specifically stated herein. If called upon to testify as to the matters within my personal knowledge, I could and would testify competently thereto.

2. Plaintiffs' complaint names nine individual pilot Plaintiffs. Four of the nine reside in California – more than in any other single state: (1) Plaintiff Frank Bowlin lives in this judicial district, in Aptos, California; (2) Plaintiff David Boehm lives in Placentia, California; (3) Plaintiff Diletta Martirano lives in Del Mar, California; and (4) Plaintiff Andy Bharath lives in Newport Beach, California. Only one of the nine individual pilot Plaintiffs lives in Utah: (5) Plaintiff Tracy Shrier. I am informed and believe that the remaining four Plaintiffs are scattered in various states: (6) Plaintiff Steve Dow lives in Monument, Colorado; (7) Plaintiff Riad Mansur lives in Chicago, Illinois; (8) Plaintiff Charles "Phil" Alford lives in Rexburg, Idaho; and (9) Plaintiff Marc Johnson lives in Chicago, Illinois.

3. In a letter sent to Defendant's counsel on May 25, 2007, Plaintiffs identified seven witnesses they intend to call during the preliminary injunction evidentiary hearing, including five pilot Plaintiffs. A true and correct copy of Plaintiffs' May 25, 2007 letter is attached hereto as Exhibit A.

4. Two of Plaintiffs' witnesses reside in California – more than in any other single state: (1) Andy Bharath lives in Newport Beach, California; (2) David Boehm lives in Placentia, California. Plaintiffs' other witnesses are scattered in various states: (3) Steve Dow lives in Monument, Colorado; (4) Tracy Shrier lives in Salt Lake City, Utah; (5) Phil Alford lives in Rexburg, Idaho; (6) Steve Kanuch lives in Belgrade, Montana; and (7) Jeff MacDonald lives in Maryland.

5. Although Defendant contends that Steve Kanuch resides in Utah, Defendant does not cite any evidence to support this claim, and I am informed and believe that Captain Kanuch resides in Belgrade, Montana. On Thursday, May 31, 2007, I also conducted an online White Pages search for Captain Kanuch and found his address listed in Belgrade, Montana. A true and correct copy of

1  the online White Pages entry for Captain Kanuch is attached hereto as Exhibit B.

2        6.     SkyWest identifies on its website 16 crew domicile cities, including 9 in California –
3  far more than in any other single state. The crew domicile cities are: Chicago, Colorado Springs,
4  Denver, Fresno, Los Angles, Palm Springs, Salt Lake City, San Diego, San Francisco, Tucson,
5  Milwaukee, and Kansas City. Attached as Exhibit C are true and correct copies of print-outs from
6  SkyWest's web site, including fact sheets listing crew domiciles and a current route map.

7        7.     SkyWest's web site identifies 8 airline hubs, including 2 in California – more than in
8  any other single state. SkyWest's hubs are: Chicago O'Hare, Los Angeles, San Francisco, Portland,
9  Denver, Salt Lake City, Milwaukee, and Kansas City. *See* Ex. C ("current fact sheet").

10      8.     SkyWest's web site states that the airline flies 114 daily departures from SFO. *See*
11 Ex. C ("current fact sheet"). SkyWest also states that it flies 142 daily departures from LAX, for a
12 total of at least 256 daily departures from California airports (though the true figure is likely to be
13 much higher, because SkyWest also flies from Oakland, San Jose, Monterey, Fresno, *etc.*, *see* Ex. C
14 ("current route system")).

15      9.     By comparison, SkyWest's Current Route System shows that the airline flies from
16 two cities in Utah – Salt Lake and St. George. SkyWest states that it flies 218 daily departures from
17 Salt Lake City. *See* Ex. C ("current fact sheet"). On Thursday, May 31, 2007, I visited the web site
18 of the St. George, Utah airport. The website shows 10 daily departures. Thus, the total daily
19 departures from Utah are 228 (218 from Salt Lake and 10 from St. George) – fewer than from
20 California on a daily basis. A true and correct copy of the print-out from the St. George Airport is
21 attached hereto as Exhibit D.

22      10.    SkyWest identifies 12 maintenance bases on its web site, including 5 in California –
23 more than in any other state. The maintenance base cities are: Chicago, Colorado Springs, Denver,
24 Fresno, Los Angeles, Palm Springs, Salt Lake City, San Diego, San Francisco, Tucson, Milwaukee,
25 and Kansas City. *See* Ex. C ("current fact sheet").

26      11.    SkyWest's current route map shows that the airline flies into or out of 26 California
27 airports – more than any other state. The California airports include: Crescent City, Eureka/Arcata,
28 Redding, Chico, Sacramento, Oakland, San Francisco, San Jose, Modesto, Monterey, Fresno, San

DECL. OF CLAIRE PRESTEL IN OPP. TO DEFT'S MOT. TO TRANSFER VENUE, CASE No. C-07-2688 CRB    2

1  Luis Obispo, Santa Maria, Santa Barbara, Oxnard, Los Angeles, Long Beach, Carlsbad, San Diego,
2  Imperial/El Centro, Orange County, Palm Springs, Ontario, Burbank, Bakersfield, Inyokern. *See*
3  Ex. C ("current route system").

4      12.    I am informed an believe that ALPA maintains a field office in San Francisco. On
5  Thursday, May 31, 2007, I visited ALPA's web site and printed information about the various pilot
6  groups ALPA represents. A true and correct copy of the print-outs of this information is attached
7  hereto as Exhibit E.

8      13.    The material attached as Exhibit E shows that ALPA represents more than 24,000
9  employees who work for airlines or companies with hubs, bases, or "gateway" cities in California,
10 including nearly 14,000 who work for airlines or companies with hubs, bases, or gateway cities in
11 this judicial district.

12     14.    SkyWest's website shows that the company is headquartered in St. George, Utah, not
13 in Salt Lake City. *See* Ex. C. Attached as Exhibit F are print-outs from an Internet mapping site
14 that show the travel distance from St. George, Utah to Salt Lake City, Utah, and from Dammeron
15 Valley, Utah to Salt Lake City, Utah. The trip from St. George to Salt Lake is listed as 303.1 miles.
16 The trip from Dammeron Valley to Salt Lake is listed as 316.8 miles.

17     15.    Attached as Exhibit G is a true and correct copy of a letter sent May 30, 2007 from
18 Plaintiffs' counsel to counsel for SkyWest. The letter reflects that several of Plaintiffs' pilot
19 witnesses were released by SkyWest to prepare for and participate in the originally scheduled June
20 1, 2007 evidentiary hearing.

21     16.    Attached as Exhibit H is a true and correct copy of a letter sent May 30, 2007 from
22 SkyWest's counsel to Plaintiffs' counsel. The letter reflects SkyWest's view that the company need
23 not release pilot witnesses for preparation.

24     I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4,
25 2007 at San Francisco, California.

                                                  CLAIRE PRESTEL