**ALTSHULER BERZON LLP**
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

May 25, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re:  *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*,
U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

Pursuant to Judge Breyer's instructions, please release the following five pilots from May 29 through 31, 2007:

    Steve Dow
    Andy Bharath
    Tracy Shrier
    Phil Alford
    Steve Kanuch

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
May 25, 2007
Page 2

As provided for by Judge Breyer, we intend to call five plaintiffs to testify about SkyWest's interference with their right to organize. They are: Steve Dow, Andy Bharath, Tracy Shrier, Phil Alford, and David Boehm. We do not need you to release Mr. Boehm as he is not scheduled to work during this period.

We also separately intend to call Mr. Steve Kanuch, as a representative of SAPA. We intend to present testimony to the court about SAPA and its relationship to the company.

We also intend to call Jeff MacDonald to testify about organizing campaigns.

Please provide us with your witness list and the subject of each witness' testimony by 10 am PDT on Tuesday May 29, 2007. Thank you for your cooperation.

Sincerely,

Linda Lye