# WhitePages.com



Print Screen | Back

**Search Information**
Displaying 1–1 of 1 result matching "S Kanuch, Belgrade, MT"

1 of 1  **KANUCH, STEVE & AMY**
750 Mockingbird Dr
Belgrade, MT 59714-8107
(406) 388-1329



Copyright © 1996-2007 WhitePages.com. All rights reserved.
Privacy Policy , Legal Notice and Terms under which this service is provided to you.




http://www.whitepages.com/10001/log_feature/print_friendly/search/Replay?search_id=10...   5/31/2007