317 S. DONLEE DR. | ST. GEORGE, UT 84770 | PHONE: (435) 634-5822 | FAX: (435) 634-5906 | AIRPORT@SGCITY.ORG
Airport Home | City of St. George

May 31, 2007

**SGU AIRPORT INFORMATION**
- AIRPORT HOME
- TERMINAL INFORMATION
- SAFETY & SECURITY
- MAPS / DIRECTIONS
- PILOT INFORMATION
- AIRPORT DOCUMENTS
- BUSINESS INFORMATION
- TRANSPORTATION & LODGING
- AREA ATTRACTIONS
- CONTACT INFORMATION

## WELCOME TO THE CITY OF ST. GEORGE AIRPORT — SGU

The St. George Municipal Airport is the aviation gateway to St. George and Southwestern Utah, located just two minutes from downtown St. George.

With Lake Mead to the south west, Lake Powell to the east and with several National Parks such as Zion's, Grand Canyon, Bryce Canyon, Canyon Lands, and Brianhead Ski Resort, flying into the St. George region shows the beauty that one would enjoy.

The Airport is served year round by Delta Airlines, connecting through Salt Lake City, Utah, and by United Airlines, connecting through Los Angeles, California, with SkyWest Airlines flying the Delta and United connections.

The St. George Municipal Airport also serves FedEx and UPS cargo carriers.

A full array of general aviation services are also available at the St. George Municipal Airport, including aircraft maintenance, flight instructions, fueling services, charter and scenic sightseeing trips.


CLICK TO ENLARGE

**NEW AIRPORT PROJECT INFORMATION**
- Municipal Airport Redevelopment Plan
- Replacement Airport EIS Information
- Airport Vicinity Land Use Plan

**AIRPORT NEWS**
2007-05-21 - Building Southern Utah's New Gateway
2007-04-01 - April 2007 News
2007-01-30 - 2007 Transportation Expo
2007-01-20 - January 2007 News
2006-12-01 - December 2006 News
2006-09-01 - September 2006 News
2006-08-01 - August 2006 News
2006-07-02 - July 2006 News

**FEATURED AIRLINES**



**DELTA / UNITED FLIGHT SCHEDULE**

Daily Flights
| Flight | Departs | Arrives | From/To |
|---|---|---|---|
| Delta3710 | 6:20am | | SGU/SLC |
| United5711 | 7:15am | | SGU/LAX |
| Delta3730 | 7:55am | | SGU/SLC |
| Delta3704 | | 8:40am | SLC/SGU |
| Delta3704 | 9:15am | | SGU/SLC |
| Delta3705 | | 11:19am | SLC/SGU |
| Delta3705 | 11:40am | | SGU/SLC |
| Delta3706 | | 12:29pm | SLC/SGU |
| Delta3706 | 1:00pm | | SGU/SLC |
| Delta3707 | | 2:48pm | SLC/SGU |
| Delta3707 | 3:03pm | | SGU/SLC |
| United5714 | | 4:06pm | LAX/SGU |
| Delta3731 | | 4:38pm | SLC/SGU |
| United5714 | 4:31pm | | SGU/LAX |
| Delta3731 | 5:05pm | | SGU/SLC |
| Delta3708 | | 6:08pm | SLC/SGU |
| Delta3708 | 6:50pm | | SGU/SLC |
| Delta3711 | | 8:38pm | SLC/SGU |
| Delta3713 | | 10:22pm | SLC/SGU |
| United5782 | | 11:15pm | LAX/SGU |

Flights: Sunday thru Friday
| Flight | Departs | Arrives | From/To |
|---|---|---|---|

There are no news items to display

Flights: Saturday
| Flight | Departs | Arrives | From/To |
|---|---|---|---|

There are no news items to display

**Current Route Flight Map**
Delta Connection / SkyWest — UNITED EXPRESS / SkyWest



Click to enlarge map

