# Directions to SALT LAKE CITY, UT

**YAHOO! LOCAL** Maps

Summary and Notes

| START | **A** | ST GEORGE, UT |
|---|---|---|
| FINISH | **B** | SALT LAKE CITY, UT |

**Total Distance: 303.1 miles, Total Time: 4 hours 24 mins (approx.)**

Add your notes here...

Distance

**A** **ST GEORGE, UT**

1. Starting in **ST GEORGE, UT** on **S 100 E** go toward **E 100 S**  — go **0.1** mi
2. Continue on **100 E**  — go **0.1** mi
3. Continue on **N 100 E**  — go **0.1** mi
4. Turn **R** on **E ST GEORGE BLVD(UT-34)**  — go **1.1** mi
5. Continue to follow **UT-34**  — go **0.3** mi
6. Turn **L** to take ramp onto **I-15 N** toward **SALT LAKE**  — go **300** mi
7. Take exit **#306** onto **W 600 S(UT-269 E)** toward **600 SO.**  — go **0.8** mi
8. Continue to follow **UT-269 E**  — go **0.5** mi
9. Turn **L** on **S MAIN ST**  — go **0.3** mi
10. Turn **R** on **E 400 S(UT-186 E)**  — go **< 0.1** mi
11. Arrive at the center of **SALT LAKE CITY, UT**

**B** **SALT LAKE CITY, UT**

Distance: 303.1miles, Time: 4 hour 24 mins



# Directions to SALT LAKE CITY, UT

**YAHOO! LOCAL** Maps

Summary and Notes

| START | **A** | **DAMMERON VALLEY, UT** |
|---|---|---|
| FINISH | **B** | **SALT LAKE CITY, UT** |

**Total Distance: 316.8 miles, Total Time: 4 hours 38 mins (approx.)**

Add your notes here...

Distance

**A** **DAMMERON VALLEY, UT**

1. Starting in **DAMMERON VALLEY, UT** go toward **RED MOUNTAIN TRL** — go **2.4** mi
2. Continue on **N HIGHWAY 18(UT-18)** — go **0.3** mi
3. Continue to follow **UT-18** — go **10.5** mi
4. Turn **L** on **UT-34** — go **2.1** mi
5. Turn **L** to take ramp onto **I-15 N** toward **SALT LAKE** — go **300** mi
6. Take exit **#306** onto **W 600 S(UT-269 E)** toward **600 SO.** — go **0.8** mi
7. Continue to follow **UT-269 E** — go **0.5** mi
8. Turn **L** on **S MAIN ST** — go **0.3** mi
9. Turn **R** on **E 400 S(UT-186 E)** — go **< 0.1** mi
10. Arrive at the center of **SALT LAKE CITY, UT**

**B** **SALT LAKE CITY, UT**

Distance: 316.8miles, Time: 4 hour 38 mins



http://xml1.maps.yahoo.com/prnt.php?v3=0&mvt=m&q2=salt%20lake%20city,%20ut&q1...  5/30/2007