## ALTSHULER BERZON LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

May 30, 2007

*Via facsimile and electronic mail*

Todd Emerson, General Counsel
Patricia Stambelos, Associate General Counsel
SkyWest Airlines, Inc.
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634 3505
temerson@skywest.com
patricia.stambelos@skywest.com

Doug Hall
Ford & Harrison LLP
1300 19th Street, NW, Suite 700
Washington, DC 20036
Facsimile: (202) 719-2077
dhall@fordharrison.com

Robert Spagat
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894
Facsimile: (415) 591-1400
rspagat@winston.com

Re: *SkyWest Pilots ALPA Organizing Committee, et al. v. SkyWest Airlines, Inc.*, U.S. District Court, N.D. Cal., Case No. C-07-2688 (CRB)

Dear Counsel,

We understand that the Company is reinstating the schedules of pilots whom we asked to be released for preparation and appearance at the hearing originally scheduled for tomorrow, May 31, 2007. We request that the Company not reinstate the schedules of pilots who were previously released.

Pursuant to the Court's order, the pilots were released, they made arrangements, and they travelled to San Francisco to prepare for and attend the hearing, and the sudden reinstatement of their schedules is creating logistical difficulties. While every pilot previously released for the hearing will make his best efforts to meet his flights, some pilots may be unable to do so. In particular, Steve Dow traveled out of the area when he was released from reserve, but received a call that he was being reinstated to reserve duty after he had already left the area. He is therefore

Todd Emerson
Patricia Stambelos
Doug Hall
Robert Spagat
May 30, 2007
Page 2

unable to perform reserve duties today and tomorrow. In addition, and as you are aware, Ms. Ginsburg's and Mr. Berzon's schedules limit their availability next week for witness preparation. As a result, counsel need to meet with witnesses this week to prepare for the preliminary injunction hearing. To avoid undue prejudice to Plaintiffs, neither Tracy Shrier or Andy Bharath should be reinstated to flight or reserve duty for the period they were previously released.

We have advised the pilots whom we identified in our letter to you of May 25, 2007 to speak directly to Jay Oyler or his designee should further issues arise. We will also contact you directly as soon as we become aware of any such issues.

Sincerely,

Linda Lye