IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SKYWEST AIRLINES, INC,<br><br>        Defendant._____/ | No. C 07-02688 CRB<br><br>**ORDER RE: RELEASE OF PLAINTIFF PHIL ALFORD** |

    Plaintiffs' motion to require Defendant to release Phil Alford is hereby DENIED. The arrival of this pilot on the eve of the preliminary injunction hearing is a sufficient accommodation to Plaintiffs' demands and comports with this Court's requirement that Defendant take reasonable steps to make its employees available for the hearing.

    **IT IS SO ORDERED.**

Dated: June 4, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2688\order5.wpd