STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:  (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(c)**<br><br>Date:  June 7, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom 8, 19th Floor |

Pursuant to Local Rule 7-11, Plaintiffs seek an order authorizing them to file a reply brief in support of their motion for a preliminary injunction that exceeds the 15 page limit set forth in Local Rule 7-3(c). Because this Motion deals solely with an administrative request, Plaintiffs respectfully request that it is appropriate for consideration on an *ex parte* basis.

Local Rule 7-3(c) provides that reply briefs in support of motions shall not exceed 15 pages. This page limit, however, can be enlarged at the Court's discretion. *See* Local Rule 7-11 (expressly referencing "motions to exceed otherwise applicable page limitations"). Plaintiffs respectfully request that they be excused from Local 7-3(a)'s page limitation.

Defendant SkyWest Airlines, Inc. ("SkyWest") has filed both *two* briefs in opposition to Plaintiffs' motion for a preliminary injunction, each of which exceeded the 25-page limit set forth in Local Rule 7-11(a). *See* Def's Opp. to Mot. for Prel. Inj. (Doc. No. 59) (30 pages); Def's Amended Opp. to Mot. for Prel. Inj. (Doc. No. 97) (28 pages).[1] Its "amended" opposition brief, filed this past Friday, June 1, 2007, discusses at length a jurisdictional issue that Defendant discussed only in passing in its initial opposition brief, filed earlier last week. To ensure the Court has the benefit of a full discussion of the jurisdictional issues, Plaintiffs respectfully request that they be excused from 15-page limit set forth in Local Rule 7-3(a).

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order authorizing Plaintiffs to file a reply brief in support of their preliminary injunction motion that exceeds the page limit set forth in Local Rule 7-3(a).

Dated: June 5, 2007            Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:   \s\Stephen P. Berzon
            Stephen P. Berzon

Attorneys for Plaintiffs

---

[1] Both of Defendant's applications to exceed page limitations were filed on an ex parte basis. *See* Def's *Ex Parte* Motion To Exceed Page Limitations (Doc. No. 57); Def's *Ex Parte* Motion To Exceed Page Limitations (Doc. No. 98). The Court has already granted Defendant's motion to exceed page limitations with respect to Defendant's initial opposition brief. *See* May 31, 2007 Order (Doc. No. 76).