1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  CLAIRE P. PRESTEL (#235649)
   cprestel@altshulerberzon.com
4  Altshuler Berzon LLP
   177 Post Street, Suite 300
5  San Francisco, CA  94108
   Telephone:  (415) 421-7151
6  Facsimile:    (415) 362-8064

7  ELIZABETH GINSBURG
   (Admitted to Practice *Pro Hac Vice*)
8  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
9  535 Herndon Parkway
   Herndon, VA 20172-1169
10 Telephone:  (703) 481-2424
   Facsimile:  (703) 481-2478

11
   Attorneys for Plaintiffs
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
15 SKYWEST PILOTS ALPA ORGANIZING        )   CASE No. C-07-2688 CRB
   COMMITTEE, *et al.*,                   )
                                          )   **[PROPOSED] ORDER GRANTING**
16            Plaintiffs,                 )   **PLAINTIFFS' EX PARTE MOTION**
                                          )   **TO EXCEED PAGE LIMITATIONS**
17       vs.                              )   **SET FORTH IN LOCAL RULE 7-3(c)**
                                          )
18 SKYWEST AIRLINES, INC.,                )
                                          )   Date:   June 7, 2007
19            Defendant.                  )   Time:   9:30 a.m.
   _____)   Place:  Courtroom 8, 19th Floor
20
21       Having considered Plaintiffs' *Ex Parte* Motion To Exceed Page Limitations Set Forth In

22 Local Rule 7-3(c) and finding good cause therefore, Plaintiffs' *Ex Parte* Motion To Exceed Page

23 Limitations Set Forth In Local Rule 7-3(c) is GRANTED.  Plaintiffs' Reply In Support of Motion

24 for Preliminary Injunction is hereby accepted for filing.

25
   Date:  _____        _____
26                                                    Hon. Charles R. Breyer
                                                      United States District Judge
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET
FORTH IN LOCAL RULE 7-3(c) , CASE No. C-07-2688 CRB