STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>            Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF CLAIRE PRESTEL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Claire Prestel, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a letter sent by Brad Holt sent to SkyWest pilots dated October 5, 2006.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of excerpts from American Bar Association, <u>The Railway Labor Act</u> (2d ed. 2005).

4. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts from the National Mediation Board's Representation Manual.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of excerpts from H.R. Rep. No. 1944, 73d Cong., 2d Sess., regarding the 1934 amendments to the Railway Labor Act.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2007 at San Francisco, California.

      /s/ Claire Prestel
      CLAIRE PRESTEL