October 05, 2006

Dear SkyWest Pilot:

In the last several months there has been an intense effort by ALPA to convince you to organize a labor union and allow it to act as your bargaining representative. I have not responded because I believed that the continued success of SkyWest when others are failing, along with the excellent pay and benefit package we have today would speak for itself. While our industry and our company have experienced huge challenges in the past few years, the relationship between management and our work force continues to be strong. I do not want to see this relationship change as it has at many other carriers represented by ALPA.

Recently ALPA sent cards of "authorization for representation election" to many of you. They "urge you to complete one of the cards and return it to ALPA soon". It is critical that you understand your rights and the consequences for both you and SkyWest, should you choose to join a labor union. Signing and returning the authorization card should not be taken lightly. Returning the card is not a request for more information about unions or ALPA. Signing and returning the card authorizes ALPA to request the National Mediation Board to conduct an investigation and representation election. As stated on the card, you are also authorizing ALPA to represent you for the purposes of collective bargaining.

SkyWest is opposed to having ALPA or any other union disrupting the open and direct relationship we have with our pilots. We currently have some of the best pay and work rules in our industry and these have been gained without union interference or hostility. Our pilots have not been required to pay dues to get these benefits. It is not necessary for anyone to join a union in order to get or keep a job at SkyWest. Union members will never receive preferential treatment over non-union pilots.

It is critical that you make an informed decision. If you have questions or concerns I will do all I can to help you get the information you need. Please become educated about what ALPA has actually done for, or done to regional pilots in our industry before sending your card in.

Sincerely,

Brad Holt