NATIONAL MEDIATION BOARD
REPRESENTATION MANUAL



Revised Text Effective ---- June 21, 2005

NOTICE

This Manual provides general procedural guidance to the National Mediation Board's staff with respect to the processing of representation cases before the NMB. Such procedural guidance is not required by or subject to the Administrative Procedure Act. The provisions of this Manual are neither obligatory upon the Members of the Board nor do they constitute the exclusive procedure for the NMB's investigation of representation matters pursuant to the Railway Labor Act.

*Mary L. Johnson*
Mary L. Johnson
General Counsel

(Revised text is effective June 21, 2005,
and replaces all previous versions of the Manual as of that date.)

# REPRESENTATION MANUAL

## TABLE OF CONTENTS

| SECTION | | PAGE NO. |
|---|---|---|
| 1.0 | THE AUTHORITY TO INVESTIGATE | 1 |
| 1.01 | Definitions | 1 |
| 1.01-1 | Statutory Authorization | 1 |
| 1.01-2 | Representation Matter | 1 |
| 1.01-3 | Application to Investigate Representation Disputes | 1 |
| 1.01-4 | Investigation | 1 |
| 1.01-5 | Carrier | 1 |
| 1.01-6 | Participants | 1 |
| 1.01-7 | Parties | 2 |
| 1.01-8 | R-Case Docket | 2 |
| 1.01-9 | CR-File Pre-docket | 2 |
| 1.02 | Applications | 2 |
| 1.1 | General Communication Guidelines | 3 |
| 1.2 | Service of Submissions to the NMB and Notice of Appearance | 3 |
| 1.3 | Ex Parte Communications | 4 |
| 1.4 | Timeliness of the Investigation | 4 |
| 2.0 | COMMENCING THE INVESTIGATION | 4 |
| 2.1 | Investigator's Role and Responsibility | 4 |
| 2.2 | Access to and Copies of Carrier Books and Records | 4 |
| 2.3 | Cut-Off Date | 5 |

| | | |
|---|---|---|
| 2.4 | List of Potential Eligible Voters and Signature Samples......... | 5 |
| 2.5 | Delivery of Documents................................................................ | 5 |
| 3.0 | EVIDENCE OF DISPUTE-AUTHORIZATIONS...................................... | 5 |
| 3.1 | Form and Content of Authorizations........................................... | 5 |
| 3.2 | Age of Authorizations................................................................ | 6 |
| 3.3 | Acceptance of Additional Authorizations................................... | 6 |
| 3.4 | Cancellation or Revocation of Authorizations............................. | 6 |
| 3.5 | Confidentiality of Authorizations................................................ | 6 |
| 3.6 | Check of Alphabetized Authorizations....................................... | 7 |
| 3.601 | Percentage of Authorizations Required......................... | 7 |
| 3.7 | Resolving Discrepancies in Authorizations (List of Potential Eligible Voters)................................................ | 7 |
| 4.0 | REPORT RE CHECK OF AUTHORIZATIONS...................................... | 7 |
| 4.1 | Contents and Confidentiality of Report....................................... | 7 |
| 5.0 | FINDING OF DISPUTE-AUTHORIZATION TO PROCEED BY NMB...... | 8 |
| 6.0 | DISPOSITION OF DISPUTE BY VOLUNTARY RECOGNITION............ | 8 |
| 7.0 | DISPOSITION OF DISPUTE BY CHECK OF AUTHORIZATIONS......... | 8 |
| 8.0 | FILING CHALLENGES AND OBJECTIONS DURING THE INVESTIGATION................................................................. | 8 |
| 8.1 | Schedule for Filing Challenges and Objections......................... | 8 |
| 8.2 | Challenges and Objections......................................................... | 9 |
| 8.3 | Objections to NMB Jurisdiction.................................................. | 9 |
| 9.0 | DETERMINATIONS............................................................................ | 10 |
| 9.1 | Craft or Class ............................................................................ | 10 |

| | | |
|---|---|---|
| 9.2 | Eligibility................................................................................ | 10 |
| 9.201 | Part-Time Employees............................................... | 10 |
| 9.202 | Temporary Employees.............................................. | 11 |
| 9.203 | Dismissed Employees............................................... | 11 |
| 9.204 | Furloughed Employees............................................. | 11 |
| 9.205 | Leave of Absence..................................................... | 11 |
| 9.206 | Probationary Employees........................................... | 11 |
| 9.207 | Working For Another Carrier..................................... | 12 |
| 9.208 | Contractor's Employees............................................ | 12 |
| 9.209 | Individuals Based in Foreign Countries..................... | 12 |
| 9.210 | Retired Employees.................................................... | 12 |
| 9.211 | Management Officials................................................ | 12 |
| 9.212 | Preponderance......................................................... | 13 |
| 10.0 APPEALS OF CHALLENGES AND OBJECTIONS............................. | | 13 |
| 10.1 | Investigator's Ruling on Challenges and Objections............ | 13 |
| 10.2 | Appeals of Investigator's Ruling........................................... | 13 |
| 10.201 | Submissions on Appeal............................................. | 14 |
| 10.202 | Extensions of Deadlines for Appeals......................... | 14 |
| 11.0 MOTIONS FOR RECONSIDERATION.................................................. | | 14 |
| 12.0 PREPARATIONS FOLLOWING AUTHORIZATION OF ELECTION...... | | 14 |
| 12.1 | Address List........................................................................ | 14 |
| 12.101 | Foreign Language Notice and Instruction ................ | 15 |
| 12.2 | Designation of the Official Eligibility List................... | 15 |

