Case 3:07-cv-02688-CRB     Document 123-5     Filed 06/05/2007     Page 1 of 2

918

[Report of House Committee on Interstate and Foreign Commerce, with Amendments on H.R. 9861.]

| 73D CONGRESS 2d Session | HOUSE OF REPRESENTATIVES | REPORT No. 1944 |
|---|---|---|

# TO AMEND THE RAILWAY LABOR ACT OF MAY 20, 1926

JUNE 11, 1934.—Committed to the Committee of the Whole House on the state of the Union and ordered to be printed

Mr. CROSSER of Ohio, from the Committee on Interstate and Foreign Commerce submitted the following

# REPORT

[To accompany H.R. 9861]

The Committee on Interstate and Foreign Commerce, to whom was referred the bill (H.R. 9861) to amend the Railway Labor Act approved May 20, 1926, and to provide for the prompt disposition of disputes between carriers and their employees, having considered the same, report thereon with a recommendation that it pass with the following amendments:

Page 8, line 6, after the word "reach" strike out the word "of".

Page 22, line 15, after the word "section" insert a period.

After the word "section." change the small "i" to capital "I" in the word "in".

The Committee on Interstate and Foreign Commerce, to whom was referred bill (H.R. 9861) to amend the Railway Labor Act, approved May 20, 1926, and to provide for the prompt disposition of disputes between carriers and their employees, and for other purposes, having considered the same, report favorably thereon to the House and recommend that the bill do pass.

Extensive hearings were held on this bill and the views of railway managements, employees, Federal Coordinator, chairman of the United States Board of Mediation, and other interested parties were presented. All agreed that the present Railway Labor Act is in need of amendment. The 21 Standard Railroad Labor Organizations unanimously urge the enactment of this legislation.

The purposes of this bill are:

1. To prohibit any interference with freedom of association among employees and to prevent the denial of the right of employees to join a labor organization as a condition precedent to their employment.

HeinOnline -- 1 The Railway Labor Act of 1926 A Legislative History Michael H. Campbell & Edward C. Brewer III eds. 918

**2**      AMEND THE RAILWAY LABOR ACT OF MAY 20, 1926

2. To provide for the complete independence of carriers and of employees in regard to self-organization in order to carry out the purposes of this act.

3. To provide for the prompt and orderly settlement of all disputes growing out of grievances and out of the interpretation or application of agreements concerning rates of pay, rules, or working conditions, so as to avoid any interruption of commerce or of the proper operation of any carrier engaged therein.

### ANALYSIS OF THE BILL

#### (Section 2)

1. The bill does not introduce any new principles into the existing Railway Labor Act, but it is designed to amend that act in order to correct the defects which have become evident as a result of 8 years of experience. It does not change the methods of conference, mediation, and voluntary arbitration to settle major disputes over wages and working conditions, which are provided in the Railway Labor Act of 1926, now in effect.

2. It provides that the employees shall be free to join any labor union of their choice and likewise be free to refrain from joining any union if that be their desire and forbids interference by the carriers' officers with the exercise of said rights.

3. While providing that labor unions shall be free from employer influence and control, it does not give preference to any particular union or class of unions.

4. Machinery is provided for the taking of a secret ballot to enable the Board of Mediation to determine what representatives the employees desire to have negotiate for them with the managements of the carriers in matters affecting their wages and working conditions.

5. It forbids the use of the carriers' funds to maintain, aid, or control the labor organizations of the employees and specifically prohibits carrier managements from requiring employees to sign "yellow-dog contracts" requiring them to join company unions.

6. The Railway Labor Act of 1926, now in effect, provides that representatives of the employees, for the purpose of collective bargaining, shall be selected without interference, influence, or coercion by railway management, but it does not provide the machinery necessary to determine who are to be such representatives. These rights of the employees under the present act are denied by railway management by their disputing the authority of the freely chosen representatives of the employees to represent them. A considerable number of railway managements maintain company unions, under the control of the officers of the carriers, and pay the salary of the employees' representatives, a practice that is clearly contrary to the purpose of the present Railway Labor Act, but it is difficult to prevent it because the act does not carry specific language in respect to that matter. This bill is designed to correct that defect.

#### (Section 3)

7. The second major purpose of the bill is to provide sufficient and effective means for the settlement of minor disputes known as "grievances", which develop from the interpretation and/or application