Clerk's Use Only

Initial for fee pd.:

Norman A. Quandt
FORD & HARRISON LLP
2375 Peachtree Street, NE, Suite 600
Atlanta, Georgia 30309
(404) 888-3845

ORIGINAL FILED

07 JUN -6 AM 9:29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYWEST PILOTS ALPA
ORGANIZATION COMMITTEE, et al.,

       Plaintiff(s),

    v.

SKYWEST AIRLINES, INC.

       Defendant(s).

CASE NO. C 07-2688 CRB

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Norman A. Quandt, an active member in good standing of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Skywest Airlines, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Robert Spagat, Esq., Winston & Strawn LLP, (415) 591-1405
    101 California Street, 39th Floor, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2007

Norman A. Quandt

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611007075
Cashier ID: sprinka
Transaction Date: 06/06/2007
Payer Name: wheels of justice
------------------------------------
PRO HAC VICE
 For: wheels of justice
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 26555
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.