1    STEPHEN P. BERZON (#46540)
     sberzon@altshulerberzon.com
2    LINDA LYE (#215584)
     llye@altshulerberzon.com
3    CLAIRE P. PRESTEL (#235649)
     cprestel@altshulerberzon.com
4    Altshuler Berzon LLP
     177 Post Street, Suite 300
5    San Francisco, CA  94108
     Telephone:  (415) 421-7151
6    Facsimile:   (415) 362-8064

7    ELIZABETH GINSBURG
     (Admitted to Practice *Pro Hac Vice*)
8    elizabeth.ginsburg@alpa.org
     Air Line Pilots Association, International
9    535 Herndon Parkway
     Herndon, VA 20172-1169
10   Telephone:  (703) 481-2424
     Facsimile:   (703) 481-2478
11
     Attorneys for Plaintiffs
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
15   SKYWEST PILOTS ALPA ORGANIZING          )    CASE No. C-07-2688 CRB
     COMMITTEE, *et al.*,                     )
                                             )    **[PROPOSED] ORDER GRANTING**
16                                           )    **PLAINTIFFS' EX PARTE MOTION**
                    Plaintiffs,              )    **TO EXCEED PAGE LIMITATIONS**
17                                           )    **SET FORTH IN LOCAL RULE 7-3(c)**
             vs.                             )
18                                           )
     SKYWEST AIRLINES, INC.,                 )
19                                           )    Date:  June 7, 2007
                    Defendant.               )    Time:  9:30 a.m.
20   _____)    Place:  Courtroom 8, 19th Floor

21          Having considered Plaintiffs' *Ex Parte* Motion To Exceed Page Limitations Set Forth In

22   Local Rule 7-3(c) and finding good cause therefore, Plaintiffs' *Ex Parte* Motion To Exceed Page

23   Limitations Set Forth In Local Rule 7-3(c) is GRANTED.  Plaintiffs' Reply In Support of Motion

24   for Preliminary Injunction is hereby accepted for filing.

25   Date: _____06/07/07_____    _____
26                                                      Hon. Charles R. Breyer
                                                        District Judge
27
28
     [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET
     FORTH IN LOCAL RULE 7-3(c) , CASE No. C-07-2688 CRB