UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: CHARLES R. BREYER**

**Date**: June 7, 2007

**Case No:** C 07-02688 CRB

**Case Title**: Skywest Pilots Alpa Organizing Committee v. Skywest Airlines, Inc.

**Appearances:**

    For Plaintiff(s): Stephen Berzon, Elizabeth Ginsburg, Linda Lye, Claire Prestel

    For Defendant(s): Robert Spagat, Norman Quandt, Doug Hall, Patricia Stambelos

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Sahar McVickar

## PROCEEDINGS

1. Preliminary Injunction Hearing - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (XX) Continued to: **Friday, 06/08/07 @ 2:00 PM** for Further Hearing

## SUMMARY

- Plaintiff calls Steven Dow, Phil Alford, Tracy Shrier, David Boehn, Andy Bharath and Stephen Kanuch to testify.
- Plaintiff exhibits 1-10, 12 -19 admitted.
- Defense exhibits 1-3 are admitted.
- Defense calls Todd Emerson to testify.