UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: CHARLES R. BREYER**

**Date**: June 8, 2007

**Case No:** C 07-02688 CRB

**Case Title**: Skywest Pilots ALPA Organizing Committee V. Skywest Airlines, Inc.

**Appearances:**

    For Plaintiff(s): Linda Lye, Elizabeth Ginsburg, Claire Prestel

    For Defendant(s): Robert Spagat, Norman Quandt, Doug Hall, Patricia Stambelos

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**: Kathy Powell

## PROCEEDINGS

1. Further Preliminary Injunction Hearing - held

## SUMMARY

- Defense exhibits 4-8, 11-13, 15 are admitted.
- Mike Eisenstad and Mark Nolin testified.
- Court to issue order.
- Court copies of all exhibits given to CSA.