RECEIVED
07 JUN -6 AM 9: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN  8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

SKYWEST PILOTS ALPA
ORGANIZING COMMITTEE, et al.,

Plaintiff(s),

v.

SKYWEST AIRLINES, INC.

Defendant(s).

_____/

CASE NO.  C 07-2688 CRB

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Norman A. Quandt                         , an active member in good standing of the bar of

Georgia                                       whose business address and telephone number

(particular court to which applicant is admitted)

is

Ford & Harrison LLP - (404) 888-3845
1275 Peachtree Street, NE, Suite 600
Atlanta, Georgia 30309

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Charles R. Breyer
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California