STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile:  (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN STANDING ORDER**<br><br>Date: n/a<br>Time: n/a<br>Place: Courtroom 8, 19th Floor |

Pursuant to Local Rule 7-11, Plaintiffs seek an order authorizing them to file a supplemental brief regarding remedies that exceeds the 15 page limit set forth in this Court's standing order. Because this Motion deals solely with an administrative request, Plaintiffs respectfully request that it is appropriate for consideration on an *ex parte* basis.[1]

---

[1] Defendant has filed two applications to exceed page limitations on an ex parte basis. *See* Def's *Ex Parte* Motion To Exceed Page Limitations (Doc. 57); Def's *Ex Parte* Motion To Exceed Page Limitations (Doc. 98).

1    This Court's standing order provides that memoranda of points and authorities in support of
2 motions may not exceed 15 pages.  This page limit, however, can be enlarged at the Court's
3 discretion.  *See* Local Rule 7-11 (expressly referencing "motions to exceed otherwise applicable
4 page limitations").  Plaintiffs respectfully request that they be excused from the 15-page limitation
5 and permitted to file their 17-page supplemental brief.

6    At the end of a two-day evidentiary hearing, the Court requested further briefing on the
7 scope of the relief sought by Plaintiffs, ordering Plaintiffs to file their brief two business days later.
8 As set forth in the accompanying supplemental brief regarding remedies, extensive legal authority
9 and factual support in the record demonstrate that Plaintiffs are entitled to the relief proposed in
10 their Revised Proposed Preliminary Injunction (Doc. 128.).  In light of this extensive support and
11 the short time Plaintiffs have had to prepare this brief, Plaintiffs require more than the 15 pages
12 ordinarily provided for in this Court's standing order.

13    For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order
14 authorizing Plaintiffs to file a supplemental brief regarding remedies that exceeds the page limit set
15 forth in this Court's standing order.

16 Dated:  June 12, 2007            Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by:  \s\Stephen P. Berzon
         Stephen P. Berzon

Attorneys for Plaintiffs

PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN STANDING ORDER ,
CASE No. C-07-2688 CRB                                                                                                                      2