STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF DILETTA MARTIRANO IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF RE: REMEDIES**<br><br>Date:<br>Time:<br>Place: Courtroom 8, 19th Floor |

## Declaration of Diletta Martirano

1.  My name is Diletta Martirano. I am a plaintiff in this action and a First Officer for SkyWest Airlines, Inc. ("SkyWest"). I make this declaration based on my own personal knowledge, and, if called upon to testify, I could and would testify competently to the matters stated herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of an email I received on May 24, 2007 from Michael Eisenstat, Secretary of the SkyWest Airlines Pilot Association ("SAPA"). I received the attached as a group email through the SkyWest email system. The email states that it is a "direct response" to communication from the SkyWest Pilots ALPA Organizing Committee ("OC"), of which I am a member. The letter disputes the OC's position and refers to some of the OC's statements as "misleading" and "inaccurate."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2007 at DEL MAR, CA.

6-12-2007     [signature: Diletta Martirano]
Date