Date:           05/24/2007 10:52 AM

From:           001947 - Michael Eisenstat

To:             000016 - Rodney Takaki; 000019 - Phil Alford; 000026 - Charles Pitchforth; 000029 - Roger Ross; 000058 - Charles Wanlass; 000100 - Leland
                Vance..

Cc:

Subject:        MUST READ - YOUR ASAP PROGRAM

Attachments:

Message:


Dear Fellow Pilots:

We are sending out this letter to clear up information sent out by way of letter from the ALPA Organization Committee.  The letter sent out
is misleading and requires a direct response. We also cannot allow the Organization Committee to put out information that could harm our
pilots by leading them to believe that the ASAP program is ineffective.

The letter leads our pilot group to believe that the ASAP program is not working properly and will not protect our pilot group.  This
information is inaccurate.  If a pilot fills out an ASAP report and then receives a violation letter from the FAA, the most the pilot can
receive is a warning letter from the ERC.  This letter will not follow the pilot to another job or be linked with his/her certificate.   The only
way a pilot will not be covered by the ASAP program is for the pilot to not participate in it.

We would also like to address a few of the misleading comments in the ALPA letter.

The ASAP Committee has been aware of the increase of violations in the SLC area.  We have been working with our training department to
find areas where we may be able to find improvement.  We have informed the pilot group for the need to be more aware as they enter the
descent phase of flight.

The ERC has already talked to the FAA and the chief pilots about the letter they sent out.  Per the FAA it is in no way legal or ethical for
the FAA to send violation information directly to a chief pilot.  This has not happened nor will it happen in the future.

SkyWest Management has also allowed the ERC Committee to decide the outcome of ASAP reports even if they are not company sole
source reports.

In closing, please do not let the ALPA letter hinder your use of the ASAP program.  There are a number of our pilot still flying with
SkyWest because of the protection afforded by the ASAP program.

You can read the current ASAP manual at the following link:

http://www.skywestonline.com/menudocs/+safety.manuals/5130.pdf



Respectfully,

SAPA Representative Board