STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF CLAIRE PRESTEL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF RE: REMEDIES**<br><br>Date:<br>Time:<br>Place: Courtroom 8, 19th Floor |

DECL. OF CLAIRE PRESTEL ISO PLAINTIFFS' SUPP. BRIEF RE: REMEDIES, Case No. C-07-2688 CRB

I, Claire Prestel, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts from ABA, The Railway Labor Act Ch. 5.III.A. (2d ed. 2005), including p.257.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of excerpts from S. Rep. No. 73-1065 (1934), including p.2.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts from H.R. Rep. No. 73-1944 (1934), including p.2.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of excerpts from H.R. Rep. No. 74-1147 (1935), including p.3067.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts from S. Rep. No. 74-573, including p.2310 (1935).

7. Attached as Exhibit 6 to this declaration is a true and correct copy of the transcript of proceedings on June 8, 2007. This is the court reporter's unproofread version, but the final, official version is not yet available.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2007 at San Francisco, California.

                                              /s/ Claire Prestel
                                              CLAIRE PRESTEL