1 | Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
2 | 1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
3 | Telephone:    404-888-3845
Facsimile:    404-888-3863
4 | Email: nquandt@fordharrison.com

5 | Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
6 | 1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
7 | Telephone:    202-719-2065
Facsimile:    202-719-2077
8 | Email: dhall@fordharrison.com

9 | Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
10 | 101 California Street
San Francisco, CA 94111-5894
11 | Telephone:    415-591-1000
Facsimile:    415-591-1400
12 | Email: rspagat@winston.com

13 | Attorneys for Defendant
SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>            Defendant. | **Case No. C-07-2688 CRB**<br><br>**DECLARATION OF ROBERT SPAGAT IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' HEARSAY TESTIMONY CONDITIONALLY ADMITTED** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

I, Robert Spagat, declare:

1.      I am an attorney admitted to practice before this Court.  I am a partner with the law firm of Winston & Strawn LLP, and one of the attorneys for Defendant SkyWest airlines, incorporated.

2.      I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify competently thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts of the Reporter's Transcript of Proceedings for the June 7, 2007 hearing.

4.      There are 12 excerpts of hearsay testimony from the June 7, 2007 hearing that are at issue.  These are marked in Exhibit A with brackets.

5.      The first nine excerpts at issue are from the direct examination of Steven Dow and the page/line citations are:

        a.      13:19-15:18

        b.      25:17-27:2

        c.      27:19-28:10

        d.      28:12-22

        e.      37:2-42:2

        f.      45:15-47:20

        g.      51:21-52:3

        h.      52:4-53:14

        i.      64:4-66:13

6.      The tenth excerpt is from the direct examination of David Boehm and the page/line citation is:

        a.      166:13-18

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1      7.     The eleventh excerpt is from the direct examination of Andy Bharath and the

2  page/line citation is:

3              a.     200:18-201:5

4      8.     The twelfth excerpt at issue is from the direct examination of Stephen Kanuch and the

5  page/line citation is:

6              a.     239:13-242:5

7      9.     There is one excerpt of the June 8, 2007 transcript at issue.

8      10.    Attached hereto as Exhibit B is a true and correct copy of excerpts of the draft of the

9  Reporter's Transcript for the June 8, 2007 hearing.

10     11.    A copy of the transcript has been ordered but my office has not yet received a final

11  draft. For the purposes of identifying the testimony cited in the Motion to Strike, the rough-draft

12  disclaimer that appears at the beginning of the draft as well as the pages of the rough draft cited are

13  included behind Exhibit B. As soon as the final draft arrives, I will file an amended declaration that

14  identifies which pages and lines of the final transcript were cited and which includes as Exhibit B the

15  actual pages of the transcript.

16     12.    The excerpts of hearsay testimony from the June 8, 2007 hearing that is at issue is

17  from Mark Nolin's direct examination at page/line:

18              a.     121:11-123:11

19

20     I declare under penalty of perjury under the laws of the United States that the foregoing is

21  true and correct and that I signed this declaration in the State of California.

22     Executed at San Francisco, California this 12th day of June, 2007.

23

24  _____

25                                    Robert Spagat

26

27

28

SF:174691.2

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5894*