Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:    404-888-3845
Facsimile:    404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202-719-2065
Facsimile:    202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO STRIKE**<br><br>Date:  TBD<br>Time:  TBD<br>Ctrm:  8, 19th Floor<br><br>Judge:  Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

Having considered Defendant SkyWest Airlines, Inc.'s Motion To Strike Plaintiffs' Hearsay Testimony Conditionally Admitted Over Defendant's Objection, the Declaration of Robert Spagat submitted in support thereof and finding good cause therefore, Defendant's Motion to Strike is GRANTED.

IT IS HEREBY ORDERED as follows:

1. The testimony on June 7, 2007 at page/line 13:19-15:18 is STRICKEN.
2. The testimony on June 7, 2007 at page/line 25:17-27:2 is STRICKEN.
3. The testimony on June 7, 2007 at page/line 27:19-28:10 is STRICKEN.
4. The testimony on June 7, 2007 at page/line 28:12-22 is STRICKEN.
5. The testimony on June 7, 2007 at page/line 37:2-42:2 is STRICKEN.
6. The testimony on June 7, 2007 at page/line 45:15-47:20 is STRICKEN.
7. The testimony on June 7, 2007 at page/line 51:21-52:3 is STRICKEN.
8. The testimony on June 7, 2007 at page/line 52:4-53:14 is STRICKEN.
9. The testimony on June 7, 2007 at page/line 64:4-66:13 is STRICKEN.
10. The testimony on June 7, 2007 at page/line 166:13-18 is STRICKEN.
11. The testimony on June 7, 2007 at page/line 200:18-201:5 is STRICKEN.
12. The testimony on June 7, 2007 at page/line 239:13-242:5 is STRICKEN.
13. The testimony on June 8, 2007 at page/line [121:11-123:11] is STRICKEN.

IT IS SO ORDERED.

Dated: _____

                                        Hon. Charles R. Breyer
                                        U.S. District Judge