```
STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET FORTH STANDING ORDER<br><br>Date:  n/a<br>Time:  n/a<br>Place: Courtroom 8, 19th Floor |

Having considered Plaintiffs' *Ex Parte* Motion To Exceed Page Limitations Set Forth In Standing Order and finding good cause therefore, Plaintiffs' *Ex Parte* Motion To Exceed Page Limitations Set Forth In Standing Order is GRANTED.  Plaintiffs' Supplemental Brief Re: Remedies is hereby accepted for filing.

Date:  ___June 13, 2007_____    _____
　　　　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7-3(c) , CASE No. C-07-2688 CRB