## APPENDIX

1.  June 7, 2007 Tr. at 13:19-15:18 – Admissible pursuant to FRE 803(3).  *See* Pltfs' Opp. at Part III.

2.  June 7, 2007 Tr. at 25:17-27:2
    25:17-21 – No objection/waived.
    26:10-12 – Not addressed in brief/waived.
    26:13-27:2 – Admissible pursuant to FRE 801(d)(2)(D) and residual exception.  *See* Pltfs' Opp. at Part IV.

3.  June 7, 2007 Tr. at 27:19-28:10
    27:19-28:2 – No objection/waived.
    27:19-28:10 – Not addressed in brief/waived.

4.  June 7, 2007 Tr. at 28:12-22 – Not addressed in brief/waived.

5.  June 7, 2007 Tr. at 37:2-42:2
    37:2-39:18 – No objection/waived.
    37:2-42:2 – Not addressed in brief/waived.

6.  June 7, 2007 Tr. at 45:15-47:20
    45:15-23 – No objection/waived, not addressed in brief/waived.
    45:24-46:2 – Admissible pursuant to FRE 803(3).  *See* Pltfs' Opp. at Part III.
    46:3-47:20 – Colloquy between counsel and court.

7.  June 7, 2007 Tr. at 51:21-52:3 – Admissible pursuant to FRE 801(d)(2)(D) and residual exception.  *See* Pltfs' Opp. at Part IV.

8.  June 7, 2007 Tr. at 52:4-53:14
    52:4-16 – No objection/waived.
    52:4-53:14 – Admissible pursuant to FRE 801(d)(2)(D) and residual exception.  *See* Pltfs' Opp. at Part IV.

9.  June 7, 2007 Tr. at 64:4-66:13
    64:9-11 - No objection/waived.
    64:4-66:13 – Not addressed in brief/waived.

10. June 7, 2007 Tr. at 166:13-18 – Objection already overruled; not addressed in brief/waived.  Admissible pursuant to FRE 801(d)(2) as non-hearsay admission of SkyWest management.

11. June 7, 2007 Tr. at 200:18-201:5 – No objection/waived.  Admissible pursuant to FRE 801(d)(2)(D) as statement made by party's "servant."  Admissible pursuant to 804(b)(3) as statement against interest.  *See* Pltfs' Opp. at Part II.

12.     June 7, 2007 Tr. at 239:13-242:5
        239:13-241:13 - Admissible pursuant to FRE 801(d)(2)(D) as statement made by party's "servant." Admissible pursuant to 804(b)(3) as statement against interest. *See* Pltfs' Opp. at Part II.

13.     June 8, 2007 Tr. at [121:11-123:11] –
        121:11-122:11 – Admissible pursuant to FRE 801(d)(2)(D) as statement made by party's "servant." Admissible pursuant to 804(b)(3) as statement against interest. *See* Pltfs' Opp. at Part II.
        122:12-123:11 – Not addressed in brief/waived.