STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>        Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF CLAIRE PRESTEL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE TESTIMONY**<br><br>Date:<br>Time:<br>Place:  Courtroom 8, 19th Floor |

I, Claire Prestel, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts from the June 7, 2007 hearing transcript, including pp. 12-15, 25-28, 37-42, 45, 49, 51-54, 64-66, 71-72, 115-23, 125, 134, 150-54, 165-166, 168, 171, 200-01, 228, 239-41, 325

3. Attached as Exhibit 2 to this declaration is a true and correct copy of Plaintiffs' Exhibit 16.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts from the June 8, 2007 hearing transcript, including pp. 18, 67, 87, 120-23

5. Attached as Exhibit 4 to this declaration is a true and correct copy of Plaintiffs' Exhibit 10.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts from the May 24, 2007 hearing transcript, including p.46.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2007 at San Francisco, California.

                                        /s/ Claire Prestel
                                        CLAIRE PRESTEL