**SkyWest Airlines**

**Medical Due Report**

9

| Base | Eqpt | Seat | FirstName | LastName | Emp# | MonthDue | LastMed | Cls | Stat | Cat |
|------|------|------|-----------|----------|------|----------|---------|-----|------|-----|
| SMF | EM2 | CA | GREG | BRUSHWYLER | 11856 | 28FEB06 | 25AUG05 | 1 | | P/L |
| SMF | EM2 | CA | MICHAEL | HATLER | 11875 | 28FEB06 | 23AUG05 | 1 | | P/L |
| TUS | CRJ | CA | ROBERT | GRASER | 06647 | 28FEB06 | 12AUG05 | 1 | | P/L |
| TUS | CRJ | CA | CURT | HEIDEMANN | 12999 | 28FEB06 | 08AUG05 | 1 | | P/L |
| TUS | CRJ | CA | KARL | LINDSTROM | 13534 | 28FEB06 | 12AUG05 | 1 | | P/L |
| TUS | CRJ | CA | BRYAN | YOUNG | 12177 | 28FEB06 | 09AUG05 | 1 | | P/L |
| TUS | CRJ | CA | MARK | HOFERER | 12797 | 28FEB06 | 24AUG05 | 1 | | P/L |
| TUS | CRJ | FO | PAMELA | MORLEY | 22366 | 28FEB06 | 03FEB05 | 1 | | P/L |
| TUS | CRJ | FO | SCOTT | PELTZ | 22343 | 28FEB06 | 01FEB05 | 1 | | P/L |
| TUS | CRJ | FO | WILLIAM | TRAINOR | 21583 | 28FEB06 | 03FEB05 | 1 | | P/L |
| TUS | CRJ | CA | MICHAEL | EISENSTAT | 01947 | 28FEB06 | 26AUG05 | 1 | MGT | P/L |
| TUS | CRJ | FO | JASON | MEISTER | 17551 | 28FEB06 | 01FEB05 | 1 | MGT | P/L |

End Of Report