Date: 01/24/2007 08:26 AM
From: 000019 - Phil Alford
To: 000488 - David Faddis
Subject: RE: RE: Whats Up

Thanks for your candor. Needless to say it is disappointing that as professionals that we have individuals that still believe that we all have to believe the exactly the same things to be compatible.

Thanks,

Phil

---

Date: 01/22/2007 02:51 PM
From: 000488 - David Faddis
Subject: RE: RE: Whats Up

Phil,

I'm sorry that you were passed over again. But it seems that your views and the past continues to follow you right now. (I'm trying to be as honest with you as I can) I now that you would keep your politics out of your checkairmen work, but it always comes up in the comment section of my lists. My advice is to put your politics at rest and give your self an oppertunity to become a checkairmen again if thats what you want. What I'm saying is you need to promote yourself with the chiefs being a Skywest guy and wanting to make SkyWest; as safe as it can be through checkairmen work. I don't know Phil I'm just throwing out a few idea's. Even though our views on politics are not the same, I feel that you and I have always been friends and thats why i'm responding to you in this manner. Phil Please don't take my comments as negative because I don't mean them to be, take them as a positive for the future, remember time heels alot of things (thats what they say) so hang in there and please feel free to call or chat with me anytime.

Dave

---

Date: 01/11/2007 05:35 PM
From: 000019 - Phil Alford
Subject: RE: Whats Up

Dave,

Any thing I should know, about being passed over again for Check Airman? Based on what you have told me it is not performance related, and you know that I keep politics out of training so can you enlighten me? Please.

Thanks,

Phil