Pages 1 - 50

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., )<br>)<br>Plaintiffs, )<br>)<br>VS. )<br>)<br>SKYWEST AIRLINES, INC., )<br>)<br>Defendant. ) | NO. C 07-2688 CRB<br><br>San Francisco, California<br>Thursday<br>May 24, 2007<br>8:38 a.m. |

COPY

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

For Plaintiffs:     Altshuler Berzon, LLP
                    177 Post Street, Suite 300
                    San Francisco, California  94108
              BY:   **Stephen P. Berzon, Esquire**
                    **Linda Lye, Attorney at Law**
                    **Claire P. Prestel, Attorney at Law**


                    Air Line Pilots Association, Int'l
                    1625 Massachusetts Avenue, N.W.
                    Washington, DC 20036
              BY:   **Elizabeth Ginsburg, Managing Attorney**


(Appearances continued on next page)


Reported By:   Katherine A. Powell, CSR #5812, RPR, CRR
               Official Reporter - U.S. District Court

Appearances continued:

```
1   For Defendant:          Reed Smith, LLP
                            Two Embarcadero Center, Suite 2000
2                           San Francisco, California  94111
                    BY:     Douglas Riegelhuth, Esquire
3
                            Ford & Harrison LLP
4                           Suite 700
                            1300 Nineteenth Street, N.W.
5                           Washington, DC 20036
                            (Appearing by telephone)
6                   BY:     Douglas W. Hall, Esquire

7
                            SkyWest Airlines
8                           444 South River Road
                            St. George, Utah  84790
9                           (Appearing by telephone)
                    BY:     Patricia T. Stambelos, General Counsel
10                          Todd Emerson, General Counsel
```

```
 1  We will make our best effort.
 2          MR. BERZON:  Best effort.
 3          THE COURT:  Here is what I would suggest.  I don't
 4  know.  Do we need nine pilots to testify?  Why can't five
 5  suffice?  You're not going to convince me of a particular
 6  proposition because nine people rather than five people say the
 7  same thing.
 8          MR. BERZON:  I mean, there are 2700 pilots.  I don't
 9  know -- I can't make that judgment yet.  If we don't need nine,
10  we won't do it.
11          THE COURT:  No, it's not going to work that way.
12  Here's the way it's going to work, because I have a vested
13  interest in this.
14          I will permit you to call five pilots, all right.
15  Please advise SkyWest by the close of business Friday -- you
16  can do that, can't you?
17          MR. BERZON:  Yes.
18          THE COURT:  -- close of business Friday the identity
19  of the pilots you want.
20          And, please, SkyWest, make all necessary
21  accommodations to release these pilots so that they can prepare
22  for the hearing.  Okay.
23          MR. BERZON:  Thank you, Your Honor.
24          THE COURT:  Is that okay with SkyWest?
25          MS. STAMBELOS:  I will make it happen.
```