1  Norman A. Quandt (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
2  1275 Peachtree Street, N.E., Suite 600
   Atlanta, GA 30309
3  Telephone:    404.888.3845
   Facsimile:    404.888.3863
4  Email: nquandt@fordharrison.com

5  Douglas W. Hall (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
6  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
7  Telephone:    202.719.2065
   Facsimile:    202.719.2077
8  Email: dhall@fordharrison.com

9  Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
10 101 California Street
   San Francisco, CA 94111-5894
11 Telephone:    415-591-1000
   Facsimile:    415-591-1400
12 Email: rspagat@winston.com

13 Attorneys for Defendant
   SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**DECLARATION OF ROBERT SPAGAT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF RE: REMEDIES** |

DECLARATION OF ROBERT SPAGAT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF RE: REMEDIES, CASE NO. C 07-2688 CRB

SF:173880.1

I, Robert Spagat, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California, am a partner at the law firm Winston & Strawn LLP ("Winston & Strawn"), and am one of the counsel of record for Defendant SkyWest Airlines, Inc. ("SkyWest") in the above-referenced action. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them. I make this declaration in support of SkyWest's Opposition to Plaintiffs' Supplemental Brief Re: Remedies.

2. A true and correct copy of excerpts from The Railway Labor Act (Michael E. Abram ed., BNA Books, 2nd ed. 2005), Ch. 5.III.F., pp. 257-258, 279-281 is attached hereto as Exhibit A.

3. A true and correct copy of excerpts from The Developing Labor Law: The Board, the Courts, and the National Labor Relations Act (John Higgens ed., BNA Books, 5th ed. 2006), Ch. 8.III., pp. 431-435 is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed this 14th day of June, 2007, at San Francisco, California.

Dated: June 14, 2007

WINSTON & STRAWN LLP

By: _____
Robert Spagat
Attorneys for Defendant
SKYWEST AIRLINES, INC.

---

1

DECLARATION OF ROBERT SPAGAT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF RE: REMEDIES, CASE NO. C 07-2688 CRB

SF:173880.1