Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:    404.888.3845
Facsimile:    404.888.3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202-719-2065
Facsimile:    202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

1

DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER, CASE NO. C 07-2688 CRB

SF:173755.2

TO THE HONORABLE CHARLES R. BREYER:

Pursuant to Local Rule 7-11, Defendant SkyWest Airlines, Inc. ("SkyWest") seeks an order authorizing it to file an opposition in excess of the 15-page limit set forth by this Court's Standing Order. Because this Motion deals solely with an administrative request, SkyWest respectfully submits that it is appropriate for consideration on an *ex parte* basis.

## BACKGROUND

Following a two-day evidentiary hearing, the Court authorized supplemental briefing limited <u>solely</u> to the issue of whether Paragraph 3 Relief should be included in any preliminary injunction that might issue. The Plaintiffs' brief goes far beyond the limited scope, and page limits, authorized by the Court. Although SkyWest requests that the Court disregard and strike those extraneous sections of Plaintiffs' (and SkyWest's) brief, SkyWest responds to those sections of Plaintiffs' brief in an abundance of caution. SkyWest's brief is thus in excess of the 15-page limitation. The Court already has granted Plaintiffs' request to file an oversized brief.

## RELIEF REQUESTED

With this motion, SkyWest seeks entry of an order permitting it to file an opposition to Plaintiffs' Supplemental Brief Re: Remedies that exceeds the fifteen page limitation established by this Court's Standing Order. Alternatively (and preferably), SkyWest requests that the Court strike the portions of Plaintiffs' brief, and the response from SkyWest that it necessitated, that go beyond the scope of issues which this Court allowed the parties to address.

## ARGUMENT

This Court's Standing Order provides that motions shall not exceed fifteen pages of text. This page limit, however, can be enlarged at the Court's discretion. *See* Local Rule 7-11 (expressly referencing "motions to exceed otherwise applicable page limitations"). SkyWest respectfully requests that it be excused from this Court's fifteen page limitation, for the following reasons. First, Plaintiffs have filed, and this Court has granted, a motion requesting to exceed this Court's page limitation in their supplemental brief regarding remedies. Second, in their supplemental brief regarding remedies, Plaintiffs went beyond the limited scope authorized by the Court, addressing the

2

DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER, CASE NO. C 07-2688 CRB
SF:173755.2

relief "sought in paragraphs 3 <u>and 4</u> of Plaintiffs' Revised Proposed Preliminary Injunction and including substantial argument on the issue of the Court's jurisdiction over this matter, despite the Court's denial of Plaintiffs' request for further argument on that issue. Such tactics have severely prejudiced SkyWest by forcing it to respond to these unauthorized issues within the tightly constrained timeframe established by the Court for addressing Paragraph 3 Relief, and within the space limitations set by the fifteen page limitation in the Court's Standing Order.

## CONCLUSION

SkyWest is constrained to address all issues in Plaintiffs' supplemental brief in an abundance of caution. Due to the extraneous arguments in Plaintiffs' supplemental brief, SkyWest's opposition is in excess of the fifteen page limitation in the Court's Standing Order. SkyWest respectfully requests that the Court disregard and strike those extraneous sections of Plaintiffs' (and SkyWest's) brief. Alternatively, SkyWest requests that the Court enter an order granting SkyWest's motion to exceed the page limitation set forth in the Court's Standing Order pursuant to the proposed order, filed herewith, and such other and further relief as is just and proper.

Dated: June 14, 2007              WINSTON & STRAWN LLP


By:   /s/ Robert Spagat
      Robert Spagat
      Attorneys for Defendant
      SKYWEST AIRLINES, INC.