Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:   404.888.3845
Facsimile:    404.888.3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202.719.2065
Facsimile:    202.719.2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER<br><br>Judge:   Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

1  Having considered Defendant SkyWest Airlines, Inc.'s *Ex Parte* Motion To Exceed The
2  Page Limitations Set Forth In The Court's Standing Order and finding good cause therefore,
3  Defendant's *Ex Parte* Motion To Exceed The Page Limitations Set Forth In The Court's Standing
4  Order is GRANTED.

7  Dated: _____          _____
8                                          Hon. Charles R. Breyer
                                           U.S. District Judge

11 SF:174988.1

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO
EXCEED THE PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER
CASE NO. C 07-2688 CRB