STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF CLAIRE PRESTEL IN SUPPORT OF PLAINTIFFS' REPLY RE: REMEDIES**<br><br>Date: n/a<br>Time: n/a<br>Place: Courtroom 8, 19th Floor |

DECL. OF CLAIRE PRESTEL ISO PLAINTIFFS' REPLY RE: REMEDIES, CASE No. C-07-2688 CRB

1  I, Claire Prestel, declare as follows:

2  1.  I am a member of the bar of this Court and an attorney for Plaintiffs in this case.

3  2  Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts from the June 8, 2007 hearing transcript, including page 129.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2007 at San Francisco, California.

                                      /s/ Claire Prestel
                                      CLAIRE PRESTEL