070608e.txt

                                                            1

```
 1
 2              ROUGH DRAFT DISCLAIMER
 3
 4         UNPROOFREAD, UNCERTIFIED ROUGH DRAFT
 5
 6      This transcript of proceedings is of rough draft.
 7      There will be discrepancies in this form and the
 8      final form.  This form has not been proofread,
 9      finalized, or certified, AND IS PROVIDED SIMPLY FOR
10      YOUR CONVENIENCE.
11      ***There will also be a discrepancy in page and line
12      numbers in this form compared to the finalized and
13      certified form.****
14      Upon receipt of the final, certified transcript,
15      please destroy this rough draft.
16      Katherine A. Powell, CSR, CRR
17
18
19
20
21
22
23
24
25
```

                                                            2

```
 1         THE CLERK:  Calling civil case number C07-2688,
 2   SkyWest Pilots versus SkyWest Airlines.
 3         Please state you're appearances, Counsel.
```

070608e.txt
```
 4   didn't want a three-page motion on our side that really doesn't
 5   have the actual testimony and it's only going to be --
 6            THE COURT:  Do you want to do it on Tuesday and have
 7   them respond on Thursday?  Is that better?
 8            MS. STAMBELOS:  If it would delay the Court's ruling,
 9   then --
10            THE COURT:  It's not going to delay.  24 hours, the
11   world is not going to end, right?
12            MS. LYE:  What scheduling would you like for the
13   paragraph 3 remedy issue, Your Honor?
14            THE COURT:  Well, that's a good question.  Do you
15   have any thoughts on that?  I think you should get -- I think
16   you should address it next week early on.  So what suits you?
17            MS. LYE:  Is Tuesday, Thursday also?
18            THE COURT:  Sure.
19            MS. LYE:  Thank you.
20            MR. SPAGAT:  What did we just agree to?
21            MS. LYE:  The same briefing schedule.  So your motion
22   to strike due Tuesday, our follow-up on the remedy issue due
23   Tuesday, and then responses --
24            MR. QUANDT:  Why would we file first and you have a
25   chance to read our brief on that particular issue?
                  NOLIN - CROSS EXAMINATION / SPAGAT       129

 1            THE COURT:  No, no, no.  The question is, as I
 2   understand it -- what I'd like to do is hear from the
 3   plaintiffs as to the propriety of -- including paragraph 3 in
 4   the injunctive relief order addressing that issue.
 5            MS. LYE:  Actually, on this one, Your Honor, it seems
 6   simultaneous briefing would be more appropriate.
 7            THE COURT:  Just give me your reasons, and then they
 8   can respond.  Then if you feel compelled to write something,
```

070608e.txt
9  maybe you have to write something. I don't know. Just see.
10 You know, take a look at it. You know, I have in mind your
11 argument, so -- but you better put it in writing. You said
12 certain things about this, and so I want to see whether there
13 is some authority that I would look at that would be helpful on
14 this subject.
15          MS. LYE: Okay.
16          MR. QUANDT: So the briefing schedule on both again,
17 one more time, is what?
18          MS. LYE: Tuesday and Thursday.
19          MR. QUANDT: Tuesday and Thursday. But it's split.
20 We go first on the motion to strike and you go first on the
21 paragraph 3 motion?
22          THE COURT: Yes.
23          MR. QUANDT: Or issue.
24          MS. LYE: That's my understanding.
25          THE COURT: Yes.
                NOLIN - CROSS EXAMINATION / SPAGAT         130
1           MR. QUANDT: I understand. Yes, Your Honor.
2           THE COURT: Yes.
3           MS. LYE: There was extensive argument yesterday on
4  the jurisdictional issue, Your Honor, and --
5           THE COURT: Well, I think I'm going to fight that
6  battle -- well, I can see it in the motion to dismiss, I
7  suppose. Is there anything more that needs to be said about
8  it?
9           MR. QUANDT: No. We briefed it extensively and we
10 have argued extensively.
11          THE COURT: Right. Everybody has been able to
12 misquote cases with equal ease on both sides. The Bartholomew
13 case, I think you cited the National Mediation Board decision?
                            Page 109