Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:    404-888-3845
Facsimile:    404-888-3863
Email:  nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202-719-2065
Facsimile:    202-719-2077
Email:  dhall@fordharrison.com

Robert Spagat (SBN:  157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>            Plaintiffs,<br><br>       vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>            Defendant. | **Case No. C-07-2688 CRB**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' LATE-FILED DECLARATION OF DILETTA MARTIRANO** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Having considered Defendant SkyWest Airlines, Inc.'s Motion to Strike Plaintiffs' Late-Filed Declaration of Diletta Martirano and finding good cause therefore, Defendant SkyWest Airlines, Inc.'s Motion to Strike Plaintiffs' Late-Filed Declaration of Diletta Martirano is GRANTED.

Dated: _____

Hon. Charles R. Breyer
U.S. District Judge

SF:175127.1