Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:   404.888.3845
Facsimile:   404.888.3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202.719.2065
Facsimile:   202.719.2077
Email: dhall@fordharrison.com

Robert Spagat (SBN:  157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER<br><br>Judge:   Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

Having considered Defendant SkyWest Airlines, Inc.'s *Ex Parte* Motion To Exceed The Page Limitations Set Forth In The Court's Standing Order and finding good cause therefore, Defendant's *Ex Parte* Motion To Exceed The Page Limitations Set Forth In The Court's Standing Order is GRANTED.

Dated: __June 18, 2007_____



Hon. _____
Judge Charles R. Breyer

IT IS SO ORDERED

SF:174988.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S *EX PARTE* MOTION TO EXCEED THE PAGE LIMITATIONS SET FORTH IN THE COURT'S STANDING ORDER
CASE NO.  C 07-2688 CRB