STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>    Defendant. | CASE No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE MARTIRANO DECLARATION**<br><br>Date: n/a<br>Time: n/a<br>Place: Courtroom 8, 19th Floor |

Having considered the papers filed concerning Defendant's Motion to Strike Declaration of Diletta Martirano, it is hereby ordered that the motion is DENIED.

Date: _____     _____
                                                                          Hon. Charles R. Breyer
                                                                          United States District Judge