Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone: 404-888-3845
Facsimile: 404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO DISMISS<br><br>Date: July 27, 2007<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Floor<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

1  The Motion to Dismiss for lack of subject matter jurisdiction of Defendant SkyWest Airlines,
2  Inc ("Defendant") came on regularly for hearing. Each side was represented by its counsel of record.
3  After reviewing the papers submitted in support of and in opposition to the motion and arguments of
4  counsel, and good cause appearing therefore, Defendant's Motion to Dismiss is hereby GRANTED.
5  The clerk is directed to CLOSE the file and TERMINATE all pending motions.

Dated: _____

                                                    _____
                                                    The Honorable Charles R. Breyer
                                                    United States District Court Judge