STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> **PLAINTIFFS' MOTION, AGREED TO BY DEFENDANT, TO CHANGE TIME RE: CASE MANAGEMENT CONFERENCE FROM AUGUST 3, 2007 TO AUGUST 2, 2007** |

The Court has scheduled a case management conference for August 3, 2007 at 8:30 am and instructed the parties to meet and confer regarding the need, if any, for a bond, and the amount of any such bond in this matter. Unfortunately, plaintiffs' lead counsel, Stephen Berzon, has a conflict with the case management conference currently set for August 3, 2007, as he is scheduled to be in Boston for a family wedding that day. It is important that Mr. Berzon, as lead counsel for plaintiffs, be present at the case management conference, in the event significant case management decisions need be made.

During the week of July 23, 2007, Plaintiffs' counsel met and conferred with Defendant's counsel regarding the need and amount of a potential bond in this matter. In that meet and confer session, Mr. Berzon informed Defendant's counsel of his scheduling conflict with the August 3, 2007 case management conference. Defendant has agreed to a proposed August 2, 2007 date for a re-scheduled case management conference. Defendant has already made plane and hotel arrangements to be in San Francisco, and an August 2, 2007 date would overlap with those previously made arrangements. Plaintiffs therefore respectfully request that the Court re-schedule the case management conference currently scheduled for August 3, 2007 at 8:30 am, to August 2, 2007, at a time convenient for the Court.

In the event the Court is unable to hold a case management conference on August 2, 2007, Plaintiffs respectfully request that the Court re-schedule the case management conference for July 31, August 1, or any day the week of August 6, 2007. Defendant has not agreed to these alternative proposed dates.

Dated: July 26, 2007          Respectfully submitted

STEPHEN P. BERZON
LINDA LYE
CLAIRE P. PRESTEL
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International


by: \s\Linda Lye
        Linda Lye

Attorneys for Plaintiffs