STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION, AGREED TO BY DEFENDANT, TO CHANGE TIME RE: CASE MANAGEMENT CONFERENCE FROM AUGUST 3, 2007 TO AUGUST 2, 2007** |

1  I, Linda Lye, declare as follows:

2  1.  I am a member of the bar of this Court and counsel for plaintiffs in this case.

3  2.  The Court has set a case management conference in this case for August 3, 2007 at 8:30 am and also instructed the parties to meet and confer on the need for a bond, if any, and the amount of any such bond, in this matter.

3.  Stephen P. Berzon is lead counsel for plaintiffs in this case. Unfortunately, he has a conflict with the case management conference currently set for August 3, 2007, as he is scheduled to be in Boston for a family wedding that day. It is important that Mr. Berzon, as lead counsel for plaintiffs, be present at the case management conference, in the event significant case management decisions need be made.

4.  Mr. Berzon is available to appear for a case management conference on July 31, August 1, and August 2, 2007, and also any day during the week of August 6, 2007.

5.  During the week of July 23, 2007, Mr. Berzon and Mr. Quandt met and conferred via telephone regarding the need for and amount of any bond in this matter. In that telephone conversation, Mr. Berzon informed Norman Quandt, lead counsel for Defendant SkyWest Airlines, Inc. ("SkyWest"), via telephone of Mr. Berzon's scheduling conflict with the August 3, 2007 case management conference. Mr. Quandt subsequently left a voicemail for Mr. Berzon indicating that SkyWest had no objection to moving the case management conference from August 3, 2007 to August 2, 2007.

6.  On July 26, 2007, I followed up on Mr. Quandt's voicemail for Mr. Berzon and called Mr. Quandt to confirm SkyWest's position on re-scheduling the case management conference. Mr. Quandt stated to me that SkyWest would agree to move the case management conference to August 2, 2007. Mr. Quandt indicated that SkyWest had already made hotel and air reservations to be in San Francisco for the August 3, 2007, and that he could accommodate an August 2, 2007 court appearance based on those existing reservations. I asked Mr. Quandt if SkyWest would agree to any other dates, in the event the Court were not able to accommodate a case management conference on August 2, 2007. Mr. Quandt indicated that he could not agree to

DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION, AGREED TO BY DEFENDANT, TO CHANGE TIME RE: CASE MANAGEMENT CONFERENCE FROM AUGUST 3, 2007 TO AUGUST 2, 2007, CASE No. C-07-2688 CRB    1

1 | any other dates.

2 |     I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2007 at San Francisco, California.

_____
Linda Lye