STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
CLAIRE P. PRESTEL (#235649)
cprestel@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | CASE No. C-07-2688 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION, AGREED TO BY DEFENDANT, TO CHANGE TIME RE: CASE MANAGEMENT CONFERENCE FROM AUGUST 3, 2007 TO AUGUST 2, 2007** |

Upon consideration of Plaintiffs' Motion to Change Time re: Case Management Conference from August 3, 2007 to August 2, 2007,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Change Time is GRANTED.  The case management conference currently set for August 3, 2007 at 8:30 a.m. is scheduled for August 2, 2007 at __ a.m/pm.  The other dates in this case remain unaffected.

IT IS SO ORDERED.

Date:  _____          _____
                                                                                          Hon. Charles R. Breyer
                                                                                          United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION, AGREED TO BY DEFENDANT, TO CHANGE TIME RE: CASE MANAGEMENT CONFERENCE FROM AUGUST 3, 2007 TO AUGUST 2, 2007, CASE No. C-07-2688 CRB          1