Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:   404-888-3845
Facsimile:   404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202-719-2065
Facsimile:   202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**DECLARATION OF TODD EMERSON REGARDING THE APPROPRIATE INJUNCTION BOND**<br><br>Date:   August 2, 2007<br>Time:  9:30 a.m.<br>Ctrm:  8, 19th Floor<br><br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: May 22, 2007 |

DECLARATION OF TODD EMERSON REGARDING THE APPROPRIATE INJUNCTION BOND
CASE NO. C 07-2688 CRB

SF:179011.1

1. I reside in St. George, Utah. I am employed by SkyWest Airlines, Inc., in the position of General Counsel – Operations. I base this declaration on my personal knowledge and information maintained by SkyWest in the ordinary course of business. If called upon to testify to the facts contained in this declaration, I could and would do so competently.

2. SkyWest has employed three law firms to defend it in this lawsuit. We retained Ford & Harrison LLP, our primary outside labor counsel, because of its expertise in the Railway Labor Act. We initially retained Reed Smith as local counsel; a few days after suit was filed, we replaced Reed Smith with Winston & Strawn.

3. To date, SkyWest has incurred a total of $334,713 in attorneys' fees and costs associated with defending itself against the Plaintiffs' efforts to obtain a temporary restraining order and a preliminary injunction. That amount is broken down among the firms as follows:

| Firm | Amount Billed | Attorney Billing Rates |
| --- | --- | --- |
| Ford & Harrison | $217,524 | $205 to $395 per hour |
| Winston & Strawn | $ 92,941 | $355 to $480 per hour |
| Reed Smith | $ 18,783 | $235 to $625 per hour |
| Witness/Attorney Transportation, Hotels and Meals | $ 7,965 | |

4. These figures do <u>not</u> include attorneys' fees and costs that were not directly related to the injunctive relief sought by Plaintiffs. For example, fees and costs associated with our motion to transfer venue and in preparing our motion to dismiss are not included.

5. This case has only just begun. With extensive discovery and a trial in the Northern District of California, SkyWest will certainly incur at least $700,000 attorneys' fees and costs to oppose Plaintiffs' efforts to obtain a permanent injunction, as every relevant witness and piece of evidence will have to be imported to this district.

1

DECLARATION OF TODD EMERSON REGARDING THE APPROPRIATE INJUNCTION BOND
CASE NO. C 07-2688 CRB

SF:179011.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and this declaration was executed this 27th day of July, 2007, in St. George, Utah.

_____
Todd Emerson