**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 2, 2007**

**C-07-02688** CRB

**SKYWEST PILOTS ALPA** v. **SKYWEST AIRLINES INC**

| Attorneys: | Stephen Berzon | Norman Quandt, Robert Spagat |
|---|---|---|
| | Linda Lye | Todd Emerson |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Belle Ball**

**PROCEEDINGS:**                                                                                   **RULING:**

1. D's Motion for Bond

2. Case Management Conference  -  Held

3. 

**ORDERED AFTER HEARING:**

Court imposes a bond and will set the amount of bond in his order.  Plaintiff's request for time to meet the conditions of bond is granted.  D's oral request for leave to file motion for reconsideration on the Court's Order re transfer is granted.  The Court vacates all future case management deadlines.  Mr. Quandt allowed to participate by telephone if unable to appear in person at the next case management conference

(X) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court  X

(  ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO October 04, 2007 @ 8:30 a.m. for Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____ Set for _____ days
                        Type of Trial:  (  )Jury    (  )Court

Notes: