IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　Defendant._____/ | No. C-07-2688 CRB<br><br>**ORDER RE: INJUNCTION BOND** |

　　　　The Court granted in part Plaintiffs motion for preliminary injunction on June 27, 2007 and left the issue of bond to the parties to meet and confer. Upon consideration of briefs from both parties, the Court orders Plaintiffs to post a bond of $40,000 as a condition of the preliminary injunction.

　　　　The Norris LaGuardia Act applies in this context and requires a bond as a condition to the granting of any preliminary injunctive relief. 29 U.S.C. § 107. The bond must be sufficient to recompense the Defendant for all damages, including reasonable attorneys' fees, as a result of the injunction should it be found to be erroneous. Defendant has not alleged any damages resulting from this injunction aside from attorneys' fees. Such attorneys' fees consist of the cost of the defense against the order in the manner of an appeal, not the cost of all litigation in the matter. In this case, an immediate appeal of the preliminary injunction appears particularly appropriate given Defendant's argument that the Court lacks jurisdiction.

The Court has determined the amount of this bond in order to cover all reasonable costs of such an appeal.

Accordingly, Plaintiffs shall be required to post a bond of $40,000 by August 8, 2007 as a condition to the preliminary injunction.

**IT IS SO ORDERED.**

Dated: August 2, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE