IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., | No. C-07-2688 CRB |
| Plaintiffs, | **ORDER RE: MOTION TO DISMISS** |
| v. | |
| SKYWEST AIRLINES, INC., | |
| Defendant. | |

For the reasons stated in the Court's order granting in part and denying in part plaintiffs' motion for a preliminary injunction, defendant's motion to dismiss for lack of jurisdiction is DENIED.

**IT IS SO ORDERED.**

Dated: August 3, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE