1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, CA  94108
   Telephone:  (415) 421-7151
5  Facsimile:   (415) 362-8064

6  ELIZABETH GINSBURG
   (Admitted to Practice *Pro Hac Vice*)
7  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
8  1525 Massachusetts Ave., NW
   Washington, D.C. 20036
9  Telephone: (202) 797-4081
   Facsimile:  (202) 797-4014
10
   Attorneys for Plaintiffs
11
                      UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13
14 SKYWEST PILOTS ALPA ORGANIZING      )   CASE No. C-07-2688 CRB
   COMMITTEE, *et al.*,                )
                                       )   **NOTICE OF MANUAL FILING**
15          Plaintiffs,                )
                                       )
16      vs.                            )
                                       )
17 SKYWEST AIRLINES, INC.,             )
                                       )
18          Defendant.                 )
   _____ )
19

20      Notice is hereby given that, pursuant to the Court's Order Re: Injunction Bond (Docket

21 #172), Plaintiffs filed a bond in the amount of $40,000 with the Clerk yesterday, August 7, 2007.

22

23 Regarding:  Undertaking for Preliminary Injunction (Bond)

24      This filing is in paper or physical form only, and is being maintained in the case

25 file in the Clerk's office.  This filing was not efiled for the following reason(s):

26 [_] Voluminous Document (PDF file size larger than the efiling system allows)

27 [_] Unable to Scan Documents

28 [_] Physical Object (description): _____

1    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2    [_] Item Under Seal

3    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

4    [X] Other (description):        Bond in the amount of $40,000 filed with Clerk, pursuant to Order

5                                    Re: Injunction Bond (Docket #172).

6
     Dated:  August 8, 2007                    Respectfully submitted,
7
                                               STEPHEN P. BERZON
8                                              LINDA LYE
                                               Altshuler Berzon LLP
9
                                               ELIZABETH GINSBURG
10                                             Air Line Pilots Association, International

11
                                               by:  \s\ Linda Lye_____
12                                                      Linda Lye

13                                             Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28