# American Contractors Indemnity Company

THE UNITED STATES DISTRICT COURT,   <u>NORTHERN</u>   DISTRICT OF CALIFORNIA

*[FILED stamp: 07 AUG -7 PM 1:11]*

|  |  |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, ET AL.,   Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,   Defendant. | )<br>)<br>)<br>)<br>)    No. <u>C-07-2688 CRB</u><br>)    UNDERTAKING FOR<br>)    <u>PRELIMINARY INJUNCTION</u><br>) |

an WHEREAS, the above named <u>PLAINTIFF</u>
desire(s) to give an undertaking for <u>PRELIMINARY INJUNCTION</u>
_____ as provided by section <u>529</u> _____ of California Code of Civil Procedure and as provided by applicable rules of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to <u>SKYWEST AIRLINES, INC.</u> _____ under said statutory obligations in the sum of <u>FORTY THOUSAND & NO/100THS</u> -------------------------------------------------- Dollars ($ <u>40,000.00</u> ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less that ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this   <u>7TH</u>   day of   <u>AUGUST</u>   ,
20 <u>07</u>  .

BOND NO.   <u>320811</u>

PREMIUM:   <u>800.00 PER ANNUM</u>

BY: _____   Attorney-in-fact
PAUL D. FAZZIO

American Contractors Indemnity Company
9841 Airport Blvd., 9th Floor
Los Angeles, CA   90045
310 - 649 - 0990

# American Contractors Indemnity Company 

9841 Airport Blvd., 9th Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,

**David J. Carter or Paul D. Fazzio of Petaluma, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an Amount not to exceed $ _____*** 3,000,000.00 ***_____. This Power of Attorney shall expire without further action on June 29, 2009.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority

1. To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,

2. To remove, at any time, any such Attorney-in-Fact and revoke the authority given.

RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its Executive Vice President on the 9th day of January, 2007.



AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
Adam S. Pessin, Executive Vice President

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES §

On this 9th day of January, 2007, before me, Steve Fedunak, a notary public, personally appeared Adam S. Pessin, Executive Vice President of American Contractors Indemnity Company, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary
My Commission expires June 29, 2009

STEVE FEDUNAK
Comm. No. 1593578
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. June 29, 2009

I, Jeannie J. Kim, Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolution adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolution have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this __7th__ day of __August__, 200_7_.

_____
Jeannie J. Kim, Corporate Secretary

Bond No. ____320811____

Agency No. ____2502____

Rev. POA03/22/06