IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA, | No. C 07-02688 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SKYWEST AIRLINES INC, | |
| Defendant. _____/ | |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference currently on calendar for October 4, 2007 to Friday, October 12, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: September 4, 2007                              FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy