1   STEPHEN P. BERZON (#46540)
    sberzon@altshulerberzon.com
2   LINDA LYE (#215584)
    llye@altshulerberzon.com
3   Altshuler Berzon LLP
    177 Post Street, Suite 300
4   San Francisco, CA  94108
    Telephone:  (415) 421-7151
5   Facsimile:   (415) 362-8064

6   ELIZABETH GINSBURG
    (Admitted *Pro Hac Vice*)
7   elizabeth.ginsburg@alpa.org
    Air Line Pilots Association, International
8   535 Herndon Parkway
    Herndon, VA 20172-1169
9   Telephone:  (703) 481-2424
    Facsimile:  (703) 481-2478
10
    Attorneys for Plaintiffs
11

12  DOUG HALL                    NORMAN A. QUANDT           ROBERT SPAGAT (#157388)
    (Admitted *Pro Hac Vice*)    (Admitted *Pro Hac Vice*)  Winston & Strawn LLP
13  Ford & Harrison LLP          Ford & Harrison LLP        101 California St.
    1300 19th Street, NW, #700   1275 Peachtree Street, NE, San Francisco, CA  94111-5894
14  Washington, DC 20036         Suite 600                  Telephone:  415/591-1000
    Telephone:  (202) 719-2065   Atlanta, Georgia 30309     Facsimile:   415/591-1400
15  Facsimile:  (202) 719-2077   Telephone:  (404) 888-3800 rspagat@winston.com
    dhall@fordharrison.com       Facsimile:   (404) 888-3863
16                               nquandt@fordharrison.com

17  Attorneys for Defendant

18

19                     UNITED STATES DISTRICT COURT

20                     NORTHERN DISTRICT OF CALIFORNIA

21  SKYWEST PILOTS ALPA ORGANIZING        )   CASE No. C-07-2688 CRB
    COMMITTEE, *et al.*,                  )
22                                        )   **JOINT STIPULATION DISMISSING**
            Plaintiffs,                   )   **PLAINTIFF ANDY BHARATH**
23                                        )
            vs.                           )
24                                        )
    SKYWEST AIRLINES, INC.,               )
25                                        )
            Defendant.                    )
26  _____)

27

28

JOINT STIPULATION DISMISSING PLAINTIFF ANDY BHARATH, CASE No. C-07-2688 CRB

# STIPULATION

1

2      WHEREAS, at the time this action was filed, Plaintiff Andy Bharath was a pilot employed

3   by Defendant SkyWest Airlines, Inc. ("SkyWest");

4      WHEREAS, Mr. Bharath has voluntarily separated employment from Defendant SkyWest

5   and wishes to be dismissed from this action;

6      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel

7   of record that Plaintiff Andy Bharath be voluntarily dismissed as a Plaintiff from this action, and

8   that each side shall bear its own costs and fees as to Plaintiff Bharath.

9      SO STIPULATED.

Dated: ___10/11/07___

10

11

12

STEPHEN P. BERZON
LINDA LYE
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International

13

14      by: _____
              Linda Lye

15   Attorneys for Plaintiffs

16

17   Dated: ___10/11/07___

NORMAN A. QUANDT
Ford & Harrison LLP

18

19

DOUG HALL
Ford & Harrison LLP

20

ROBERT SPAGAT (#157388)
Winston & Strawn LLP

21

22

23   by: _____

24   Attorneys for Defendant

25

26

27

JOINT STIPULATION DISMISSING PLAINTIFF ANDY BHARATH, CASE No. C-07-2688 CRB          2

** TOTAL PAGE.03 **