**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-02688 CRB**

**SKYWEST PILOTS ALPA v. SKYWEST AIRLINES INC**

Attorneys:    Stephen Berzon            Robert Spagat

              Elizabeth Ginsburg

Deputy Clerk: **BARBARA ESPINOZA**    Reporter:

**PROCEEDINGS:**                                                    **RULING:**

1.  Case Management Conference - Held

2.  

3.  

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For:

(X) CASE CONTINUED TO November 19, 2007 @ 4:30 p.m. for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____ Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: