| | |
|---|---|
| 1 | STEPHEN P. BERZON (#46540) |
| | sberzon@altshulerberzon.com |
| 2 | LINDA LYE (#215584) |
| | llye@altshulerberzon.com |
| 3 | Altshuler Berzon LLP |
| | 177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |

ELIZABETH GINSBURG
(Admitted *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs

| DOUG HALL | NORMAN A. QUANDT | ROBERT SPAGAT (#157388) |
|---|---|---|
| (Admitted *Pro Hac Vice*) | (Admitted *Pro Hac Vice*) | Winston & Strawn LLP |
| Ford & Harrison LLP | Ford & Harrison LLP | 101 California St. |
| 1300 19th Street, NW, #700 | 1275 Peachtree Street, NE, Suite 600 | San Francisco, CA 94111-5894 |
| Washington, DC 20036 | Atlanta, Georgia 30309 | Telephone: 415/591-1000 |
| Telephone: (202) 719-2065 | Telephone: (404) 888-3800 | Facsimile: 415/591-1400 |
| Facsimile: (202) 719-2077 | Facsimile: (404) 888-3863 | rspagat@winston.com |
| dhall@fordharrison.com | nquandt@fordharrison.com | |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, | CASE No. C-07-2688 CRB |
| Plaintiffs, | **JOINT STIPULATION DISMISSING PLAINTIFF ANDY BHARATH** |
| vs. | |
| SKYWEST AIRLINES, INC., | |
| Defendant. | |

JOINT STIPULATION DISMISSING PLAINTIFF ANDY BHARATH, CASE No. C-07-2688 CRB

## STIPULATION

1
2     WHEREAS, at the time this action was filed, Plaintiff Andy Bharath was a pilot employed
3 by Defendant SkyWest Airlines, Inc. ("SkyWest");
4     WHEREAS, Mr. Bharath has voluntarily separated employment from Defendant SkyWest
5 and wishes to be dismissed from this action;
6     IT IS HEREBY STIPULATED, by and between the parties through their respective counsel
7 of record that Plaintiff Andy Bharath be voluntarily dismissed as a Plaintiff from this action, and
8 that each side shall bear its own costs and fees as to Plaintiff Bharath.
9     SO STIPULATED.

Dated: 10/11/07

STEPHEN P. BERZON
LINDA LYE
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International

by: _____
    Linda Lye

Attorneys for Plaintiffs

Dated: 10/11/07

NORMAN A. QUANDT
Ford & Harrison LLP

DOUG HALL
Ford & Harrison LLP

ROBERT SPAGAT (#157388)
Winston & Strawn LLP

by: _____

Attorneys for Defendant

Signed: October 15, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION DISMISSING ... BHARATH ... CASE No. C-07-2688 CRB    2