# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Skywest Pilots Alpa Organizing Committee,<br><br>              Plaintiff(s),<br><br>   v.<br><br>Skywest Airlines, Inc.,<br><br>              Defendant(s). | 07-02688 CRB ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Michael J. Loeb**
JAMS
2 Embarcadero Center, 15th Fl.
San Francisco, CA 94111
415-982-5267
mloeb@jamsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02688 CRB ENE          - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

Dated: October 22, 2007

>RICHARD W. WIEKING
>Clerk
>by:    Claudia M. Forehand
>
>
>
>_____
>ADR Case Administrator
>415-522-2059
>Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-02688 CRB ENE                      - 2 -