STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted Pro Hac Vice)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs
SKYWEST PILOTS ALPA ORGANIZING
COMMITTEE, et al.

Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone: 404-888-3845
Facsimile: 404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | Case No. C-07-2688 CRB<br><br>**JOINT REQUEST ORDER TO VACATE OCTOBER 2, 2007 ORDER TO SUBMIT TO ENE BY NOVEMBER 30, 2007; ~~PROPOSED~~ ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Action Filed: May 22, 2007 |

1

JOINT REQUEST ORDER TO VACATE OCTOBER 2, 2007 ORDER TO SUBMIT TO ENE BY NOVEMBER 30, 2007; PROPOSED ORDER - CASE NO. C 07-2688 CRB

SF:187046.2

On October 2, 2007, the Court issued an order referring the parties to Early Neutral Evaluation ("ENE"), to be completed by November 30, 2007. On October 12, 2007, at a Case Management Conference ("CMC"), the Court indicated that the case should not be assigned to ENE at this time. Instead, the Court reset the case for a further case management conference for November 19, 2007. The court decided, with the consent of the parties, that alternative dispute resolution options should be explored at the further CMC on November 19. On October 22, 2007, the ADR case administrator issued a notice of appointment of an ENE evaluator.

Consistent with the Court's decision at the October 12 CMC, the parties jointly request that the Court vacate its October 2, 2007 Order ordering the parties to ENE.

Dated: October 26, 2007          WINSTON & STRAWN LLP

                                 By:  /s/
                                      Robert Spagat
                                      Attorneys for Defendant
                                      SKYWEST AIRLINES, INC.

Dated: October 26, 2007          ALTSHULER BERZON LLP

                                 By:  /s/
                                      Linda Lye
                                      Attorneys for Plaintiffs
                                      SKYWEST PILOTS ALPA
                                      ORGANIZING COMMITTEE, ET
                                      AL.

The October 2, 2007 Order is hereby VACATED.

Dated: October 30, 2007

                                 _____
                                 The Honorable Charles R. Breyer
                                 United States District Judge

[STAMP: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]

JOINT REQUEST ORDER TO VACATE OCTOBER 2, 2007 ORDER TO SUBMIT TO ENE BY NOVEMBER 30, 2007; PROPOSED ORDER - CASE NO. C 07-2688 CRB

SF:187046.2