STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted Pro Hac Vice)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone: (703) 481-2424
Facsimile: (703) 481-2478

Attorneys for Plaintiffs
SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.

Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone: 404-888-3845
Facsimile: 404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone: 202-719-2065
Facsimile: 202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>Defendant. | **Case No. C-07-2688 CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Charles R. Breyer<br>Action Filed: May 22, 2007 |

1  WHEREAS, on October 2, 2007, the Court issued an order referring the parties to Early Neutral Evaluation ("ENE");

WHEREAS, on October 12, 2007, at a Case Management Conference ("CMC"), the Court indicated that the case should not be assigned to ENE at this time;

WHEREAS, the Court at the October 12, 2007 CMC reset the case for a further case management conference regarding potential alternative dispute resolution options, to be held on November 19, 2007, after the completion of a union election on November 6, 2007;

WHEREAS, although the union election has now occurred, the Parties request additional time to explore the viability of potential alternative dispute resolution options;

THEREFORE, the parties jointly request that the Court recalendar the CMC currently set for November 19, 2007 at 4:30 pm to December 14, 2007 at 8:30 am.

Dated: November 12, 2007                WINSTON & STRAWN LLP

By: /s/
Robert Spagat
Attorneys for Defendant
SKYWEST AIRLINES, INC.

Dated: November 12, 2007                ALTSHULER BERZON LLP

By: /s/
Linda Lye
Attorneys for Plaintiffs
SKYWEST PILOTS ALPA
ORGANIZING COMMITTEE, ET
AL.

## **ORDER**

The Case Management Conference currently scheduled for November 19, 2007 at 4:30 pm is rescheduled for December 14, 2007 at 8:30 am.

Dated: _____

The Honorable Charles R. Breyer
United States District Court Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 07-2688 CRB
SF:187046.1