STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:    (415) 362-8064

ELIZABETH GINSBURG
(Admitted Pro Hac Vice)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20172-1169
Telephone:  (703) 481-2424
Facsimile:   (703) 481-2478

Attorneys for Plaintiffs
SKYWEST PILOTS ALPA ORGANIZING
COMMITTEE, et al.

Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA  30309
Telephone:    404-888-3845
Facsimile:     404-888-3863
Email:  nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC  20036
Telephone:    202-719-2065
Facsimile:     202-719-2077
Email:  dhall@fordharrison.com

Robert Spagat (SBN:  157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:     415-591-1400
Email:  rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>    Defendant. | **Case No. C-07-2688 CRB**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  December 14, 2007<br>Time:  8:30 am<br>Place:  Courtroom 8, 19th Floor |

1

The parties jointly submit the following case management conference statement, addressing the issues of Alternative Dispute Resolution ("ADR") and case scheduling:

1. <u>Alternative Dispute Resolution</u>

On October 12, 2007, at a Case Management Conference ("CMC"), the Court indicated that the case should not be assigned to ENE at that time. Instead, the Court reset the case for a further case management conference to be held after the completion of the union election. At the October 12, 2007 CMC, the Court decided, with the consent of the parties, that alternative dispute resolution options should be explored at the further CMC. The union election is now complete and the results of that election do not alter Plaintiffs' desire to pursue the claims set forth in the Complaint. The parties are very familiar with the legal and factual issues in the case and this Court has already issued a preliminary injunction. The parties believe that ADR is unlikely to facilitate resolution of this case and would thus force the parties to engage in an unnecessary expenditure of resources. As a result, the parties respectfully submit that this case is not suitable for ADR and thus jointly request a waiver from the Court's ADR program.

2. <u>Case Scheduling</u>

Consistent with the deadlines set forth in the parties' prior Joint Case Management Conference Statement, filed on October 1, 2007 (Doc. No. 179), the parties propose the following schedule, in the event the Court grants the parties' joint request for a waiver from the ADR program:

| | |
|---|---|
| Discovery cut-off: | June 30, 2008 |
| Summary Judgment Motions due: | July 25, 2008 |
| Opposition Briefs due: | August 8, 2008 |
| Reply Briefs due: | August 15, 2008 |
| Summary Judgment hearing: | August 29, 2008 |
| Trial: | 90 days after a decision on any summary judgment motion(s) |

Dated: December 4, 2007                WINSTON & STRAWN LLP

                                       By:  /s/
                                            Robert Spagat
                                            Attorneys for Defendant
                                            SKYWEST AIRLINES, INC.


Dated: December 4, 2007                ALTSHULER BERZON LLP

                                       By:  /s/
                                            Linda Lye
                                            Attorneys for Plaintiffs
                                            SKYWEST PILOTS ALPA
                                            ORGANIZING COMMITTEE, ET
                                            AL.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT, CASE NO. C 07-2688 CRB

**SF:187046.1**