Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:     404-888-3845
Facsimile:     404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:     202-719-2065
Facsimile:     202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | **Case No. C-07-2688 CRB** <br><br> **DEFENDANT SKYWEST'S REQUEST TO PERMIT COUNSEL NORMAN A. QUANDT TO APPEAR AT THE DECEMBER 14, 2007 CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** <br><br> Date:   December 14, 2007 <br> Time:   8:30 a.m. <br> Place:  Courtroom 8, 19th Floor <br><br> Judge: Hon. Charles R. Breyer <br><br> Action Filed:  May 22, 2007 |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1

SF:190762.1

1    Defendant SkyWest Airlines, Inc. ("SkyWest") respectfully requests that its counsel Norman

2  A. Quandt be permitted to appear at the 8:30 a.m. December 14, 2007 Case Management Conference

3  by telephone.  If this request is granted, Mr. Quandt can be reached at the following number:  404-

4  888-3845.

5

6  Dated:  December 7, 2007            WINSTON & STRAWN LLP

7

8                                     By:  _____

9                                          Robert Spagat
                                           Attorneys for Defendant
                                           SKYWEST AIRLINES, INC.

10

11

12       **IT IS SO ORDERED.**

13  Dated:  _____      _____

14                                          Hon. Charles R. Breyer
                                            U.S. District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SKYWEST'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER,
CASE NO. C 07-2688 CRB

SF:190762.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894