STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
1525 Massachusetts Ave., NW
Washington, D.C. 20036
Telephone: (202) 797-4081
Facsimile: (202) 797-4014

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> **PLAINTIFFS' REQUEST TO PERMIT COUNSEL ELIZABETH GINSBURG TO APPEAR BY TELEPHONE AT THE DECEMBER 14, 2007 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date: December 14, 2007 <br> Time: 8:30 a.m. <br> Place: Courtroom 8, 19th Floor |

1    Plaintiffs Skywest Pilots ALPA Organizing Committee, *et al.*, respectfully request that their
2 counsel Elizabeth Ginsburg be permitted to appear by telephone at the 8:30 a.m. December 14, 2007
3 Case Management Conference. If this request is granted, Ms. Ginsburg can be reached at the
4 following number: 202/797-4081.

6 Dated: December 10, 2007              Respectfully submitted

7                                        STEPHEN P. BERZON
                                         LINDA LYE
8                                        Altshuler Berzon LLP

9                                        ELIZABETH GINSBURG
                                         Air Line Pilots Association, International
10

11                                       by:  \s\Linda Lye
                                                    Linda Lye
12
                                         Attorneys for Plaintiffs
13

14                        **[PROPOSED] ORDER**

15        IT IS SO ORDERED.

16  Date:  _____          _____
                                              Hon. Charles R. Breyer
17                                            United States District Judge

PLAINTIFFS' REQUEST TO PERMIT COUNSEL ELIZABETH GINSBURG TO APPEAR BY TELEPHONE
AT THE 12/14/07 CASE MANAGEMENT CONFERENCE; ORDER, Case No. C-07-2688 CRB          1