Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:   404-888-3845
Facsimile:   404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202-719-2065
Facsimile:   202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **DEFENDANT SKYWEST'S REQUEST TO PERMIT COUNSEL NORMAN A. QUANDT TO APPEAR AT THE DECEMBER 14, 2007 CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** <br><br> Date: December 14, 2007 <br> Time: 8:30 a.m. <br> Place: Courtroom 8, 19th Floor <br><br> Judge: Hon. Charles R. Breyer <br><br> Action Filed: May 22, 2007 |

Defendant SkyWest Airlines, Inc. ("SkyWest") respectfully requests that its counsel Norman A. Quandt be permitted to appear at the 8:30 a.m. December 14, 2007 Case Management Conference by telephone. If this request is granted, Mr. Quandt can be reached at the following number: 404-888-3845.

Dated: December 7, 2007

WINSTON & STRAWN LLP

By: _____
Robert Spagat
Attorneys for Defendant
SKYWEST AIRLINES, INC.

**IT IS SO ORDERED.**

Dated: __December 11, 2007__



_____
Hon. Charles R. Breyer
U.S. District Judge