1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, CA  94108
   Telephone:  (415) 421-7151
5  Facsimile:   (415) 362-8064

6  ELIZABETH GINSBURG
   (Admitted to Practice *Pro Hac Vice*)
7  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
8  1525 Massachusetts Ave., NW
   Washington, D.C. 20036
9  Telephone: (202) 797-4081
   Facsimile:  (202) 797-4014
10
   Attorneys for Plaintiffs
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 SKYWEST PILOTS ALPA ORGANIZING      )   CASE No. C-07-2688 CRB
   COMMITTEE, *et al.*,                )
15                                     )   **PLAINTIFFS' REQUEST TO**
              Plaintiffs,              )   **PERMIT COUNSEL ELIZABETH**
16                                     )   **GINSBURG TO APPEAR BY**
        vs.                            )   **TELEPHONE AT THE DECEMBER**
17                                     )   **14, 2007 CASE MANAGEMENT**
   SKYWEST AIRLINES, INC.,             )   **CONFERENCE;** [PROPOSED]
18                                     )   **ORDER**
              Defendant.               )
19 _____ )
                                           Date:  December 14, 2007
20                                         Time:  8:30 a.m.
                                           Place: Courtroom 8, 19th Floor
21

Plaintiffs Skywest Pilots ALPA Organizing Committee, *et al.*, respectfully request that their counsel Elizabeth Ginsburg be permitted to appear by telephone at the 8:30 a.m. December 14, 2007 Case Management Conference. If this request is granted, Ms. Ginsburg can be reached at the following number: 202/797-4081.

Dated: December 10, 2007          Respectfully submitted

                                  STEPHEN P. BERZON
                                  LINDA LYE
                                  Altshuler Berzon LLP

                                  ELIZABETH GINSBURG
                                  Air Line Pilots Association, International


                                  by:  \s\Linda Lye
                                           Linda Lye

                                  Attorneys for Plaintiffs

## [PROPOSED] ORDER

IT IS SO ORDERED.

Date:   December 11, 2007          _____
                                   Hon. Charles R. Breyer
                                   United States District



PLAINTIFFS' REQUEST TO PERMIT COUNSEL ELIZABETH GINSBURG TO APPEAR BY TELEPHONE AT THE 12/14/07 CASE MANAGEMENT CONFERENCE; ORDER, Case No. C-07-2688 CRB          1