**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 14, 2008**

**C-07-02688** CRB

   **SKYWEST PILOTS ALPA  v.  SKYWEST AIRLINES INC**

| Attorneys: |   Steven Berzon |   Bob Spagat |
|---|---|---|
|  |   Linda Lye |  |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                             **RULING:**

1. Further Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

_____

( ) ORDER TO BE PREPARED BY:    Plntf \_\_\_\_\_    Deft \_\_\_\_\_    Court \_\_\_\_\_

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO  August 01, 2008 @ 10:00 a.m.  for Motion for Summary Judgment

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                      Type of Trial:  ( )Jury    ( )Court

Notes: _____