STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 797-4081
Facsimile:   (202) 797-4014

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*,<br><br>     Plaintiffs,<br><br>vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>     Defendant. | CASE No. C-07-2688 CRB<br><br>**DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS PLAINTIFF STEVE DOW**<br><br>Date:  June 20, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for plaintiffs in this case.

2. The present case seeks injunctive and declaratory relief against defendant SkyWest Airlines, Inc. ("SkyWest"), based on SkyWest's unlawful interference with the efforts of plaintiffs, who are SkyWest pilots, to exercise their rights under the Railway Labor Act. Plaintiff Steve Dow was, at the time this action was filed, a SkyWest pilot and a named plaintiff. However, he voluntarily terminated his employment with defendant, effective March 24, 2008, for reasons unrelated to the present case. Because he no longer has a personal interest in this litigation, Mr. Dow seeks dismissal from the case.

3. The week immediately after Mr. Dow left SkyWest's employ, on April 1, 2008, I sent a letter to counsel for SkyWest, requesting that SkyWest agree to dismiss Mr. Dow. I subsequently had several communications with counsel for SkyWest regarding this issue. Although SkyWest has not contended that Mr. Dow still has an interest in this litigation, it has refused to agree to dismiss Mr. Dow until he responds to certain discovery requests that SkyWest served on him in February 2008. I attempted in good faith to reach a stipulation with SkyWest regarding dismissal of Mr. Dow, including proposing options that would have accommodated its articulated concerns, but the parties were unable to reach agreement. On May 13, 2008, counsel for SkyWest confirmed that SkyWest would not stipulate to dismiss Mr. Dow.

4. Plaintiffs have not delayed in bringing the present motion, having sought a stipulation from SkyWest to dismiss Mr. Dow promptly after he left SkyWest.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2008 at San Francisco, California.

                                        /s/ Linda Lye
                                        Linda Lye