UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | CASE No. C-07-2688 CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS PLAINTIFF STEVE DOW** |

On May 13, 2008, plaintiffs moved the Court to dismiss plaintiff Steve Dow from this action pursuant to Federal Rule of Civil Procedure 41(a)(2). Good cause having been shown, the Court grants the plaintiffs' request.

IT IS HEREBY ORDERED plaintiff Steve Dow is dismissed from this action without prejudice.

SO ORDERED.

Date: _____    _____
                                                                          Hon. Charles R. Breyer
                                                                          United States District Judge