1  Douglas W. Hall (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
2  1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
3  Telephone:    202.719.2065
   Facsimile:    202.719.2077
4  Email:  dhall@fordharrison.com

5  Robert Spagat (SBN:  157388)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA  94111-5894
7  Telephone:    415-591-1000
   Facsimile:    415-591-1400
8  Email:  rspagat@winston.com

9  Attorneys for Defendant
   SKYWEST AIRLINES, INC.

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  SKYWEST PILOTS ALPA ORGANIZING          Case No. C-07-2688 CRB
    COMMITTEE, et al.,
                                            **DECLARATION OF DOUGLAS HALL IN**
15              Plaintiffs,                  **SUPPORT OF DEFENDANT'S**
                                            **OPPOSITION TO MOTION TO DISMISS**
16        vs.                               **PLAINTIFF STEVE DOW**

17  SKYWEST AIRLINES, INC.,                 Date:  June 20, 2008
                                            Time:  10:00 a.m.
18              Defendant.                  Place: Courtroom 8, 19th Floor.

19

20

21        I, Douglas W. Hall, declare as follows:

22        1.     I am counsel for Defendant SkyWest Airlines, Inc. ("SkyWest") in this matter, having

23  been admitted to appear before the Court *pro hac vice*.

24        2.     Captain Steve Dow is one of the named Plaintiffs in this matter.  He submitted a

25  declaration in support of the Plaintiffs' motion for a preliminary injunction in which he stated that he

26  was one of the founders of the SkyWest Pilots ALPA Organizing Committee.  Captain Dow also

27

28                                          1
    DECLARATION OF DOUGLAS HALL IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO
                          DISMISS PLAINTIFF STEVE DOW
                          CASE NO.  C 07-2688 CRB

*(left margin)* Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

testified at the preliminary injunction hearing in this matter. He was the Plaintiffs' first – and lengthiest – witness at that hearing.

3.    On February 21, 2008, SkyWest served interrogatories and document requests on the Plaintiffs, including Captain Dow. Plaintiffs' responses, therefore, originally were due on March 24, 2008. On March 17, 2008, Linda Lye, one of Plaintiffs' counsel, asked me to extend until April 21, 2008 the deadline for the Plaintiffs' discovery responses. I agreed to her request.

4.    At no time during my discussions with Ms. Lye concerning Plaintiffs' requested extension to the deadline for submitting their discovery requests did she mention that Captain Dow was leaving SkyWest's employment or that the Plaintiffs would seek to have him dismissed as a Plaintiff as a result. If SkyWest had been aware of those facts, it would not have agreed to extend the deadline for Captain Dow's discovery responses.

5.    Because of the Plaintiffs' position that Captain Dow should be dismissed, Captain Dow has yet to respond to the discovery requests propounded on him by SkyWest. In addition, to date, Plaintiffs have taken the position that SkyWest should not be permitted to take the depositions of any of the individual Plaintiffs who, like Captain Dow, testified at the preliminary injunction hearing. As one of Plaintiffs' counsel put it in a letter to me dated May 14, 2008, they object to the depositions of those Plaintiffs because they "have already been subject to lengthy cross-examination."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May, 2008 in Washington, D.C.

Douglas W. Hall

2

DECLARATION OF DOUGLAS HALL IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF STEVE DOW
CASE NO. C 07-2688 CRB