IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>SKYWEST AIRLINES INC., <br><br>　　　　Defendant. | No. C 07-02688 CRB <br><br>**ORDER** |

  Now pending before the Court is plaintiffs' motion to voluntarily dismiss Steve Dow as a plaintiff on the ground that he is no longer employed by Skywest Airlines Inc. and thus does not have an interest in this action. After considering the parties' arguments, the Court concludes that oral argument is unnecessary. See Local Rule 7-1(b).

  Plaintiffs' motion is GRANTED on the condition that Dow serve a response to the discovery that defendant propounded on him while he was still employed with defendant. Such response shall be served on defendant within 14 days of the date of this Order.

  **IT IS SO ORDERED.**

Dated: June 11, 2008

              CHARLES R. BREYER
              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2688\orderreDow.wpd