Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:   404-888-3845
Facsimile:    404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:   202.719.2065
Facsimile:    202.719.2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>            Defendant. | **Case No. C-07-2688 CRB**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**<br><br>Date:   July 25, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 8, 19th Floor |

After reviewing the papers submitted in support of Defendant Skywest Airlines, Inc.'s motion to compel against Plaintiff Air Line Pilots Association, International ("ALPA"), for good cause shown the motion is hereby GRANTED, as follows:

1.  ALPA shall provide further responses to Interrogatory 3, 4, 5, and 13 of Defendant's First Set of Interrogatories to Plaintiff ALPA within 21 days from the date of this order;

2.  ALPA shall provide further responses to Document Request 5, 6, 7, and 30 of Defendant's First Set of Requests for Production of Documents to Plaintiff ALPA within 21 days from the date of this order;

3.  ALPA shall identify a witness (or witnesses) with knowledge of the following matters set forth in Defendant's 30(b)(6) Notice of Deposition to Plaintiff ALPA and shall produce this person for deposition within 21 days from the date of this order:

- The compensation provided by any airline whose pilots are represented by ALPA to any local or national ALPA officer, employee, agent, representative, or committee member.

- The financial support provided to ALPA by any airline whose pilots are represented by ALPA.

- The in-kind support provided to ALPA by any airline whose pilots are represented by ALPA.

- Litigation, including but not limited to *Barthelemey v. Air Lines Pilots Ass'n*, 897 F.2d 999 (9th Cir. 1990), in which compensation or financial support to ALPA and/or any local or national ALPA officer, employee, agent, representative, or committee member was alleged to violate Section 2,Third and/or Section 2, Fourth of the Railway Labor Act.

Dated: _____           _____
                                  The Honorable Charles R. Breyer
                                  United States District Court Judge

2

SF:208864.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894