1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064

6  ELIZABETH GINSBURG
   (Admitted to Practice *Pro Hac Vice*)
7  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
8  1525 Massachusetts Ave., NW
   Washington, D.C. 20036
9  Telephone: (202) 797-4081
   Facsimile: (202) 797-4014
10
   Attorneys for Plaintiffs
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14  SKYWEST PILOTS ALPA ORGANIZING          ) CASE No. C-07-2688 CRB
    COMMITTEE, *et al.*,                    )
15                                          ) **DECLARATION OF ELIZABETH**
                  Plaintiffs,               ) **GINSBURG IN SUPPORT OF**
16                                          ) **PLAINTIFFS' OPPOSITION TO**
         vs.                                ) **DEFENDANT'S MOTION TO**
17                                          ) **COMPEL**
    SKYWEST AIRLINES, INC.,                 )
18                                          )
                  Defendant.                )
19  _____)

20

DECLARATION OF ELIZABETH GINSBURG
Case No. C-07-2688 CRB

I, ELIZABETH GINSBURG, declare as follows:

1. I am a Managing Attorney in the Legal Department of ALPA and counsel for Plaintiffs in this case. The information in this declaration is based on my personal knowledge and if called upon to testify, I would and could competently testify thereto.

2. ALPA responded to SkyWest's requests for production and interrogatories with objections including that "Plaintiff objects to each discovery request to the extent it seeks information which is . . . equally available to defendant, or publicly available. . ., thus requiring Plaintiff to incur unnecessary expense and burden in responding."

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2008, in Chevy Chase, Maryland.

_____
Elizabeth Ginsburg

DECLARATION OF ELIZABETH GINSBURG
Case No. C-07-2688 CRB

1