STEPHEN P. BERZON (#46540)
sberzon@altshulerberzon.com
LINDA LYE (#215584)
llye@altshulerberzon.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

ELIZABETH GINSBURG
(Admitted to Practice *Pro Hac Vice*)
elizabeth.ginsburg@alpa.org
Air Line Pilots Association, International
1525 Massachusetts Ave., NW
Washington, D.C. 20036
Telephone: (202) 797-4081
Facsimile:  (202) 797-4014

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, *et al.*, | ) ) ) | CASE No. C-07-2688 CRB |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO COMPEL** |
| vs. | ) ) ) | |
| SKYWEST AIRLINES, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

After reviewing the oral and written argument submitted in support of and in opposition to Defendant SkyWest Airlines, Inc.'s motion to compel, for good cause shown, the motion is hereby DENIED.

Date:  _____          _____
                                                                          Hon. Charles R. Breyer
                                                                          United States District Judge