**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWEST PILOTS ALPA, | No. C 07-02688 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SKYWEST AIRLINES INC., | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for July 25, 2008 to **Tuesday, July 22, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy