Norman A. Quandt (Admitted *Pro Hac Vice*)
Ford & Harrison LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309
Telephone:    404-888-3845
Facsimile:    404-888-3863
Email: nquandt@fordharrison.com

Douglas W. Hall (Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
1300 Nineteenth Street, N.W., Suite 700
Washington, DC 20036
Telephone:    202-719-2065
Facsimile:    202-719-2077
Email: dhall@fordharrison.com

Robert Spagat (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., | **Case No. C-07-2688 CRB** |
| Plaintiffs, | **DECLARATION OF ANDREW D. MCCLINTOCK IN SUPPORT OF DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO COMPEL** |
| vs. | |
| SKYWEST AIRLINES, INC., | |
| Defendant. | Judge: Hon. Charles R. Breyer |
| | Action Filed: May 22, 2007 |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

DECLARATION OF ANDREW D. MCCLINTOCK IN SUPPORT OF DEFENDANT SKYWEST AIRLINES, INC.'S MOTION TO COMPEL, CASE NO. C 07-2688 CRB

SF:210794.1

1    I, Andrew D. McClintock, make the following declaration pursuant to 28 U.S.C. § 1746 in

2    support of SkyWest Airlines, Inc.'s Motion to Compel ("SkyWest's Motion").

3        1.    I am over the age of 21 and competent to testify to these matters if called as a witness

4    in this case.  I have personal knowledge of the following facts.

5        2.    I am a partner in the Atlanta office of Ford & Harrison LLP.  Ford & Harrison LLP

6    represents SkyWest Airlines, Inc. ("SkyWest") in this case.

7        3.    Attachment A to this declaration is a true and accurate copy of the "Detailed

8    Summary Page – Schedules 14 through 19" from the Fiscal 2007 LM-2 for the Air Line Pilots

9    Association ("ALPA") that is published on the United States Department of Labor's website.

10        4.    Attachment B to this declaration is a true and accurate copy of the "Receipts Report"

11    from the Fiscal 2007 LM-2 for ALPA that is published on the United States Department of Labor's

12    website.

13        5.    Attachment C to this declaration is a true and accurate copy of "Schedule 14 – Other

14    Receipts" from the Fiscal 2007 LM-2 for the Air Line Pilots Association ("ALPA") that is published

15    on the United States Department of Labor's website.

16        6.    Attachment D to this declaration is a true and accurate copy of excerpts of the

17    "Payer/Payee Report" from the Fiscal 2007 LM-2 for ALPA that is published on the United States

18    Department of Labor's website.

19        7.    Attachment E to this declaration is a true and accurate copy of the "Accounts Payable

20    Report" from the Fiscal 2007 LM-2 for ALPA that is published on the United States Department of

21    Labor's website.

22        8.    Attachment F to this declaration is a true and accurate copy of excerpts of the

23    "Officers/Employee Report" from the Fiscal 2007 LM-2 for ALPA that is published on the United

24    States Department of Labor's website.

25    ///

26    ///

27    ///

28

DECLARATION OF ANDREW D. MCCLINTOCK IN SUPPORT OF DEFENDANT SKYWEST AIRLINES, INC.'S
MOTION TO COMPEL, CASE NO.  C 07-2688 CRB

**Error! Unknown document property name.**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1        I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3        Executed at Atlanta, Georgia on this 10th day of July, 2008

4

5                                        _____

6                                      ANDREW D. MCCLINTOCK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

2

DECLARATION OF ANDREW D. MCCLINTOCK IN SUPPORT OF DEFENDANT SKYWEST AIRLINES, INC.'S
MOTION TO COMPEL,  C 07-2688 CRB

SF:210794.1

# EXHIBIT A

## DETAILED SUMMARY PAGE - SCHEDULES 14 THROUGH 19

FILE NUMBER: 000-179

| SCHEDULE 14   OTHER RECEIPTS | |
|---|---|
| 1. Named Payer Itemized Receipts | $20,784,964 |
| 2. Named Payer Non-itemized Receipts | $1,403,243 |
| 3. All Other Receipts | $629,227 |
| 4. Total Receipts | $22,817,434 |
|  |  |
|  |  |

| SCHEDULE 17   CONTRIBUTIONS, GIFTS & GRANTS | |
|---|---|
| 1. Named Payee Itemized Disbursements | $50,051 |
| 2. Named Payee Non-itemized Disbursements | $15,911 |
| 3. To Officers | $0 |
| 4. To Employees | $24,666 |
| 5. All Other Disbursements | $27,697 |
| 6. Total Disbursements | $118,325 |

| SCHEDULE 15   REPRESENTATIONAL ACTIVITIES | |
|---|---|
| 1. Named Payee Itemized Disbursements | $18,297,840 |
| 2. Named Payee Non-itemized Disbursements | $21,245,135 |
| 3. To Officers | $771,097 |
| 4. To Employees | $16,844,672 |
| 5. All Other Disbursements | $2,700,199 |
| 6. Total Disbursements | $59,858,944 |

| SCHEDULE 18   GENERAL OVERHEAD | |
|---|---|
| 1. Named Payee Itemized Disbursements | $5,740,796 |
| 2. Named Payee Non-itemized Disbursements | $3,743,683 |
| 3. To Officers | $213,151 |
| 4. To Employees | $15,479,140 |
| 5. All Other Disbursements | $773,204 |
| 6. Total Disbursements | $25,949,974 |

| SCHEDULE 16   POLITICAL ACTIVITIES AND LOBBYING | |
|---|---|
| 1. Named Payee Itemized Disbursements | $550,563 |
| 2. Named Payee Non-itemized Disbursements | $1,409,907 |
| 3. To Officers | $54,419 |
| 4. To Employees | $2,029,472 |
| 5. All Other Disbursements | $360,378 |
| 6. Total Disbursement | $4,404,740 |

| SCHEDULE 19   UNION ADMINISTRATION | |
|---|---|
| 1. Named Payee Itemized Disbursements | $11,689,638 |
| 2. Named Payee Non-itemized Disbursements | $11,514,056 |
| 3. To Officers | $2,431,385 |
| 4. To Employees | $6,353,679 |
| 5. All Other Disbursements | $1,676,710 |
| 6. Total Disbursements | $33,665,468 |

Form LM-2 (Revised 2003)

# EXHIBIT B



## U.S. Department of Labor
*in the 21st Century*



**www.dol.gov/esa**                                              Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**     DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1 to 1 of 1

# Receipts Report

| Name and Address | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY<br>HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 |
|---|---|
| **Form Type** | LM-2 (Revised) |
| **Dues and Agency Fees** | $108,306,379 |
| **Per Capita Tax** | $0 |
| **Other Fees** | $520,297 |
| **Sales of Supplies** | $0 |
| **Interest** | $5,243,607 |
| **Dividends** | $0 |
| **Rents** | $1,751,173 |
| **On Behalf of Affiliates** | $3,658,154 |
| **From Members** | $11,413,671 |
| **Loan Repayments** | $890,454 |
| **Loans Obtained** | $624,444 |
| **Sales of Investments and Assets** | $102,036,023 |
| **Other Receipts** | $22,817,434 |
| **Total** | $257,261,636 |

