# EXHIBIT D



# U.S. Department of Labor
### in the 21st Century

**www.dol.gov/esa**                                       Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1 to 20 of 1163 Next  Last

## Payer/Payee Report

| Entity Name and Address | Fiscal Year | Payer/Payee | Category | Purpose | Itemized Total | Non-Itemized Total | Grand Total |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | TOM HENRY BARNETT 5005 JONES ROAD FAIRBURN, GA 30213 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Attorneys, Legal Services | $0 | $35,744 | $35,744 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | CHAMPION AIR 8009 34TH AVE SOUTH BLOOMINGTON, MN 55425 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $7,864 | $75,442 | $83,306 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | CALEYWRAY 111 RICHMOND STREET WEST LABOUR LAWYERS TORONTO, 00 M5H 2G4 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Attorneys, Legal Services | $20,842 | $866 | $21,708 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | BUREAU OF NATIONAL AFFAIRS P.O. BOX 64284 BALTIMORE, MD 212644284 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Books, magazines, publications, periodicals, & new | $5,366 | $4,863 | $10,229 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | BUCK CONSULTANTS, LLC DEPT CH 14061 FORMERLY MELLON CONSULTANTS PALATINE, IL 600554061 | REPRESENTATIONAL ACTIVITIES(PAYEE) | CONSULTANTS | $429,946 | $24,056 | $454,002 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | BUCHANAN INGERSOL & ROONEY PC SUITE 300 1700 K STREET, NW WASHINGTON, DC 200063807 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Attorneys, Legal Services | $31,720 | $0 | $31,720 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | BRIAN SHELL SUITE 401 672 DUPONT STREET TORONTO, 00 M6G 1Z6 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Attorneys, Legal Services | $217,432 | $0 | $217,432 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | BEACON HOTEL & CORP WASHINGTON, 00 00000 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Hotels & Motels | $10,973 | $30,158 | $41,131 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170 | 2007 | AXEL SPRINGER GROUP INC 500 FIFTH AVE SUITE 2800 NEW YORK, NY 10110 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Advertising agencies | $17,598 | $0 | $17,598 |

**File Number: 000-179**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | ATLAS AIR ATTN: ACCOUNTS RECEIVABLE 2000 WESTCHESTER AVENUE PURCHASE, NY 105772543 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $386,263 | $119,242 | $505,505 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | ATHENA ADVISORY GROUP LLC NINTH FLOOR 152 WEST 57TH STREET NEW YORK, NY 10019 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Investment Banker | $664,844 | $8,145 | $672,989 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | AT&T P.O. BOX 277019 CREDIT A/C 210149319345 ATLANTA, GA 303847019 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Telephone Communications | $50,857 | $19,012 | $69,869 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | AT&T P.O. BOX 277019 CREDIT A/C 210139522155 ATLANTA, GA 303847019 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Telephone Communications | $8,272 | $8,384 | $16,656 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | ASTAR AIR CARGO, INC 2 SOUTH BISCAYNE BLVD ATTN: ACCOUNTS RECEIVABLE MIAMI, FL 33131 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $1,002,055 | $896,481 | $1,898,536 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | ASCEND WORLDWIDE LTD NEWALL ROAD CARDINAL POINT LONDON, 00 TW6 2AS | REPRESENTATIONAL ACTIVITIES(PAYEE) | Books, magazines, publications, periodicals, & new | $5,206 | $0 | $5,206 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | AMERICAN TRANS AIR HDQAR/2 ATTN: TRACY P PO BOX 51609 INDIANAPOLIS, IN 462510609 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $36,491 | $377,235 | $413,726 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | AMERICAN EAGLE AIRLINES, INC. P.O. BOX 619616 M.D. 5494 ATTN: CYNTHIA PATMON DALLAS, TX 752619616 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $13,516 | $323,256 | $336,772 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | AMERICA WEST AIRLINES, INC P.O. BOX 29655 PHOENIX, AZ 850389655 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $789,583 | $509,352 | $1,298,935 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | ALTSHULER BERZON NUSSBAUM RUBIN & DEMAIN SUITE 300 177 POST STREET SAN FRANCISCO, CA 94108 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Attorneys, Legal Services | $356,355 | $22,280 | $378,635 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number: 000-179** | 2007 | ALASKA AIRLINES INC DEPT. 4101 P.O. BOX 68900-SEAAC SEATTLE, WA 98168 | REPRESENTATIONAL ACTIVITIES(PAYEE) | Air Transportation - Scheduled | $35,412 | $187,565 | $222,977 |



