Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1. Norman A. Quandt (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
2. 1275 Peachtree Street, N.E., Suite 600
   Atlanta, GA 30309
3. Telephone: 404-888-3845
   Facsimile: 404-888-3863
4. Email: nquandt@fordharrison.com

5. Douglas W. Hall (Admitted *Pro Hac Vice*)
   Ford & Harrison LLP
6. 1300 Nineteenth Street, N.W., Suite 700
   Washington, DC 20036
7. Telephone: 202.719.2065
   Facsimile: 202.719.2077
8. Email: dhall@fordharrison.com

9. Robert Spagat (SBN: 157388)
   WINSTON & STRAWN LLP
10. 101 California Street
    San Francisco, CA 94111-5894
11. Telephone: 415-591-1000
    Facsimile: 415-591-1400
12. Email: rspagat@winston.com

13. Attorneys for Defendant
    SKYWEST AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWEST PILOTS ALPA ORGANIZING COMMITTEE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SKYWEST AIRLINES, INC., <br><br> Defendant. | Case No. C-07-2688 CRB <br><br> **STIPULATED MOTION TO MODIFY HEARING DATE RE DEFENDANT'S MOTION TO COMPEL** <br><br> Date: July 22, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 8, 19th Floor <br> Action Filed: May 22, 2007 |

1   Pursuant to Local Rule 7-11 and 7-12, Plaintiffs Air Line Pilots Association, International ("ALPA"), *et al.*, and Defendant SkyWest Airlines, Inc. ("SkyWest") hereby file this stipulated motion requesting that the Court enter an order (1) continuing the July 22, 2008 hearing on SkyWest's Motion to Compel ("Motion") until August 29, 2008; and (2) setting July 11, 2008 as the deadline for SkyWest to file its reply in support of the Motion, the same date it would have been due before the Court moved the hearing date.

In support of their motion, the parties stipulate as follows:

WHEREAS, on June 17, 2008, SkyWest noticed for hearing on July 25, 2008 its Motion to Compel discovery from Plaintiff Air Line Pilots Association, International ("ALPA") (Doc. 206);

WHEREAS, for a motion calendared for July 25, 2008, SkyWest's reply would have been due July 11, 2008;

WHEREAS, on July 7, 2008, the Court *sua sponte* moved up the Motion hearing to July 22, 2008. (Doc. 213);

WHEREAS, Defendant wishes to have the July 22, 2008 hearing continued because of the unavailability of counsel and Plaintiffs do not object;

WHEREAS, the next regularly-scheduled hearing date on which counsel for both parties are available is August 15, 2008, but the Court is not available on that date;

WHEREAS, the next regularly-scheduled hearing date thereafter on which counsel for both parties are available is August 29, 2008;

WHEREAS, SkyWest wishes to have its brief due the same day it otherwise would have been (July 11) and Plaintiffs do not object.

///
///
///
///
///
///
///

THEREFORE, for the reasons set forth above, the parties jointly submit the instant stipulated motion asking that the Court:

1. Continue the hearing on Sky West's Motion until August 29, 2008 at 10:00 a.m.; and

2. Set July 11, 2008 as the deadline for SkyWest to file its reply in support of the Motion.

Dated: July 9, 2008                     WINSTON & STRAWN LLP


By: /s/
    Robert Spagat
    Attorneys for Defendant
    SKYWEST AIRLINES, INC.


Dated: July 9, 2008                     ALTSHULER BERZON LLP


By: /s/
    Linda Lye
    Attorneys for Plaintiffs
    SKYWEST PILOTS ALPA
    ORGANIZING COMMITTEE, ET
    AL.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**ORDER**

For good cause shown and pursuant to stipulation, the July 22, 2008 hearing on SkyWest's Motion to Compel is CONTINUED from July 22, 2008 at 10:00 a.m. to August 29, 2008 at 10:00 a.m. and SkyWest SHALL FILE its reply papers no later than July 11, 2008.

Dated: July 11, 2008



The Honorable Charles R. Breyer
United States District Court Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

3
STIPULATED MOTION TO MODIFY HEARING DATE RE DEFENDANT SKYWEST'S
MOTION TO COMPEL, CASE NO. C 07-2688 CRB
SF:210558.3