**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SKYWEST PILOTS ALPA ORGANIZING          No. C 07-02688 CRB
     COMMITTEE, et al.,
12                                           **ORDER**

             Plaintiffs,
13

14       v.

15   SKYWEST AIRLINES, INC,

16           Defendant.
                                                          /

17
          Now pending before the Court is defendant's motion to compel further responses to
18
     interrogatories and requests for production of documents.  After carefully considering the
19
     papers filed by the parties, the Court concludes that oral argument is unnecessary, see Local
20
     Rule 7-1(b), and rules as follows:
21
          1.  Defendant Skywest Airline Inc.'s (Skywest) motion to compel Plaintiff Skywest
22
     Pilots ALPA Organizing Committee (ALPA) to provide a further response to interrogatories
23
     3, 4, 5 and document requests 5, 6, and 7 is GRANTED in part.  Skywest shall limit its
24
     request to the two airlines which Skywest believes have a relationship with ALPA that is
25
     most relevant.  Skywest shall make its selection of the two airlines within 15 days of the date
26
     of this order.  With respect to the airlines selected by Skywest, ALPA must respond to
27
     interrogatories 3, 4, and 5, and document requests 5, 6, and 7.
28

**United States District Court**
For the Northern District of California

1      2. Defendant Skywest's motion to compel further response to interrogatory 13 is

2   GRANTED in part.  ALPA must <u>identify</u> any litigation in which compensation or financial

3   support to ALPA was alleged to violate section 2, third and/or section 2, fourth of the

4   Railway Labor Act (RLA).  In all other respects the motion to compel further response to this

5   interrogatory is DENIED.

6      3. Defendant Skywest's motion to compel further response to document request 30 is

7   DENIED.

8      4. Defendant Skywest's motion to compel a Rule 30(b)(6) deponent is GRANTED in

9   part.  ALPA shall produce a deponent knowledgeable as to ALPA's funding relationships

10  with the two airlines chosen by Skywest for response to the interrogatories and document

11  requests.  In all other respects this motion is DENIED.

12      **IT IS SO ORDERED.**

13

14  Dated: August 1, 2008                           CHARLES  R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28