1  STEPHEN P. BERZON (#46540)
   sberzon@altshulerberzon.com
2  LINDA LYE (#215584)
   llye@altshulerberzon.com
3  Altshuler Berzon LLP
   177 Post Street, Suite 300
4  San Francisco, CA  94108
   Telephone:  (415) 421-7151
5  Facsimile:   (415) 362-8064

6  ELIZABETH GINSBURG
   (Admitted Pro Hac Vice)
7  elizabeth.ginsburg@alpa.org
   Air Line Pilots Association, International
8  1625 Massachusetts Ave, NW 8th Floor
   Washington, DC 20036
9  Telephone: (202) 797-4095
   Facsimile:  (202 452-0556

10

11 Attorneys for Plaintiffs

12 Norman A. Quandt              Douglas W. Hall            Robert Spagat (#157388)
   (Admitted *Pro Hac Vice*)      (Admitted *Pro Hac Vice*)    rspagat@winston.com
13 nquandt@fordharrison.com       dhall@fordharrison.com      WINSTON & STRAWN LLP
   Ford & Harrison LLP            FORD & HARRISON LLP         101 California Street
14 1275 Peachtree Street, N.E.,   1300 Nineteenth Street, N.W San Francisco, CA  94111-
   Suite 600                      Suite 700                   5894
15 Atlanta, GA  30309             Washington, DC  20036       Telephone:    415-591-1000
   Telephone:    404-888-3845     Telephone:    202-719-2065  Facsimile:    415-591-1400
16 Facsimile:    404-888-3863     Facsimile:    202-719-2077.

17 Attorneys for Defendant

18

19                 **UNITED STATES DISTRICT COURT**

20                **NORTHERN DISTRICT OF CALIFORNIA**

21                    **SAN FRANCISCO DIVISION**

22 SKYWEST PILOTS ALPA ORGANIZING        | **Case No. C-07-2688 CRB**
   COMMITTEE, et al.,
23                                         |
                 Plaintiffs,               | **JOINT STIPULATION AND [PROPOSED]
24                                         | ORDER DISMISSING PLAINTIFFS'
       vs.                                 | CLAIMS WITH PREJUDICE**
25
   SKYWEST AIRLINES, INC.,
26
                 Defendant.
27

28

---

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**STIPULATION**

WHEREAS, on May 22, 2007, Plaintiffs SkyWest Pilots ALPA Organizing Committee, Steve Dow, Andy Bharath, Frank Bowlin, Marc Johnson, Tracy Shrier, Diletta Martirano, Charles "Phil" Alford, David Boehm, Riad Mansur, and Air Line Pilots Association, International ("ALPA"), filed this action against Defendant SkyWest Airlines, Inc. ("SkyWest");

WHEREAS, in October 2007, Plaintiff Andy Bharath was dismissed pursuant to the parties' stipulation (Doc. Nos. 183, 185);

WHEREAS, on June 11, 2008, the Court granted Plaintiffs' motion to dismiss Plaintiff Steve Dow, on the condition that Captain Dow respond to Defendant's discovery requests within 14 days of the date of the Court's order (Doc. No. 204);

WHEREAS, within 14 days of the Court's June 11, 2008 order, Captain Dow responded to Defendant's discovery requests and is therefore now dismissed from this case;

WHEREAS, the remaining Plaintiffs have entered into and executed a voluntary settlement agreement of all claims raised in the Complaint with Defendant;

WHEREAS, the voluntary settlement is fully enforceable and binding on the parties to that agreement;

WHEREAS, pursuant to the voluntary settlement, Plaintiffs have agreed, *inter alia,* to dismiss their claims with prejudice, with each party to bear its own costs and attorneys' fees;

THEREFORE, the parties through their respective counsel of record jointly request that Plaintiffs' claims be dismissed with prejudice, with each party to bear its own costs and attorneys' fees related to this lawsuit.

SO STIPULATED.

Dated:  October 17, 2008

STEPHEN P. BERZON
LINDA LYE
Altshuler Berzon LLP

ELIZABETH GINSBURG
Air Line Pilots Association, International

by:  Linda Lye
Attorneys for Plaintiffs

Winston & Strawn LLP
101 California Street
San Francisco, CA 94411-5894

1  Dated:  October 17, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NORMAN A. QUANDT
Ford & Harrison LLP

DOUG HALL
Ford & Harrison LLP

ROBERT SPAGAT
Winston & Strawn LLP

by:   _____
        Robert Spagat

Attorneys for Defendant

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, Plaintiffs' claims are dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees related to this lawsuit.

Date:   __October 31, 2008_____

_____
Hon. Charles R. Breyer
United States Di...



IT IS SO ORDERED

Judge Charles R. Breyer

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

JOINT STIP. ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE, NO.  C 07-2688 CRB