| | | |
|---|---|---|
| 12.3 | Changes in Employee Status | 15 |
| 13.0 | TELEPHONE ELECTIONS | 16 |
| 13.1 | The Notice of Election | 16 |
| 13.2 | Telephone Voting | 16 |
| 13.201 | Telephone Voting Instructions | 16 |
| 13.202 | Voter Identification Numbers | 16 |
| 13.203 | Personal Identification Numbers | 17 |
| 13.204 | Telephone Voting With the PIN and the VIN | 17 |
| 13.205 | Challenged Individuals | 17 |
| 13.206 | Requests for Duplicate Telephone Voting Instructions | 17 |
| 13.207 | Undeliverable Telephone Voting Instructions | 18 |
| 13.208 | TTY Communications System Users | 18 |
| 13.209 | Adjustments to the Official Eligibility List | 18 |
| 13.3 | The Tally of Votes | 18 |
| 13.301 | Location and Time of the Tally of Votes | 18 |
| 13.302 | Request to Postpone the Tally | 18 |
| 13.303 | Admission and Control of the Tally of Votes | 19 |
| 13.304 | Vote Determinations | 19 |
| 13.304-1 | Valid Votes | 19 |
| 13.304-2 | Void Votes | 19 |
| 13.305 | Authority to Tally the Votes | 20 |
| 13.306 | Tally of Votes | 20 |

| | | | |
|---|---|---|---|
| 14.0 | MAIL ELECTIONS | | 20 |
| 14.1 | The Notice of Election | | 20 |
| 14.2 | Mail Ballot Elections | | 20 |
| 14.201 | | Official NMB Mail Ballots | 20 |
| 14.202 | | Ballot Package | 20 |
| 14.203 | | Key Numbering | 21 |
| 14.204 | | Challenged Ballots | 21 |
| 14.205 | | Requests for Duplicate Ballots | 21 |
| 14.206 | | Undeliverable Ballots | 21 |
| 14.207 | | Adjustments to the Official Eligibility List | 21 |
| 14.3 | The Ballot Count | | 22 |
| 14.301 | | Location and Time of the Ballot Count | 22 |
| 14.302 | | Request to Postpone the Tally | 22 |
| 14.303 | | Admission and Control of the Ballot Count | 22 |
| 14.304 | | Commencing Tally of Ballots | 23 |
| 14.305 | | Ballot Determinations | 23 |
| 14.305-1 | | Invalid Ballot Return Envelopes | 23 |
| 14.305-2 | | Valid Ballots | 23 |
| 14.305-3 | | Void Ballots | 23 |
| 15.0 | TABULATION AND REPORT OF ELECTION RESULTS | | 24 |
| 15.1 | Certifications and Dismissals | | 24 |
| 16.0 | RUN-OFF ELECTIONS | | 24 |
| 17.0 | ALLEGATIONS OF ELECTION INTERFERENCE | | 24 |

| | | |
|---|---|---|
| 18.0 | BARS TO REPRESENTATION APPLICATIONS.................................. | 25 |
| 19.0 | MERGER PROCEDURES................................................................. | 25 |
| 19.1 | Merger......................................................................................... | 25 |
| 19.2 | Authority...................................................................................... | 25 |
| 19.3 | Notice to NMB............................................................................. | 25 |
| 19.4 | Initiation of Procedure for Determination of a Single Transportation System........................................................ | 26 |
| 19.5 | Merger Investigations.................................................................. | 26 |
| 19.501 | Factors Indicating a Single Transportation System................................................................... | 26 |
| 19.6 | Procedure After Finding Single Transportation System...... | 27 |
| 19.601-603 | Showing of Interest on the Single Transportation System.................................. | 27 |
| 19.7 | Status of Representation Certifications.................... | 27 |

    (6) ballots which identify the voter, unless the voter has placed his/her name in the write-in space on the ballot and is not identified elsewhere on the ballot.

15.0. TABULATION AND REPORT OF ELECTION RESULTS

Following any adjustment to the List of Eligible Voters, the Investigator shall complete the count, tabulate the results, and record the results on the Report of Election Results. The Investigator shall sign the Report of Election Results and provide copies to the participants.

15.1 Certifications and Dismissals

The NMB will generally issue a Certification or Dismissal based upon the Report of Election Results the next business day following the count. Existing Certifications remain in effect until the NMB issues a new Certification or Dismissal.

16.0 RUN-OFF ELECTIONS

When a majority of the eligible voters have cast valid ballots, but no single organization or individual has received a majority of the votes cast, a run-off election may be held. All requests for run-off elections should be directed to the attention of the General Counsel. Run-off elections will be conducted only with written authorization of the Board. The procedures for run-off elections are set forth in the NMB Rules § 1206.1 (29 CFR § 1206.1).

In a run-off election, the ballot includes only the two representatives receiving the greater number of votes cast in the initial election, and does not include a space for write-in votes. The representative receiving the higher number of votes in the run-off is declared the winner even if fewer than a majority of the eligible employees cast run-off ballots. (See 29 C.F.R. § 1206.1).

17.0 ALLEGATIONS OF ELECTION INTERFERENCE

The NMB will investigate allegations of election interference only after the tally, except in extraordinary circumstances. The NMB will consider only written allegations of election interference. Allegations must be submitted to the General Counsel no later than 4 p.m., Eastern Time, seven (7) business days after the date of the tally. Participants may respond to such allegations by 4 p.m., Eastern Time, seven (7) business days after the General Counsel's receipt of the interference allegations. All submissions must comply with the simultaneous service requirements in Manual Section 1.2.

24