Download in CSV

**Back to Top**                                                    **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**

# EXHIBIT C

## SCHEDULE 14 - OTHER RECEIPTS

| Name and Address (A) | | | |
|---|---|---|---|
| A F L - C I O<br>ACCOUNTING DEPARTMENT<br>SECRETARY-TREASURER<br>WASHINGTON<br>DC<br>20006 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $30,443 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $30,443 |
| Type or Classification (B) | Voided Payment | 2007-04-16 | $30,443 |
| Labor Unions and Similar Labor Organizations | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| A PLUS ADVERTISING AGENCY, INC.<br>SUITE A 58<br>250 MIDDLE NECK ROAD<br>GREAT NECK<br>NY<br>11021 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $35,200 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $35,200 |
| Type or Classification (B) | EVENTS CANCELLED | 2007-12-05 | $35,200 |
| Advertising agencies | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| ADRIAN J OSIO<br><br>112 GETMAC AVENUE<br>CANASTOTA<br>NY<br>13032-1211 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $13,100 |
| | Total Non-Itemized Transactions | | $1,002 |
| | **Total of All Transactions** | | $14,102 |
| Type or Classification (B) | ADJUST 06/16/2007 06/30/2007 | 2007-08-15 | $13,100 |
| ALPA Officer | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| AFL-CIO<br><br>815 Sixteenth St. N.W.<br>Washington<br>DC<br>20006 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $64,151 |
| | Total Non-Itemized Transactions | | $7,741 |
| | **Total of All Transactions** | | $71,892 |
| | Credit Card Royalty | 2007-01-17 | $17,439 |
| Type or Classification (B) | Credit Card Royalty | 2007-06-30 | $16,983 |
| Labor Union | Extension Bonus | 2007-10-01 | $29,729 |

| Name and Address (A) | | | |
|---|---|---|---|
| AIRPORT PLACE LLC<br>COLDWELL BANKER DANFORTH, C<br>C/O BYRON K HILLER<br>FEDERAL WAY<br>WA<br>98003 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $10,441 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $10,441 |
| | Voided Payment | 2007-12-17 | $10,441 |
| Type or Classification (B) | | | |

| Real Estate Property Managers | | | |
|---|---|---|---|

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ALPA Potlitcal Action Committee | | | |
| 1625 Massachuttes Ave, NW Washington DC 20036 | Total Itemized Transactions | | $6,123 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | **$6,123** |
| Type or Classification (B) | Expense Reimbursement | 2007-05-09 | $6,123 |
| Political Action Committee | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AMERICA WEST AIRLINES, INC | Total Itemized Transactions | | $819,561 |
| P.O. BOX 29655 PHOENIX AZ 85038-9655 | Total Non-Itemized Transactions | | $61,517 |
| | **Total of All Transactions** | | **$881,078** |
| | 05/01/2007 05/31/2007 -59.2H | 2007-07-18 | $10,127 |
| | 05/01/2007 05/31/2007 -84.7H | 2007-07-18 | $8,892 |
| Type or Classification (B) | 04/01/2007 04/30/2007 -83.82H | 2007-06-20 | $15,100 |
| Air Transportation - Scheduled | 04/01/2007 04/30/2007 -84.07H | 2007-06-20 | $14,382 |
| | 04/01/2007 04/30/2007 -84.75H | 2007-06-20 | $8,897 |
| | 03/01/2007 03/31/2007 -87.92H | 2007-06-20 | $15,839 |
| | 03/06/2007 03/07/2007 -69.18H | 2007-06-20 | $11,835 |
| | 03/01/2007 03/31/2007 -56.47H | 2007-06-20 | $5,928 |
| | 01/01/2007 01/18/2007 -47.67H | 2007-03-16 | $8,588 |
| | 01/01/2007 01/31/2007 -69.12H | 2007-03-16 | $11,695 |
| | 01/01/2007 01/21/2007 -58.22H | 2007-03-16 | $5,580 |
| | 08/01/2007 08/31/2007 -85.72H | 2007-10-10 | $15,442 |
| | 08/01/2007 08/31/2007 -84.67H | 2007-10-10 | $14,484 |
| | 08/01/2007 08/31/2007 -67.52H | 2007-10-10 | $7,088 |
| | 06/01/2007 06/30/2007 -87.33H | 2007-08-29 | $14,939 |
| | 06/01/2007 06/30/2007 -57.05H | 2007-08-29 | $5,989 |
| | 07/01/2007 07/31/2007 -80.65H | 2007-09-07 | $14,529 |
| | 07/01/2007 07/31/2007 -60.07H | 2007-09-07 | $10,276 |
| | 09/01/2007 09/30/2007 -72.63H | 2007-12-14 | $12,700 |
| | 09/01/2007 09/30/2007 -84.43H | 2007-12-14 | $14,443 |
| | 09/03/2007 09/30/2007 -74.77H | 2007-12-14 | $7,849 |
| | 09/01/2007 09/30/2007 -83.55H | 2007-12-14 | $15,051 |
| | 08/07/2007 08/26/2007 -83.52H | 2007-10-10 | $14,604 |
| | 11/01/2006 11/30/2006 -57.82H | 2007-01-10 | $10,113 |
| | 11/01/2006 11/30/2006 -83.48H | 2007-01-10 | $14,601 |
| | 11/01/2006 11/30/2006 -83.48H | 2007-01-10 | $13,714 |
| | 11/01/2006 11/30/2006 -79.2H | 2007-01-10 | $13,852 |
| | 10/01/2006 10/31/2006 LUMP SUM | 2007-01-10 | $102,422 |
| | 02/01/2007 02/28/2007 -83.3H | 2007-06-06 | $15,006 |
| | 02/01/2007 02/28/2007 -69.02H | 2007-06-06 | $6,616 |
| | ADJUST 12/01/2006 12/31/2006 | 2007-06-06 | $7,858 |
| | ADJUST 12/01/2006 12/31/2006 | 2007-06-06 | $8,786 |
| | 10/01/2006 10/31/2006 -80.7H | 2007-01-10 | $14,115 |
| | 10/01/2006 10/31/2006 -84.37H | 2007-01-10 | $14,757 |
| | 10/01/2006 10/31/2006 -61.07H | 2007-01-10 | $10,681 |
| | 10/01/2006 10/31/2006 -80.7H | 2007-01-10 | $13,257 |