⊛ **Back to Top**                                                                    **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**




# U.S. Department of Labor
*in the 21st Century*

**www.dol.gov/esa**                                    Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

July 8, 2008    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1101 to 1120 of 1163 First  Previous  Next  Last

## Payer/Payee Report

| Entity Name and Address | Fiscal Year | Payer/Payee | Category | Purpose | Itemized Total | Non-Itemized Total | Grand Total |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Delta Airlines 100 Hartsfield Centre Pky Atlanta, GA 30354 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $585,007 | $0 | $585,007 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | DOUBLETREE HOTEL CRY NO CITY, 00 00000 | OTHER RECEIPTS (PAYER) | Retail-Misc General Merchandise Stores | $9,000 | $2 | $9,002 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | DELTA AIR LINES INC P O BOX 101153 ATLANTA, GA 303921153 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $4,965,137 | $83,294 | $5,048,431 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | DAL Furlough Relief Fund 100 Hartsfield Centre Pky Atlanta, GA 30354 | OTHER RECEIPTS (PAYER) | Labor Union | $25,000 | $0 | $25,000 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Clear Channel P.O. Box 659512 San Antonio, TX 78265 | OTHER RECEIPTS (PAYER) | Advertising | $8,040 | $578 | $8,618 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Capital Hilton 00000 NO CITY, 00 00000 | OTHER RECEIPTS (PAYER) | Hotels & Motels | $93,738 | $1,262 | $95,000 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Capital Cargo Crewmember Assoc 8760A Research Blvd #144 Austin, TX 78758 | OTHER RECEIPTS (PAYER) | Labor Union | $93,354 | $0 | $93,354 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Union Plus 1125 15th St, NW Ste 300 Washington, DC 20005 | OTHER RECEIPTS (PAYER) | Miscellaneous Business Services | $12,824 | $0 | $12,824 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | USAIRWAYS P O BOX 29655 PHOENIX, AZ 850389655 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $271,618 | $4,251 | $275,869 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | US Airways MEC America West Merger<br>1 Thorn Run Center<br>Corapolis, PA 15108 | OTHER RECEIPTS (PAYER) | Labor Union | $288,860 | $4,430 | $293,290 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | UNITED AIR LINES<br>1501 MITTEL BLVD.<br>ATTN: WHQCR - STEVE THOM<br>WOOD DALE, IL 60191 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $24,067 | $37,636 | $61,703 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | The Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244 | OTHER RECEIPTS (PAYER) | Federal Agency | $51,149 | $0 | $51,149 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | The Boeing Company<br>P.O. Box 3707<br>Seattle, WA 98124 | OTHER RECEIPTS (PAYER) | Aircraft Manufacturing | $23,343 | $649 | $23,992 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | The Aviators Group<br>345 NE Baker Creek Rd<br>McMinnville, OR 97128 | OTHER RECEIPTS (PAYER) | Labor Union | $268,080 | $0 | $268,080 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | THE FORT GARRY<br>222 BROADWAY<br>WINNIPEG, 00 R3C 0R3 | OTHER RECEIPTS (PAYER) | Hotels & Motels | $17,274 | $0 | $17,274 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | TELE PRINT DIGITAL MEDIA INC<br>SUITE 160<br>3361 BOYINGTON DRIVE<br>CARROLLTON, TX 75006 | OTHER RECEIPTS (PAYER) | Duplicating services, except printing | $5,435 | $0 | $5,435 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | SunTrust<br>1445 New York Ave<br>Washington, DC 20005 | OTHER RECEIPTS (PAYER) | Banks | $317,410 | $3,587 | $320,997 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | South African Airways<br>Rm.25,Block E,Airway PK<br>Johannesburg, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $56,575 | $0 | $56,575 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | SPIRIT AIRLINES, INC.<br>2800 EXECUTIVE WAY<br>MIRAMAR, FL 33025 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $20,964 | $30,319 | $51,283 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | RESIDENCE INN 231<br>ATLANTA, 00 00000 | OTHER RECEIPTS (PAYER) | Hotels & Motels | $125,683 | $11 | $125,694 |