| | | | |
|---|---|---|---|
| | 10/01/2006 10/31/2006 -84.37H | 2007-01-10 | $14,757 |
| | 11/01/2006 11/30/2006 LUMP SUM | 2007-01-10 | $22,578 |
| | 11/01/2006 11/30/2006 LUMP SUM | 2007-01-10 | $7,540 |
| | 02/16/2007 02/19/2007 -48.63H | 2007-06-06 | $8,319 |
| | 01/01/2007 01/31/2007 -33.43H | 2007-03-16 | $5,656 |
| | 03/01/2007 03/31/2007 -78.93H | 2007-06-20 | $13,652 |
| | 11/01/2006 11/30/2006 -83.48H | 2007-01-10 | $14,601 |
| | 02/01/2007 02/28/2007 -72.65H | 2007-06-06 | $12,566 |
| | 07/01/2007 07/31/2007 -88.88H | 2007-09-07 | $9,330 |
| | 09/01/2006 09/30/2006 -32.35H | 2007-01-10 | $5,658 |
| | 09/01/2006 09/30/2006 -51.65H | 2007-01-10 | $8,673 |
| | 06/01/2007 06/30/2007 -85.57H | 2007-08-29 | $14,962 |
| | 07/01/2007 07/31/2007 -84H | 2007-09-07 | $14,688 |
| | 04/01/2007 04/30/2007 -57.7H | 2007-06-20 | $9,980 |
| | 05/01/2007 05/31/2007 -58.73H | 2007-07-18 | $10,158 |
| | 12/01/2006 12/31/2006 -82.78H | 2007-03-13 | $13,900 |
| | 01/01/2007 01/31/2007 -50.57H | 2007-03-16 | $8,747 |
| | 09/01/2006 09/30/2006 -83.75H | 2007-01-10 | $14,648 |
| | 09/01/2006 09/30/2006 -83.13H | 2007-01-10 | $14,269 |
| | 09/01/2006 09/30/2006 -61.75H | 2007-01-10 | $10,144 |
| | 09/01/2006 09/30/2006 -75.18H | 2007-01-10 | $13,149 |
| | 12/01/2006 12/31/2006 -57.38H | 2007-03-13 | $10,036 |
| | 12/01/2006 12/31/2006 -83.67H | 2007-03-13 | $7,786 |
| | 12/01/2006 12/31/2006 -83.45H | 2007-03-13 | $14,596 |
| | 12/01/2006 12/31/2006 -83.45H | 2007-03-13 | $13,860 |
| | 05/01/2007 05/31/2007 -84.78H | 2007-07-18 | $15,273 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AMERICAN TRANS AIR HDQAR/2 ATTN: TRACY P PO BOX 51609 INDIANAPOLIS IN 46251-0609 | Total Itemized Transactions | | $57,370 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $57,370 |
| Type or Classification (B) | Voided Payment | 2007-01-16 | $16,510 |
| | 07/01/2007 07/31/2007 -62.23H | 2007-12-05 | $6,076 |
| Air Transportation - Scheduled | 07/01/2007 07/31/2007 -75H | 2007-12-05 | $7,322 |
| | 04/01/2007 04/30/2007 -25H | 2007-10-31 | $6,187 |
| | 07/01/2007 07/31/2006 -23.52H | 2007-02-16 | $5,043 |
| | 03/01/2007 03/31/2007 -25H | 2007-06-15 | $6,187 |
| | 07/01/2007 07/31/2006 -23.52H | 2007-01-10 | $5,043 |
| | 10/01/2006 10/31/2006 -33.36H | 2007-06-15 | $5,002 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AMERICAN TRANS AIR HDQAR/2 ATTN: TRACY P PO BOX 51609 INDIANAPOLIS IN 46251-0609 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $297,827 |
| Type or Classification (B) | Total of All Transactions | | $297,827 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|

| AMEX CONCUR - PO & INVENTORY ITEMS | Total Itemized Transactions | | $6,313 |
|---|---|---|---|
| | Total Non-Itemized Transactions | | $22,144 |
| 535 HERNDON PARKWAY HERNDON VA 20170 | **Total of All Transactions** | | $28,457 |
| | EXPENSED AS ASSET | 2007-03-28 | $6,313 |
| Type or Classification (B) | | | |
| Credit card service | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ASTAR AIR CARGO, INC 2 SOUTH BISCAYNE BLVD ATTN: ACCOUNTS RECEIVABLE MIAMI FL 33131 | Total Itemized Transactions | | $2,752,084 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $2,752,084 |
| | Voided Payment | 2007-05-24 | $227,231 |
| | 01/01/2003 12/31/2003 LUMP SUM | 2007-03-07 | $526,637 |
| Type or Classification (B) | 01/01/2004 08/30/2004 LUMP SUM | 2007-03-23 | $536,111 |
| Air Transportation - Scheduled | 01/01/2006 05/17/2006 LUMP SUM | 2007-03-07 | $590,249 |
| | 12/20/2006 01/10/2007 LUMP SUM | 2007-03-07 | $56,601 |
| | 03/12/2007 04/06/2007 LUMP SUM | 2007-08-15 | $48,857 |
| | 04/01/2007 04/30/2007 LUMP SUM | 2007-08-15 | $54,785 |
| | 12/20/2003 01/19/2004 -27.34H | 2007-08-15 | $5,568 |
| | 01/01/2005 12/31/2005 LUMP SUM | 2007-08-15 | $523,749 |
| | 01/11/2007 02/10/2007 LUMP SUM | 2007-08-15 | $76,884 |
| | 05/01/2007 05/25/2007 LUMP SUM | 2007-08-15 | $72,206 |
| | 02/07/2007 03/09/2007 LUMP SUM | 2007-08-15 | $33,206 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ASTAR AIR CARGO, INC 2 SOUTH BISCAYNE BLVD ATTN: ACCOUNTS RECEIVABLE MIAMI FL 33131 | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $6,586 |
| | **Total of All Transactions** | | $6,586 |
| Type or Classification (B) | | | |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AT&T | Total Itemized Transactions | | $5,394 |
| PO BOX 277019 ATLANTA GA 30384-7019 | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $5,394 |
| | Voided Payment | 2007-01-26 | $5,394 |
| Type or Classification (B) | | | |
| Telephone Communications | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ATHENA ADVISORY GROUP LLC | Total Itemized Transactions | | $353,702 |
| 7900 International Dr. Bloomington MN | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $353,702 |
| | Refund of overpayment | 2007-05-17 | $353,702 |

| 55425 | | | |
|---|---|---|---|
| **Type or Classification**<br>**(B)** | | | |
| Investment Banker | | | |

| Name and Address<br>(A) | | | |
|---|---|---|---|
| ATLAS AIR<br>ATTN: ACCOUNTS RECEIVABLE<br>2000 WESTCHESTER AVENUE<br>PURCHASE<br>NY<br>10577-2543 | Purpose<br>(C) | Date<br>(D) | Amount<br>(E) |
| | Total Itemized Transactions | | $85,597 |
| | Total Non-Itemized Transactions | | $5,207 |
| | **Total of All Transactions** | | **$90,804** |
| Type or Classification<br>(B) | 10/01/2007 10/31/2007 LUMP SUM | 2007-12-05 | $28,504 |
| | 09/01/2007 09/30/2007 LUMP SUM | 2007-10-31 | $28,582 |
| Air Transportation - Scheduled | 08/01/2007 08/31/2007 LUMP SUM | 2007-09-21 | $28,511 |

| Name and Address<br>(A) | | | |
|---|---|---|---|
| AWA ALPA MEC MEC Merger<br><br>432 N. 44th St. NBR 340<br>Phoenix<br>AZ<br>85008 | Purpose<br>(C) | Date<br>(D) | Amount<br>(E) |
| | Total Itemized Transactions | | $79,924 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | **$79,924** |
| Type or Classification<br>(B) | Reimburse MEC for Merger Expenses | 2007-10-29 | $79,924 |
| Labor Union | | | |