**Download in CSV**

⊕ **Back to Top**                                                    **www.dol.gov**

**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**




# U.S. Department of Labor
### in the 21st Century

## www.dol.gov/esa

Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1121 to 1140 of 1163 First  Previous  Next  Last

## Payer/Payee Report

| Entity Name and Address | Fiscal Year | Payer/Payee | Category | Purpose | Itemized Total | Non-Itemized Total | Grand Total |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | RESERVE ACCOUNT PO BOX 952856 ST LOUIS, MO 631952856 | OTHER RECEIPTS (PAYER) | Postal Service | $10,981 | $0 | $10,981 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | PSA AIRLINES, INC. 3400 TERMINAL DRIVE A US AIRWAYS EXPRESS CARRIE VANDALIA, OH 45377 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $0 | $967 | $967 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | PSA AIRLINES, INC. 3400 TERMINAL DRIVE A US AIRWAYS EXPRESS CARRIE VANDALIA, OH 45377 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $62,017 | $0 | $62,017 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | POLAR AIR CARGO ATTN: ACCOUNTS RECEIVABLE PO BOX 27473 NEW YORK, NY 100877473 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $142,949 | $0 | $142,949 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | PIEDMONT AIRLINES 5443 AIRPORT TERMINAL ROAD SALISBURY/WICOMICO CTY REGI SALISBURY, MD 218049432 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $70,000 | $0 | $70,000 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | PAUL W HOPKINS 222 NADINE ST. CAHOKIA, IL 622061131 | OTHER RECEIPTS (PAYER) | ALPA Officer | $35,255 | $4,604 | $39,859 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Northwest Airlines 2700 Lone Oak Parkway Eagan, MN 55121 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $2,280,626 | $8,170 | $2,288,796 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Northern Trust Company 50 S. LaSalle Street Chicago, IL 60675 | OTHER RECEIPTS (PAYER) | Insurance and Employment Benefit Funds | $139,876 | $16,559 | $156,435 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170 | 2007 | National Union Fire Insurance Co 9550 W. Higgins Rd Rosemont, IL 60018 | OTHER RECEIPTS (PAYER) | Insurance Carrier | $93,317 | $0 | $93,317 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **File Number:** 000-179 | | | | | | | |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | National Pilots Association 3401 Norman Berry Drive Atlanta, GA 30344 | OTHER RECEIPTS (PAYER) | Association | $144,516 | $3,824 | $148,340 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | NORTHWEST AIRLINES INC PO BOX 1450 NW-8550 MINNEAPOLIS, MN 55485 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $2,315,705 | $268,990 | $2,584,695 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Mesaba Airlines 1000 Blue Gentian Road Eagan, MN 55121 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $7,900 | $0 | $7,900 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Mackenzie Financial Corp 150 Bloor Street W Toronto, 00 M563b5 | OTHER RECEIPTS (PAYER) | Financial Corporation | $77,002 | $0 | $77,002 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Rosen, Seth 3366 Volta Pl. N.W. Washington, DC 20007 | OTHER RECEIPTS (PAYER) | Retiree Health | $0 | $5,071 | $5,071 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Quest Management One HSBC Center Buffalo, NY 14203 | OTHER RECEIPTS (PAYER) | Management Services | $0 | $12,913 | $12,913 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Northwest Airlines NO CITY, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation, Scheduled | $0 | $6,639 | $6,639 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | MARRIOTT 33789NYMRQU NEW YORK, 00 00000 | OTHER RECEIPTS (PAYER) | Hotels & Motels | $0 | $8,198 | $8,198 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | LA MACCHIA REAL ESTATE IV, LLC PO BOX 1460 8907 N. PORT WA ROAD MILWAUKEE, WI 532011460 | OTHER RECEIPTS (PAYER) | Real Estate Property Managers | $0 | $10,000 | $10,000 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Hylton, Margaret 104 Balsawood Court Willow Springs Ct., NC 27592 | OTHER RECEIPTS (PAYER) | Retiree Health | $0 | $5,064 | $5,064 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Hawaiian Airlines P.O. Box 29906 Honolulu, HI 96820 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $0 | $14,886 | $14,886 |