| Name and Address<br>(A) | | | |
|---|---|---|---|
| AWA MEC AWA-ALPA Fund<br><br>432 N. 44th St. NBR 340<br>Phoenix<br>AZ<br>85008 | Purpose<br>(C) | Date<br>(D) | Amount<br>(E) |
| | Total Itemized Transactions | | $22,395 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | **$22,395** |
| Type or Classification<br>(B) | Reimburse MEC for Merger Expenses | 2007-02-28 | $22,395 |
| Labor Union | | | |

| Name and Address<br>(A) | | | |
|---|---|---|---|
| AWA MEC Merger Fund<br><br>432 N. 44th St. NBR 340<br>Phoenix<br>AZ<br>85008 | Purpose<br>(C) | Date<br>(D) | Amount<br>(E) |
| | Total Itemized Transactions | | $34,645 |
| | Total Non-Itemized Transactions | | $2,502 |
| | **Total of All Transactions** | | **$37,147** |
| Type or Classification<br>(B) | Reimburse MEC for Merger Expenses | 2007-07-31 | $34,645 |
| Labor Union | | | |

| Name and Address<br>(A) | | | |
|---|---|---|---|
| Airbus North America<br><br>198 Van Buren<br>Herndon<br>VA<br>20170 | Purpose<br>(C) | Date<br>(D) | Amount<br>(E) |
| | Total Itemized Transactions | | $7,500 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | **$7,500** |
| Type or Classification<br>(B) | Air Safety Forum | 2007-09-12 | $7,500 |

| Air Transportation Scheduled | | | |
|---|---|---|---|

| Name and Address (A) | | | |
|---|---|---|---|
| American Express<br><br>20002 North 19th Ave.<br>Phoenix<br>AZ<br>85027 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $39,985 |
| | Total Non-Itemized Transactions | | $6,556 |
| | **Total of All Transactions** | | $46,541 |
| Type or Classification (B) | Customer incentive | 2007-11-02 | $39,985 |
| Credit Card Service | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Astar Air Cargo<br><br>2 South Biscayne Blvd.<br>Miami<br>FL<br>33131 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $42,074 |
| | Total Non-Itemized Transactions | | $11,663 |
| | **Total of All Transactions** | | $53,737 |
| Type or Classification (B) | Reimbursement of exp | 2007-01-31 | $42,074 |
| Air Transportation Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| CLEAR CHANNEL OUTDOOR<br>P.O. BOX 60000<br>FILE # 30005<br>SAN FRANCISCO<br>CA<br>94160-0001 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $9,000 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $9,000 |
| Type or Classification (B) | Voided Payment | 2007-05-18 | $9,000 |
| Radio Broadcasting     - | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| COMAIR INC<br><br>77 COMAIR BOULEVARD<br>ERLANGER<br>KY<br>41018 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $152,869 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $152,869 |
| Type or Classification (B) | Voided Payment | 2007-06-13 | $152,869 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| COMMONWEALTH OF<br>PENNSYLVANIA<br>PO BOX 280437<br>DEPARTMENT OF REVENUE<br>HARRISBURG<br>PA<br>17128-0437 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $5,857 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $5,857 |
| Type or Classification (B) | Voided Payment | 2007-10-01 | $5,857 |
| Goverment - Finance, taxation, & monetary policy | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CONTINENTAL AIRLINES INC DEPT 08-1022-99779965 O/S SALES & SERVICE HOUSTON TX 77216-1970 | Total Itemized Transactions | | $905,989 |
| | Total Non-Itemized Transactions | | $40,843 |
| | Total of All Transactions | | $946,832 |
| | 08/01/2007 08/31/2007 LUMP SUM | 2007-12-21 | $48,611 |
| Type or Classification (B) | 06/01/2007 06/30/2007 -87.5H | 2007-10-05 | $18,825 |
| | 12/01/2006 12/31/2006 -85.98H | 2007-04-13 | $17,719 |
| Air Transportation - Scheduled | 03/01/2007 03/31/2007 LUMP SUM | 2007-06-27 | $46,154 |
| | 10/01/2006 10/31/2006 LUMP SUM | 2007-01-10 | $47,270 |
| | 02/01/2007 02/28/2007 -87.5H | 2007-05-30 | $21,940 |
| | 02/01/2007 02/28/2007 -71.25H | 2007-05-30 | $14,769 |
| | 10/01/2006 10/31/2006 -91.983H | 2007-01-10 | $19,755 |
| | 01/01/2007 01/31/2007 -87.5H | 2007-04-27 | $20,381 |
| | 01/01/2007 01/31/2007 -71.25H | 2007-04-27 | $14,815 |
| | 02/01/2007 02/28/2007 LUMP SUM | 2007-05-30 | $45,077 |
| | 12/01/2006 12/31/2006 LUMP SUM | 2007-04-13 | $46,507 |
| | 01/01/2007 01/31/2007 LUMP SUM | 2007-04-27 | $46,329 |
| | 03/01/2007 03/31/2007 -87.5H | 2007-06-27 | $22,139 |
| | 03/01/2007 03/31/2007 -87.5H | 2007-06-27 | $18,301 |
| | 11/01/2006 11/30/2006 LUMP SUM | 2007-02-07 | $46,842 |
| | 11/01/2006 11/30/2006 -77.617H | 2007-02-07 | $18,059 |
| | 11/01/2006 11/30/2006 -76.333H | 2007-02-07 | $15,855 |
| | 12/01/2006 12/31/2006 -92.25H | 2007-04-13 | $22,996 |
| | 04/01/2007 04/30/2007 LUMP SUM | 2007-08-17 | $49,457 |
| | 10/01/2006 10/31/2006 -91.334H | 2007-01-10 | $23,729 |
| | 05/01/2007 05/31/2007 LUMP SUM | 2007-09-07 | $47,101 |
| | 05/01/2007 05/31/2007 -87.5H | 2007-09-07 | $22,417 |
| | 07/01/2007 07/31/2007 LUMP SUM | 2007-10-05 | $46,574 |
| | 07/01/2007 07/31/2007 -91.29H | 2007-10-05 | $21,719 |
| | 06/01/2007 06/30/2007 -87.5H | 2007-10-05 | $21,473 |
| | 07/01/2007 07/31/2007 -80.62H | 2007-10-05 | $17,121 |
| | 04/01/2007 04/30/2007 -91.383H | 2007-08-17 | $20,405 |
| | 05/01/2007 05/31/2007 -76.85H | 2007-09-07 | $16,276 |
| | 06/01/2007 06/30/2007 LUMP SUM | 2007-10-05 | $44,366 |
| | 04/01/2007 04/30/2007 -90.617H | 2007-08-17 | $23,007 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Capital Cargo Crewmember Assoc 8760A Research Blvd #144 Austin TX 78758 | Total Itemized Transactions | | $93,354 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $93,354 |
| Type or Classification (B) | Merger | 2007-07-27 | $93,354 |
| Labor Union | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Capital Hilton 00000 | Total Itemized Transactions | | $93,738 |
| | Total Non-Itemized Transactions | | $1,262 |
| NO CITY 00 | Total of All Transactions | | $95,000 |
| | AS&SF Bill 4 | 2007-11-23 | $93,738 |