**Back to Top**

**www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**





### U.S. Department of Labor
in the 21st Century

**www.dol.gov/esa**

Search / A–Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1141 to 1160 of 1163 First  Previous  Next  Last

## Payer/Payee Report

| Entity Name and Address | Fiscal Year | Payer/Payee | Category | Purpose | Itemized Total | Non-Itemized Total | Grand Total |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | HONOLULU COUNTRY CLU HONOLULU, 00 00000 | OTHER RECEIPTS (PAYER) | Services-Membership Sports & Recreation Clubs | $0 | $9,000 | $9,000 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | HESS EGAN HAGERTY & L HOMMEDIEU INC SUITE 620 5530 WISCONSIN AVE CHEVY CHASE, MD 20815 | OTHER RECEIPTS (PAYER) | Insurance Carriers | $0 | $7,619 | $7,619 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Graniello, Kelly 606 Montrose Dr. Fredericksburg, VA 22407 | OTHER RECEIPTS (PAYER) | ALPA Employee | $0 | $13,265 | $13,265 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | FEDERAL EXPRESS 3620 HACKS CROSS RD ATTN: DONALD MALINIAK MEMPHIS, TN 381257103 | OTHER RECEIPTS (PAYER) | Mail delivery, shipping & air private | $0 | $19,404 | $19,404 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | EXPRESSJET ATTN: RHEA SMITH OR RITA W 17445 JFK BLVD HOUSTON, TX 77032 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $0 | $32,183 | $32,183 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Delta Air Lines ATLANTA, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation, Scheduled | $0 | $5,214 | $5,214 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Delta Air Lines NO CITY, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation, Scheduled | $0 | $23,938 | $23,938 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Dalton, James 13512 Woodside Drive Hudson, FL 13512 | OTHER RECEIPTS (PAYER) | Retiree Health | $0 | $5,357 | $5,357 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Cort Furniture Rental 3777 Winchester Road Memphis, TN 38118 | OTHER RECEIPTS (PAYER) | Furniture Rental | $0 | $7,192 | $7,192 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Continental Airlines HOUSTON, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation, Scheduled | $0 | $5,257 | $5,257 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Champion Air 8009 34th Ave,Ste 500 Bloomington, MN 55425 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $0 | $7,592 | $7,592 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | CROWNE PLAZA HOTELS HERNDON, 00 00000 | OTHER RECEIPTS (PAYER) | Hotels & Motels | $0 | $11,196 | $11,196 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | CORPORATE EXPRESS OFFICE PRODUCTS, INC. P.O. BOX 71217 CHICAGO, IL 606941217 | OTHER RECEIPTS (PAYER) | OFFICE EQUIPMENT & SUPPLIES | $0 | $7,899 | $7,899 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | AMERICAN EAGLE AIRLINES, INC. P.O. BOX 619616 M.D. 5494 ATTN: CYNTHIA PATMON DALLAS, TX 752619616 | OTHER RECEIPTS (PAYER) | Air Transportation - Scheduled | $0 | $21,006 | $21,006 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | ALPA Federal Credit Union 825 Midway Drive Willowbrook, IL 60527 | OTHER RECEIPTS (PAYER) | Financial Institution | $0 | $7,500 | $7,500 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | WYNDHAM CHICAGO 633 NORHT ST. CLAIR STREET CHICAGO, IL 60611 | OTHER RECEIPTS (PAYER) | Hotels & Motels | $10,000 | $0 | $10,000 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | VOCUS INC PO BOX 17482 BALTIMORE, MD 212971482 | OTHER RECEIPTS (PAYER) | Prepackaged software | $22,048 | $0 | $22,048 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | VIRGINIA DEPARTMENT OF TAXATION PO BOX 1777 RICHMOND, VA 232181777 | OTHER RECEIPTS (PAYER) | Goverment - Finance, taxation, & monetary policy | $18,501 | $0 | $18,501 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | Unknown Herndon, VA 20170 | OTHER RECEIPTS (PAYER) | Unknown | $9,500 | $0 | $9,500 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | 2007 | United Air Lines P.O Box 66100 Chicago, IL 60666 | OTHER RECEIPTS (PAYER) | Air Transportation Scheduled | $1,100,000 | $0 | $1,100,000 |