| 00000 |
|---|
| Type or Classification (B) |
| Hotels & Motels |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Clear Channel | | | |
| P.O. Box 659512 | Total Itemized Transactions | | $8,040 |
| San Antonio | Total Non-Itemized Transactions | | $578 |
| TX | Total of All Transactions | | $8,618 |
| 78265 | Advertising | 2007-12-10 | $8,040 |
| Type or Classification (B) | | | |
| Advertising | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DAL Furlough Relief Fund | | | |
| 100 Hartsfield Centre Pky | Total Itemized Transactions | | $25,000 |
| Atlanta | Total Non-Itemized Transactions | | $0 |
| GA | Total of All Transactions | | $25,000 |
| 30354 | Contributions | 2007-12-03 | $25,000 |
| Type or Classification (B) | | | |
| Labor Union | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DELTA AIR LINES INC | Total Itemized Transactions | | $4,965,137 |
| P O BOX 101153 | Total Non-Itemized Transactions | | $83,294 |
| ATLANTA | Total of All Transactions | | $5,048,431 |
| GA | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $100,000 |
| 30392-1153 | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $1,500,000 |
| Type or Classification (B) | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $200,000 |
| Air Transportation - Scheduled | 03/02/2007 03/31/2007 -70.617H | 2007-09-07 | $14,490 |
| | 03/02/2007 03/31/2007 -75.003H | 2007-09-07 | $14,241 |
| | 01/01/2006 06/30/2006 LUMP SUM | 2007-09-07 | $1,000,000 |
| | LUMP ADJ 01/01/2006 06/30/2006 | 2007-09-07 | $700,000 |
| | 01/01/2005 10/17/2007 LUMP SUM | 2007-12-07 | $229,786 |
| | 08/25/2006 08/27/2006 -23.133H | 2007-09-07 | $6,620 |
| | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $400,000 |
| | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $100,000 |
| | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $100,000 |
| | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $200,000 |
| | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $100,000 |
| | 01/01/2006 09/30/2006 LUMP SUM | 2007-09-07 | $300,000 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DOUBLETREE HOTEL CRY | | | |
| | Total Itemized Transactions | | $9,000 |
| NO CITY | Total Non-Itemized Transactions | | $2 |
| 00 | Total of All Transactions | | $9,002 |
| 00000 | Doubletree Crystal City MEC Me | 2007-01-12 | $9,000 |
| Type or Classification | | | |

| (B) | | | |
|---|---|---|---|
| Retail-Misc General Merchandise Stores | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Delta Airlines | Purpose (C) | Date (D) | Amount (E) |
| 100 Hartsfield Centre Pky Atlanta GA 30354 | Total Itemized Transactions | | $585,007 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $585,007 |
| Type or Classification (B) | Reimbursement of exp | 2007-06-28 | $585,007 |
| Air Transportation Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Dynamics Research Corporation | Purpose (C) | Date (D) | Amount (E) |
| 60 Frontage Road Andover MA 01810 | Total Itemized Transactions | | $8,152 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $8,152 |
| Type or Classification (B) | Refund | 2007-07-17 | $8,152 |
| Aircraft Manufacturing | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Engineered Arresting Systems Corporation | Purpose (C) | Date (D) | Amount (E) |
| 2550 Market Street Aston PA 19014 | Total Itemized Transactions | | $6,500 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $6,500 |
| Type or Classification (B) | Air Safety Forum | 2007-07-17 | $6,500 |
| Consultants | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| F/B 6400 SHAFER COURT (ROSEMONT) LLC | Purpose (C) | Date (D) | Amount (E) |
| PO BOX 1126 BEDFORD PARK IL 60499-1126 | Total Itemized Transactions | | $5,103 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $5,103 |
| Type or Classification (B) | Voided Payment | 2007-06-06 | $5,103 |
| Real Estate Property Managers | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| FEDERAL EXPRESS MANAGER - CREW PAY DATA / A LISA O'CONNER MEMPHIS TN 38132-1880 | Total Itemized Transactions | | $982,899 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $982,899 |
| | Voided Payment | 2007-07-30 | $139,628 |
| | 08/27/2006 08/27/2006 -36.1H | 2007-01-03 | $5,594 |
| Type or Classification | 12/01/2006 12/31/2006 LUMP SUM | 2007-06-27 | $41,573 |

| (B) | | | |
|---|---|---|---|
| Air Transportation - Scheduled | 09/04/2007 09/04/2007 -45.9H | 2007-03-28 | $11,360 |
| | 08/27/2006 08/27/2006 -36.41H | 2007-01-03 | $9,011 |
| | 09/24/2006 09/24/2006 -36H | 2007-03-28 | $7,071 |
| | 09/24/2006 09/24/2006 -23.817H | 2007-03-28 | $6,080 |
| | 09/24/2006 09/24/2006 -29.599H | 2007-03-28 | $7,325 |
| | 08/27/2006 08/27/2006 -28.333H | 2007-03-28 | $7,233 |
| | 02/01/2007 02/28/2007 LUMP SUM | 2007-07-13 | $100,078 |
| | 06/24/2007 06/24/2007 -28.367H | 2007-09-26 | $7,270 |
| | 09/11/2006 09/19/2006 -48H | 2007-03-28 | $11,879 |
| | 10/30/2006 11/06/2006 -42H | 2007-06-13 | $10,763 |
| | 11/06/2006 11/13/2006 -42H | 2007-06-13 | $10,763 |
| | 03/01/2007 03/31/2007 LUMP SUM | 2007-10-26 | $43,395 |
| | 08/24/2007 08/31/2007 -47.65H | 2007-11-02 | $12,262 |
| | 01/01/2007 01/31/2007 LUMP SUM | 2007-08-01 | $138,153 |
| | 04/01/2007 04/29/2007 LUMP SUM | 2007-08-31 | $118,346 |
| | 05/01/2007 05/31/2007 LUMP SUM | 2007-09-21 | $41,852 |
| | 06/01/2007 06/30/2007 LUMP SUM | 2007-09-26 | $40,294 |
| | 07/01/2007 07/31/2007 LUMP SUM | 2007-09-26 | $24,820 |
| | 01/01/2007 01/31/2007 LUMP SUM | 2007-07-11 | $138,153 |
| | 11/01/2006 11/30/2006 LUMP SUM | 2007-06-13 | $49,996 |