**Back to Top**

**www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**

**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**





**U.S. Department of Labor**

in the 21st Century

***www.dol.gov/esa***                                                                    Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1161 to 1163 of 1163 First    Previous

## Payer/Payee Report

| Entity Name and Address | Fiscal Year | Payer/Payee | Category | Purpose | Itemized Total | Non-Itemized Total | Grand Total |
|---|---|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 <br><br>535 HERNDON PARKWAY HERNDON, VA 20170 <br>**File Number: 000-179** | 2007 | WILLIAM R COUETTE 535 HERNDON PARKWAY HERNDON, VA 201705226 | OTHER RECEIPTS (PAYER) | ALPA Officer | $0 | $9,307 | $9,307 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 <br><br>535 HERNDON PARKWAY HERNDON, VA 20170 <br>**File Number: 000-179** | 2007 | United Airlines CHICAGO, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation, Nonscheduled | $0 | $87,382 | $87,382 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 <br><br>535 HERNDON PARKWAY HERNDON, VA 20170 <br>**File Number: 000-179** | 2007 | US Airways PHOENIX, 00 00000 | OTHER RECEIPTS (PAYER) | Air Transportation, Scheduled | $0 | $19,960 | $19,960 |

Download in CSV

🔊 **Back to Top**                                                                    **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**

# EXHIBIT E



## U.S. Department of Labor
### in the 21st Century



**www.dol.gov/esa**  Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**  DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 1 to 20 of 27 Next  Last

## Accounts Payable Report

| Union | Entity/Individual Name | Total Accounts Payable | 90-180 Days Past Due | 180+ Days Past Due | Liquidated AccountsPayable Total |
|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | ALOHA ISLAND AIR | $1,144 | $388 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | AMERICA WEST | $246,638 | $9,041 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | AMERICAN EAGLE | $145,243 | $2,240 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | AMERICAN TRANS AIR | $186,669 | $90,996 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | ASTAR AIR CARGO | $1,032,986 | $69,691 | $63,763 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | ATLANTIC SOUTHEAST | $252,645 | $2,198 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | CAPITAL CARGO | $22,403 | $11,404 | $1,389 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | CHAMPION AIR | $19,152 | $2,598 | $11,030 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **File Number:** 000-179 | COMAIR | $1,706,493 | $335,400 | $774,490 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | CONTINENTAL AIRLINES | $1,047,618 | $351,467 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | DELTA AIRLINES | $240,095 | $12,586 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | EXPRESS JET AIRLINES | $248,275 | $120,837 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | FEDERAL EXPRESS AIRLINES | $512,449 | $186,795 | $2,310 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | HAWAIIN AIRLINES | $129,000 | $21,000 | $42,000 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | KITTY HAWK AIRLINES | $78,022 | $10,000 | $1,520 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | MESA AIR GROUP | $370,056 | $48,136 | $78,154 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | MESABA AIRLINES | $42,199 | $20,122 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | MIDWAY AIRLINES CORPORATION | $11,844 | $0 | $11,844 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | MIDWEST AIRLINES | $51,897 | $24,104 | $3,275 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | NORTHWEST AIRLINES | $1,147,603 | $565,611 | $2,704 | $0 |