| Name and Address (A) | | | |
|---|---|---|---|
| FEDERAL EXPRESS<br>LISA STINE<br>MANAGER - CREW PAY DATA / A<br>MEMPHIS<br>TN<br>38132-1880 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $40,757 |
| Type or Classification (B) | Total of All Transactions | | $40,757 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| FIDELITY INVESTMENTS<br><br>200 MAGELLAN WAY, KN3C<br>COVINGTON<br>KY<br>41015 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $133,862 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $133,862 |
| Type or Classification (B) | Voided Payment | 2007-12-20 | $133,862 |
| Insurance and Employee Benefit Funds | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Federal Aviation Administration<br><br>800 Independence Ave, SW<br>Washington<br>DC<br>20591 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $39,402 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $39,402 |
| Type or Classification (B) | Grant to cover HIMS expenses | 2007-10-17 | $39,402 |
| Federal Agency | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Fidelity Investments | Purpose (C) | Date (D) | Amount (E) |
| 82 Devonshire St Boston MA 02109 | Total Itemized Transactions | | $13,355 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $13,355 |
| Type or Classification (B) | Reimbursement from R & I Seminar | 2007-06-19 | $13,355 |
| Financial Institution | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| HYATT HOTELS PARK WA | Purpose (C) | Date (D) | Amount (E) |
| WASHINGTON 00 00000 | Total Itemized Transactions | | $6,000 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $6,000 |
| Type or Classification (B) | 2007 July 24-25 Special MEC Me | 2007-08-31 | $6,000 |
| Hotels & Motels | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Harris Bank | Purpose (C) | Date (D) | Amount (E) |
| 111 W. Monroe St Chicago IL 60690 | Total Itemized Transactions | | $74,701 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $74,701 |
| | Retiree IM/FP Bank Program | 2007-05-29 | $24,708 |
| Type or Classification (B) | Retiree IM/FP Bank Program | 2007-09-05 | $24,886 |
| Financial Institution | Retiree IM/FP Bank Program | 2007-02-20 | $25,107 |

| Name and Address (A) | | | |
|---|---|---|---|
| Hilton Washington | Purpose (C) | Date (D) | Amount (E) |
| NO CITY 00 00000 | Total Itemized Transactions | | $36,000 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $36,000 |
| Type or Classification (B) | Hilton Washington MEC Meeting | 2007-02-25 | $36,000 |
| Hotels & Motels | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| Honeywell | Purpose (C) | Date (D) | Amount (E) |
| P.O. Box 22104 Tempe AZ 85285 | Total Itemized Transactions | | $10,000 |
| | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | $10,000 |
| Type or Classification (B) | Reception/ALPA Safety Forum | 2007-09-04 | $10,000 |
| Computer and Office Machine Repair | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Hyatt Hotels Reston | Total Itemized Transactions | | $6,199 |

| RESTON 00 00000 | Total Non-Itemized Transactions | | $252 |
| | Total of All Transactions | | $6,451 |
| | Hyatt Reston Exec Board 071023 | 2007-12-14 | $6,199 |
| Type or Classification (B) | | | |
| Hotels & Motels | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| IN-REL Management, Inc. 2328 10th Ave.Ste 401 Lake Worth FL 33461 | Total Itemized Transactions | | $10,930 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $10,930 |
| | Refund of Security Deposit | 2007-01-17 | $10,930 |
| Type or Classification (B) | | | |
| Real Estate Property Managers | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| INTERNATIONAL FEDERATION OF ALPA GOGMORE LANE CHERTSEY, SURREY 00 KT16 9AR | Total Itemized Transactions | | $5,942 |
| | Total Non-Itemized Transactions | | $21,991 |
| | Total of All Transactions | | $27,933 |
| | Expense Distribution | 2007-04-20 | $5,942 |
| Type or Classification (B) | | | |
| Labor Unions and Similar Labor Organizations | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Jazz Air LP 310 Goudey Drive Enfield, Nova Scotia 00 BT2 1E4 | Total Itemized Transactions | | $5,627 |
| | Total Non-Itemized Transactions | | $1,380 |
| | Total of All Transactions | | $7,007 |
| | Reimbursement of Agreement printing | 2007-03-31 | $5,627 |
| Type or Classification (B) | | | |
| Air Transportation Scheduled | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| MARRIOTT MARRIOTT MA ORLANDO 00 00000 | Total Itemized Transactions | | $9,500 |
| | Total Non-Itemized Transactions | | $960 |
| | Total of All Transactions | | $10,460 |
| | CMR Event Orlando 02/02/07 | 2007-02-25 | $9,500 |
| Type or Classification (B) | | | |
| Hotels & Motels | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| MESABA AIRLINES, INC SUITE 200 | Total Itemized Transactions | | $88,324 |
| | Total Non-Itemized Transactions | | $0 |

| 1000 BLUE GENTIAN RD<br>EAGAN<br>MN<br>55121 | **Total of All Transactions** | | $88,324 |
| | Voided Payment | 2007-10-24 | $17,361 |
| | Voided Payment | 2007-10-24 | $17,235 |
| **Type or Classification<br>(B)** | Voided Payment | 2007-11-07 | $17,361 |
| | Voided Payment | 2007-11-07 | $17,235 |
| Air Transportation - Scheduled | 07/01/2007 07/31/2007 -85.3H | 2007-11-09 | $9,470 |
| | 06/01/2007 06/30/2007 -88.4H | 2007-11-09 | $9,662 |

| **Name and Address<br>(A)** | | | |
|---|---|---|---|
| MESABA AIRLINES, INC<br>SUITE 200<br>1000 BLUE GENTIAN RD<br>EAGAN<br>MN<br>55121 | **Purpose<br>(C)** | **Date<br>(D)** | **Amount<br>(E)** |
| | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $22,140 |
| **Type or Classification<br>(B)** | **Total of All Transactions** | | $22,140 |
| Air Transportation - Scheduled | | | |

| **Name and Address<br>(A)** | | | |
|---|---|---|---|
| Mackenzie Financial Corp<br><br>150 Bloor Street W<br>Toronto<br>00<br>M563b5 | **Purpose<br>(C)** | **Date<br>(D)** | **Amount<br>(E)** |
| | Total Itemized Transactions | | $77,002 |
| | Total Non-Itemized Transactions | | $0 |
| **Type or Classification<br>(B)** | **Total of All Transactions** | | $77,002 |
| Financial Corporation | Fund Redemption | 2007-01-05 | $77,002 |

| **Name and Address<br>(A)** | | | |
|---|---|---|---|
| Mesaba Airlines<br><br>1000 Blue Gentian Road<br>Eagan<br>MN<br>55121 | **Purpose<br>(C)** | **Date<br>(D)** | **Amount<br>(E)** |
| | Total Itemized Transactions | | $7,900 |
| | Total Non-Itemized Transactions | | $0 |
| **Type or Classification<br>(B)** | **Total of All Transactions** | | $7,900 |
| Air Transportation Scheduled | Reimbursement for 1/2 Contract Printing | 2007-10-01 | $7,900 |

| **Name and Address<br>(A)** | **Purpose<br>(C)** | **Date<br>(D)** | **Amount<br>(E)** |
|---|---|---|---|
| NORTHWEST AIRLINES INC<br>PO BOX 1450<br>NW-8550<br>MINNEAPOLIS<br>MN<br>55485 | Total Itemized Transactions | | $2,315,705 |
| | Total Non-Itemized Transactions | | $268,990 |
| | **Total of All Transactions** | | $2,584,695 |
| | 10/01/2006 10/31/2006 LUMP SUM | 2007-09-28 | $24,917 |
| **Type or Classification<br>(B)** | 07/01/2007 07/31/2007 LUMP SUM | 2007-09-28 | $6,453 |
| | 03/01/2007 03/01/2007 -30.75H | 2007-09-28 | $6,303 |
| Air Transportation - Scheduled | 07/03/2007 07/28/2007 -108.22H | 2007-09-28 | $22,180 |
| | 01/01/2006 02/28/2006 LUMP SUM | 2007-09-28 | $1,500,000 |
| | 01/01/2007 01/31/2007 LUMP SUM | 2007-09-28 | $600,000 |
| | 09/02/2006 09/16/2006 -32.983H | 2007-09-28 | $6,760 |
| | 01/01/2007 01/31/2007 -64.54H | 2007-09-28 | $11,382 |
| | 04/01/2007 05/01/2007 -62.45H | 2007-09-28 | $11,068 |
| | 04/01/2007 04/27/2007 -44.517H | 2007-09-28 | $9,124 |