🌀 **Back to Top**                                                                 **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**

Privacy & Security Statement | Disclaimers | E-mail to a Friend

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**


**U.S. Department of Labor**
*in the 21st Century*



**www.dol.gov/esa**                                          Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 21 to 27 of 27 First  Previous

## Accounts Payable Report

| Union | Entity/Individual Name | Total Accounts Payable | 90-180 Days Past Due | 180+ Days Past Due | Liquidated Accounts Payable Total |
|---|---|---|---|---|---|
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | PINNACLE AIRLINES | $221,462 | $119,993 | $8,518 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | POLAR AIR CARGO | $120,488 | $0 | $30,698 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | RYAN AIRLINES | $236,358 | $85,914 | $85,914 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | TOWER AIR | $63,680 | $0 | $63,680 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | US AIRWAYS | $513,409 | $20,109 | $27,744 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | WILSON CENTER FOR PUBLIC RESEARCH INC | $46,430 | $19,660 | $0 | $0 |
| AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**File Number:** 000-179 | All Other Accounts | $10,278,418 | $0 | $0 | $0 |

Download in CSV

Back to Top                                                                    **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**

# EXHIBIT F

 

# U.S. Department of Labor
## in the 21st Century

**www.dol.gov/esa**                                                     Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

July 8, 2008    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 51 to 55 of 875 First  Previous  Next  Last

## Officers/Employee Report

| Name and Address | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **Fiscal Year:** 2007 **File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **Fiscal Year:** 2007 **File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **Fiscal Year:** 2007 **File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **Fiscal Year:** 2007 **File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0 535 HERNDON PARKWAY HERNDON, VA 20170 **Fiscal Year:** 2007 **File Num:** 000-179 |
|---|---|---|---|---|---|
| Form Type | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) |
| Individual Name | WILLIAM L BARTELS | REID B BARTLAM | JOHN F BARTON | RICHARD BARTSCH | MARK A BATHURST |
| Type | OFFICER | OFFICER | OFFICER | EMPLOYEE | OFFICER |
| Title/Status | NWA020 LEC VCH/N | XJT175 LEC VCH/P | UAL033 LEC VCH/C | Sys Integrator/Analyst | UAL MEC CHR/P |
| Other Payer | N/A | N/A | N/A | N/A | N/A |
| Gross Salary | $0 | $0 | $0 | $99,989 | $0 |
| Allowances Disbursed | $0 | $0 | $0 | $0 | $0 |
| Offical Business Disbursements | $1,963 | $1,165 | $7,008 | $429 | $40,622 |
| Other Disbursements | $0 | $0 | $0 | $0 | $0 |
| Total Disbursements | $1,963 | $1,165 | $7,008 | $100,418 | $40,622 |
| Representational Activities | 52% | 39% | 0% | 0% | 0% |
| Political Activities | 0% | 0% | 0% | 0% | 0% |
| Contributions | 0% | 0% | 0% | 0% | 0% |
| General Overhead | 0% | 0% | 0% | 100% | 0% |
| Administration | 48% | 61% | 100% | 0% | 100% |