| | 03/01/2007 03/31/2007 LUMP SUM | 2007-09-28 | $15,554 |
| | 02/01/2007 02/28/2007 LUMP SUM | 2007-09-28 | $5,771 |
| | 05/01/2007 05/31/2007 LUMP SUM | 2007-09-28 | $66,499 |
| | 06/01/2007 06/30/2007 LUMP SUM | 2007-09-28 | $29,694 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| National Pilots Association | Total Itemized Transactions | | $144,516 |
| 3401 Norman Berry Drive | Total Non-Itemized Transactions | | $3,824 |
| Atlanta | **Total of All Transactions** | | **$148,340** |
| GA | Service Agreement | 2007-01-19 | $12,615 |
| 30344 | Service Agreement | 2007-02-23 | $11,406 |
| Type or Classification (B) | Service Agreement | 2007-09-26 | $27,577 |
| | Service Agreement | 2007-06-14 | $36,784 |
| Association | Service Agreement | 2007-08-16 | $41,102 |
| | Service Agreement | 2007-05-09 | $15,032 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| National Union Fire Insurance Co | | | |
| 9550 W. Higgins Rd | Total Itemized Transactions | | $93,317 |
| Rosemont | Total Non-Itemized Transactions | | $0 |
| IL | **Total of All Transactions** | | **$93,317** |
| 60018 | | | |
| Type or Classification (B) | Settlement | 2007-06-29 | $93,317 |
| Insurance Carrier | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Northern Trust Company | Total Itemized Transactions | | $139,876 |
| 50 S. LaSalle Street | Total Non-Itemized Transactions | | $16,559 |
| Chicago | **Total of All Transactions** | | **$156,435** |
| IL | Expense Reimbursement | 2007-09-21 | $8,331 |
| 60675 | Expense Reimbursement | 2007-09-21 | $15,366 |
| Type or Classification (B) | Expense Reimbursement | 2007-09-21 | $73,066 |
| Insurance and Employment Benefit | Expense Reimbursement | 2007-12-05 | $36,276 |
| Funds | Expense Reimbursement | 2007-04-18 | $6,837 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| Northwest Airlines | | | |
| 2700 Lone Oak Parkway | Total Itemized Transactions | | $2,280,626 |
| Eagan | Total Non-Itemized Transactions | | $8,170 |
| MN | **Total of All Transactions** | | **$2,288,796** |
| 55121 | Reimbursement of Bankuptcy Expenses | 2007-12-03 | $1,625,707 |
| Type or Classification (B) | Expense Reimbursement | 2007-07-17 | $654,919 |
| Air Transportation Scheduled | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| PAUL W HOPKINS | Total Itemized Transactions | | $35,255 |
| 222 NADINE ST. | Total Non-Itemized Transactions | | $4,604 |
| CAHOKIA | **Total of All Transactions** | | **$39,859** |
| IL | Grievance overpay adj | 2007-07-27 | $5,600 |

| 62206-1131 | ADJUST 06/16/2007 06/30/2007 | 2007-07-27 | $29,655 |
|---|---|---|---|
| Type or Classification (B) | | | |
| ALPA Officer | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| PIEDMONT AIRLINES 5443 AIRPORT TERMINAL ROAD SALISBURY/WICOMICO CTY REGI SALISBURY MD 21804-9432 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $70,000 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $70,000 |
| Type or Classification (B) | 05/15/2006 05/15/2007 LUMP SUM | 2007-08-01 | $70,000 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| POLAR AIR CARGO ATTN: ACCOUNTS RECEIVABLE PO BOX 27473 NEW YORK NY 10087-7473 | Total Itemized Transactions | | $142,949 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $142,949 |
| | 02/01/2007 02/28/2007 LUMP SUM | 2007-04-25 | $16,699 |
| | 08/01/2006 08/31/2006 LUMP SUM | 2007-01-12 | $13,431 |
| Type or Classification (B) | 01/01/2007 01/31/2007 LUMP SUM | 2007-03-28 | $11,419 |
| | 12/01/2006 12/31/2006 LUMP SUM | 2007-02-07 | $15,882 |
| Air Transportation - Scheduled | 09/01/2007 09/30/2007 LUMP SUM | 2007-10-31 | $9,538 |
| | 05/01/2007 05/31/2007 LUMP SUM | 2007-08-15 | $7,844 |
| | 07/01/2007 07/31/2007 LUMP SUM | 2007-09-26 | $8,770 |
| | 08/01/2007 08/31/2007 LUMP SUM | 2007-09-26 | $9,773 |
| | 04/01/2007 04/30/2007 LUMP SUM | 2007-08-15 | $12,896 |
| | 03/01/2007 03/31/2007 LUMP SUM | 2007-05-30 | $9,585 |
| | 11/01/2006 11/30/2006 LUMP SUM | 2007-03-16 | $6,226 |
| | 09/01/2006 09/30/2006 LUMP SUM | 2007-01-31 | $5,987 |
| | 10/01/2006 10/31/2006 LUMP SUM | 2007-01-31 | $9,800 |
| | 07/01/2006 07/31/2006 LUMP SUM | 2007-01-10 | $5,099 |

| Name and Address (A) | | | |
|---|---|---|---|
| PSA AIRLINES, INC. 3400 TERMINAL DRIVE A US AIRWAYS EXPRESS CARRIE VANDALIA OH 45377 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $62,017 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $62,017 |
| Type or Classification (B) | Voided Payment | 2007-03-08 | $22,017 |
| | 01/01/2007 01/31/2007 LUMP SUM | 2007-03-23 | $40,000 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| PSA AIRLINES, INC.<br>3400 TERMINAL DRIVE<br>A US AIRWAYS EXPRESS CARRIE<br>VANDALIA<br>OH<br>45377 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $0 |
| | Total Non-Itemized Transactions | | $967 |
| Type or Classification (B) | Total of All Transactions | | $967 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| RESERVE ACCOUNT<br><br>PO BOX 952856<br>ST LOUIS<br>MO<br>63195-2856 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $10,981 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $10,981 |
| Type or Classification (B) | Voided Payment | 2007-03-28 | $5,791 |
| | Voided Payment | 2007-04-20 | $5,190 |
| Postal Service | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| RESIDENCE INN 231<br><br>ATLANTA<br>00<br>00000 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $125,683 |
| | Total Non-Itemized Transactions | | $11 |
| | Total of All Transactions | | $125,694 |
| Type or Classification (B) | Residence Inn Charged in Error | 2007-07-22 | $93,683 |
| | Residence Inn Charged in Error | 2007-07-22 | $32,000 |
| Hotels & Motels | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| SPIRIT AIRLINES, INC.<br><br>2800 EXECUTIVE WAY<br>MIRAMAR<br>FL<br>33025 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $20,964 |
| | Total Non-Itemized Transactions | | $30,319 |
| | Total of All Transactions | | $51,283 |
| Type or Classification (B) | 01/01/2007 01/05/2007 -57H | 2007-03-30 | $8,592 |
| | 01/01/2007 01/29/2007 -85H | 2007-03-30 | $12,372 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| South African Airways<br><br>Rm.25,Block E,Airway PK<br>Johannesburg<br>00<br>00000 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $56,575 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $56,575 |
| Type or Classification (B) | Consultant fees | 2007-12-19 | $6,680 |
| | Consultant fees | 2007-07-31 | $49,895 |
| Air Transportation Scheduled | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| SunTrust | Total Itemized Transactions | | $317,410 |