(A) **Back to Top**                                                     **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**


# U.S. Department of Labor
in the 21st Century


**www.dol.gov/esa**                                    Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

July 8, 2008   DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 191 to 195 of 875 First  Previous  Next  Last

## Officers/Employee Report

| Name and Address | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 |
|---|---|---|---|---|---|
| Form Type | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) |
| Individual Name | RICHARD C DENNIS | BILL E DESPINS | BRADLEY A DICKS | MICHAEL D DIETZ | CALVIN P DILKS |
| Type | OFFICER | EMPLOYEE | OFFICER | OFFICER | OFFICER |
| Title/Status | PDT029 LEC STR/N | Lead Economic Analyst | DAL081 LEC VCH/N | ALA064 LEC VCH/C | PDT MEC CHR/P |
| Other Payer | N/A | N/A | N/A | N/A | N/A |
| Gross Salary | $0 | $139,086 | $0 | $0 | $0 |
| Allowances Disbursed | $0 | $0 | $0 | $0 | $0 |
| Offical Business Disbursements | $0 | $10,732 | $6,027 | $2,494 | $8,621 |
| Other Disbursements | $0 | $0 | $0 | $0 | $0 |
| Total Disbursements | $0 | $149,818 | $6,027 | $2,494 | $8,621 |
| Representational Activities | 0% | 71% | 7% | 0% | 0% |
| Political Activities | 0% | 2% | 1% | 0% | 0% |
| Contributions | 0% | 0% | 0% | 0% | 0% |
| General Overhead | 100% | 27% | 0% | 0% | 0% |
| Administration | 0% | 0% | 92% | 100% | 100% |



**Back to Top**                                           **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**



# U.S. Department of Labor

*in the 21st Century*



**www.dol.gov/esa**                                                    Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

**July 8, 2008**    DOL Home > ESA > OLMS > Public Disclosure Home > Search Criteria > Select Report > Report

Records 211 to 215 of 875 <u>First</u>  <u>Previous</u>  <u>Next</u>  <u>Last</u>

## Officers/Employee Report

| Name and Address | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 | AIR LINE PILOTS ASN AFL-CIO NATIONAL HEADQUARTERS 0<br><br>535 HERNDON PARKWAY HERNDON, VA 20170<br>**Fiscal Year:** 2007<br>**File Num:** 000-179 |
|---|---|---|---|---|---|
| Form Type | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) | LM-2 (Revised) |
| Individual Name | DAVID T EARNEST | SONYJA EATON | DAVID EDGAR | STEVEN C EDGAR | BILL EDMUNDS |
| Type | OFFICER | EMPLOYEE | OFFICER | OFFICER | EMPLOYEE |
| Title/Status | CAL MEC CHR/P | Secretary, Delta 44 | XJT176 LEC VCH/C | UAL034 LEC STR/C | Sr Human Perf Specialist |
| Other Payer | N/A | N/A | N/A | N/A | N/A |
| Gross Salary | $0 | $58,291 | $0 | $0 | $164,518 |
| Allowances Disbursed | $0 | $0 | $0 | $0 | $0 |
| Offical Business Disbursements | $5,744 | $180 | $274 | $5,423 | $4,117 |
| Other Disbursements | $0 | $0 | $0 | $0 | $0 |
| Total Disbursements | $5,744 | $58,471 | $274 | $5,423 | $168,635 |
| Representational Activities | 35% | 0% | 0% | 7% | 44% |
| Political Activities | 0% | 0% | 0% | 0% | 15% |
| Contributions | 0% | 0% | 0% | 0% | 0% |
| General Overhead | 0% | 0% | 0% | 0% | 41% |
| Administration | 65% | 100% | 100% | 93% | 0% |

Download in CSV

(A) **Back to Top**                                                              **www.dol.gov**

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Disclaimers | E-mail to a Friend**

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**