| | | | |
|---|---|---|---|
| 1445 New York Ave Washington DC 20005 | Total Non-Itemized Transactions | | $3,587 |
| | Total of All Transactions | | $320,997 |
| | Distribution of Vested Benefit | 2007-01-19 | $162,505 |
| | Distribution of Vested Benefit | 2007-06-18 | $72,686 |
| Type or Classification (B) | Distribution of Vested Benefit | 2007-01-19 | $37,453 |
| | Distribution of Vested Benefit | 2007-01-17 | $23,336 |
| Banks | Distribution of Vested Benefit | 2007-01-19 | $14,032 |
| | Distribution of Vested Benefit | 2007-01-19 | $7,398 |

| Name and Address (A) | | | |
|---|---|---|---|
| TELE PRINT DIGITAL MEDIA INC SUITE 160 3361 BOYINGTON DRIVE CARROLLTON TX 75006 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $5,435 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $5,435 |
| Type or Classification (B) | Voided Payment | 2007-03-16 | $5,435 |
| Duplicating services, except printing | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| THE FORT GARRY 222 BROADWAY WINNIPEG 00 R3C 0R3 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $17,274 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $17,274 |
| Type or Classification (B) | Voided Payment | 2007-06-22 | $17,274 |
| Hotels & Motels | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| The Aviators Group 345 NE Baker Creek Rd McMinnville OR 97128 | Total Itemized Transactions | | $268,080 |
| | Total Non-Itemized Transactions | | $0 |
| | Total of All Transactions | | $268,080 |
| | Consultant fees | 2007-11-02 | $94,621 |
| | Services Agreement Income | 2007-06-28 | $45,000 |
| Type or Classification (B) | Merger | 2007-11-15 | $26,912 |
| | Services Agreement Income | 2007-08-13 | $5,000 |
| Labor Union | Services Agreement Income | 2007-07-17 | $5,000 |
| | Merger | 2007-11-01 | $81,547 |
| | Services Agreement Income | 2007-08-31 | $5,000 |
| | Services Agreement Income | 2007-09-26 | $5,000 |

| Name and Address (A) | | | |
|---|---|---|---|
| The Boeing Company P.O. Box 3707 Seattle WA 98124 | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $23,343 |
| | Total Non-Itemized Transactions | | $649 |
| | Total of All Transactions | | $23,992 |
| Type or Classification (B) | Air Safety Forum | 2007-01-29 | $13,365 |
| | Air Safety Forum | 2007-09-25 | $9,978 |
| Aircraft Manufacturing | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| The Centers for Medicare & Medicaid Services | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $51,149 |
| 7500 Security Boulevard | Total Non-Itemized Transactions | | $0 |
| Baltimore | **Total of All Transactions** | | **$51,149** |
| MD | Health Insurance Payments | 2007-05-09 | $11,417 |
| 21244 | Health Insurance Payments | 2007-03-13 | $13,000 |
| Type or Classification (B) | Health Insurance Payments | 2007-10-12 | $26,732 |
| Federal Agency | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| UNITED AIR LINES | Purpose (C) | Date (D) | Amount (E) |
| 1501 MITTEL BLVD. | | | |
| ATTN: WHQCR - STEVE THOM | Total Itemized Transactions | | $24,067 |
| WOOD DALE | Total Non-Itemized Transactions | | $37,636 |
| IL | **Total of All Transactions** | | **$61,703** |
| 60191 | 08/10/2007 08/15/2007 -37.45H | 2007-12-05 | $9,395 |
| Type or Classification (B) | 01/19/2007 01/27/2007 -30H | 2007-05-30 | $5,355 |
| | 08/01/2006 08/15/2006 -15H | 2007-01-12 | $9,317 |
| Air Transportation - Scheduled | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| US Airways MEC America West Merger | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $288,860 |
| 1 Thorn Run Center | Total Non-Itemized Transactions | | $4,430 |
| Corapolis | **Total of All Transactions** | | **$293,290** |
| PA | Merger Costs Reimbursement | 2007-04-10 | $40,000 |
| 15108 | Merger Costs Reimbursement | 2007-01-05 | $68,149 |
| Type or Classification (B) | Merger Costs Reimbursement | 2007-03-14 | $180,711 |
| Labor Union | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| USAIRWAYS | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $271,618 |
| P O BOX 29655 | Total Non-Itemized Transactions | | $4,251 |
| PHOENIX | **Total of All Transactions** | | **$275,869** |
| AZ | 02/01/2007 02/28/2007 LUMP SUM | 2007-07-13 | $27,552 |
| 85038-9655 | 09/01/2007 09/30/2007 LUMP SUM | 2007-11-16 | $29,257 |
| Type or Classification (B) | 05/01/2007 05/31/2007 LUMP SUM | 2007-08-03 | $31,988 |
| | 07/01/2007 07/31/2007 LUMP SUM | 2007-10-26 | $32,030 |
| Air Transportation - Scheduled | 08/01/2007 08/31/2007 LUMP SUM | 2007-10-31 | $32,281 |
| | 04/01/2007 04/30/2007 LUMP SUM | 2007-07-20 | $21,243 |
| | 01/01/2007 01/31/2007 LUMP SUM | 2007-04-20 | $10,181 |
| | 11/01/2006 11/30/2006 LUMP SUM | 2007-01-26 | $7,295 |
| | 06/01/2007 06/30/2007 LUMP SUM | 2007-08-15 | $30,537 |
| | 10/01/2006 10/31/2006 LUMP SUM | 2007-01-10 | $30,655 |
| | 03/01/2007 03/31/2007 LUMP SUM | 2007-07-20 | $18,599 |

| Name and Address (A) | | | |
|---|---|---|---|
| Union Plus | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions | | $12,824 |
| 1125 15th St, NW Ste 300 | Total Non-Itemized Transactions | | $0 |
| | **Total of All Transactions** | | **$12,824** |

| Washington DC 20005 | 2006 credit card payment UPP | 2007-01-31 | $12,824 |
|---|---|---|---|
| **Type or Classification (B)** | | | |
| Miscellaneous Business Services | | | |